## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/12/17 1:20pm |
| NAME OF SERVER (PRINT) Michael Berman | TITLE server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 1000 Sylvan Avenue, Englewood Cliff, NJ 07632

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[X] Name of person with whom the summons and complaint were left: John Riddle

[ ] Returned unexecuted: _____

[X] Other (specify): Description of Person with whom Served 5'9", age approx. 50 years old, Black hair

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10 | $75 | $85 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/12/17
Date

Signature of Server

270 Shore Road, #14, Long Beach, NY 11561
Address of Server