Case 2:17-cv-01775-MCA-SCM   Document 2   Filed 03/21/17   Page 2 of 2 PageID: 40

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1)
DATE: 06-09-2017

NAME OF SERVER (PRINT): LANCE CASEY
TITLE: PRIVATE INVESTIGATOR

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 2710 GATEWAY OAKS DR STE 150N, SACRAMENTO CA 95833

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[X] Name of person with whom the summons and complaint were left: BILL JACOBS

[ ] Returned unexecuted:

[X] Other (specify): Description of Person with whom Served MALE WHITE - FRONT DESK

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06-09-2017
Date

Signature of Server

2386 FAIR OAKS BLVD
Address of Server
SACRAMENTO, CA 95825