## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 06-09-2017 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| VLANCE CASEY | PRIVATE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2710 GATEWAY OAKS DR. STE (SON, SACRAMENTO CA 95833

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: BILL JACOBS

☐ Returned unexecuted: _____

_____

☒ Other (specify): Description of Person with whom Served
MALE WHITE-FRONT DESK

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | $50.00 | $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   06-09-2017
Date

_____
Signature of Server

2386 FAIR OAKS BLVD
Address of Server

SACRAMENTO, CA 95825