Michael R. McDonald, Esq.
Kate Janukowicz, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545

Eric C. Bosset, Esq. (*pro hac vice* to be filed)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291

*Attorneys for Defendants*
*Samsung Electronics Co. Ltd., and*
*Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVIS ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>LG ELECTRNICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited) and ABC Corporations (1-Unlimited),<br><br>     Defendants. | Civil Action No.  17-01775 (MCA) (SCM)<br><br>*Document electronically filed*<br><br><br>**NOTICE OF APPEARANCE OF MICHAEL R. MCDONALD** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc. (collectively, "Samsung") in the above-captioned action.  Please serve copies of all papers upon the undersigned attorney at the office and email address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

|  |  |
|---|---|
| Dated:  June 23, 2017 | By: <u>s/ Michael R. McDonald</u><br>Michael R. McDonald, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone:  (973) 596-4827<br>Facsimile:  (973) 639-6295<br>mmcdonald@gibbonslaw.com |