Michael R. McDonald, Esq.
Kate Janukowicz, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545

Eric C. Bosset, Esq. (*pro hac vice* to be filed)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants*
*Samsung Electronics Co. Ltd., and*
*Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVIS ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRNICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited) and ABC Corporations (1-Unlimited),<br><br>Defendants. | Civil Action No. 17-01775 (MCA) (SCM)<br><br>*Document electronically filed*<br><br>**APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made to the Clerk of the United States District Court for the District of

New Jersey by Gibbons P.C., attorneys for Defendants Samsung Electronics Co. Ltd., and Samsung

Electronics America, Inc. (collectively, "Samsung"), for an extension of time within which to answer or otherwise reply to the Complaint herein for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b).  Said Defendants having come before the Court solely for this extension but not for the purpose of appearing either generally or specially in this jurisdiction, nor having waived any defenses available to it by such appearance; and it is represented that:

1. There have been no prior extensions of time to answer or otherwise reply;

2. Defendants received service of Plaintiffs' Complaint on or about June 12, 2017; therefore Defendant's Answer or other response is due on or before July 3, 2017;

3. The time to answer has not yet expired;

5. With this extension, Defendants' Answer or other response would be due on July 17, 2017.

Dated: June 23, 2017
   Newark, New Jersey

By: s/ Michael R. McDonald
  Michael R. McDonald, Esq.
  Kate Janukowicz, Esq.
  **GIBBONS P.C.**
  One Gateway Center
  Newark, New Jersey 07102
  Phone:  (973) 596-4500
  Facsimile:  (973) 596-0545
  mmcdonald@gibbonslaw.com
  kjanukowicz@gibbonslaw.com
  *Attorneys for Defendants*
  *Samsung Electronics Co. Ltd., and*
  *Samsung Electronics America, Inc.*

The above application be and hereby is **GRANTED** and the time to answer or otherwise reply is extended for a period of fourteen (14) days up to and including July 17, 2017, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

       WILLIAM T. WALSH, Clerk of the
       United States District Court
       District of New Jersey


       By:_____
            Deputy Clerk

Dated: _____ __, 2017