Michael R. McDonald, Esq.
Kate Janukowicz, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545

Eric C. Bosset, Esq. (*pro hac vice* to be filed)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291

*Attorneys for Defendants*
*Samsung Electronics Co. Ltd., and*
*Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVIS ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRNICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited) and ABC Corporations (1-Unlimited),<br><br>Defendants. | Civil Action No.  17-01775 (MCA) (SCM)<br><br>*Document electronically filed*<br><br><br>**CERTIFICATE OF SERVICE** |

I, **MICHAEL R. MCDONALD, ESQ.**, hereby certify as follows:

1.      I am an attorney at law admitted to practice before this Court and am a member of the firm Gibbons P.C., attorneys for the Defendants Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc. (collectively, "Samsung") in the above-captioned action.

2.      On June 23, 2017, I caused true and correct copies of each of (1) Defendant Samsung's Application for Clerk's Order Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint Pursuant to Local Civil Rule 6.1(b), and (2) this Certificate of Service to be electronically filed with the Court and served upon Plaintiffs, individually and on behalf of others similarly situated, in this case in accordance with the Federal Rules of Civil Procedure and the District of New Jersey's Local Rules on Electronic Service and via electronic mail:

Michael E. Berman, Esq.
BERMAN CLASS LAW
270 Shore Road, Suite 14
Long Beach, New York 11561
michael@meberman.com
*Attorneys for Plaintiffs*

I certify that the foregoing statements made by me are true.  I am aware that if any such statements are willfully false, I am subject to punishment.

Dated: June 23, 2017                    By: s/ Michael R. McDonald
       Newark, New Jersey                  Michael R. McDonald, Esq.
                                           Kate Janukowicz, Esq.
                                           **GIBBONS P.C.**
                                           One Gateway Center
                                           Newark, New Jersey 07102
                                           Phone:  (973) 596-4500
                                           Facsimile:  (973) 596-0545
                                           mmcdonald@gibbonslaw.com
                                           kjanukowicz@gibbonslaw.com
                                           *Attorneys for Defendants*
                                           *Samsung Electronics Co. Ltd., and*
                                           *Samsung Electronics America, Inc.*