Jeffrey J. Greenbaum, Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000

Michael H. Rubin, Esq. (*pro hac vice* to be filed)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Suite 3400
San Francisco, CA 94105
(415) 947-2000

*Attorneys for Defendant LG Electronics U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited) and ABC Corporations (1-Unlimited), <br><br> *Defendants.* | Civil Action No. 17-1775 (MCA)(SCM) <br><br> Honorable Madeline Cox Arleo, U.S.D.J. <br> Honorable Steven C. Mannion, U.S.M.J. <br><br> **APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)** <br><br> *(Document Electronically Filed)* |

Application is hereby made to the Clerk of the United States District Court for the District of New Jersey by Sills Cummis & Gross P.C., attorneys for Defendant LG Electronics U.S.A., Inc. ("LG Electronics"), for an extension of time within which to answer or otherwise reply to the Complaint herein for a period of fourteen (14) days pursuant to Local Civil Rule 6.1(b). Said Defendant having come before the Court solely for this extension but not for the

purpose of appearing either generally or specially in this jurisdiction, nor having waived any defenses available to it by such appearance; and it is represented that:

1. There have been no prior extensions of time to answer or otherwise reply;

2. Defendant received service of Plaintiffs' Complaint on or about June 12, 2017; therefore Defendant's Answer or other response is due on or before July 3, 2017;

3. The time to answer has not yet expired;

4. With this extension, Defendants' Answer or other response would be due on July 17, 2017.

        SILLS CUMMIS & GROSS P.C.
        One Riverfront Plaza
        Newark, NJ 07102-5400
        (973) 643-7000

        By: /s/ Jeffrey J. Greenbaum
        Jeffrey J. Greenbaum

        Michael H. Rubin (*pro hac vice* to be filed)
        WILSON SONSINI GOODRICH & ROSATI
        One Market Plaza, Suite 3400
        San Francisco, CA 94105
        (415) 947-2000

        *Attorneys for Defendant*
        *LG Electronics U.S.A., Inc.*

Dated: June 30, 2017

## **ORDER**

IT IS HEREBY ORDERED that the above Application is GRANTED, and Defendant LG Electronics U.S.A., Inc.'s time to answer, move or otherwise respond is extended from July 3, 2017 to and including July 17, 2017.

ORDER DATED_____        WILLIAM T. WALSH, Clerk

                                                                 BY:_____
                                                                           Deputy Clerk