Jeffrey J. Greenbaum, Esq.
jgreenbaum@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000

Michael H. Rubin, Esq. (*pro hac vice* to be filed)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Suite 3400
San Francisco, CA 94105
(415) 947-2000

*Attorneys for Defendant LG Electronics U.S.A., Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited) and ABC Corporations (1-Unlimited), <br><br> *Defendants.* | Civil Action No. 17-1775 (MCA)(SCM) <br><br> Honorable Madeline Cox Arleo, U.S.D.J. <br> Honorable Steven C. Mannion, U.S.M.J. <br><br><br> **NOTICE OF APPEARANCE** <br><br><br> *(Document Electronically Filed)* |

TO:   Clerk of Court
       United States District Court, District of New Jersey
       Dr. Martin Luther King Building & U.S. Courthouse
       50 Walnut Street, Room 4015
       Newark, New Jersey 07101

PLEASE TAKE NOTICE that Jeffrey J. Greenbaum, Esq. of Sills Cummis & Gross P.C.

hereby enters an appearance on behalf of Defendant LG Electronics U.S.A., Inc. and requests

that copies of all papers in this action be served upon him.

SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102-5400
(973) 643-7000

By:  /s/ Jeffrey J. Greenbaum
       Jeffrey J. Greenbaum

Michael H. Rubin (*pro hac vice* to be filed)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Suite 3400
San Francisco, CA 94105
(415) 947-2000

*Attorneys for Defendant*
*LG Electronics U.S.A., Inc.*

Dated:  June 30, 2017