Jeffrey J. Greenbaum, Esq.
jgreenbaum@sillscummis.com
Megan L. Wiggins, Esq.
mwiggins@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
(973) 643-7000

Michael H. Rubin, Esq. (*pro hac vice* to be filed)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Suite 3400
San Francisco, CA 94105
(415) 947-2000

*Attorneys for Defendant LG Electronics U.S.A., Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>      *Plaintiffs,*<br><br>      v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited) and ABC Corporations (1-Unlimited),<br><br>      *Defendants.* | Civil Action No. 17-1775 (MCA)(SCM)<br><br>Honorable Madeline Cox Arleo, U.S.D.J.<br>Honorable Steven C. Mannion, U.S.M.J.<br><br><br>**NOTICE OF APPEARANCE**<br><br><br>*(Document Electronically Filed)* |

TO:    Clerk of Court
          United States District Court, District of New Jersey
          Dr. Martin Luther King Building & U.S. Courthouse
          50 Walnut Street, Room 4015
          Newark, New Jersey 07101

PLEASE TAKE NOTICE that Megan L. Wiggins, Esq. of Sills Cummis & Gross P.C. hereby enters an appearance on behalf of Defendant LG Electronics U.S.A., Inc. and requests that copies of all papers in this action be served upon her.

        SILLS CUMMIS & GROSS P.C.
        One Riverfront Plaza
        Newark, NJ 07102-5400
        (973) 643-7000

        By: */s/ Megan L. Wiggins*
           Megan L. Wiggins

        Michael H. Rubin (*pro hac vice* to be filed)
        WILSON SONSINI GOODRICH & ROSATI
        One Market Plaza, Suite 3400
        San Francisco, CA 94105
        (415) 947-2000

        *Attorneys for Defendant*
        *LG Electronics U.S.A., Inc.*

Dated: June 30, 2017