# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Jeffrey J. Greenbaum**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5430**
**Email: jgreenbaum@sillscummis.com**

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

July 10, 2017

<u>Via ECF</u>

The Honorable Stephen C. Mannion, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

   Re: <u>*White et al. v. LG Electronics, Inc., et al.*,</u>
      <u>Civil Action No. 17-cv-1775 (MCA)(SCM)</u>

Dear Magistrate Judge Mannion:

  This firm, together with Wilson Sonsini Goodrich & Rosati P.C., represents defendant LG Electronics U.S.A., Inc. ("LG Electronics"), in the above-captioned action. We respectfully request that Your Honor permit Michael H. Rubin, Esq., and Brian M. Willen, Esq., of Wilson Sonsini, to appear *pro hac vice* in this matter on behalf of LG Electronics. Counsel for Plaintiffs has no opposition to the admission *pro hac vice* of Mr. Rubin and Mr. Willen.

  In support of this request, we enclose the following documents:

  1. Declaration of Jeffrey J. Greenbaum in Support of Admission *Pro Hac Vice* of Michael H. Rubin, Esq., and Brian M. Willen, Esq.;

  2. Declaration of Michael H. Rubin in Support of Admission *Pro Hac Vice*;

  3. Declaration of Brian M. Willen in Support of Admission *Pro Hac Vice*; and

  4. [Proposed] Order Granting Admission *Pro Hac Vice*.

Sills Cummis & Gross
A Professional Corporation

The Honorable Stephen C. Mannion, U.S.M.J.
July 10, 2017
Page 2

    We appreciate Your Honor's consideration of this matter.

                          Respectfully submitted,

                          *s/Jeffrey J. Greenbaum*

                          JEFFREY J. GREENBAUM

Attachments

cc:    All counsel of record (via ECF)