SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-7000
Fax: (973) 643-6500

*Attorneys for Defendant LG Electronics U.S.A., Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION,<br><br>*Defendants*. | Civil Action No. 17-cv-1775 (MCA) (SCM)<br><br>**DECLARATION OF MICHAEL H. RUBIN IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

Michael H. Rubin, of full age, hereby declares as follows:

1.      I am an attorney licensed to practice in the State of California with a primary office at One Market Plaza, Spear Tower, Suite 3300, San Francisco, California, 94105, and I am a partner with the law firm of Wilson Sonsini Goodrich & Rosati P.C.

2.      I make this Declaration in support of this application to appear and participate *pro hac vice* in this matter on behalf of Defendant LG Electronics, U.S.A., Inc. ("LG Electronics").

3.      I am counsel to LG Electronics and am familiar with the facts of this action, and have experience in the field of law relevant to this action.

1

4. Since October 1, 2001, I have been a member in good standing of the Bar of the State of California. The roll of the members of the California Bar is maintained by a 23-member Board of Governors, located at The State Bar of California, 180 Howard Street, San Francisco, California 94105.

5. I am also a member in good standing of the Bar of the Supreme Court of the United States (admitted 2016), and was admitted to practice before the United States District Court, Southern District of California in 2001, the United States District Court, Central District of California in 2001, the United States District Court, Northern District of California in 2001, the United States District Court, Eastern District of California in 2002, the United States Court of Appeals for the Second Circuit in 2010, the United States Court of Appeals for the Ninth Circuit in 2011, and the United States Court of Appeals for the Third Circuit in 2013.  The names and addresses of the office maintaining the roll of the members of each bar are as follows:

Supreme Court of the United States
Clerk, Supreme Court of the U. S.
ATTN: Admissions Office
One First Street, NE
Washington, DC 20543

U.S. District Court, Southern District of California
United States District Court
ATTN: Attorney Admissions
333 West Broadway, Suite 420
San Diego, CA 92101

U.S. District Court, Central District of California
United States District Court
ATTN: Attorney Admissions
Spring Street Federal Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

<u>U.S. District Court, Northern District of California</u>
United States District Court
ATTN: Attorney Admissions
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

<u>U.S. District Court, Eastern District of California</u>
United States District Court
ATTN: Attorney Admissions
Office of the Clerk
2500 Tulare Street Room 1501
Fresno, CA 93721

<u>U.S. Court of Appeals for the Second Circuit</u>
U.S. Court of Appeals for the Second Circuit
ATTN: Attorney Admissions
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

<u>U.S. Court of Appeals for the Ninth Circuit</u>
U.S. Court of Appeals for the Ninth Circuit
ATTN: Attorney Admissions
Office of the Clerk
P.O. Box 193939
San Francisco, CA 94119-3939

<u>U.S. Court of Appeals for the Third Circuit</u>
United States Court Of Appeals
ATTN: Attorney Admissions
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

6. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction. Likewise, I have not been subject to suspension or disbarment by any court.

7. If this application to appear *pro hac vice* is granted I agree to:

(a) Pay the fee for *pro hac vice* admission to the Clerk of the United States District Court for the District of New Jersey;

(b) Pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a);

(c) Abide by the Rules Governing this Court, including but not limited to L.Civ.R. 101.1(c).

(d) Consent to the appointment of the Clerk of the United States District Court for the District of New Jersey as agent upon whom service of process may be made for all actions against me that may arise out of my participation in this matter;

(e) Notify the Court immediately of any matter affecting my standing in the Bar of any other court; and

(f) Have all pleadings, briefs and other papers filed with the Court signed by Jeffrey J. Greenbaum or another attorney licensed to practice law in the District of New Jersey from Sills Cummis & Gross P.C., as the attorney of record for LG Electronics.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 7, 2017

_____
Michael H. Rubin