UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited), and ABC Corporations (1-Unlimited),<br><br>                Defendants. | Civil Action No. 17-cv-1775 (MCA) (SCM)<br><br>*(Document Filed Electronically)*<br><br><br>**ORDER GRANTING ADMISSION**<br>***PRO HAC VICE*** |

      This matter having come before the Court on the application of Sills Cummis & Gross, P.C., attorneys for defendant LG Electronics U.S.A., Inc. ("LG Electronics"), for the admission *pro hac vice* of Michael H. Rubin, Esq., and Brian M. Willen, pursuant to L. Civ. R. 101.1(c); and the Court having considered the Declaration of Jeffrey J. Greenbaum in Support of Admission *Pro Hac Vice* of Michael H. Rubin, Esq., and Brian M. Willen, Esq., and the Declarations of Mr. Rubin and Mr. Willen, which reflect that they satisfy the requirements set forth in L. Civ. R. 101.1(c)(1), and Plaintiffs, by and through their counsel, Berman Class Law, having represented to counsel for LG Electronics that they have no opposition to the admission *pro hac vice* of Mr. Rubin and Mr. Willen, and for good cause shown,

      **IT IS,** on this ___ day of _____, 2017,

**ORDERED** that Michael H. Rubin, Esq., and Brian M. Willen, Esq., are hereby granted admission *pro hac vice* to speak for, and participate on behalf of, LG Electronics in this matter, in the same manner as attorneys authorized to practice law in this State; and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by Jeffrey J. Greenbaum, Esq., attorney of record for LG Electronics, or by such other member of the bar of this Court who has or may appear as counsel of record for LG Electronics, who shall be responsible for the submissions of the case and the attorneys admitted hereby; and it is further

**ORDERED** that Michael H. Rubin, Esq., and Brian M. Willen, Esq., shall each be bound by the Rules of the United States District Court for the District of New Jersey, including all disciplinary rules; and it is further

**ORDERED** that Michael H. Rubin, Esq., and Brian M. Willen, Esq., shall each pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Michael H. Rubin, Esq., and Brian M. Willen, Esq., shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3).

_____
HON. STEPHEN C. MANNION, U.S.M.J.