Jeffrey J. Greenbaum
jgreenbaum@sillscummis.com
Megan L. Wiggins
mwiggins@sillscummis.com
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Fax: (973) 643-6500
*Attorneys for Defendant*
*LG Electronics USA, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited), and ABC Corporations (1-Unlimited),<br><br>Defendants. | Civil Action No. 17-cv-1775 (MCA) (SCM)<br><br><br><br><u>**CERTIFICATE OF SERVICE**</u> |

MEGAN L. WIGGINS, of full age, certifies as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey, and associated with the law firm of Sills Cummis & Gross P.C., attorneys for Defendant LG Electronics, U.S.A., Inc. ("LG Electronics").

1

2.      On July 10, 2017, I caused the letter application of LG Electronics for the *pro hac vice* admission of Michael H. Rubin, Esq., and Brian M. Willen, Esq., of Wilson Sonsini Goodrich & Rosati, P.C., together with the supporting Declarations of Jeffrey J. Greenbaum, Michael H. Rubin, and Brian M. Willen, together with this Certificate of Service, to be electronically filed, and thereby caused a copy of the same to be served upon the following counsel via CM/ECF:

>   Michael E. Berman
>   **BERMAN CLASS LAW**
>   270 Shore Road, Suite 14
>   Long Beach, NY 11561
>   Telephone: (561) 320-9076
>   michael@meberman.com
>   *Attorneys for Plaintiffs*
>
>   Michael E. McDonald
>   Kate E. Janukowitz
>   **GIBBONS P.C.**
>   One Gateway Center
>   Newark, NJ 07102
>   Telephone: (973) 596-4500
>   mmcdonald@gibbonslaw.com
>   kjanukowitz@gibbonslaw.com
>   *Attorneys for Defendants Samsung Electronics Co. Ltd.*
>   *and Samsung Electronics America, Inc.*

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*s/Megan L. Wiggins*
Megan L. Wiggins

Dated: July 10, 2017