Michael R. McDonald, Esq.
Kate Janukowicz, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVIS ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRNICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited) and ABC Corporations (1-Unlimited),<br><br>Defendants. | Civil Action No. 17-01775 (MCA) (SCM)<br><br>*Document electronically filed*<br><br><br>**STIPULATION FOR EXTENSION OF TIME** |

It is hereby **STIPULATED** and **AGREED** by and between Defendant Samsung Electronics America, Inc., by and through its counsel Michael R. McDonald, Esq., and Plaintiffs, Thomas Roger White, Jr., Davis Espinoza, and Christopher Mills, on behalf of themselves and all others similarly situated, by and through their counsel Michael E. Berman, Esq., that Defendant Samsung Electronics America, Inc. is granted an extension of time until **September 8, 2017** in which to answer, move or otherwise respond to Plaintiffs' Complaint in the above-captioned matter. This is the first Stipulation for Extension of Time filed in this action.

| | |
|---|---|
| Dated: July 14, 2017<br><br>By: s/ Michael R. McDonald_____<br>　　Michael R. McDonald, Esq.<br>　　**GIBBONS P.C.**<br>　　One Gateway Center<br>　　Newark, New Jersey 07102-5310<br>　　Telephone:  (973) 596-4913<br>　　mmcdonald@gibbonslaw.com<br><br>　　*Attorneys for Defendant*<br>　　*Samsung Electronics America, Inc.* | Dated: July 14, 2017<br><br>By: s/_ Michael E. Berman_____<br>　　Michael E. Berman, Esq.<br>　　**BERMAN CLASS LAW**<br>　　270 Shore Road, Suite 14<br>　　Long Beach, NY 11561<br>　　Telephone:  (516) 320-9076<br>　　Michael@bermanclasslaw.com<br><br>　　*Attorneys for Plaintiffs* |

Dated: July __, 2017



So Ordered: _____
　　　　　　　Hon. Steven C. Mannion, U.S.M.J.

2