UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited), and ABC Corporations (1-Unlimited),<br><br>　　　　*Defendants*. | Civil Action No. 17-cv-1775 (MCA)(SCM)<br><br>*(Document Filed Electronically)*<br><br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEYS TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |

　　　　Request is hereby made by local counsel for *pro hac vice* counsel for Defendant LG Electronics U.S.A., Inc. to receive electronic notification in the within matter, and it is represented that:

　　　　1.　　An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered (Docket Entry 11); and

　　　　2.　　The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court, for each of the *pro hac vice* attorneys; and

　　　　3.　　The information for the *pro hac vice* attorneys is as follows:

Michael H. Rubin, Esq.
Wilson Sonsini Goodrich & Rosati, P.C.
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (650) 849-3311
Fax: (415) 947-2099
mrubin@wsgr.com

Brian M. Willen, Esq.
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (650) 849-3340
Fax: (212) 999-5899
bwillen@wsgr.com

**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey  07102
T:(973) 643-7000
F: (973) 643-6500
*Attorneys for Defendant*
*LG Electronics U.S.A., Inc.*

By:   *s/ Jeffrey J. Greenbaum*
         JEFFREY J. GREENBAUM