

**Mark S. Melodia**
Direct Phone:  +1 212 205 6078
Email:  mmelodia@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

August 25, 2017

**VIA E-FILING**

The Honorable Madeline Cox Arleo
United States District Judge for the District of
New Jersey
U.S.D.C., District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

Re:   *White et al. v. LG Electronics, Inc. et al.*,
      U.S.D.C. for the District of New Jersey, Case No. 17-CV-01775

Dear Judge Arleo:

    Pursuant to the Court's direction in the docket text order issued on August 24, 2017, we are e-filing the Letter to the Court in connection with the above-captioned *White et al. v. LG Electronics, Inc. et al.* litigation dated August 16, 2017 (the "Letter"), on behalf of Sony Electronics Inc. and Sony Corporation of America.

    Our appearance is solely for the purpose of e-filing the Letter, and it does not constitute a waiver of service objections or any defenses as to personal jurisdiction.


Respectfully submitted,

_____/s/_____
Mark S. Melodia

Enclosure

cc:   All Attorneys of Record (via e-filing)