**GIBBONS**

MICHAEL R. MCDONALD
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4827; (973) 639-6295
mmcdonald@gibbonslaw.com

August 6, 2017

**VIA ECF**

Honorable Steven C. Mannion, U.S.M.J.
United States District Court
For the District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re: *White, et al. v. LG Electronics, Inc., et al.*
       **Civil Action No. 17-01775 (MCA) (SCM)**

Dear Judge Mannion:

  We represent Defendant Samsung Electronics America, Inc. in the above-referenced matter. We submit for Your Honor's consideration the attached papers seeking the admission *pro hac vice* of Eric C. Bosset, Esq., Simon J. Frankel, Esq. and Megan L. Rodgers, Esq. of the firm Covington & Burling LLP.

  Plaintiffs' counsel has consented to this application. A Proposed Order and supporting declarations are enclosed. If the same meets with your approval, we respectfully request that Your Honor execute the enclosed Order and direct its entry.

  We thank the Court for its assistance with this matter. If you have any questions or require further information, please do not hesitate to contact me.

              Respectfully submitted,

              s/ Michael R. McDonald
              Michael R. McDonald

MRM/hsp
Enclosures

cc: All counsel of record (*via* ECF)