| | |
|---|---|
| Michael R. McDonald<br>Kate Janukowicz<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone: (973) 596-4500<br>Facsimile: (973) 593-0545 | Simon J. Frankel (*pro hac vice* pending)<br>**COVINGTON & BURLING LLP**<br>One Front Street, 35th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091 |
| Eric Bosset (*pro hac vice* pending)<br>**COVINGTON & BURLING LLP**<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone: (202) 662-5606<br>Facsimile: (202) 778-5606 | Megan L. Rodgers (*pro hac vice* pending)<br>**COVINGTON & BURLING LLP**<br>333 Twin Dolphin Dr., Suite 700<br>Redwood Shores, CA 94065<br>Telephone: (650) 632-4734<br>Facsimile: (650) 632-4834 |

*Attorneys for Defendant Samsung Electronics America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVIS ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited) and ABC Corporation (1-Unlimited),<br><br>                Defendants. | Civil Action No. 17-01775 (MCA) (SCM)<br><br>**[PROPOSED] ORDER GRANTING THE ADMISSION *PRO HAC VICE* OF ERIC C. BOSSET, ESQ., SIMON J. FRANKEL, ESQ. AND MEGAN L. RODGERS, ESQ.** |

    **THIS MATTER** having been brought before the Court by Defendant Samsung Electronics America, Inc. ("SEA") seeking permission for the admission of Eric C. Bosset, Esq., Simon J. Frankel, Esq. and Megan L. Rodgers, Esq. *pro hac vice* in the above-captioned case

pursuant to Local Civil Rule 101.1(c); and counsel for Plaintiffs having stated that Plaintiffs do not object to these admissions, and for good cause shown;

It is on this _____ day of September, 2017 **ORDERED:**

1. That Eric C. Bosset, Esq., Simon J. Frankel, Esq. and Megan L. Rodgers, Esq. of the firm Covington & Burling LLP are hereby granted admission *pro hac vice* for the purpose of appearing in this matter pursuant to Local Civil Rule 101.1(c); and

2. That Eric C. Bosset, Esq., Simon J. Frankel, Esq. and Megan L. Rodgers, Esq. are hereby required to abide by the Rules of Disciplinary Enforcement and the Local Civil Rules of the District of New Jersey; and

3. That Eric C. Bosset, Esq., Simon J. Frankel, Esq. and Megan L. Rodgers, Esq. shall notify the Court immediately of any matter affecting their standing at the bar of any other court; and

4. That all pleadings, briefs and other papers filed with the Court shall be signed by an attorney at law employed by the law firm of Gibbons P.C., said attorney being authorized to practice in the Unites States District Court for the District of New Jersey, who shall be held responsible for them and for the conduct of the matter and of Eric C. Bosset, Esq., Simon J. Frankel, Esq. and Megan L. Rodgers, Esq.; and

5. That pursuant to Local Civil Rule 101.1(c)(2), a copy of this Order shall be forwarded to the Treasurer of the New Jersey Lawyers' Fund for Client Protection. Eric C. Bosset, Esq., Simon J. Frankel, Esq. and Megan L. Rodgers, Esq. shall make payment, or cause payment to be made, to the New Jersey Lawyers' Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) within 30 days of the entry of this order for this calendar year (if such payment for this year has not already been made) and shall continue to make payment, or

cause payment to be made, for each calendar year in which they continue to represent any Defendant before this Court; and

      6.     That pursuant to Local Civil Rule 101.1(c)(3), Eric C. Bosset, Esq., Simon J. Frankel, Esq. and Megan L. Rodgers, Esq., shall make payment of $150.00, or cause payment of $150.00 to be made, to the Clerk of the United States District Court for the District of New Jersey.

Dated: September _____, 2017                            _____
                                                                             Hon. Steven C. Mannion, U.S.M.J.