# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Jeffrey J. Greenbaum**
Member
Admitted In NJ, NY
Direct Dial: 973-643-5430
Email: jgreenbaum@sillscummis.com

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

September 8, 2017

<u>**Via ECF**</u>
The Honorable Madeline Cox Arleo, U.S.D.J.
The Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re: <u>*White et al. v. LG Electronics, Inc., et al.*,
> Civil Action No. 17-1775 (MCA)(SCM)</u>

Dear Judge Arleo and Magistrate Judge Mannion:

  This firm represents defendant LG Electronics, U.S.A., Inc. ("LG") in this action. We write to update the address, firm name, and contact information for our co-counsel, Michael H. Rubin, Esq., who is admitted *pro hac vice* in this matter (ECF No. 11). As directed by the Clerk's Office, we respectfully submit this letter informing the Court of Mr. Rubin's updated information, and enclose a request for Mr. Rubin to receive electronic notices at his new email address.

  Mr. Rubin's previous and updated/current contact information are as follows:

| **Previous Contact Information** | **Current Contact Information** |
|---|---|
| Michael H. Rubin, Esq. | Michael H. Rubin, Esq. |
| WILSON SONSINI GOODRICH & ROSATI, P.C. | LATHAM & WATKINS LLP |
| One Market Plaza, Spear Tower, Suite 3300 | 505 Montgomery Street, Suite 2000 |
| San Francisco, CA 94105 | San Francisco, CA 94111-6538 |
| Telephone: (650) 849-3311 | (415) 395-8154 |
| Fax: (415) 947-2099 | (415) 395-8095 |
| mrubin@wsgr.com | michael.rubin@lw.com |

Sills Cummis & Gross
A Professional Corporation

The Honorable Madeline Cox Arleo, U.S.D.J.
The Honorable Steven C. Mannion, U.S.M.J.
September 8, 2017
Page 2

  Mr. Rubin was previously approved to receive electronic notices in this action (*See* ECF No. 16 & July 24, 2017 docket entry). Due to his change in information, including in his email address, we enclose an Updated Request by Local Counsel for Pro Hac Vice Attorney to Receive Electronic Notification, and respectfully request that Mr. Rubin's email address for electronic noticing be updated accordingly.

  Thank you for your attention to this matter.

            Respectfully submitted,

            *s/Jeffrey J. Greenbaum*

            JEFFREY J. GREENBAUM

cc: All counsel of record (via ECF)