UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited), and ABC Corporations (1-Unlimited),<br><br>*Defendants*. | Civil Action No. 17-cv-1775 (MCA)(SCM)<br><br>*(Document Filed Electronically)*<br><br>**UPDATED REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE <u>ELECTRONIC NOTIFICATION</u>** |

Request is hereby made by local counsel for *pro hac vice* counsel for Defendant LG Electronics U.S.A., Inc. to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered (Docket Entry 11); and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court, for the *pro hac vice* attorneys; and

3.  *Pro hac vice* counsel was previously added for electronic noticing (See ECF No. 16 & July 24, 2017 docket entry); and

4.  *Pro hac vice* attorney Michael H. Rubin, Esq., has changed firms and therefore has changed his contact information, including his email address, and requests that his information be updated to the following:

Michael H. Rubin, Esq.
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
(415) 395-8154
(415) 395-8095
michael.rubin@lw.com

**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey  07102
T:(973) 643-7000
F: (973) 643-6500
*Attorneys for Defendant*
*LG Electronics U.S.A., Inc.*

By:   s/ Jeffrey J. Greenbaum
      JEFFREY J. GREENBAUM