| | |
|---|---|
| GIBBONS PC<br>One Gateway Center<br>Newark, NJ 07102<br>Telephone: (973) 596-4500<br>*Attorneys for Defendant*<br>*Samsung Electronics America, Inc.* | SILLS CUMMIS & GROSS P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>*Attorneys for Defendant*<br>*LG Electronics U.S.A., Inc.* |

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION,<br><br>And<br><br>John and Jane Does (1-Unlimited)<br><br>And<br><br>ABC Corporations (1-Unlimited),<br><br>     Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br>**Return Date:  October 2, 2017**<br><br>(Oral Argument Requested)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION TO DISMISS BY DEFENDANTS LG ELECTRONICS U.S.A., INC. AND SAMSUNG ELECTRONICS <u>AMERICA, INC.</u>** |

  **PLEASE TAKE NOTICE** that on October 2, 2017, at 9:30 a.m., or at such

other date and time as may be set by the Court, Defendants LG Electronics U.S.A.,

1

Inc. and Samsung Electronics America, Inc. (collectively, "Defendants"), by and through their undersigned attorneys, will move before the Honorable Madeline Cox Arleo, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4A, Newark, New Jersey 07101, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely on the accompanying Joint Brief in Support of their Motion to Dismiss the Complaint under Fed. R. Civ. P. 12(b)(6), and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument.

| | |
|---|---|
| Dated:  September 8, 2017 | Respectfully submitted, |
| GIBBONS P.C. | SILLS CUMMIS & GROSS P.C. |
| By: *s/ Michael R. McDonald*<br>MICHAEL R. MCDONALD<br>mmcdonald@gibbonslaw.com<br>KATE ELIZABETH JANUKOWICZ<br>kjanukowicz@gibbonslaw.com<br>One Gateway Center<br>Newark, NJ 07102<br>Telephone: (973) 596-4500<br><br>ERIC C. BOSSET (*pro hac vice pending*)<br>ebosset@cov.com<br>COVINGTON & BURLING LLP<br>One City Center<br>850 Tenth Street, NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br><br>SIMON J. FRANKEL (*pro hac vice pending*)<br>sfrankel@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street, 35th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 591-6000<br><br>*Attorneys for Defendant*<br>**SAMSUNG ELECTRONICS AMERICA, INC.** | By: *s/ Jeffrey J. Greenbaum*<br>JEFFREY J. GREENBAUM<br>jgreenbaum@sillscummis.com<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone: (973) 643-7000<br>Fax: (973) 643-6500<br><br>MICHAEL H. RUBIN (*pro hac vice*)<br>michael.rubin@lw.com<br>LATHAM & WATKINS LLP<br>505 Montgomery Street<br>Suite 2000<br>San Francisco, CA 94111-6538<br>Telephone:  (415) 395-8154<br><br>*Attorneys for Defendant*<br>**LG ELECTRONICS U.S.A., INC.** |