UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION,<br><br>And<br><br>John and Jane Does (1-Unlimited)<br><br>And<br><br>ABC Corporations (1-Unlimited),<br><br>                Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br><br>**ORDER GRANTING MOTION TO DISMISS BY DEFENDANTS LG ELECTRONICS U.S.A., INC. AND SAMSUNG ELECTRONICS AMERICA, INC.** |

**THIS MATTER** having been brought before the Court on the motion of Defendants LG Electronics U.S.A., Inc. and Samsung Electronics America, Inc. (collectively, "Defendants"), for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint with prejudice; and the Court having considered the submissions of the parties, and the arguments of the counsel, if any; and for good cause shown,

1

2

**IT IS**, on this _____ day of _____ 2017,

**ORDERED** that Defendants' motion to dismiss is GRANTED; and it is further

**ORDERED** that the Complaint is hereby DISMISSED WITH PREJUDICE as against Defendants.

_____
HON. MADELINE COX ARLEO, U.S.D.J.