## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Motion To Dismiss By Defendants LG Electronics U.S.A., Inc. and Samsung Electronics America, Inc., together with Defendants LG Electronics U.S.A., Inc. and Samsung Electronics America, Inc.'s Joint Brief In Support Of Their Motion To Dismiss The Complaint Under Fed. R. Civ. P. 12(b)(6) and proposed Order, has been served on all counsel of record via the ECF system.

Dated:  September 8, 2017

*s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM