SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
*Attorneys for Defendant*
*LG Electronics U.S.A., Inc.*
 Additional counsel on signature page

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION,<br><br>And<br><br>John and Jane Does (1-Unlimited)<br><br>And<br><br>ABC Corporations (1-Unlimited),<br><br>    Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br>*Document Electronically Filed*<br><br>**LG ELECTRONICS U.S.A., INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

  Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant LG

Electronics U.S.A., Inc. ("Defendant"), states that its parent corporation is LG

Electronics, Inc., a publicly-held corporation owning 100% of Defendant's stock.

Dated:  September 8, 2017                    Respectfully submitted,

SILLS CUMMIS & GROSS P.C.

By: *s/ Jeffrey J. Greenbaum*
JEFFREY J. GREENBAUM
jgreenbaum@sillscummis.com
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Fax: (973) 643-6500

MICHAEL H. RUBIN (*pro hac vice*)
michael.rubin@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-6538
Telephone:  (415) 395-8154

*Attorneys for Defendant*
**LG ELECTRONICS U.S.A., INC.**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Corporate Disclosure Statement has been served on all counsel of record via the ECF system.

Dated:  September 8, 2017          *s/ Jeffrey J. Greenbaum*
                                                       JEFFREY J. GREENBAUM