Michael R. McDonald
Kate Janukowicz
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 593-0545

Eric Bosset (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5606
Facsimile: (202) 778-5606

Simon J. Frankel (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Megan L. Rodgers (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4734
Facsimile: (650) 632-4834

*Attorneys for Defendant Samsung Electronics America, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVIS ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited) and ABC Corporation (1-Unlimited),<br><br>Defendants. | Civil Action No. 17-01775 (MCA) (SCM)<br><br>*Document electronically filed*<br><br><br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel certifies to the following information:

1. Samsung Electronics America, Inc. ("SEA") is a wholly-owned subsidiary of Samsung Electronics Co., Ltd.

2. No other publicly held corporation owns 10% or more of SEA's stock.

I certify under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of September, 2017 in Newark, New Jersey.

Dated: September 11, 2017

**GIBBONS P.C.**

By: s/ Michael R. McDonald
Michael R. McDonald, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
mmcdonald@gibbonslaw.com

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*