| | |
|---|---|
| Michael R. McDonald<br>Kate Janukowicz<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone: (973) 596-4500<br>Facsimile: (973) 593-0545 | Simon J. Frankel (admitted *pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>One Front Street, 35th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091 |
| Eric Bosset (admitted *pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone: (202) 662-5606<br>Facsimile: (202) 778-5606 | Megan L. Rodgers (admitted *pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>333 Twin Dolphin Dr., Suite 700<br>Redwood Shores, CA 94065<br>Telephone: (650) 632-4734<br>Facsimile: (650) 632-4834 |

*Attorneys for Defendant Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVIS ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION, and John and Jane Does (1-Unlimited) and ABC Corporation (1-Unlimited),<br>                Defendants. | Civil Action No. 17-01775 (MCA) (SCM)<br><br>*Document electronically filed.*<br><br>**NOTICE OF REQUEST<br>FOR PRO HAC VICE ATTORNEY<br>TO RECEIVE ELECTRONIC<br>NOTIFICATION** |

      Request is hereby made by Gibbons P.C., counsel for Defendant Samsung Electronics America, Inc. ("SEA"), for Eric C. Bosset, Esq., who has been admitted *pro hac vice* as counsel for SEA, to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting admission for Eric C. Bosset, Esq. to appear *pro hac vice* in the within matter has been entered (*see* ECF No. 26); and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court for the attorney identified above.

| | |
|---|---|
| Dated:  September 12, 2017 | s/ Michael R. McDonald<br>Michael R. McDonald, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Tel:  (973) 596-4827<br>Fax:  (973) 639-6295<br>mmcdonald@gibbonslaw.com<br><br>*Attorneys for Defendant*<br>*Samsung Electronics America, Inc.* |

**PRO HAC VICE ATTORNEY INFORMATION:**

Name: Eric C. Bosset, Esq.

Address: **COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

E-mail: ebosset@cov.com