# Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Jeffrey J. Greenbaum**
Member
Admitted In NJ, NY
Direct Dial: 973-643-5430
Email: jgreenbaum@sillscummis.com

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

September 12, 2017

<u>**Via ECF**</u>
The Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

        Re:    *White et al. v. LG Electronics, Inc., et al.*,
               <u>Civil Action No. 17-1775 (MCA)(SCM)</u>

Dear Magistrate Judge Mannion:

      This firm represents defendant LG Electronics, U.S.A., Inc. ("LG") in this action, along with *pro hac vice* counsel, Michael H. Rubin, Esq. Mr. Rubin was previously a partner with Wilson Sonsini Goodrich & Rosati, P.C. ("Wilson Sonsini"), and is now a partner with Latham & Watkins LLP. This firm, along with Mr. Rubin, will continue to represent LG in this matter. We previously updated Mr. Rubin's contact information (ECF No. 23).

      Brian Willen, Esq., of Wilson Sonsini was also admitted *pro hac vice* (ECF No. 11), but will no longer have responsibility for this matter. Therefore, pursuant to Local Civil Rule 101.1(c)(5) (as amended Nov. 10, 2016), we respectfully request that Your Honor enter the enclosed Order withdrawing Mr. Willen's appearance and terminating electronic noticing as to him.

      Thank you for your attention to this matter.

                                          Respectfully submitted,

                                          *s/Jeffrey J. Greenbaum*

                                          JEFFREY J. GREENBAUM

cc: All counsel of record (via ECF)