UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION,<br><br>And<br><br>John and Jane Does (1-Unlimited)<br><br>And<br><br>ABC Corporations (1-Unlimited),<br><br>Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>**ORDER GRANTING WITHDRAWAL OF BRIAN M. WILLEN, ESQ. AS COUNSEL FOR LG ELECTRONICS U.S.A., INC. AND TERMINATING ELECTRONIC NOTIFICATION TO MR. WILLEN** |

**THIS MATTER** having been brought before the Court on informal application by counsel for Defendant LG Electronics U.S.A., Inc. ("LG"), for an Order pursuant to Local Civil Rule 101.1(c)(5),

And it appearing that Michael H. Rubin, Esq., formerly of Wilson Sonsini Goodrich & Rosati P.C., and Brian M. Willen, Esq., of Wilson Sonsini Goodrich & Rosati P.C., were granted permission to appear *pro hac vice* for LG in this action (ECF No. 11);

And it further appearing that Mr. Rubin is now a partner with Latham & Watkins LLP,

And it further appearing that Mr. Willen will no longer have responsibility for this matter,

And it further appearing that Mr. Rubin, as a partner with Latham & Watkins LLP, will continue to serve as *pro hac vice* counsel for LG in this action (ECF 23),

1

And it further appearing that Sills Cummis & Gross P.C. will also continue to serve as counsel for LG in this matter;

**IT IS, on this _____ day of _____ 2017,**

**ORDERED** that Brian M. Willen, Esq., is withdrawn as *pro hac vice* counsel for LG in this action; and it is further

**ORDERED** that Brian M. Willen, Esq., is terminated from electronic notification in this action.

_____
HON. STEVEN C. MANNION, U.S.D.J.