UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., DAVID ESPINOZA, and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION and SONY ELECTRONICS CORPORATION, and JOHN and JANE DOES (1-Unlimited) and ABC Corporations (1-Unlimited),<br><br>       Defendants, | Civil Action No. 2:17-cv-01775-MCA-SCM<br><br><br><br><br><br><br><br><br><br><br>NOTICE OF APPEARANCE<br>OF SIOBHAN A. NOLAN |

       Kindly enter the appearance of Siobhan A. Nolan, Esquire of the law firm of Reed Smith LLP as counsel of record for non-parties Sony Electronics Inc. and Sony Corporation of America.  At this time, this is a special appearance for the purposes of attending the status conference scheduled by the Court for September 26, 2017.  Appearance in this case and at the scheduled conference is not intended as a waiver of service, jurisdiction or any other defenses, all of which are expressly hereby reserved.  Please direct all court notices and correspondence regarding this case to the undersigned.

**REED SMITH LLP**

*s/Siobhan A. Nolan*
Siobhan A. Nolan

Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
(609) 520-6015
Fax (609) 951-0824
snolan@reesmith.com
*Attorneys for non-parties Sony Electronics Inc. and Sony Corporation of America*