

**Mark S. Melodia**
Direct Phone:  +1 609 520 6015
Email:  mmelodia@reedsmith.com

Princeton Forrestal Village
136 Main Street - Suite 250
Princeton, NJ 08540-7839
Tel +1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

September 25, 2017

<u>**Via ECF**</u>

Clerk of Court
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

    Re: <u>White v. LG Electronics, Inc., et. al.</u>
         **Civil Action No. 2:17-cv-01775-MCA-SCM**

Dear Clerk:

    Today, Notice of Appearances were filed electronically for attorneys Mark Melodia, Esq. and Siobhan A. Nolan, Esq. of the law firm of Reed Smith LLP associating them with the incorrect parties in the above-referenced matter. The incorrect appearances appear on the docket as docket entries 33 and 34. While the information contained in each Notice of Appearance was correct, specifically that appearances were being entered on behalf of non-parties Sony Electronics Inc. and Sony Corporation of America for the limited purposes of appearing at the September 26, 2017 status conference, the Notices were filed in the ECF system incorrectly on behalf of Defendants Sony Corporation and Sony Electronics Corporation.

    Pursuant to our conversation with the Clerk's Office, we understand that a Clerk's Message will be entered removing and/or striking docket entries 33 and 34. Accordingly, this firm will enter new appearances for Mark Melodia, Esq. and Siobhan A. Nolan, Esq. as counsel of record for non-parties Sony Electronics Inc. and Sony Corporation of America in the above-referenced matter.

    We thank you for your time and attention to this matter.

Very truly yours,

*s/ Mark S. Melodia*

Mark S. Melodia

cc:    All Counsel of Record (Via ECF)

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

Diane A. Bettino  ♦Office Administrative Partner  ♦  A Limited Liability Partnership formed in the State of Delaware