# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR.,<br><br>               Plaintiff,<br>v.<br><br>LG ELECTRONICS, INC. et al,<br>               Defendants. | Civil Action No.<br><br>2:17-CV-1775-MCA-SCM<br><br>**ORDER FOR STAY AND ADMINISTRATIVE TERMINATION**<br><br>**[D.E. 24]** |

      This matter having come before the Court for a status conference on September 26, 2017 in which all parties through their respective counsel agreed on the record to a stay and administrative termination of this matter until December 22, 2017, and therefore,

      **IT IS** on this Tuesday, September 26, 2017,

1. **ORDERED** that this action and any pending motions (D.E. 24) are hereby administratively terminated, that this termination shall not constitute a dismissal under Fed. R. Civ. P. 41, and does not bear any consequences for purposes of the statute of limitations; and it is further

2. **ORDERED** that Plaintiff White shall file a letter on ECF by 12/22/2017 requesting to restore this matter to the active list and leave to file a proposed amended pleading; and it is further

3. **ORDERED** that absent a request to restore this matter within the time allowed, the Court shall dismiss this action, without further notice, with prejudice and without costs.



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

9/26/2017 4:16:35 PM

Original: Clerk of the Court
Hon. Madeline Cox Arleo, U.S.D.J.
cc: All parties
    File