```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

WHITE, et al.,                      .
                                    .
        Plaintiffs,                 .
                                    . Case No. 17-cv-01775
vs.                                 .
                                    . Newark, New Jersey
LG ELECTRONICS, INC., et al.,       . September 26, 2017
                                    .
        Defendants.                 .
                                    .


                       TRANSCRIPT OF HEARING
              BEFORE THE HONORABLE STEVEN C. MANNION
                  UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiffs:     MICHAEL E. BERMAN, ESQ.
                        Berman Class Law
                        270 Shore Road
                        Suite 14
                        Long Beach, NY 11561
                        (516) 320-9076
                        michael@meberman.com


For the Defendant       JEFFREY J. GREENBAUM, ESQ.
LG Electronics          Sills Cummis & Gross P.C.
U.S.A., Inc.:           The Legal Center
                        One Riverfront Plaza
                        Newark, NJ 07102-5400
                        (973) 643-7000
                        jgreenbaum@sillscummis.com

Audio Operator:

Transcription Service:    KING TRANSCRIPTION SERVICES
                          3 South Corporate Drive, Suite 203
                          Riverdale, NJ  07457
                          (973) 237-6080

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.
```

```
 1   (APPEARANCES continued)

 2
     For the Defendant      MICHAEL H. RUBIN, ESQ.
 3   LG Electronics         Latham & Watkins
     U.S.A., Inc.:          505 Montgomery Street
 4                          Suite 2000
                            San Francisco, CA 94111-6538
 5                          (415) 395-8154
                            Michael.rubin@lw.com
 6

 7   For the Defendant      MICHAEL R. MCDONALD, ESQ.
     Samsung Electronics    Gibbons, PC
 8   Co. Ltd.:              One Gateway Center
                            Newark, NJ 07102-5310
 9                          (973) 596-4500
                            mmcdonald@gibbonslaw.com
10
                            ERIC C. BOSSET, ESQ.
11                          Covington & Burling LLP
                            One CityCenter
12                          850 Tenth Street, NW
                            Washington, DC 20001-4956
13                          (202) 662-5606
                            Ebosset@cov.com
14

15   For the Defendants     MARK S. MELODIA, ESQ.
     Sony Corporation       Reed Smith, LLP
16   and Sony               Princeton Forrestal Village
     Electronics            136 Main Street
17   Corporation:           Suite 250
                            Princeton, NJ 08540
18                          (609) 987-0050
                            mmelodia@reedsmith.com
19
                            SIOBHAN ANNE NOLAN, ESQ.
20                          Reed Smith LLP
                            Princeton Forrestal Village
21                          136 Main Street
                            Suite 250
22                          Princeton, NJ 08540
                            (609) 524-2058
23                          snolan@reedsmith.com

24

25
```

```
 1            (Commencement of proceedings at 10:43 A.M.)
 2
 3            THE COURT OFFICER:  We are on the record in the
 4   case White versus LG Electronics, 17-cv-1775.
 5            THE COURT:  All right.  May I have appearance
 6   beginning with plaintiff's counsel.
 7            MR. BERMAN:  Michael Eric Berman, counsel for
 8   plaintiffs.
 9            THE COURT:  Welcome.  And for each defense?
10            MR. GREENBAUM:  Jeffrey J. Greenbaum, Sills
11   Cummis & Gross for defendant LG Electronics U.S. Inc.
12            MR. RUBIN:  Michael Rubin, Latham & Watkins for
13   defendant LG Electronics U.S.A.
14            MR. MCDONALD:  Michael McDonald from Gibbons P.C.
15   on behalf of Samsung Electronics, for the record.
16            MR. BOSSET:  Eric Bosset, Covington & Burling on
17   behalf of Samsung Electronics American.
18            MR. MELODIA:  Mark Melodia here with Siobhan Nolan
19   from Reed Smith making a limited appearance for Sony
20   Corporation of America and Sony Electronics Inc.
21            THE COURT:  Okay.  We had a conversation off the
22   record about status of this matter and a way forward.
23            It's the Court's understanding that all counsel
24   have agreed for their respective clients to an administrative
25   termination of this case, a stay and an administrative
```

```
 1   termination of the case without prejudice; that a
 2   administrative termination is a docket control device that
 3   simply turns off the docket and stays the case for a specific
 4   period of time.  Here, the time would be 90 days, during
 5   which the statute of limitations would not begin to run.
 6   This is not a dismissal of the case for any other purposes
 7   other than to turn off the case pending the additional
 8   investigation by plaintiffs.
 9             In order to reactivate the case, plaintiffs'
10   counsel would need to file a letter with the Court -- I'm
11   going to say by December 22nd, so anytime up until
12   December 22nd, a letter requesting that the case be restored
13   to the active lists and attaching a proposed amended
14   complaint to be filed.
15             If that happens, then defense counsel would have
16   opportunity to respond to the proposed amended pleading, but
17   the case would be restored to the active list.
18             And defendants would also have the opportunity to
19   request, if there is no proposed pleading, request that their
20   motion to dismiss be decided.  Okay?
21             If there is a proposed pleading and the Court
22   grants it, that would moot the motion to dismiss, and we
23   would have to decide what happens at that point.  Okay?
24             Are these terms acceptable to plaintiffs?
25             MR. BERMAN:  Yes, Your Honor.
```

1           THE COURT:  All right.  To defense?

2           MALE SPEAKER:  Yes.

3           MR. MELODIA:  Your Honor, the way Your Honor just
4  phrased the options, at the 90-day point don't really account
5  for the fact that the Sony entities have not yet joined --
6  the motion to dismiss.

7           THE COURT:  Okay.

8           MR. MELODIA:  So --

9           THE COURT:  So at this point, you would have no
10 obligation to respond to the current pleading or anything
11 during that 90 days.

12          MR. MELODIA:  And if after that 90 days, there was
13 no response from plaintiffs.

14          THE COURT:  The case would be dismissed with
15 prejudice.

16          MR. MELODIA:  As to all of the defendants?

17          THE COURT:  Everybody named in the current
18 complaint.

19          MR. MELODIA:  Okay.

20          THE COURT:  Okay?  All right.  With that, I will
21 contact Judge Arleo, and most likely she'll instruct me to
22 file the appropriate order.  And I will hear from you if you
23 want me to.  Okay?

24          Thank you all very much.  We are adjourned.

25            (Conclusion of proceedings at 11:05 A.M.)

Certification

  I, SARA L. KERN, Transcriptionist, do hereby certify that the 6 pages contained herein constitute a full, true, and accurate transcript from the official electronic recording of the proceedings had in the above-entitled matter; that research was performed on the spelling of proper names and utilizing the information provided, but that in many cases the spellings were educated guesses; that the transcript was prepared by me or under my direction and was done to the best of my skill and ability.

  I further certify that I am in no way related to any of the parties hereto nor am I in any way interested in the outcome hereof.

s/ *Sara L. Kern*                                    26th of October, 2017
_____      _____
Signature of Approved Transcriber                  Date


Sara L. Kern, CET**D-338
King Transcription Services
3 South Corporate Drive, Suite 203
Riverdale, NJ  07457
(973) 237-6080