*Berman Class Law*
*Michael E. Berman, Esq.*
*1069 Main Street, Suite 136*
*Holtsville, NY 11741*
*Michael@bermanclasslaw.com*

===============================================================

December 21, 2017

**Via ECF**

The Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

SO ORDERED

*/s/ Steven C. Mannion*
Steven C. Mannion, U.S.M.J.

Re: **White et al. v. LG Electronics, Inc., et al.,**
**Civil Action No. 17-1775 (MCA) (SCM)**

Date: 1/2/18

Dear Magistrate Judge Mannion:

By way of this letter and pursuant to the Court's September 26, 2017 *Order for Stay and Administrative Termination*, Plaintiffs in the above referenced matter request that the Court restore this matter to the active list and also request leave to file a proposed amended pleading,  } Granted.

Plaintiffs are prepared to immediately file the proposed amended pleading by way of ECF (or, if the Court desires, are prepared to do so by way of motion) once the action has been restored to active status.

Respectfully submitted,

BERMAN CLASS LAW

By: /s/ Michael E. Berman

MICHAEL E. BERMAN

Cc: Hon. Madeline Cox Arleo, U.S.D.J. (via ECF)
    All Counsel of Record (via ECF)