*Berman Class Law*
*Michael E. Berman, Esq.*
*1069 Main Street, Suite 136*
*Holtsville, NY 11741*
<u>Michael@bermanclasslaw.com</u>

==========================================================================

January 14, 2018

**<u>Via ECF</u>**

The Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    **<u>White et al. v. LG Electronics, Inc., et al.,</u>**
             **<u>Civil Action No. 17-1775 (MCA) (SCM)</u>**

Dear Magistrate Judge Mannion:

I am in receipt of the letter written by Mr. Jeffrey J. Greenbaum, Esq. to the Court dated January 12, 2018.

I respectfully apologize to the Court regarding any confusion on the part of counsel for Plaintiffs here; Counsel was waiting for the administrative suspension on the case to be formerly lifted and the case procedurally deemed to be active-status on the Pacer system before filing their proposed amended pleading.

For medical reasons I will be out of the office and out of state tomorrow but, I, on behalf of Plaintiffs, will immediately file Plaintiffs proposed amended pleading first thing on Wednesday morning, January 16, 2018.

                                      Respectfully submitted,

                                      BERMAN CLASS LAW

                                      By:  /s/  Michael E. Berman

                                      MICHAEL E. BERMAN

Cc: Hon. Madeline Cox Arleo, U.S.D.J. (via ECF)
     All Counsel of Record (via ECF)