## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated, | Case No. 17-1775 (MCA) (SCM) |
| Plaintiffs, | **FIRST AMENDED CLASS ACTION COMPLAINT** |
| vs. | |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELCTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS INC, | |
| And | **JURY TRIAL DEMANDED** |
| John and Jane Does (1-Unlimited) | |
| And | |
| ABC Corporations (1-Unlimited), | |
| Defendants. | |