




*Engage™* Cognitive ACR Platform

**TV CLIENT** — samples the screen and sends to server for detection

**INGEST SYSTEM** — updates fingerprint database with live content & metadata

**EVENT SYSTEM** — generates web based tagger enabling app delivery to TV "Buy the Anthony Bourdain Book"

**ACR CLOUD APP** — identifies the content and time code "Colbert Report" episode #4325, 17 minutes 25 seconds

Cognitive Networks

s infographic is from a white paper prepared for Cognitive Networks.