

**Mark S. Melodia**
Direct Phone: +1 212 205 6078
Email: mmelodia@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

February 1, 2018

**VIA ECF**

Scott Creegan
Courtroom Deputy for
Judge Steven C. Mannion
United States District Court
District of New Jersey
Martin Luther King Building &
  U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**RE:  White, et al. v. LG Electronics, et al., U.S.D.C., D.N.J., No. 2:17-cv-01775-MCA-SCM**

Dear Deputy Creegan:

As we discussed, I am counsel for Sony Electronics Inc., in the above-captioned case and have a conflict that prevents me from attending the Rule 16 conference scheduled for 11:30 a.m. on March 21, 2018 (Docket No. 51). All counsel, including Plaintiffs' counsel, have confirmed that 11:30 a.m. on Wednesday, March 28, 2018 works for rescheduling the conference.

Thank you for the flexibility in making the new date and time available for our case.

Very truly yours,

Mark S. Melodia

MSM:tl

cc:    All Counsel of Record (*via ECF*)

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-138731528.1-MSMELODI 02/01/2018 3:42 PM