# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Mark S. Melodia**
Direct Phone: +1 212 205 6078
Email: mmelodia@reedsmith.com

February 1, 2018

**VIA ECF**

Scott Creegan
Courtroom Deputy for
Judge Steven C. Mannion
United States District Court
District of New Jersey
Martin Luther King Building &
 U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

RE: **White, et al. v. LG Electronics, et al., U.S.D.C., D.N.J., No. 2:17-cv-01775-MCA-SCM**

Dear Deputy Creegan:

As we discussed, I am counsel for Sony Electronics Inc., in the above-captioned case and have a conflict that prevents me from attending the Rule 16 conference scheduled for 11:30 a.m. on March 21, 2018 (Docket No. 51). All counsel, including Plaintiffs' counsel, have confirmed that 11:30 a.m. on Wednesday, March 28, 2018 works for rescheduling the conference.

Thank you for the flexibility in making the new date and time available for our case.

Very truly yours,

*/s/ Mark S. Melodia*
Mark S. Melodia

MSM:tl

cc:     All Counsel of Record (*via ECF*)

**SO ORDERED**
*s/Steven C. Mannion*
Steven C. Mannion, U.S.M.J.
Date: 2-2-18

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-138731528 1-MSMELODI 02/01/2018 3 42 PM