| GIBBONS PC | SILLS CUMMIS & GROSS P.C. | REED SMITH LLP |
|---|---|---|
| One Gateway Center | One Riverfront Plaza | 136 Main St., Suite 250 |
| Newark, NJ 07102 | Newark, NJ 07102 | Princeton, NJ 08540 |
| Tel.: (973) 596-4500 | Tel.: (973) 643-7000 | Tel.: (609) 987-0050 |
| *Attorneys for Samsung Electronics America, Inc.* | *Attorneys for LG Electronics U.S.A., Inc.* | *Attorneys for Sony Electronics Inc.* |

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated, | Civil Action No. 17-1775 (MCA)(SCM) |
| Plaintiffs, | Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J. |
| v. | **Return Date: April 2, 2018** |
| LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS INC., | (Oral Argument Requested)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION TO DISMISS BY DEFENDANTS LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., AND SONY ELECTRONICS INC.** |
| And | |
| John and Jane Does (1-Unlimited) | |
| And | |
| ABC Corporations (1-Unlimited), | |
| Defendants. | |

**PLEASE TAKE NOTICE** that on April 2, 2018, at 9:30 a.m., or at such other date and time as may be set by the Court, Defendants LG Electronics U.S.A., Inc., Samsung Electronics America, Inc., and Sony Electronics Inc. (collectively, "Defendants"), by and through their undersigned attorneys, will move before the Honorable Madeline Cox Arleo, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 4A, Newark, New Jersey 07101, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the First Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely on the accompanying Joint Brief in Support of their Motion to Dismiss the First Amended Complaint under Fed. R. Civ. P. 12(b)(6), and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument.

**PLEASE TAKE FURTHER NOTICE** that the Joint Motion to Dismiss is being filed in accordance with Magistrate Judge Mannion's Text Order dated January 26, 2018 (ECF No. 50), pursuant to which any opposition shall be filed within

21 days of the filing of this motion, and any replies shall be filed within 7 days of the opposition.

Dated: February 23, 2018

By: *s/ Michael R. McDonald*
MICHAEL R. MCDONALD
mmcdonald@gibbonslaw.com
KATE ELIZABETH JANUKOWICZ
kjanukowicz@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

ERIC C. BOSSET (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

SIMON J. FRANKEL (*pro hac vice*)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000

*Attorneys for Defendant*
**SAMSUNG ELECTRONICS AMERICA, INC.**

Respectfully submitted,

By: *s/ Jeffrey J Greenbaum*
JEFFREY J. GREENBAUM
jgreenbaum@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Fax: (973) 643-6500

MICHAEL H. RUBIN (*pro hac vice*)
michael.rubin@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8154

*Attorneys for Defendant*
**LG ELECTRONICS U.S.A. INC.**

By: *s/ Mark S. Melodia*
MARK S. MELODIA
mmelodia@reedsmith.com
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 205-6078
Fax: (212) 521-5450

PAUL J. BOND
pbond@reedsmith.com
136 Main St., Suite 250
Princeton, NJ 08540
Telephone: (609) 520-6393
Fax: (609) 951-0824

*Attorneys for Defendant*
**SONY ELECTRONICS INC.**