# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS INC.,<br><br>And<br><br>John and Jane Does (1-Unlimited)<br><br>And<br><br>ABC Corporations (1-Unlimited),<br><br>    Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br><br>**ORDER GRANTING MOTION TO DISMISS BY DEFENDANTS LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., AND SONY ELECTRONICS INC.** |

**THIS MATTER** having been brought before the Court on the motion of Defendants LG Electronics U.S.A., Inc., Samsung Electronics America, Inc., and Sony Electronics Inc. (collectively, "Defendants"), for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the First Amended Complaint with prejudice; and the Court having considered the submissions of the parties, and the arguments of counsel, if any; and for good cause shown,

1

**IT IS**, on this _____ day of _____ 2018,

**ORDERED** that Defendants' motion to dismiss is GRANTED; and it is further

**ORDERED** that the First Amended Complaint is hereby DISMISSED WITH PREJUDICE as against Defendants.

_____

HON. MADELINE COX ARLEO, U.S.D.J.
