## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice of Motion to Dismiss by Defendants LG Electronics U.S.A., Inc., Samsung Electronics America, Inc., and Sony Electronics Inc., together with Defendants LG Electronics USA, Inc., Samsung Electronics America, Inc., and Sony Electronics Inc.'s Joint Brief in Support of their Motion to Dismiss the First Amended Complaint under Fed. R. Civ. P. 12(b)(6), and their proposed Order, have been served on all counsel of record via the ECF system.

|  |  |
|---|---|
| Dated:  February 23, 2018 | *s/ Jeffrey J. Greenbaum*<br>JEFFREY J. GREENBAUM |