# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION and SONY ELECTRONICS INC., and JOHN and JANE DOES (1-Unlimited) and ABC Corporations (1-Unlimited),<br><br>    Defendants, | Civil Action No. 2:17-cv-01775-MCA-SCM<br><br><br><br>**NOTICE OF APPEARANCE<br>OF PAUL J. BOND** |

    Kindly enter the appearance of Paul J. Bond, Esquire of the law firm of Reed Smith LLP as counsel of record for Defendant Sony Electronics Inc. Please direct all court notices and correspondence regarding this case to the undersigned.

                                             **REED SMITH LLP**

                                             *s/Paul J. Bond*
                                             Paul J. Bond

                                             Princeton Forrestal Village
                                             136 Main Street, Suite 250
                                             Princeton, New Jersey 08540
                                             (609) 520-6393
                                             Fax (609) 951-0824
                                             pbond@reedsmith.com
                                             *Attorneys for Defendant Sony Electronics Inc.*