## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Plaintiffs' Opposition To Defendants' Motion To Dismiss has been served on all counsel of record via the ECF system.

                                                s/ Mack Press

Dated: March 16, 2018                MACK PRESS