# Sills Cummis & Gross
### A Professional Corporation

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102**
**Tel: (973) 643-7000**
**Fax (973) 643-6500**

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**Jeffrey J. Greenbaum**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-5430**
**Email: jgreenbaum@sillscummis.com**

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

March 20, 2018

**Via ECF**
The Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:     *White, et al. v. LG Electronics, Inc., et al.*
>         **Civil Action No. 17-1775 (MCA)(SCM)**

Dear Magistrate Judge Mannion:

We, along with Latham & Watkins LLP, represent Defendant LG Electronics U.S.A., Inc. ("LG"), and write on behalf of LG, Sony Electronics Inc., and Samsung Electronics America, Inc. (collectively, "Defendants"), concerning the letter from Plaintiffs' counsel [D.E. 58], purporting to seek "clarification" from the Court as to whether discovery may proceed while Defendants' motion to dismiss is pending. Plaintiffs claim this would facilitate discussions concerning the Joint Discovery Plan, which is due today.

Plaintiffs' counsel, however, has repeatedly frustrated Defendants' efforts to meet and confer with him concerning the Joint Discovery Plan, despite the requirements of Rule 26(f), L. Civ. R. 26.1, and Your Honor's Order Scheduling R. 16 Conference [D.E. 51]. Nonetheless, Defendants intend to file today their proposed Discovery Plan, which addresses in detail Defendants' position on discovery scheduling, as well as discovery-related concerns particular to this case. We respectfully request that the Court address all such issues, including the one raised by Mr. Press, at the Rule 16 conference on March 28, 2018, so that all counsel may be fully heard on the matter.

**Sills Cummis & Gross**
A Professional Corporation

The Honorable Steven C. Mannion, U.S.M.J.
March 20, 2018
Page 2

Respectfully submitted,

*/s/ Jeffrey J. Greenbaum*

JEFFREY J. GREENBAUM

cc:     Hon. Madeline Cox Arleo, U.S.D.J. (via ECF)
        All counsel of record (via ECF)