## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Proposed Discovery Plan has been served on all counsel of record via the ECF system.

Dated:  March 20, 2018

                                          *s/ Jeffrey J. Greenbaum*
                                          JEFFREY J. GREENBAUM