## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs' Proposed Joint Discovery Plan has been served on all counsel of record via the ECF system.

s/ Mack Press

Dated: March 22, 2018    MACK PRESS