Jeffrey J. Greenbaum
jgreenbaum@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Phone: (973) 643-7000
Fax: (973) 643-6500
*Attorneys for Defendant*
*LG ELECTRONICS U.S.A. INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS INC.,<br><br>And<br><br>John and Jane Does (1-Unlimited)<br><br>And<br><br>ABC Corporations (1-Unlimited),<br><br>Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br>**Return Date: April 2, 2018**<br><br>(Oral Argument Requested)<br><br>*Document Electronically Filed*<br><br>**REPLY DECLARATION OF JEFFREY J. GREENBAUM IN SUPPORT OF LG ELECTRONICS USA, INC., SAMSUNG ELECTRONICS AMERICA, INC., AND SONY ELECTRONICS INC.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT UNDER FED. R. CIV. P. 12(b)(6)** |

JEFFREY J. GREENBAUM declares as follows:

1. I am member of the law firm of Sills Cummis & Gross P.C., which, along with Latham & Watkins LLP, represents Defendant LG Electronics U.S.A., Inc. ("LG Electronics") in the above-captioned action. I submit this Reply Declaration in further support of the Joint Motion to Dismiss filed by LG Electronics, along with Defendants Samsung Electronics America, Inc., and Sony Electronics Inc. (collectively, "Defendants").

2. Attached hereto as Exhibit 1 is a chart that copies the true and correct language from an opposition brief filed in *In re Vizio, Inc. Consumer Privacy Litigation*, Case No. 16-md-02693-JLS (KESx) (C.D. Cal.) (Dkt. 121) ("*Vizio*") and Plaintiffs' opposition brief filed here (Dkt. 56). Plaintiffs' brief copies almost verbatim large portions of the *Vizio* brief. The chart compares the two briefs side-by-side and highlights in matching colors the portions that Plaintiffs copied.

3. Attached hereto as Exhibit 2 is a true and correct copy of the complaint filed in *Vizio*.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 23, 2018.

*s/ Jeffrey J. Greenbaum*
Jeffrey J. Greenbaum

2