## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Reply Brief in Support of Motion to Dismiss First Amended Complaint under Fed. R. Civ. P. 12(b)(6) has been served on all counsel of record via the ECF system.

|  |  |
|---|---|
| Dated:  March 23, 2018 | *s/ Jeffrey J. Greenbaum*<br>JEFFREY J. GREENBAUM |