GIBBONS PC
One Gateway Center
Newark, NJ 07102
Tel.: (973) 596-4500
*Attorneys for Defendant*
*Samsung Electronics*
*America, Inc.*

SILLS CUMMIS &
GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Tel.: (973) 643-7000
*Attorneys for Defendant*
*LG Electronics U.S.A., Inc.*

REED SMITH LLP
136 Main St., Suite 250
Princeton, NJ 08540
Tel.: (609) 987-0050
*Attorneys for Sony*
*Electronics Inc.*

*Additional counsel on signature page*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION,<br><br>And<br><br>John and Jane Does (1-Unlimited)<br><br>And<br><br>ABC Corporations (1-Unlimited),<br><br>Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br>**Return Date: _____**<br><br>(Oral Argument Requested)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION TO STAY DISCOVERY BY DEFENDANTS LG ELECTRONICS U.S.A., INC. SAMSUNG ELECTRONICS AMERICA, INC., AND SONY ELECTRONICS INC.** |

**PLEASE TAKE NOTICE** that on a date to be set by the Court, at 9:30

1

a.m., or at such time as may be set by the Court, Defendants LG Electronics U.S.A., Inc., Samsung Electronics America, Inc., and Sony Electronics Inc. (collectively, "Defendants"), by and through their undersigned attorneys, will move before the Honorable Steven C. Mannion, U.S.M.J., United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 2B, Newark, New Jersey 07101, for an Order staying discovery pending the outcome of Defendants' Motion to Dismiss [D.E. 54].  Pursuant to the Court's Pretrial Scheduling Order, Docket Entry 66, any responses shall be filed by April 18, 2018, and there shall be no replies.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely on the accompanying brief, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants hereby request oral argument.

Dated: April 6, 2018

By: _s/ Michael R. McDonald_
MICHAEL R. MCDONALD
mmcdonald@gibbonslaw.com
KATE ELIZABETH JANUKOWICZ
kjanukowicz@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

ERIC C. BOSSET (_pro hac vice_)
ebosset@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

SIMON J. FRANKEL (_pro hac vice_)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000

**_Attorneys for Defendant_**
**SAMSUNG ELECTRONICS
AMERICA, INC.**

Respectfully submitted,

By: _s/ Jeffrey J. Greenbaum_
JEFFREY J. GREENBAUM
jgreenbaum@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Fax: (973) 643-6500

MICHAEL H. RUBIN (_pro hac vice_)
michael.rubin@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8154

**_Attorneys for Defendant_**
**LG ELECTRONICS U.S.A. INC.**

By: _s/ Mark S. Melodia_
MARK S. MELODIA
mmelodia@reedsmith.com
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 205-6078
Fax: (212) 521-5450

PAUL J. BOND
pbond@reedsmith.com
REED SMITH LLP
136 Main St., Suite 250
Princeton, NJ 08540
Telephone: (609) 520-6393
Fax: (609) 951-0824

**_Attorneys for Defendant_**
**SONY ELECTRONICS INC.**

3