| GIBBONS PC | SILLS CUMMIS & | REED SMITH LLP |
|---|---|---|
| One Gateway Center | GROSS P.C. | 136 Main St., Suite 250 |
| Newark, NJ 07102 | One Riverfront Plaza | Princeton, NJ 08540 |
| Tel.: (973) 596-4500 | Newark, NJ 07102 | Tel.: (609) 987-0050 |
| *Attorneys for Defendant Samsung Electronics America, Inc.* | Tel.: (973) 643-7000 *Attorneys for Defendant LG Electronics U.S.A., Inc.* | *Attorneys for Sony Electronics Inc.* |

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>       v.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION, and SONY ELECTRONICS CORPORATION,<br><br>And<br><br>John and Jane Does (1-Unlimited)<br><br>And<br><br>ABC Corporations (1-Unlimited),<br><br>              Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br><br>**ORDER GRANTING MOTION TO STAY DISCOVERY** |

**THIS MATTER** having been brought before the Court on the motion of Defendants LG Electronics U.S.A., Inc., Samsung Electronics America, Inc., and Sony Electronics Inc. (collectively, "Defendants"), for an Order staying discovery pending the outcome of Defendants' motion to dismiss [D.E. 54]; and the Court having considered the submissions of the parties, and the arguments of the counsel, if any; and for good cause shown,

**IT IS, on this** _____ **day of** _____ **2018,**

**ORDERED** that Defendants' motion to stay discovery is GRANTED; and it is further

**ORDERED** that all discovery in this matter shall be stayed until a date to be set by the Court after a decision ruling on Defendants' motion to dismiss.

_____
HON. STEVEN C. MANNION, U.S.M.J.