## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing (1) Notice of Motion to Stay Discovery by Defendants LG Electronics U.S.A., Inc., Samsung Electronics America, Inc., and Sony Electronics Inc.; (2) Defendants LG Electronics USA, Inc., Samsung Electronics America, Inc., and Sony Electronics Inc.'s Joint Motion To Stay Discovery; (3) Proposed Order Granting Motion To Stay Discovery; and (4) this Certificate of Service have been served on all counsel of record via the ECF system.

<i>s/Jeffrey J. Greenbaum</i><br>
JEFFREY J. GREENBAUM

Dated: April 6, 2018