

**Mark S. Melodia**
Direct Phone: +1 212 205 6078
Email: mmelodia@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

April 18, 2018

**VIA E-FILING**

The Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the District of
New Jersey
Martin Luther King, Jr. Bldg. & U.S.
Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:     *White et al. v. LG Electronics, Inc. et al.,*
        **U.S.D.C. for the District of New Jersey, Case No. 17-CV-01775**

Dear Judge Mannion:

        Please find attached for filing a Joint Stipulation and Proposed Consent Order on behalf of all parties.

Respectfully submitted,

Mark S. Melodia

Enclosure

cc:     All Attorneys of Record (via e-filing)