UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION and SONY ELECTRONICS INC., and JOHN and JANE DOES (1-Unlimited) and ABC Corporations (1-Unlimited),<br><br>    Defendants. | Civil Action No. 17- 1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br>**JOINT STIPULATION AND [PROPOSED] CONSENT ORDER** |

**WHEREAS,** the above-named Plaintiffs instituted this action on March 16, 2017 against the above-named Defendants, **[DE #1]** (the "Initial Complaint"); and

**WHEREAS,** Plaintiffs did not serve the Initial Complaint on LG Electronics, Inc., Samsung Electronics Co., Ltd., and Sony Corporation (collectively the "Foreign Parent Companies");

**WHEREAS,** Plaintiffs filed an amended complaint on January 17, 2018 against the above-named Defendants, **[DE #45]** (the "Amended Complaint"); and

**WHEREAS,** Plaintiffs did not serve the Amended Complaint on the Foreign Parent Companies; and

**WHEREAS**, without requiring any agreement to any preconditions, Plaintiffs consent to dismissing the Foreign Parent Companies and having the names of the Foreign Parent Companies struck from the caption; and

**WHEREAS,** Plaintiffs have consistently stated that they are "respectfully willing to accept any discovery parameters that the Court believes best serve the interests of this case and the Court", *see, e.g.,* **[DE #61]**, p.5; and

**WHEREAS,** Defendants LG Electronics U.S.A., Inc., Samsung Electronics America, Inc., and Sony Electronics Inc. (collectively, "Defendants") moved for an Order staying discovery **[D.E. #67]** pending the outcome of Defendants' motion to dismiss **[D.E. #54]**; and

**WHEREAS,** on due consideration, Plaintiffs agree with Defendants and Plaintiffs thus do not oppose Defendants' motion for an Order staying discovery pending determination of the contested motion to dismiss;

**IT IS,** on this _____ day of _____ 2018,

**ORDERED** that LG Electronics, Inc., Samsung Electronics Co., Ltd., and Sony Corporation are dismissed and their names struck from the caption;

**ORDERED** that Defendants' motion to stay discovery is GRANTED; and it is further

**ORDERED** that all discovery in this matter shall be stayed pending further order of the Court after a decision ruling on Defendants' motion to dismiss.

**[SIGNATURE PAGES FOLLOW]**

## STIPULATED AND AGREED TO:

BERMAN CLASS LAW

By: *s/ Mack Press*
MACK PRESS
mack@mackpress.com
1069 Main Street, Suite 136
Holbrook, NY 11741
Telephone: (516)-330-7213

*Attorneys for Plaintiffs*
**Thomas Roger White, Jr.**
**and Christopher Mills**

GIBBONS P.C.

By: *s/ Michael R. McDonald*
MICHAEL R. MCDONALD
mmcdonald@gibbonslaw.com
KATE ELIZABETH JANUKOWICZ
kjanukowicz@gibbonslaw.com
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

ERIC C. BOSSET (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

SIMON J. FRANKEL (*pro hac vice*)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000

*Attorneys for Defendant*
**SAMSUNG ELECTRONICS AMERICA, INC.**

SILLS CUMMIS & GROSS P.C.

By: *s/ Jeffrey J Greenbaum*
JEFFREY J. GREENBAUM
jgreenbaum@sillscummis.com
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Fax: (973) 643-6500

MICHAEL H. RUBIN (*pro hac vice*)
michael.rubin@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8154

*Attorneys for Defendant*
**LG ELECTRONICS U.S.A. INC.**

REED SMITH LLP

By: *s/ Mark S. Melodia*
MARK S. MELODIA
mmelodia@reedsmith.com
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 205-6078
Fax: (212) 521-5450

PAUL J. BOND
pbond@reedsmith.com
136 Main St., Suite 250
Princeton, NJ 08540
Telephone: (609) 520-6393
Fax: (609) 951-0824

*Attorneys for Defendant*
**SONY ELECTRONICS INC.**

**APPROVED AND SO ORDERED:**

_____
HON. STEVEN C. MANNION, U.S.M.J.

_____
DATE