

**Mark S. Melodia**
Direct Phone: +1 212 205 6078
Email: mmelodia@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

April 20, 2018

**VIA E-FILING**

The Honorable Steven C. Mannion, U.S.M.J.
United States District Court for the District of
New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *White et al. v. LG Electronics, Inc. et al.*,
      <u>U.S.D.C. for the District of New Jersey, Case No. 17-CV-01775</u>

Dear Judge Mannion:

   Please find attached for filing a Joint Stipulation and Proposed Consent Order on behalf of all parties. This filing will replace the Joint Stipulation and Proposed Consent Order previously filed on April 18, 2018. [**DE #68**].

   The parties respectfully request that Your Honor so-order the attached Joint Stipulation and Proposed Consent Order.

Respectfully submitted,

Mark S. Melodia

Enclosure

cc:   All Attorneys of Record (via e-filing)