# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SONY CORPORATION and SONY ELECTRONICS INC., and JOHN and JANE DOES (1-Unlimited) and ABC Corporations (1-Unlimited),<br><br>    Defendants, | Civil Action No. 17- 1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br>**JOINT STIPULATION AND [PROPOSED] CONSENT ORDER** |

**WHEREAS**, the above-named Plaintiffs instituted this action on March 16, 2017 against the above-named Defendants, **[DE #1]** (the "Initial Complaint"); and

**WHEREAS**, Plaintiffs did not serve the Initial Complaint on LG Electronics, Inc., Samsung Electronics Co., Ltd., and Sony Corporation (collectively the "Foreign Parent Companies");

**WHEREAS**, Plaintiffs filed an amended complaint on January 17, 2018 against the above-named Defendants, **[DE #45]** (the "Amended Complaint"); and

**WHEREAS**, Plaintiffs did not serve the Amended Complaint on the Foreign Parent Companies; and

**WHEREAS**, without requiring any agreement to any preconditions, Plaintiffs consent to dismissing the Foreign Parent Companies and having the names of the Foreign Parent Companies struck from the caption.

IT IS, on this ___23rd___ day of ___April___ 2018,

**ORDERED** that LG Electronics, Inc., Samsung Electronics Co., Ltd., and Sony Corporation are dismissed and their names struck from the caption.

**[SIGNATURE PAGES FOLLOW]**

## STIPULATED AND AGREED TO:

BERMAN CLASS LAW

By: s/ Mack Press
MACK PRESS
mack@mackpress.com
1069 Main Street, Suite 136
Holbrook, NY 11741
Telephone: (516)-330-7213

*Attorneys for Plaintiffs*
**Thomas Roger White, Jr.
and Christopher Mills**

GIBBONS P.C.

By: s/ Michael R. McDonald
MICHAEL R. MCDONALD
mmcdonald@gibbonslaw.com
KATE ELIZABETH JANUKOWICZ
kjanukowicz@gibbonslaw.com
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

ERIC C. BOSSET (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

SIMON J. FRANKEL (*pro hac vice*)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000

*Attorneys for Defendant*
**SAMSUNG ELECTRONICS AMERICA, INC.**

SILLS CUMMIS & GROSS P.C.

By: s/ Jeffrey J Greenbaum
JEFFREY J. GREENBAUM
jgreenbaum@sillscummis.com
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Fax: (973) 643-6500

MICHAEL H. RUBIN (*pro hac vice*)
michael.rubin@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8154

*Attorneys for Defendant*
**LG ELECTRONICS U.S.A. INC.**

REED SMITH LLP

By: s/ Mark S. Melodia
MARK S. MELODIA
mmelodia@reedsmith.com
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 205-6078
Fax: (212) 521-5450

PAUL J. BOND
pbond@reedsmith.com
136 Main St., Suite 250
Princeton, NJ 08540
Telephone: (609) 520-6393
Fax: (609) 951-0824

*Attorneys for Defendant*
**SONY ELECTRONICS INC.**

## APPROVED AND SO ORDERED:

_____
HON. MADELINE COX ARLEO, U.S.D.J

April 23-18
_____
DATE