*Berman Class Law*
*Mack Press, Esq.*
*1069 Main Street, Suite 136*
*Holtsville, NY 11741*
*(516)330-7213*
*mack@mackpress.com*

=======================================================================

May 8, 2018

The Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  **White et al. v. LG Electronics, Inc. et al., Case No. 17-CV-01775**

Dear Judge Arleo:

Please find attached for filing a Stipulation and Proposed Order between Plaintiffs and Defendant LG Electronics U.S.A., Inc. ("LG") dismissing all claims against LG with prejudice.

Plaintiffs instituted this action on March 16, 2017 against LG and other defendants (the "Initial Complaint"), and filed an amended complaint on January 17, 2018 (the "Amended Complaint").  The Amended Complaint alleged that Smart TVs manufactured by LG and the other defendants improperly collected Plaintiffs' viewing and voice information.  On March 29, 2018, at Defendants' request, Magistrate Judge Mannion ordered Plaintiffs to identify the specific televisions at issue in the Amended Complaint. On April 11, 2018, Plaintiff White identified the sole LG Television as a Model No. 42LE5400 (the "LG TV"). On April 30, 2018, LG advised Plaintiffs in a letter that the LG TV was a 2010 model that could not support the allegations made in the Amended Complaint.  In response, on May 2, 2018, Plaintiffs recognized that the LG TV cannot support the allegations made in Plaintiffs' Amended Complaint (and that LG is not a proper defendant), and agreed to dismiss their Amended Complaint and all claims against LG with

prejudice.  Plaintiffs and LG then prepared the attached Stipulation and Proposed Order.

                                                                                      Respectfully,

                                                                                      BERMAN CLASS LAW

                                                                                     By: /s/ Mack Press
                                                                                                _____
                                                                                       MACK PRESS

Enclosure

cc: All Attorneys of Record (via e-filing)