UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., and SONY ELECTRONICS INC., and JOHN and JANE DOES (1-Unlimited) and ABC Corporations (1-Unlimited),<br><br>　　Defendants, | Civil Action No. 17- 1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br>**STIPULATION BETWEEN PLAINTIFFS AND LG ELECTRONICS U.S.A., INC. DISMISSING ALL CLAIMS AGAINST LG ELECTRONICS U.S.A., INC. WITH PREJUDICE AND [PROPOSED] ORDER** |

**WHEREAS,** the above-named Plaintiffs instituted this action on March 16, 2017 against LG Electronics U.S.A., Inc. ("LG") and other defendants, **[DE #1]** (the "Initial Complaint"); and

**WHEREAS,** Plaintiffs filed an amended complaint on January 17, 2018 against LG and other defendants, **[DE #45]** (the "Amended Complaint"); and

**WHEREAS,** neither the Initial Complaint nor the Amended Complaint identified any specific LG Television; and

**WHEREAS,** on March 29, 2018, at Defendants' request, Magistrate Judge Mannion ordered Plaintiffs to identify the specific televisions at issue in the Amended Complaint; and

1

**WHEREAS,** on April 11, 2018, Plaintiff White identified the sole LG Television at issue in this litigation as a Model No. 42LE5400 ("LG TV"); and

**WHEREAS,** Plaintiffs now recognize that the LG TV cannot support the allegations made in Plaintiffs' Amended Complaint; and

**WHEREAS,** Plaintiffs agree to dismiss their Amended Complaint and all claims against LG Electronics U.S.A., Inc. ("LG") with prejudice; and

**IT IS, on this** _____ **day of** _____ **2018,**

**ORDERED** that LG Electronics U.S.A., Inc. is dismissed with prejudice and its name be struck from the caption.

## STIPULATED AND AGREED TO:

BERMAN CLASS LAW

By: *s/ Mack Press*
MACK PRESS
mack@mackpress.com
1069 Main Street, Suite 136
Holbrook, NY 11741
Telephone:  (516)-330-7213

*Attorneys for Plaintiffs*
**Thomas Roger White, Jr.
and Christopher Mills**

SILLS CUMMIS & GROSS P.C.

By: *s/ Jeffrey J Greenbaum*
JEFFREY J. GREENBAUM
jgreenbaum@sillscummis.com
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Fax: (973) 643-6500

MICHAEL H. RUBIN (*pro hac vice*)
michael.rubin@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 395-8154

*Attorneys for Defendant*
**LG ELECTRONICS U.S.A. INC.**

## APPROVED AND SO ORDERED:

_____
HON. MADELINE COX ARLEO, U.S.D.J

_____
DATE