UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., and SONY ELECTRONICS INC., and JOHN and JANE DOES (1-Unlimited) and ABC Corporations (1-Unlimited),<br><br>      Defendants, | Civil Action No. 17- 1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br><br>**REQUEST FOR**<br>**JUDICIAL NOTICE** |

      Pursuant to the Federal Rules of Evidence 201, Plaintiffs Thomas Roger White, Jr. and Christopher Mills (collectively, "Plaintiffs") submit this *Request for Judicial Notice* in Support of Plaintiffs' Opposition To Defendants' Motion To Dismiss and the allegations contained in Amended Class Action Complaint.

      Plaintiffs request an Order taking Judicial Notice of the following: the Letter dated July 12, 2018, from Edward J. Markey and Richard Blumenthal, United States Senators, to the Honorable Joseph Simons, Chairman of the Federal Trade Commission ("FTC") (**a true and correct copy is attached here as Exhibit A**).

      Judicial Notice is appropriate where a fact "can be accurately and readily determined from the sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).  Here, Exhibit A is a co-letter from Senators Edward J.

Markey of Massachusetts and Richard Blumenthal of Connecticut wherein they state that they are very concerned about "*consumer privacy issues raised by the proliferation of smart-TV technology*" – and have asked in a letter addressed to Joseph Simons, the chairman of the FTC, that the FTC investigate the business practices of smart-television manufacturers amid worries that companies are tracking consumers' viewing behavior without their knowledge. The Senators explicitly state that "*Smart TV users may not be aware of the extent to which their televisions are collecting sensitive information about their viewing habits . . . [and the Smart TV manufacturers] do[] not provide sufficient information about its privacy practices to ensure users can make truly informed decisions.*"

These are the exact concerns which are alleged in the Amended Complaint. Plaintiffs believe that the Court should have full notice of this legislative request for a full FTC-investigation into the privacy abuses by Smart TV manufacturers.

> Respectfully,
>
> /s/  Mack Press
>
> BERMAN CLASS LAW

cc: all counsel of record (via ECF)

\