UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated : : : : Plaintiffs, : : v. : : SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC., and John and Jane Does (1-Unlimited) and ABC Corporations (1-Unlimited) : : : : : : : Defendants : : | Civil Action No. 17-1775 (MCA)(SCM)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br><br><br>**NOTICE OF CHANGE OF FIRM** |

PLEASE TAKE NOTICE that I am no longer a member of the law firm of Reed Smith LLP.  I am now a member of the law firm of:

> Holland & Knight LLP
> 31 West 52nd Street
> New York, New York 10019
> Tel: (212) 513-3200
> Fax: (212) 385-9010
> Email: Mark.Melodia@hklaw.com

All pleadings and correspondence should be directed to the above-referenced addressed.

Dated:  New York, New York
        September 17, 2018

>                HOLLAND & KNIGHT LLP
>
> By: /s/Mark S. Melodia
>     Mark S. Melodia
>     Holland & Knight LLP
>     31 West 52nd Street
>     New York, New York 10019
>     Tel: (212) 513-3200
>
>     *Attorneys for Defendant Sony*
>     *Electronics Inc.*