

MICHAEL R. MCDONALD
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4827 Fax: (973) 639-6295
mmcdonald@gibbonslaw.com

October 2, 2018

**VIA ECF**

The Honorable Steven C. Mannion
United States Magistrate Judge
United States District Court
  District of New Jersey
Martin Luther King Building &
  U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ  07101

      RE:    *White, et al. v. Samsung Electronics America, Inc., et al.*,
              *U.S.D.C., D.N.J., No. 2:17-cv-01775-MCA-SCM*

Dear Magistrate Judge Mannion:

     We are counsel for Defendant Samsung Electronics America, Inc. in this matter.  We submit this brief agenda letter on behalf of all parties in advance of the Telephone Status Conference scheduled for October 4, 2018 at 4:15 p.m. Eastern Time.

     As Your Honor may be aware, on September 26, 2018, Judge Arleo issued a letter order (Dkt. No. 82) granting Defendants' Motion to Dismiss (Dkt. No. 54) in its entirety.  A copy of that letter order is attached.  Pursuant to stipulation of the parties (Dkt. No. 70-1), this Court previously ordered "that all discovery in this matter shall be stayed pending further order of the Court after a decision ruling on Defendants' motion to dismiss" (Dkt. No. 72).

     Counsel for Plaintiffs states that he will be seeking to amend the Complaint to, amongst other things, add a proposed New Jersey representative Plaintiff, as he has previously referenced.

     As directed by the Court (Dkt. No. 80), counsel for Samsung counsel will initiate the call for the Telephone Status Conference on October 4, unless the Court directs otherwise.

     We thank the Court for its consideration of this submission.

                                            Respectfully submitted,

                                            s/ Michael R. McDonald

                                            Michael R. McDonald

cc:    All Counsel of Record (*via ECF*)