# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated | :    Civil Action No. 17-1775 (MCA)(SCM) : : :    Hon. Madeline Cox Arleo, U.S.D.J. |
| Plaintiffs, | :    Hon. Steven C. Mannion, U.S.M.J. : |
| v. | : : |
| SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC., and John and Jane Does (1-Unlimited) and ABC Corporations (1-Unlimited) | : : : :    **NOTICE OF APPEARANCE** : : |
| Defendants | : : |

Kindly enter the appearance of Zalika T. Pierre, Esquire of the law firm of Holland & Knight LLP as counsel of record for Defendant Sony Electronics Inc.  Please direct all court notices and correspondence regarding this case to the undersigned.

Dated:  New York, New York
        October 4, 2018

                HOLLAND & KNIGHT LLP

                By: /s/Zalika T. Pierre
                    Zalika T. Pierre
                    Holland & Knight LLP
                    31 W. 52nd Street
                    New York, New York  10019
                    212-513-3584
                    Zalika.Pierre@hklaw.com
                    *Attorneys for Defendant Sony Electronics Inc.*