# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and CHRISTOPHER MILLS, on behalf of themselves and all others similarly situated, | Civil Action No. 17-01775 (MCA) (SCM) |
| Plaintiffs, | Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J. |
| v. | *Document electronically filed* |
| SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC., | |
| And | |
| John and Jane Does (1-Unlimited) | **STIPULATION AND ORDER REGARDING APPLICATION TO FILE PROPOSED SECOND AMENDED COMPLAINT** |
| And | |
| ABC Corporations (1-Unlimited), | |
| Defendants. | |

Plaintiffs and Defendant Samsung Electronics America, Inc. ("Samsung") and Defendant Sony Electronics Inc. ("Sony") (collectively, "Defendants") jointly file this Stipulation and proposed Order regarding Plaintiffs' application to file a proposed Second Amended Complaint:

1.      Whereas, Plaintiffs filed the original Complaint on March 16, 2017;

2.      Whereas, Plaintiffs filed the First Amended Complaint on January 17, 2018;

3.      Whereas, this Court issued  a Letter Order and opinion dated September 26, 2018, granting Defendants' Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) and dismissing the First Amended Complaint, ECF No. 82;

4.      Whereas, Counsel for Plaintiffs thereafter advised the Court of his intention to seek leave to file an amended complaint, i.e., a proposed Second Amended Complaint ("SAC"), now attached hereto as Exhibit A, to amend the allegations in the complaint, including adding Patricia Cauley as a named plaintiff;

5.      Whereas, in accordance with Magistrate Judge Mannion's Text Order dated October 4, 2018, ECF No. 84, the parties conferred regarding Plaintiffs' application to file an amended complaint and now stipulate and agree as follows: Defendants consent to the filing of proposed SAC, pursuant to Federal Rule of Civil Procedure 15(a)(2), and Plaintiffs acknowledge and agree that Defendants are not thereby admitting the allegations of the proposed SAC and are not waiving any defenses to the claims asserted in the proposed SAC, including without limitation all defenses to the sufficiency of the pleading under Fed.R.Civ.P. 12(b);

6.      Whereas, Plaintiffs further acknowledge and agree that Defendants are not waiving their rights to file a Motion to Dismiss the proposed SAC;

7.      Whereas, Plaintiffs and Defendants further agree to and propose for acceptance by this Court the following schedule for the filing of the SAC and a briefing schedule for Defendants' Motion to Dismiss the SAC:

(a)      Plaintiffs shall file the proposed SAC by Monday, November 19, 2018;

(b)      Defendants shall file their Motion to Dismiss the Second Amended Complaint by Wednesday, December 19, 2018;

(c)      Plaintiffs shall file opposition to the Motion by Friday, January 25, 2019;

(d)      Defendants shall file any reply by Friday, February 15, 2019.

Accordingly, IT IS HEREBY STIPULATED that Plaintiffs may file the attached Second Amended Complaint by Monday, November 19, 2018.  All defenses as to the sufficiency of the Second Amended Complaint are reserved to be addressed on motion pursuant to Federal Rule of Civil Procedure 12(b).  Defendants will file any such motion to dismiss within 30 days of the filing of the Second Amended Complaint; Plaintiff White and Patricia Cauley will file any

opposition to such motion to dismiss within 37 days thereafter; and Defendants will file any

reply within 21 days thereafter.

DATED:  November 14, 2018

By:  /s/ Mack Press
MACK PRESS
mackpress@yahoo.com
mack@mackpress.com
THE MACK PRESS FIRM
18 Watergate Lane
Patchogue, NY 11772
Telephone: (516) 330-7213
*Attorney for Plaintiff Thomas White and Patricia Cauley*

By:  /s/ Michael R. McDonald
MICHAEL R. MCDONALD
mmcdonald@gibbonslaw.com
KATE ELIZABETH JANUKOWICZ
kjanukowicz@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

ERIC C. BOSSET (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

SIMON J. FRANKEL (*pro hac vice*)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000

By:  /s/ Mark S. Melodia
MARK S. MELODIA
mark.melodia@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212)-513-3200

PAUL J. BOND
paul.bond@hklaw.com
HOLLAND & KNIGHT LLP
2929 Arch Street
Suite 800
Philadelphia, PA 19104
Tel: (212) 513-3200

*Attorneys for Defendant*
**SONY ELECTRONICS INC.**

*Attorneys for Defendant*
**SAMSUNG ELECTRONICS AMERICA,
INC.**

IT IS SO ORDERED.

Dated: _____ 11/15/18

Magistrate Judge Stephen Mannion
United States Magistrate Judge

4