# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and PATRICIA CAULEY, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SAMSUNG ELCTRONICS AMERICA, INC., and SONY ELECTRONICS INC, <br><br> Defendants. | Case No. 17-1775 (MCA) (SCM) <br><br> **SECOND AMENDED CLASS ACTION COMPLAINT** <br><br><br><br><br> **JURY TRIAL DEMANDED** |