

**1117029679076**

**Welcome to Best Buy**
4180 US HWY 1
STE 400C
MONMOUTH JUNCTION NJ 08852-1971
Sales Associate: David R

Order Number: 1117029679076
Order Date: 01/29/2017

Printed On: 01/29/2017 2:55 PM

**Purchaser Info**

First Name: PATRICIA
Last Name: CAULEY
Home Phone: 732-
Mobile Phone:
Address 1: 1 LEHIGH DR
Address 2:
City: KENDALL PARK
State: NJ          ZIP: 08824-1912
Email:

| SKU | Price | Description | Quantity | Fulfillment Method | Fulfillment Address | Fulfillment Date/Time |
|---|---|---|---|---|---|---|
| 5034800 | $999.99 | SAMSUNG UN55KS8000FXZA LED 2160P SMART4K Model# UN55KS8000FXZA | 1 | Pickup | 251 NASSAU PARK BLVD, NASSAU PARK SHOPPING CTR, PRINCETON, NJ, 08540-5935, US 609-514-9500 | 01/29/2017 |

Est. Order Subtotal — $999.99
Delivery — $0.00
Shipping — $0.00
Estimated Tax — $68.75
Extended Delivery — $0.00
Total Discounts — $0.00
Est. Order Total — $1,068.74