# KS8000 SUHD TV

SPEC SHEET

## MODELS

**MODEL:** UN55KS8000
**ORDER CODE:** UN55KS8000FXZA

**SCREEN SIZE CLASS:** 55"

**SCREEN DIAGONAL MEASUREMENT:** 54.6"

**UPC CODE:** 887276149189

**COUNTRY OF ORIGIN:** Mexico

**DIMENSIONS (INCHES W x H x D):**

- TV WITHOUT STAND: 48.2 x 28 x 1.7
- TV WITH STAND: 48.2 x 30.5 x 9.2
- SHIPPING: 52 x 31.8 x 5.3
- STAND FOOTPRINT: 9.2 x 2.8 x 6.8
- ONE CONNECT BOX (OCB): 8 x 1 x 2.8

**WEIGHT (LBS):**

- TV WITHOUT STAND: 38.4
- TV WITH STAND: 39.2
- SHIPPING: 48.7

**VESA SUPPORT:** Yes (400 mm x 400 mm)

**ACCESSORIES INCLUDED IN BOX:**

- REMOTE MODEL: Premium Smart TM1680
- ONE CONNECT BOX
- OCB CABLE LENGTH: 3M (9.84')

**MODEL:** UN49KS8000
**ORDER CODE:** UN49KS8000FXZA

**SCREEN SIZE CLASS:** 49"

**SCREEN DIAGONAL MEASUREMENT:** 48.5"

**UPC CODE:** 887276149172

**COUNTRY OF ORIGIN:** Mexico

**DIMENSIONS (INCHES W x H x D):**

- TV WITHOUT STAND: 42.9 x 24.9 x 1.7
- TV WITH STAND: 42.9 x 27.5 x 9.2
- SHIPPING: 46.7 x 28 x 4.9
- STAND FOOTPRINT: 9.2 x 2.8 x 6.8
- ONE CONNECT BOX (OCB): 8 x 1 x 2.8

**WEIGHT (LBS):**

- TV WITHOUT STAND: 30.4
- TV WITH STAND: 31.3
- SHIPPING: 35.9

**VESA SUPPORT:** Yes (400 mm x 400 mm)

**ACCESSORIES INCLUDED IN BOX:**

- REMOTE MODEL: Premium Smart TM1680
- ONE CONNECT BOX
- OCB CABLE LENGTH: 2M (6.56')

**SAMSUNG**