

*Engage*™ Cognitive ACR Platform

**① TV CLIENT** — samples the screen and sends to server for detection

**① INGEST SYSTEM** — updates fingerprint database with live content & metadata

**② ACR CLOUD APP** — identifies the content and time code "Colbert Report" episode #4325, 17 minutes 25 seconds

**③ EVENT SYSTEM** — generates web based tagger enabling app delivery to TV "Buy the Anthony Bourdain Book"

This infographic is from a white paper prepared for Cognitive Networks.