

## PRODUCT HIGHLIGHTS

- Quantum Dot Color
- HDR 1000
- MR 240
- New Smart Hub

## SIZE CLASS

   

UN65KS8000    UN60KS8000[1]    UN55KS8000    UN49KS8000

The Samsung 4K SUHD TV completely redefines the viewing experience with the revolutionary Quantum Dot nano-crystal technology. The KS8000 features innovations that produce a remarkable High Dynamic Range picture experience, regardless of room-light interference. Access your favorite streaming content services easier and faster with our premium design Smart Remote Controller.

## KEY FEATURES

### PICTURE QUALITY
- Quantum Dot Color
- 4K Ultra High Definition
- HDR 1000
- Ultra Black
- Peak Illuminator Pro
- MR 240
- Contrast Enhancer
- Precision Black
- UHD Dimming

### SMART FEATURES
- Quad Core Processor
- Smart Hub
- Apps and Games
- Web Browser

### SMART CONNECTIVITY
- TV to Mobile/Mobile to TV Mirroring
- Smart View App (Content Sharing + 2nd TV + App Casting)
- Briefing on TV

### SMART INTERACTION
- Voice Control

### SMART HOME SUPPORT
- Smart Home Control
- Smart Home Hub Support

### CONNECTIONS
- 4 HDMI Connections[2]
- 3 USB Connections
- 802.11 AC Built-In WiFi
- Bluetooth LE
- RS232 Control

### AUDIO
- Dolby Digital Plus
- DTS Premium Sound | 5.1™ Decoding
- 40 Watt 2.1 Channel

### INCLUDED ACCESSORIES
- Premium Smart Remote Control
- One Connect Mini
- One Connect Cable

### INDUSTRY CERTIFICATIONS
- Ultra HD Premium
- 4K Ultra HD Connected

UN60KS8000 not bezel-less
HDMI – CEC (Consumer Electronics Control) facilitates convenient control functions with compatible devices

## SAMSUNG

SEE BACK FOR DETAILS

# KEY FEATURES (page 1 of 2)

## PICTURE QUALITY

**QUANTUM DOT COLOR**
Accurate shades and lifelike colors come alive in detail with
SUHD Quantum Dot.

**4K ULTRA HIGH DEFINITION**
Enjoy an incredible picture and dramatic detail with 4x the resolution
of Full HD.

**HDR 1000**
See the sunlight in its full radiant glory and find the small detail
in the dark shadows with our best HDR innovation.

**ULTRA BLACK**
Enhances contrast and preserves deep blacks and color richness
in brighter room light settings.

**EDGE-ARRAY BACKLIGHTING**
Experience the full vibrancy of your favorite media and
entertainment with expanded brightness levels across
the entire screen.

**PEAK ILLUMINATOR PRO**
See extended shades of colors pop, enjoy greater dynamic range,
improved contrasting detail, and darker scene highlights that
come alive.

**MR 240**
Enjoy our fast-action moving picture resolution with exceptional
refresh rate, processing speed, and backlight technology.

**CONTRAST ENHANCER**
Experience a greater sense of depth with optimized contrast across
multiple zones of the picture.

**PRECISION BLACK**
Feel the drama of every entertainment experience with darker blacks
and a greater contrasting picture.

**UHD DIMMING**
Optimizes color, contrast, and image detail by processing the image
characteristics prior to them being displayed on the screen.

**ULTRA CLEAR PANEL**
Get the best picture with minimized glare from any angle with
a screen that absorbs ambient light, reduces reflections, and lets
the picture come to life.

**UHD UPSCALING**
Upgrade lower resolution media to a stunning near ultra
high-definition experience with enhanced detail and optimized
picture quality.

## SMART FEATURES

**QUAD-CORE PROCESSOR**
Enjoy a fluid browsing experience and faster control – switching
between apps, streaming content, and other media effortlessly.[7]

**SMART HUB**
Simple access to live TV, streaming content sources, and apps
in one place with Smart Hub – and you only need one remote
control for it all.[5]

**SMART APPS**
Put your favorite media and entertainment at your fingertips with
apps built for your Samsung Smart TV – including streaming TV and
movies, sports, social media, interactive games, weather, and more.[2]

**FULL WEB BROWSER**
Easily browse the web right on your TV – enjoy everything from
online shopping and social media to entertainment news.[4]

## SMART CONNECTIVITY

**SCREEN MIRRORING**
Mirror your phone or other compatible device's screen onto the
TV's screen, instead of using your device's smaller screen to show
content, media playback, or other functions.

**CONNECTSHARE™ MOVIE**
Plug your favorite entertainment and media into your TV – watch
videos, play music, or view photos through a USB connection.

**SMART VIEW 2.0**
Watch your TV entertainment on your mobile device – or your
mobile media on your TV.[3]

**BRIEFING ON TV**
Have your Samsung Smart TV act as an alarm when synchronized
with your other Samsung mobile devices. Use the large screen to
display important items such as the time, weather, and your
daily schedule.

## SMART INTERACTION

**VOICE CONTROL**
Voice recognition makes it easier and more fun when navigating
through your favorite content choices.

**SAMSUNG**

# KEY FEATURES (page 2 of 2)

## SMART HOME SUPPORT

### SMART HOME CONTROL
Control your TV experience via the SmartThings mobile device App. Once connected, your Smart TV can be turned on and off remotely. Requires an internet connection, a SmartThings platform Hub, and the SmartThings App.

### SMART HOME HUB SUPPORT
Take your TV to the next level and turn it into the brain of your smart home. The optional Samsung SmartThings USB EXTEND dongle connects the TV. Simply activate the SmartThings app and your TV is set up as the SmartThings Hub. The SmartThings app on your TV or mobile device facilitates control over other devices such as connected lights, locks, sensors, thermostats and more. Creating the perfect entertainment experience is now in your hands. WiFi Internet connection, SmartThings App, and the optional SmartThings USB EXTEND are required. See product carton packaging for more details.

## CONNECTIONS

### HDMI
Enjoy higher quality audio and video with an HDMI connection that transmits both signals over a single cable. Compatible with next generation Ultra HD Blu-ray players and HDR content decoding.

### WI-FI
Enjoy your favorite on-demand content seamlessly through your existing network with built-in Wi-Fi (802.11 AC).

### 1 COMPONENT IN
Analog video connection transmits HD RGB video using three RCA connections.

### 1 COMPOSITE IN (SHARED WITH AV COMPONENT INPUT)
Analog video connection transmits video using one RCA connection.

## AUDIO

### DOLBY DIGITAL PLUS
Enjoy the ultimate in digital sound quality on all your favorite movies, TV shows, and streaming content. Dolby Digital Plus optimizes your entertainment experience with enhanced sound richness and clarity.

### DTS PREMIUM SOUND 5.1™
Feel like you're part of the action by immersing your senses in 5.1 surround sound.

## INCLUDED ACCESSORIES

### PREMIUM SMART REMOTE CONTROL (TM1680)
Take control of your Smart TV – simplified button configuration makes it easier to navigate quickly, perform voice commands with the built-in microphone, or use the remote for basic TV control operations.

### ONE CONNECT MINI
No more reaching behind the TV to make or change component connections. Connect your cable or satellite box, Blu-ray player, other components, and USB devices into the One Connect Box. The supplied cable provides a clutter-free, single cable connection to the TV.

## INDUSTRY CERTIFICATION LOGOS

### ULTRA HD PREMIUM
The UHDA's ULTRA HD PREMIUM logo identifies products and services that meet or exceed strict performance levels for resolution (4K – 4 times sharper than HD), high dynamic range (HDR – brilliant brights, deepest darks), and wide color spectrum (more lifelike colors), along with recommendations for immersive audio (multi-dimensional sound), among others. These performance advances enable certified televisions, content, and other devices to fully replicate the richness of life's sights and sounds, and allow viewers to more accurately experience the content creator's vision.

The UHD (Ultra High Definition) Alliance is composed of leading global entertainment, electronics, and technology companies united to establish a series of features with strict performance levels that collectively define a premium Ultra HD entertainment experience.

### 4K ULTRA HD CONNECTED
All Samsung 2016 4K UHD and SUHD televisions comply with the CTA 4K Ultra High-Definition Connected definition requirements. The trade organization known as the Consumer Technology Association (CTA)® is considered an industry authority on engineering standards for consumer electronics in the United States. Visit www.cta.tech for more information.

HDMI – CEC (Consumer Electronics Control) facilitates convenient control functions with compatible devices.

© 2016 Samsung Electronics America, Inc. Samsung is a trademark or registered trademark of Samsung Electronics Co., Ltd. Samsung and Samsung SMART TV are trademarks or registered trademarks of Samsung Electronics Co., Ltd. All other brand, product and service names and logos are marks and/or registered trademarks of their respective owners. Screen images are simulated. Some devices may require Internet access. Apps may vary by product model. 4K UHD launch timing may vary by provider. Selection of 4K UHD content subject to individual content provider availability. Only select titles are available in 4K UHD. The Ultra HD Premium logo is a trademark of UHD Alliance, Inc.

# SAMSUNG

**SAMSUNG**

# E-MANUAL

Thank you for purchasing this Samsung product.
To receive more complete service, please register your
product at

www.samsung.com/register

Model_____ Serial No._____

# Contents

## Quick Guides

Connecting the Samsung Smart Remote to the TV

Using Smart Hub

2    Using Smart Hub

Using Voice Interaction

3    Setting up Voice Interaction

3    Running Voice Interaction

## Connections

Connecting an Antenna

Connecting to the Internet

4    Connecting to your Internet network

Troubleshooting Internet Connectivity Issues

6    Troubleshooting wired Internet connectivity issues

7    Troubleshooting wireless Internet connectivity issues

Connecting Video Devices

8    Connecting with an HDMI cable

8    Connecting with a component cable (only for models with COMPONENT IN / AV IN)

9    Connecting with a composite cable (only for models with COMPONENT IN / AV IN)

Audio Input and Output Connections

10   Connecting with an HDMI (ARC) cable

10   Connecting with a digital audio (optical) cable

11   Connecting through wireless network

11.  Connecting Bluetooth Devices

Connecting a Computer

12   Connecting through the HDMI port — Screen sharing

12   Connecting through the Smart View app — Content sharing

Connecting a Mobile Device

13   Using Smart View (Screen Mirroring) or contents sharing

13   Connecting mobile devices without a wireless router (Wi-Fi Direct)

13   Connecting a mobile device via the Smart View App

Switching between external devices connected to the TV

14   Changing the input signal

14   Editing external devices

14   Using additional functions

Connection Notes

15   Connection notes for HDMI

16   Connection notes for audio devices

16   Connection notes for computers

16   Connection notes for mobile devices

## Remote Control and Peripherals

About the Samsung Smart Remote (Voice Interaction version)

About the Samsung Smart Remote (No Voice Interaction)

Connecting to the Samsung Smart Remote

Controlling External Devices with the Samsung Smart Remote - Using the Universal Remote

Controlling the TV with a Keyboard or Gamepad

22   Connecting a USB keyboard

22   Connecting a Bluetooth keyboard and gamepad

22   Using the keyboard

Entering Text using the On-Screen QWERTY Keyboard

23   Using additional functions

## Smart Features

Smart Hub

24  Displaying the Home Screen

26  Launching Smart Hub automatically

26  Testing Smart Hub connections

26  Resetting Smart Hub

Using a Samsung account

26  Creating a Samsung account

27  Signing in to a Samsung account

Using the GAMES Service

28  Installing and running a game

29  Managing purchased or installed games

30  Rating games

Using the APPS Service

31  Installing and running an app

31  Managing purchased or installed apps

33  Rating apps

33  Using other app features and functions

Using the e-Manual

33  Launching the e-Manual

33  Using the buttons in the e-Manual

Using the Web Browser

Playing pictures/video/music

35  Playing media content

35  Functions on the media content list screen

Using Voice Interaction

36  Setting up Voice Interaction

36  Running Voice Interaction

## TV Viewing

Viewing Broadcast Information at a Glance

37  Using the guide

38  Changing the broadcast signal

38  Checking digital channel signal info and strength

Recording Programs

38  Recording programs

39  Managing the schedule recording list

39  Viewing recorded programs

Setting Up a Schedule Viewing

40  Setting up a schedule viewing for a channel

40  Editing a schedule viewing

Using Timeshift

Using the Channel List

Editing channels

42  Re-registering and deleting a channel

42  Editing registered channels

42  Using Program Rating Lock

Creating a Personal Favorites List

43  Registering channels as favorites

43  Viewing and selecting channels on Favorites lists only

Editing a Favorites List

44  Removing channels from a favorites list

44  Rearranging a favorites list

44  Renaming a favorites list

Making Sports Programs More Realistic with Sports Mode

44  Extracting highlights automatically

45  Viewing a game recorded in sports mode

TV-Viewing Support Functions

45  Scanning for available channels

46  Configuring advanced broadcasting settings

46  Selecting the broadcast audio language

46  Fine-tuning analog broadcasts

## Picture and Sound

Adjusting the Picture Quality

47   Choosing a picture mode

47   Configuring advanced picture settings

Picture Support Functions

49   Viewing a picture-in-picture (PIP)

49   Viewing a HDR mode

50   Changing the picture size.

Adjusting the Sound Quality

51   Choosing a sound mode

51   Configuring advanced sound settings

Using the Sound Support Functions

52   Selecting speakers

52   Listening to the TV through Bluetooth devices

53   Listening to the TV through a Multiroom speaker

## System and Support

Setting the Time and Using the Timer

54   Setting the current time

55   Using the timers

Using the Screen Burn Protection and Energy Saving Functions

56   Preventing screen burn

56   Reducing the energy consumption of the TV

Using Anynet+ (HDMI-CEC)

57   Connecting an external device through Anynet+ and using
their menus

Updating the TV's Software

58   Updating the TV's software to the latest version

58   Updating the TV automatically

Protecting the TV from Hacking and Malicious Code

59   Checking the TV and connected storage for malicious code

59   Scanning for viruses in real time

59   Viewing scan results

Using Other Functions

60   Running the accessibility functions

60   Enabling voice guides for the visually impaired

60   Enabling audio for the video description function

61   Showing captions

61   Adjusting the menu transparency

61   White text on black background (high contrast)

62   Enlarging the font (for the visually impaired)

62   Learning about the remote control (for the visually impaired)

62   Listening to the TV through Bluetooth devices (for the hearing
impaired)

62   Configuring advanced system settings

64   Enabling game mode

64   Restoring the TV to the factory settings

## Troubleshooting

Getting Support

65   Getting support through Remote Management

65   Finding the contact information for service

66   Requesting service

Diagnosing TV operational issues

There Is a Problem with the Picture

66   Testing the picture

I Can't Hear the Sound Clearly

68   Testing the sound

There Is a Problem with the Broadcast

My Computer Won't Connect

The TV Won't Connect to the Internet

The Schedule Recording/Timeshift Function Isn't Working

Anynet+ (HDMI-CEC) Isn't Working

I Have Trouble Launching/Using Apps

My File Won't Play

I Want to Reset the TV

Other Issues

## Precautions and Notes

Before Using the Recording and Timeshift Functions

75   Before using the recording and schedule recording functions

76   Before using the timeshift function

Supported Resolutions for UHD Input Signals

77   If HDMI UHD Color is set to Off

77   If HDMI UHD Color is set to On

Read Before Using Voice Interaction

78   Precautions for voice interaction

78   Requirements for using voice interaction

Read Before Using Apps

Read Before Using the Internet

Read Before Playing Photo, Video, or Music Files

81   Limitations on use of photo, video, and music files

82   Supported external subtitles

82   Supported internal subtitles

83   Supported image formats and resolutions

83   Supported music formats and codecs

84   Supported video codecs

Read After Installing the TV

86   Picture sizes and input signals

87   Installing an anti-theft lock

87   Read before setting up a wireless Internet connection

Read Before Connecting a Computer (Supported Resolutions)

88   IBM

88   MAC

89   VESA DMT

Supported Resolutions for Video Signals

90   CEA-861

Read Before Using Bluetooth Devices

91   Restrictions on using Bluetooth

Blocking programs based on their TV Rating

93   Blocking movies base on their Movie Rating (MPAA)

93   Blocking programs based on their Canadian English Rating

94   Blocking programs based on their Canadian French Rating

94   Blocking Programs based on their Downloadable U.S. Rating

Buttons and Functions

95   Buttons and functions available while playing multimedia
     content

97   Buttons and functions available while using sports mode

98   Buttons and functions available while recording a program or
     Timeshift

License

# Connection Notes

When connecting an external device, note the following:

- The number of connectors and their names and locations may differ with the model.

- Refer to the external device's operating manual when connecting it to the TV. The number of external device connectors and their names and locations may differ with the manufacturer.

## Connection notes for HDMI

- The following types of HDMI cables are recommended:

    - High-Speed HDMI Cable

    - High-Speed HDMI Cable with Ethernet

- Use an HDMI cable with a thickness of 0.66 inches (17 mm) or less.

- Using a non-certified HDMI cable may result in a blank screen or a connection error.

- Some HDMI cables and devices may not be compatible with the TV due to different HDMI specifications.

- This TV does not support HDMI Ethernet Channel. Ethernet is a Local Area Network (LAN) built with coaxial cables standardized by the IEEE.

- Use a cable shorter than 10 feet (3m) to get the best UHD viewing quality.

- Many computer graphics adaptors do not have HDMI ports, but have DVI ports instead. When the PC that does not support HDMI video out, connect your PC with the HDMI-DVI cable.

    - For more information, refer to "Connecting a Computer."

Connecting through wireless network



You can connect the TV to a Samsung wireless audio device through wireless network. At this time, two devices must be connected on the same network. For more information, refer to Wireless Speaker Manager (⌂ > ⚙ Settings > Sound > Expert Settings > Wireless Speaker Manager).

## Connecting Bluetooth Devices

You can connect the TV or audio devices via Bluetooth. For more information, refer to the Connection Guide (⌂ > ⊡ Source > Connection Guide).

> ⌐ This function is not available on certain models in specific geographical areas.

Establishing a wireless Internet connection

⌂ > ⚙ Settings > Network > Open Network Settings > Wireless

Make sure that you have the wireless router's SSID (name) and password settings before attempting to connect, and then follow the directions on the screen.





⸰ꜝ The image on your TV may differ from the image above depending on your model and geographical area.

⸰ꜝ If there is no wireless router found, select **Add Network** at the bottom of the list and enter the network name (SSID).

⸰ꜝ If a wireless router has a WPS or PBC button, select **Use WPS** at the bottom of the list and click the button. Then the TV is automatically connected.

Checking the Internet connection status

⌂ > ⚙ Settings > Network > Network Status 𝕋ꞅ𝚈ℕ𝕆𝕎

View the current network and Internet status.

Changing the name of the TV on a network

⌂ > ⚙ Settings > Network > Device Name 𝕋ꞅ𝚈ℕ𝕆𝕎

You can change the name of the TV on the network. Select User Input at the bottom of the list and change the name.

## Connecting an Antenna

You can connect an antenna cable to your TV.

An antenna connection is not necessary if you connect a cable or satellite box.



## Connecting to the Internet

You can get access to the Internet through your TV.

### Connecting to your Internet network

⌂ > ⚙ Settings > Network > Open Network Settings

Connect to an available network.

Establishing a wired Internet connection



If you connect a LAN cable, the TV automatically accesses the Internet.

Use a CAT 7 (*STP type) cable for the connection.

*Shielded Twist Pair

The TV will not be able to connect to the Internet if your network speed is below 10 Mbps.

## Connection notes for audio devices

- For better audio quality, it is a good idea to use an AV receiver.

- Connecting a device using an optical cable does not automatically turn off the TV speakers. To turn off the TV speakers, set Select Speaker (⌂ > ⚙ Settings > Sound > Select Speaker) to Audio Out/ Optical.

- An unusual noise coming from a connected audio device while you are using it may indicate a problem with the audio device itself. If this occurs, ask for assistance from the audio device's manufacturer.

- Digital audio is only available with 5.1-channel broadcasts.

## Connection notes for computers

- For the resolutions supported by the TV, refer to "Read Before Connecting a Computer (Supported Resolutions)."

- As long as file sharing is activated, unauthorized access may occur. When you do not need to access data, disable file sharing.

- Your PC and Smart TV must be connected to each other on the same network.

- When sharing content with other network-based devices such as those in an IP (Internet Protocol) storage system, sharing may not be supported due to the network's configuration, quality, or functionality, for example, if the network has an NAS (Network-Attached Storage) device.

## Connection notes for mobile devices

- To use the Smart View function, the mobile device must support a mirroring function such as AllShare Cast or Smart View. To check whether your mobile device supports the mirroring function, please visit the mobile device manufacturer's website.

- To use Wi-Fi Direct, the mobile device must support the Wi-Fi Direct function. Please check if your mobile device supports Wi-Fi Direct.

- The mobile device and your Smart TV must be connected to each other on the same network.

- The video or audio may stop intermittently, depending on network conditions.

- When sharing content with other network-based devices such as those in an IP (Internet Protocol) storage system, sharing may not be supported due to the network's configuration, quality, or functionality, for example, if the network has an NAS (Network-Attached Storage) device.

## Audio Input and Output Connections

Make the correct audio connections between your TV and your external devices.

### Connecting with an HDMI (ARC) cable



### Connecting with a digital audio (optical) cable



## Connecting with a composite cable (only for models with COMPONENT IN / AV IN)

After referencing the figure below, connect the AV IN on the TV to the AV OUT of the external device by using the provided adapter and composite cable. When connecting the cables, be sure to match the colors between the cables and ports.



    Connect AV (composite) equipment to AV In only. Do not connect to Component In.

## Connecting Video Devices

Make the correct video connections between your TV and your external devices.

### Connecting with an HDMI cable



### Connecting with a component cable (only for models with COMPONENT IN / AV IN)

After referencing the figure below, connect the Component IN on the TV to the Component OUT of the external device by using the provided adapter and component cable. Make sure to connect the same color connectors together. (blue to blue, yellow to yellow, etc.)



To use component equipment, connect both a component cable (blue) and an AV cable (yellow).

## Troubleshooting wireless Internet connectivity issues

After reading the following content, troubleshoot the wireless Internet connection issue. If the problem persists, contact your Internet Service Provider.

### Wireless network connection failed

If a selected wireless router is not found, go to Open Network Settings, and then select the correct router.

### Unable to connect to a wireless router

1. Check if the router is turned on. If it is, turn it off and then on.
2. Enter the correct password if required.

### IP auto setting failed

1. Configure the settings in IP Settings.
2. Make sure that the DHCP server is enabled on the router. Then, unplug the router and plug it back in.
3. Enter the correct password if required.

### Unable to connect to the network

1. Check all IP Settings.
2. Enter the correct password if required.

### Connected to a local network, but not to the Internet

1. Make sure that the Internet LAN cable is connected to the router's external LAN port.
2. Check the DNS values in IP Settings.

### Network setup is complete, but unable to connect to the Internet

If the problem persists, contact your Internet Service Provider.

## Troubleshooting Internet Connectivity Issues

If your TV won't connect to the Internet, try the solutions below.

### Troubleshooting wired Internet connectivity issues

After reading the following content, troubleshoot the wired Internet connection issue. If the problem persists, contact your Internet Service Provider.

#### No network cable found

Make sure that the LAN cable is plugged in on both ends. If it is plugged in, make sure that the router is turned on. If the router is on, try turning it off and then on.

#### IP auto setting failed

1. Configure the settings in IP Settings.
2. Make sure that the DHCP server is enabled on the router, and then reset the router.

#### Unable to connect to the network

1. Check all IP Settings.
2. After checking t he DHCP server status (must be active) on the router, remove the LAN cable and connect it again.

#### Connected to a local network, but not to the Internet

1. Make sure that the Internet LAN cable is connected to the router's external LAN port.
2. Check the DNS values in IP Settings.

#### Network setup is complete, but unable to connect to the Internet

If the problem persists, contact your Internet Service Provider.

# Read After Installing the TV

Read this information after installing the TV.

## Picture sizes and input signals

The Picture Size setting is applied to the current source. The applied Picture Size will remain in effect whenever you select that source unless you change it.

| Input signal | Picture size |
| --- | --- |
| Component | 16:9 Standard, Custom, 4:3 |
| Digital channel (720p) | 16:9 Standard, Custom, 4:3 |
| Digital channel (1080i, 1080p) | 16:9 Standard, Custom, 4:3 |
| Digital channel (3840 x 2160p @ 24/30 Hz) | 16:9 Standard, Custom |
| Digital channel (3840 x 2160p @ 50/60 Hz) | 16:9 Standard, Custom |
| Digital channel (4096 x 2160p) | 16:9 Standard, Custom |
| HDMI (720p) | 16:9 Standard, Custom, 4:3 |
| HDMI (1080i, 1080p) | 16:9 Standard, Custom, 4:3 |
| HDMI (3840 x 2160p) | 16:9 Standard, Custom |
| HDMI (4096 x 2160p) | 16:9 Standard, Custom |
| USB (720p) | 16:9 Standard, Custom, 4:3 |
| USB (1080i/p @ 60 Hz) | 16:9 Standard, Custom, 4:3 |
| USB (3840 x 2160p @ 24/30 Hz) | 16:9 Standard, Custom |
| USB (3840 x 2160p @ 60 Hz)<br>USB (4096 x 2160p @ 24/30/60 Hz) | 16:9 Standard, Custom |

## Supported video codecs

| File format | Container | Video codecs | Resolution | Frame rate (fps) | Bitrate (Mbps) | Audio codecs |
|---|---|---|---|---|---|---|
| | | H.264 BP/MP/HP | 4096 x 2160 | 4096 x 2160: 30<br>3840 x 2160: 60 | 60 | |
| | | HEVC (H.265 - Main, Main10, Main4:2:2 10) | | 60 | 80 | |
| *.avi | | Motion JPEG | 3840 x 2160 | 30 | 80 | |
| *.mkv | | | | | | |
| *.asf | | MVC | | | | |
| *.wmv | | | | | | |
| *.mp4 | AVI | DivX 3.11 / 4 / 5 / 6 | | | | |
| *.mov | MKV | | | | | Dolby Digital |
| *.3gp | ASF | MPEG4 SP/ASP | | 60 | | LPCM |
| *.vro | MP4 | | | | | ADPCM(IMA, MS) |
| *.mpg | 3GP | | | | | AAC |
| *.mpeg | MOV | Window Media Video v9 (VC1) | | | | HE-AAC |
| *.ts | FLV | | | | | WMA |
| *.tp | VRO | MPEG2 | 1920x1080 | | 20 | Dolby Digital Plus |
| *.trp | VOB | | | | | MPEG(MP3) |
| *.mov | PS | MPEG1 | | | | DTS(Core, LBR) |
| *.flv | TS | | | | | G.711(A-Law, µ-Law) |
| *.vob | SVAF | Microsoft MPEG-4 v1, v2, v3 | | | | |
| *.svi | | | | | | |
| *.m2ts | | Window Media Video v7 (WMV1), v8 (WMV2) | | 30 | | |
| *.mts | | | | | | |
| *.divx | | H.263 Sorrenson | | | | |
| | | VP6 | | | | |
| *.webm | WebM | VP8 | 1920 x 1080 | 60 | 20 | Vorbis |
| | | VP9 | 4096 x 2160 | 4096 x 2160: 60 | 40 | |
| *.rmvb | RMVB | RV8/9/10 (RV30/40) | 1920x1080 | 60 | 20 | RealAudio 6 |

Other restrictions

- Codecs may not function properly if there is a problem with the content.

- Video content does not play or does not play correctly if there is an error in the content or container.

- Sound or video may not work if they have standard bit rates/frame rates above the TV's compatibility ratings.

- If the Index Table is has an error, the Seek (Jump) function will not work.

- When playing video over a network connection, the video may not play smoothly because of data transmission speeds.

- Some USB/digital camera devices may not be compatible with the TV.

- HEVC codec is only available in MKV / MP4 / TS containers.

Video decoders

- H.264 FHD is supported up to Level 4.1. (does not support FMO/ASO/RS)

- H.264 UHD is supported up to Level 5.1.

- HEVC FHD is supported up to Level 4.1, and HEVC UHD is supported up to Level 5.1.

- VC1 AP L4 is not supported.

- All video codecs excluding WMV v7, v8, MSMPEG4 v3, MVC, and VP6:
  **Below 1280x720:** 60 frame max
  **Above 1280x720:** 30 frame max

- GMC 2 or above is not supported.

- Supports SVAF Top/Bottom, Side by Side, and Left/Right view sequence type (2ES) only.

- Supports BD MVC specs only.

Audio decoders

- Supports WMA 10 Pro up to 5.1 channels. Supports up to the M2 profile. WMA lossless audio is not supported.

- QCELP and AMR NB/WB are not supported.

- Vorbis is supported for up to 5.1 channels.

- Dolby Digital Plus is supported for up to 5.1 channels.

- The DTS LBR codec is only available for MKV / MP4 /TS containers.

- The supported sample rates are 8, 11.025, 12, 16, 22.05, 24, 32, 44.1, and 48 KHz, and differ with the codec.

## Using Smart Hub

Connect to Smart Hub for apps, games, movies, and more.

### Using Smart Hub

Enjoy the multiple functions provided by **Smart Hub** simultaneously on a single screen.



When you press the ⌂ button on your remote control, you can use the following functions and features.

- ⚙ Settings

  When the focus is moved, a quick settings appears on the top of the menu. You can quickly set frequently used functions.

- ⊡ Source

  You can select an external device connected to the TV.

  🖉  For more information, refer to "Switching between external devices connected to the TV."

- ⚲ Search

  You can search data for channels, programs, movie titles, and apps from Smart Hub.

🖉  The image on your TV may differ from the image above depending on your model and geographical area.

🖉  For more information, refer to "Smart Hub."

## Smart Hub

View descriptions of Smart Hub's basic functions.

Press the ⌂ button.



    The image on your TV may differ from the image above depending on your model and geographical area.

After pressing the ⌂ button on your remote control, you can surf the web and download apps with Smart Hub.

    Some of the **Smart Hub** services are paid services. To use a paid service, you must have an account with the service provider or a Samsung account. For more information, refer to "Using a Samsung account."

    To use Smart Hub, the TV must be connected to the Internet.

    Some **Smart Hub** features may not be available depending on the service provider, language, or region.

    Smart Hub service outages can be caused by disruptions in your Internet service.

    You can view the entire text of the **Terms & Policy** document by navigating to ⌂ > ⚙ **Settings > Support > Terms & Policy**. If you want to stop using **Smart Hub**, you can cancel the agreement.

## Displaying the Home Screen

On the Home Screen, you can easily run the apps that have been used previously or frequently. The apps can also be moved or deleted from the screen.

## About the Samsung Smart Remote (Voice Interaction version)

Voice Interaction is available for Samsung Smart Remotes that have a microphone. However, this function may not be supported depending on the model or geographical region.



Directional pad (up/down/left/right)

Select

| Button | Description |
|---|---|
| 🎤 (Voice recognition) | Runs Voice Interaction. Press the button, say a voice command, and then release the button to run Voice Interaction. When pressed once, the guide to Voice Interaction appears. |
| 123 (Number pad) | When pressed, a number strip appears on the screen. Select numbers and then select Done to enter a numeric value. Use to change the channel, enter a PIN, enter a ZIP code, etc. If the Color Button appears with a number strip on the screen, select the Color Button and then select a specific color by using the directional pad (up/down/left/right). Use this to access additional options that are specific according to the feature in use. |
| EXTRA | While watching content, press to display extra information from the content provider. |
| 🔴 🟢   🔵 | Use these colored buttons to access additional options that are specific according to the feature in use.<br>🖊 These buttons are not available in the U.S.A. and Canada. |
| Directional pad (up/down/left/right) | Moves the focus and changes the values seen on the TV's menu. |
| Select | Selects or runs a focused item. When pressed while you are watching content, detailed program information appears. |
| ↩ (Return) | Press to return to the previous menu. When pressed for 1 second or more, the running function is terminated. When pressed while you are watching a program, the previous channel appears. |
| ⌂ (Smart hub) | Press to return to the Home Screen. |
| ▷∥ (Play/pause) | When pressed, the playback controls appear. Using these controls, you can control the media content that is playing. |
| VOL (Volume) | Move the button up or down to adjust the volume. To mute the sound, press the button. When pressed for 1 second or more, the Accessibility Shortcuts appears. |
| CH (Channel) | Move the button up or down to change the channel. To see the Guide screen, press the button. |

🖊  Use the Samsung Smart Remote less than 20 feet from the TV. The usable distance may vary with the wireless environmental conditions.

🖊  The images, buttons, and functions of the Samsung Smart Remote may differ with the model.

🖊  To use the Samsung Smart Remote through the external device, it is required to configure its settings. For more information, refer to "Controlling External Devices with the Samsung Smart Remote - Using the Universal Remote."

| Button | Description |
|--------|-------------|
| 123 (Number pad) | When pressed, a number strip appears on the screen. Select numbers and then select Done to enter a numeric value. Use to change the channel, enter a PIN, enter a ZIP code, etc. If the Color Button appears with a number strip on the screen, select the Color Button and then select a specific color by using the directional pad (up/down/left/right). Use this to access additional options that are specific according to the feature in use. |
| EXTRA | While watching content, press to display extra information from the content provider. |
| ● ●   ● | Use these colored buttons to access additional options that are specific according to the feature in use. These buttons are not available in the U.S.A. and Canada. |
| Directional pad (up/down/left/right) | Moves the focus and changes the values seen on the TV's menu. |
| Select | Selects or runs a focused item. When pressed while you are watching content, detailed program information appears. |
| ↩ (Return) | Returns to the previous menu. When pressed for 1 second or more, the running function is terminated. When pressed while you are watching a program, the previous channel appears. |
| ⌂ (Smart hub) | Press to return to the Home Screen. |
| ⊳‖ (Play/pause) | When pressed, the playback controls appear. Using these controls, you can control the media content that is playing. |
| VOL (Volume) | Move the button up or down to adjust the volume. To mute the sound, press the button. When pressed for 1 second or more, the Accessibility Shortcuts appears. |
| CH (Channel) | Move the button up or down to change the channel. To see the Guide screen, press the button. |

The images, buttons, and functions of the Samsung Smart Remote may differ with the model.

Some Samsung Smart Remotes do not support certain functions. They are listed below.

**BN59-01260A**: Does not support Voice Interaction.

**BN59-01259B and BN59-01259E**: Does not support Voice Interaction, pairing, and Universal Remote Control.
You can find the model number of the remote on the inside of the battery cover. Open the battery cover to view.

## Connecting the Samsung Smart Remote to the TV

Connect the Samsung Smart Remote to your TV to operate the TV.

When you turn on the TV for the first time, the Samsung Smart Remote pairs to the TV automatically. If the Samsung Smart Remote does not pair to the TV automatically, point it at the remote control sensor of the TV, and then press and hold the Return and Play/pause buttons simultaneously for 3 seconds or more.



   The images, buttons, and functions of the Samsung Smart Remote may differ by model.

   For more information, refer to "About the Samsung Smart Remote (Voice Interaction version)."

   Availability depends on the specific model.

# Connecting to the Samsung Smart Remote

Pair the TV with the Samsung Smart Remote.

　　🔅　Availability depends on the specific model.

When you turn on the TV for the first time, the Samsung Smart Remote pairs to the TV automatically. If the Samsung Smart Remote does not pair to the TV automatically, point it at the remote control sensor of the TV, and then press and hold the Return and Play/pause buttons simultaneously for 3 seconds or more.



# Controlling External Devices with the Samsung Smart Remote - Using the Universal Remote

Control the TV and connected external devices with the Samsung Smart Remote.

⌂ > 🔲 Source > Universal Remote Setup

You can control external devices connected to the TV by using the remote control. To control external devices, register them by following the instructions on the screen.

　　🔅　Availability depends on the specific model.

　　🔅　You can also use the **Anynet+ (HDMI-CEC)** function to operate external Samsung devices with your TV's remote control without any additional setup. For more information, refer to "Using Anynet+ (HDMI-CEC)."

　　🔅　Certain external devices connected to the TV may not support the universal remote feature.

　　🔅　Do not place any obstacles in front of an external device. It may cause signals from the remote control not to be transmitted properly.

　　🔅　The TV memorizes both the external device and its connection port (HDMI 1, HDMI 2, etc.).

# Using Voice Interaction

Speak into the microphone on your Samsung Smart Remote to control your TV.

    ⌐    Availability depends on the specific model.

## Setting up Voice Interaction

### Turning the TV's verbal response (voice) on/off

⌂ > ⚙ Settings > System > Expert Settings > Voice Interaction > Voice Feedback

Turn Voice Feedback on to have the TV respond verbally to your voice commands.

### Selecting the voice's gender

⌂ > ⚙ Settings > System > Expert Settings > Voice Interaction > Voice Gender

You can select the gender of the voice that responds to your voice commands.

## Running Voice Interaction

Press and hold the 🎤 button on your Samsung Smart Remote, say a command, and then release the 🎤 button. The TV recognizes the voice command.

    ⌐    If the command is not recognized, try again with clearer pronunciation.

