# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Mark S. Melodia
+1 212-513-3583
Mark.Melodia@hklaw.com

November 26, 2018

*Via ECF*

The Honorable Steven C. Mannion
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      Re:    *White, et al. v. Samsung Electronics America, Inc., et al.*,
             U.S.D.C., D.N.J., No. 2:17-cv-01775-MCA-SCM

Dear Magistrate Judge Mannion:

    We are counsel for Defendant Sony Electronics Inc. ("Sony"), in the above-captioned matter. In advance of the Telephone Status Conference scheduled for November 28, 2018 at 5:00 PM ET, we respectfully submit this brief agenda letter on behalf of all parties.

    Pursuant to the Stipulation and Order filed by the parties and granted by Your Honor (Dkt. No. 87), the parties stipulated to Plaintiffs filing a Second Amended Complaint ("SAC"). As further detailed in the Stipulation and Order, Plaintiffs acknowledged and agreed that by consenting to the filing of the SAC, Defendants were not admitting the allegations of the proposed SAC and were not waiving any defenses to the claims asserted in the proposed SAC, including without limitation all defenses to the sufficiency of the pleading under Fed.R.Civ.P. 12(b). Plaintiffs filed the SAC on November 16, 2018. (Dkt. No. 88). Pursuant to the Stipulation and Order, Defendants will file their Motion to Dismiss the Second Amended Complaint by Wednesday, December 19, 2018.

    As directed by the Court (Dkt. No. 84), counsel for Sony will initiate the call for the Telephone Status Conference on November 28, unless the Court directs otherwise.

    We thank the Court for its consideration of this submission.

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

 Respectfully submitted,

*/s/ Mark S. Melodia*
Mark S. Melodia

cc: All Counsel of Record (*via* ECF)