## EXHIBIT A

### List of Bar Memberships for Katharine Goodloe

| State Bars | Name and Address of the Official or Office Maintaining the Bar's Roll | Date of Admission | Status | Bar Number |
|---|---|---|---|---|
| Virginia | Virginia State Bar 1111 East Main Street, Suite 700 Richmond, VA 23219 | 10/31/2011 | Active | 82147 |
| DC Bar | District of Columbia Court of Appeals Committee on Admissions/CGS 430 E. Street NW, Room 123 Washington, DC 20001 | 3/8/2013 | Active | 1013051 |
| **Court Admissions** | | | | |
| U.S. District Court for the Eastern District of Virginia | Spottswood W. Robinson III & Robert R. Merhige, Jr., Federal Courthouse 701 East Broad Street Richmond, VA 23219 | 8/16/2013 | Active | |
| U.S. Court of Appeals for the Fourth Circuit | Lewis F. Powell Jr. Courthouse & Annex 1100 East Main Street, Suite 501 Richmond, VA 23219 | 6/7/2012 | Active | |
| U.S. District Court for the District of Maryland | U.S. District Court for the District of Maryland 6500 Cherrywood Lane Greenbelt, MD 20770 | 5/24/2012 | Active | 29904 |
| U.S. Court of Appeals for the Sixth Circuit | Office of the Clerk, Potter Stewart U.S. Courthouse, 100 East Fifth Street Cincinnati, OH 45202 | 4/27/2018 | Active | |