# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>　　　　　　　Defendants. | Civil Action No. 17-1775 (MCA) (SCM)<br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Steven C. Mannion, U.S.M.J.<br><br>**Return Date:  February 19, 2019**<br><br>(Oral Argument Requested)<br><br>*Document Electronically Filed*<br><br>**ORDER GRANTING MOTION TO DISMISS BY DEFENDANTS SAMSUNG ELECTRONICS AMERICA, INC. AND SONY ELECTRONICS INC.** |

**THIS MATTER** having been brought before the Court on the motion of Defendants Samsung Electronics America, Inc. and Sony Electronics Inc. (collectively, "Defendants"), for an Order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Second Amended Complaint with prejudice; and the Court having considered the submissions of the parties, and the arguments of counsel, if any; and for good cause shown,

**ORDERED** that Defendants' motion to dismiss is GRANTED; and it is further

**ORDERED** that the Second Amended Complaint is hereby DISMISSED WITH PREJUDICE as against Defendants.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MADELINE COX ARLEO, U.S.D.J.