## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Motion to Dismiss by Defendants Samsung Electronics America, Inc. and Sony Electronics Inc. (collectively, "Defendants"), together with Defendants' Joint Brief in Support of their Motion to Dismiss the Second Amended Complaint under Fed. R. Civ. P. 12(b)(6) and their proposed Order, have been served on all counsel of record via the ECF system.

Dated: December 17, 2018                    By: <u>Michael R. McDonald</u>
                                                 Michael R. McDonald, Esq.