| | |
|---|---|
| Michael R. McDonald<br>Kate Janukowicz<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 596-4500<br>Facsimile: (973) 593-0545 | Simon J. Frankel (admitted *pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>One Front Street, 35th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 591-6000<br>Facsimile: (415) 591-6091 |
| Eric Bosset (admitted *pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC 20001<br>Telephone: (202) 662-5606<br>Facsimile: (202) 778-5606 | Megan L. Rodgers (admitted *pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94305<br>Telephone: (650) 632-4734<br>Facsimile: (650) 632-4834 |

Katharine Goodloe (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5505
Facsimile: (202) 778-5505

*Attorneys for Defendant Samsung Electronics America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and PATRICIA CAULEY, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., and SONY ELECTRONICS INC.,<br><br>     Defendants. | Civil Action No. 17-01775 (MCA) (SCM)<br><br>*Document Electronically Filed*<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY KATHARINE GOODLOE, ESQ. TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by Gibbons P.C., counsel for Defendant Samsung Electronics America, Inc. ("Samsung"), for Katharine Goodloe, Esq., who has been admitted *pro hac vice* as counsel for Samsung, to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting a motion for Katharine Goodloe, Esq., to appear *pro hac vice* in the within matter has been entered (ECF No. 95); and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of Court.

Dated:  December 28, 2018            By: s/ Michael R. McDonald
                                      Michael R. McDonald
                                      **GIBBONS P.C.**
                                      One Gateway Center
                                      Newark, New Jersey 07102-5310
                                      Tel:  (973) 596-4500
                                      Fax:  (973) 596-0545
                                      mmcdonald@gibbonslaw.com
                                       *Attorneys for Defendant*

**PRO HAC VICE ATTORNEY INFORMATION:**

Name:     Katharine Goodloe, Esq.
          **COVINGTON & BURLING LLP**

Address:  850 Tenth Street, NW
          Washington, DC  20001

E-mail:   kgoodloe@cov.com