## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendants Samsung Electronics America, Inc. and Sony Electronics Inc.'s Joint Reply Brief in Support of their Motion to Dismiss the Second Amended Complaint under Fed. R. Civ. P. 12(b)(6), has been served on all counsel of record via the ECF system.

Dated: February 19, 2019                            By: Michael R. McDonald
                                                                                           Michael R. McDonald, Esq.