Michael R. McDonald, Esq.
Kate E. Janukowicz, Esq.
**GIBBONS PC**
One Gateway Center
Newark, NJ 07102
Tel: (973) 596-4500

*Attorneys for Samsung*
*Electronics America, Inc.*

Eric C. Bosset*
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000
*admitted *pro hac vice*

Simon J. Frankel*
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000
*admitted *pro hac vice*

*Attorneys for Samsung*
*Electronics America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>　　　　　Defendants. | Civil Action No. 17-1775 (MCA) (SCM)<br><br>**Return Date: October 7, 2019**<br><br>(Oral Argument Requested)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION FOR RECONSIDERATION OF AUGUST 21, 2019 ORDER, OR, IN THE ALTERNATIVE, FOR CERTIFICATION FOR IMMEDIATE APPEAL PURSUANT TO 28 U.S.C. § 1292(b)** |

**PLEASE TAKE NOTICE** that on October 7, 2019, or at such other date and time as may be set by the Court, Defendant Samsung Electronics America, Inc. ("Samsung"), by and through its undersigned attorneys, shall move pursuant to Local Civil Rule 7.1(i) for an Order granting Samsung's motion for reconsideration of the portion of the Court's August 21, 2019 Order denying Samsung's motion to dismiss Plaintiffs' Wiretap Act claim (Fourth Claim for Relief) in the Second Amended Complaint, or, in the alternative, for an Order certifying the Court's August 21, 2019 Order (as to Plaintiffs' Wiretap Act claim) as final for purposes of immediate appeal, in accordance with 28 U.S.C. § 1292(b).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant will rely on the accompanying Brief In Support Of Motion For Reconsideration, Or, In The Alternative, Motion To Certify The August 21, 2019 Order As Final For Purposes Of Immediate Appeal, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant hereby requests oral argument.

Dated: September 4, 2019          Respectfully submitted,

                                         By: s/ Michael R. McDonald
Michael R. McDonald
mmcdonald@gibbonslaw.com
Kate E. Janukowicz
kjanukowicz@gibbonslaw.com
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

Eric C. Bosset*
ebosset@cov.com
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

Simon J. Frankel*
sfrankel@cov.com
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000
*admitted *pro hac vice*

*Attorneys for Defendant*
**SAMSUNG ELECTRONICS AMERICA, INC.**