## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant Sony Electronics Inc.'s Notice of Joining Defendant Samsung Electronics America, Inc.'s Motion to Reconsider or, in the Alternative, Motion to Certify Order of August 21, 2019 for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), has been served on all counsel of record via the ECF system.

Dated: September 4, 2019

                                                          By:   *s/Mark S. Melodia*
                                                                 Mark S. Melodia