UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (SCM)<br><br>*Document Electronically Filed*<br><br>**[PROPOSED] ORDER** |

**WHEREAS, THIS MATTER,** having been opened to the Court jointly by the parties Defendant Samsung Electronics America, Inc. ("Samsung"), by its attorneys, Gibbons P.C. and Covington & Burling LLP, Defendant Sony Electronics Inc. ("Sony"), by its attorneys, Holland & Knight, and Plaintiffs Thomas White and Patricia Cauley, by their attorney, Mack Press, Esq., for the entry of an Order governing these proceedings;

**WHEREAS,** on September 19, 2019, U.S. Magistrate Judge Steven C. Mannion entered an Order setting forth the briefing schedule for Defendants' pending motions for reconsideration, or in the alternative to certify for immediate interlocutory appeal pursuant to 28 U.S.C. 1292(b), as stipulated to by the parties, ECF No. 109;

**WHEREAS,** the parties desire to amend the briefing schedule and have reached an agreement on the further scheduling in this matter, as set forth in this proposed stipulation and order; and good cause having been shown:

**IT IS** on this _____ day of _____, 2019;

**ORDERED** that consistent with the parties' agreements, further briefing on Defendants' motions for reconsideration shall be due as follows:

1. Plaintiffs' Opposition to Defendants' Motions for Reconsideration shall be filed no later than October 16, 2019.

2. The Return Date on Defendants' Motions for Reconsideration shall be November 11, 2019.

**AND IT IS FURTHER ORDERED** that, the time within which Defendants must answer or otherwise respond to the Second Amended Complaint or then-operative Complaint shall be extended up to and including December 5, 2019; absent further Court order;

**AND IT IS FURTHER ORDERED** that the Court's Order staying discovery entered on April 30, 2018, ECF No. 72, shall remain in effect until December 5, 2019.

By: *s/ Mack Press*
MACK PRESS
mackpress@yahoo.com
mack@mackpress.com
THE MACK FIRM
18 Watergate Lane
Patchogue, NY 11772
Telephone: (516) 330-7213
***Attorney for Plaintiffs Thomas White and Patricia Cauley***

By: *s/ Michael R. McDonald*
MICHAEL R. MCDONALD
mmcdonald@gibbonslaw.com
KATE ELIZABETH JANUKOWICZ
kjanukowicz@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

*[ADDITIONAL SIGNATURES ON FOLLOWING PAGE]*

ERIC C. BOSSET (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

SIMON J. FRANKEL (*pro hac vice*)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000

*Attorneys for Defendant*
**SAMSUNG ELECTRONICS AMERICA, INC.**


By: *s/ Mark S. Melodia*
MARK S. MELODIA
mark.melodia@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212)-513-3200

PAUL J. BOND
paul.bond@hklaw.com
HOLLAND & KNIGHT LLP
2929 Arch Street
Suite 800
Philadelphia, PA 19104
Tel: (212) 513-3200

*Attorneys for Defendant*
**SONY ELECTRONICS INC.**


IT IS SO ORDERED.

Dated: _____      _____
                                           Magistrate Judge Steven C. Mannion
                                           United States Magistrate Judge

