**CERTIFICATE OF SERVICE**

      I hereby certify that I caused Plaintiffs' Opposition To Defendants' Motion To Reconsider, Or In The Alternative Motion To Certify Order Of August 21, 2019 For Interlocutory Review Pursuant to U.S.C. 1292(b) to be filed through the ECF system and notice will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                /s/ Mack Press
                                                  Mack Press