Michael R. McDonald
Kate Elizabeth Janukowicz
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

Eric C. Bosset (*pro hac vice*)
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

Simon Frankel (*pro hac vice*)
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000

Attorneys for Defendant
Samsung Electronics America, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

### NOTICE OF WITHDRAWAL OF PRO HAC VICE COUNSEL

**PLEASE TAKE NOTICE** that the appearance of Megan L. Rodgers, Esq. as *pro hac vice* counsel for Defendant Samsung Electronics America, Inc. in the above-captioned action is hereby

withdrawn, and that her name should be removed from any service list, including any list for e-notification, maintained by the Clerk of the Court and the parties in this matter.

The undersigned attorneys of the law firms of Gibbons P.C. and Covington & Burling LLP, will continue to serve as counsel for Defendant Samsung Electronics America, Inc. in this matter.

Dated: December 17, 2019

By: s/ Michael R. McDonald
MICHAEL R. MCDONALD
mmcdonald@gibbonslaw.com
KATE ELIZABETH JANUKOWICZ
kjanucowicz@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

ERIC C. BOSSET (*pro hac vice*)
ebosset@cov.com
KATHARINE R. GOODLOE (*pro hac vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

SIMON J. FRANKEL (*pro hac vice*)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000

Attorneys for Defendant
Samsung Electronics America, Inc.