UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (JAD)<br><br>*Document Electronically Filed*<br><br>**STIPULATION AND CONSENT ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND EXTENDING THE DISCOVERY STAY** |

**WHEREAS**, this matter having come before the Court by way of joint consent application of the parties by Defendant Samsung Electronics America, Inc. ("Samsung") through its attorneys, Gibbons P.C. and Covington & Burling LLP; Defendant Sony Electronics Inc. ("Sony"), by its attorneys, Holland & Knight; and Plaintiffs Thomas White and Patricia Cauley, by their attorney, Mack Press, Esq., pursuant to Local Civil Rule 6.1(a), extending the time within which Defendants must answer, move, or otherwise respond to Plaintiff's Second Amended Complaint, and extending the discovery stay previously entered in this matter;

**WHEREAS**, Defendants' motions for reconsideration or to certify for immediate interlocutory appeal pursuant to 28 U.S.C. §1292(b), ECF Nos. 105 and 106, are fully briefed and awaiting the Court's decision;

**WHEREAS**, on December 2, 2019, Joseph A. Dickson, United States Magistrate Judge, entered a Stipulation and Consent Order, ECF No. 122, extending the time within which Defendants must answer or otherwise respond to the Second Amended Complaint to March 5, 2020, or 30 days after the issuance of any decision, if before March 5, 2020, on Defendants' pending motions for reconsideration or certification for interlocutory appeal, and also continuing the previously entered discovery stay, ECF No. 72, to March 5, 2020.

**WHEREAS**, the parties, by consent, now seek

(i) to extend the time within which Defendants must answer or otherwise respond the Second Amended Complaint to May 5, 2020, unless the Court issues a decision before May 5, 2020, denying Defendants' motions for reconsideration or certification for interlocutory appeal, ECF Nos. 105, 106, in which event the time to answer or otherwise respond to the Second Amended Complaint shall be 30 days after the Court issues its decision; and

(ii) to continue the previously entered discovery stay order to May 5, 2020, unless the Court issues a decision before May 5, 2020, denying Defendants' motions for reconsideration or certification for interlocutory appeal, ECF Nos. 105, 106, in which event the stay shall be lifted after the Court issues its decision and without prejudice to or waiver of any party's rights regarding discovery under the Federal Rules of Civil Procedure, including requests concerning extensions of time, and to seek additional relief from the Court;

and good cause having been shown:

**IT IS** on this 3rd day of March, 2019;

**ORDERED** that the discovery stay order and the time within which Defendants must answer or otherwise respond to the Second Amended Complaint shall both be extended to May 5, 2020, unless the Court issues a decision before May 5, 2020, denying Defendants' motions for reconsideration or certification for interlocutory appeal, ECF Nos. 105, 106, in which event the time to answer or otherwise respond to the Second Amended Complaint shall be 30 days after the Court issues its decision, and the discovery stay shall be lifted without prejudice to

or waiver of any party's rights regarding discovery under the Federal Rules of Civil Procedure, including requests concerning extensions of time, and to seek additional relief from the Court.

Stipulated and agreed by all Counsel:

By: s/ Mack Press
    MACK PRESS
    mackpress@yahoo.com
    mack@mackpress.com
    THE MACK FIRM
    18 Watergate Lane
    Patchogue, NY 11772
    Telephone: (516) 330-7213
    *Attorney for Plaintiffs Thomas White and Patricia Cauley*

| By: s/ Michael R. McDonald | By: s/ Mark S. Melodia |
|---|---|
| MICHAEL R. MCDONALD<br>mmcdonald@gibbonslaw.com<br>KATE ELIZABETH JANUKOWICZ<br>kjanukowicz@gibbonslaw.com<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>Telephone: (973) 596-4500<br><br>ERIC C. BOSSET (*pro hac vice*)<br>ebosset@cov.com<br>COVINGTON & BURLING LLP<br>One City Center<br>850 Tenth Street, NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br><br>SIMON J. FRANKEL (*pro hac vice*)<br>sfrankel@cov.com<br>COVINGTON & BURLING LLP<br>One Front Street, 35th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 591-6000<br><br>*Attorneys for Defendant*<br>**SAMSUNG ELECTRONICS AMERICA, INC.** | MARK S. MELODIA<br>mark.melodia@hklaw.com<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, NY 10019<br>Telephone: (212)-513-3200<br><br>PAUL J. BOND<br>paul.bond@hklaw.com<br>HOLLAND & KNIGHT LLP<br>2929 Arch Street<br>Suite 800<br>Philadelphia, PA 19104<br>Tel: (212) 513-3200<br><br>*Attorneys for Defendant*<br>**SONY ELECTRONICS CORPORATION** |

**IT IS SO ORDERED.**

                                                                Magistrate Judge Joseph A. Dickson
                                                                United States Magistrate Judge