# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Mark S. Melodia
+1 212-513-3583
Mark.Melodia@hklaw.com


March 10, 2020


*VIA ECF*

The Honorable Joseph A. Dickson
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      Re:   *White et al. v. Samsung Electronics America, Inc. et al.*, 2:17-cv-01775-MCA-JAD
                Telephone Conference on Friday, March 13, 2020

Dear Judge Dickson:

      On behalf of all parties in the above-referenced matter, we submit this Joint Letter concerning the telephone conference scheduled with Your Honor on Friday, March 13, 2020.

      Briefly, on March 3, 2020, the Court entered the Parties' Proposed Joint Stipulation and Consent order which extended the discovery stay order previously entered in this matter and the time within which the defendants must answer or otherwise respond to the Second Amended Complaint. The discovery stay will remain (1) for a period of 90 days up to and including May 5, 2020; or (2) if the Court issues its decision on the pending motions for reconsideration or certification for interlocutory appeal before May 5, 2020, for a period of 30 days after the Court issues its decision.

      The status conference was scheduled before entry of the aforementioned Stipulation and Consent Order but in view of the Order, the Parties do not believe a status conference is necessary at this time. Of course, should your Honor wish to proceed with the conference, all parties will be available.

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

The Honorable Joseph A. Dickson
March 10, 2020
Page 2

As always, we appreciate the Court's time and attention to this matter. Please do not hesitate to contact me if you have any questions or concerns.

Sincerely yours,

*/s/* Mark S. Melodia
Mark S. Melodia

MSM:tl

cc:  All parties (*via ECF*)

#73515396_v1