UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>　　　　　　Defendants. | Civil Action No. 17-1775 (MCA) (JAD)<br><br>*Document Electronically Filed*<br><br>**NOTICE TO WITHDRAW FROM NOTICE OF ELECTRONIC FILING** |

**NOTICE TO WITHDRAW FROM NOTICE OF ELECTRONIC FILING**

**PLEASE TAKE NOTICE** that the appearance of Zalika T. Pierre as counsel for Defendant Sony Electronics Inc., in the above-captioned action is hereby withdrawn and that her name should be removed from any service list, including any list for e-notification, maintained by the Clerk of the Court and the parties in this matter.

The undersigned attorneys of the law firm of Holland & Knight LLP will continue to serve as counsel for the Defendant Sony Electronics, Inc. in this matter.

Dated:  May 13, 2020

　　　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP
　　　　　　　　　　　　　　　　　　　By: *s/ Mark S. Melodia*_____
　　　　　　　　　　　　　　　　　　　MARK S. MELODIA
　　　　　　　　　　　　　　　　　　　mark.melodia@hklaw.com
　　　　　　　　　　　　　　　　　　　HOLLAND & KNIGHT LLP
　　　　　　　　　　　　　　　　　　　31 West 52nd Street
　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　Telephone: (212)-513-3200

PAUL J. BOND
paul.bond@hklaw.com
HOLLAND & KNIGHT LLP
2929 Arch Street
Suite 800
Philadelphia, PA 19104
Tel: (212) 513-3200

*Attorneys for Defendant*
**SONY ELECTRONICS INC.**