## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>            Defendants. | Civil Action No. 17-1775 (MCA) (JAD)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF MOTION TO COMPEL INDIVIDUAL (NON-CLASS) ARBITRATION AND/OR DISMISS FOR LACK OF JURISDICTION** |

**PLEASE TAKE NOTICE** that on June 15, 2020, at 9:30 a.m., or at such other date and time as may be set by the Court, Defendant Sony Electronics Inc., ("Defendant") by and through their undersigned attorneys, will move before the Honorable Madeline Cox Arleo, U.S.D.J., United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom MLK 4A, Newark, New Jersey 07101, to compel individual (non-class) arbitration and/or dismiss for lack of jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant will rely on the accompanying Memorandum of Law in Support of their Motion to Compel Individual (Non-Class) Arbitration and/or Dismiss for Lack of Jurisdiction and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant hereby requests oral argument.

Dated:  May 22, 2020

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: *s/ Mark S. Melodia*
MARK S. MELODIA
mark.melodia@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212)-513-3200

PAUL J. BOND
paul.bond@hklaw.com
HOLLAND & KNIGHT LLP
2929 Arch Street
Suite 800
Philadelphia, PA 19104
Tel: (212) 513-3200

*Attorneys for Defendant*
**SONY ELECTRONICS INC.**