# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (JAD)<br><br>*Document Electronically Filed*<br><br>**PROPOSED ORDER GRANTING DEFENDANT SONY ELECTRONICS INC.'S MOTION TO COMPEL INDIVIDUAL (NON-CLASS) ARBITRATION AND/OR DISMISS FOR LACK OF JURISDICTION** |

## [PROPOSED] ORDER

The Court, having reviewed Defendant Sony Electronics Inc.'s Motion to Compel Arbitration and Stay Proceedings and/or Dismiss For Lack of Jurisdiction; and finding good cause therefore, it is hereby ORDERED THAT Thomas Roger White, Jr. and Defendant Sony Electronics Inc. shall arbitrate their dispute on an individual (non-class) basis according to the terms set forth in the Sony End-User License Agreement submitted with this Motion.

Further, it is hereby ORDERED THAT this case is stayed pending competition of arbitration.

[or: Further it is hereby ORDERED THAT this case is dismissed for lack of subject-matter jurisdiction.]

IT IS SO ORDERED.

SIGNED this ___ day of ____, 2020.

                                                                  _____
                                                                               U.S.D.J.