UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (JAD)<br><br>*Document Electronically Filed*<br><br>**AFFIDAVIT OF PAUL BOND IN SUPPORT OF MOTION TO COMPEL INDIVIDUAL (NON-CLASS) ARBITRATION** |

I, Paul J. Bond, of full age, hereby certify as follows:

1. I am an attorney at law, licensed to practice in the U.S. District Court for the District of New Jersey, and an attorney at Holland & Knight LLP, attorneys for Defendant Sony Electronics Inc. ("Sony" or "Defendant"). As such, I am fully familiar with the facts set forth herein.

2. I make this affidavit in support of Defendant's Motion to Compel Individual (non-class) Arbitration based on the End-User License Agreement EULA agreed to by plaintiff.

3. Attached hereto as **Exhibit A** is the Declaration of Timothy McGowan, Vice President of North America Consumer Service at Sony dated May 22, 2020.

4. On May 20, 2018, Defendant served Plaintiff with a Demand Letter. Attached hereto as **Exhibit B** is a true and correct copy of the Demand Letter.

I certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Princeton, New Jersey
        May 22, 2020

                                       **HOLLAND & KNIGHT LLP**

                                       By: */s/ Paul Bond*
                                             Paul Bond, Esq.
                                             Telephone: (212) 513-3200
                                             Email: paul.bond@hklaw.com

                                             *Attorneys for Defendant*
                                             *Sony Electronics Inc.*