# SONY

4-584-790-**11**(1)

English

### NOTICES AND LICENSES FOR SOFTWARE USED IN THIS TELEVISION 

**IMPORTANT – READ THIS AGREEMENT BEFORE USING YOUR SONY PRODUCT. USING YOUR PRODUCT INDICATES YOUR ACCEPTANCE OF THIS AGREEMENT.**

If you do not agree to the terms of this EULA, as amended from time to time by Sony in its discretion,
Sony is unwilling to license the Sony Software (as defined below) to you, and you should before
using the Sony Product promptly contact Sony for instructions on the return of the entire Sony Product and included Sony Software for a refund of the purchase price of the Sony Product. If you do not agree to the terms of this EULA or Sony's applicable privacy policy, as amended from time to time by Sony in its discretion, Sony is unwilling to allow you to access the applicable Sony Content Services and Sony Content (as defined below).

This End User License Agreement ("EULA") is a legal agreement between you and Sony Electronics Inc. ("Sony"), the licensor of the software (other than
the software which is governed by other licenses as defined below, as "Excluded Software") included in this Sony Product and related materials which shall be collectively referred to as the "Sony Software." This EULA covers the Sony Software and that of Sony's affiliates and third party licensors ("Third Party Licensors") and accompanying printed or online documentation. The Sony Software includes software in your Sony Product, including updates or modified software, provided to you by Sony, whether stored
on media or downloaded to the Sony Product via any method, but not Excluded Software as defined below.

**Note: This EULA contains a binding individual arbitration clause and class action waiver. If you wish to opt out of these provisions, please follow the instructions in Section entitled "Resolving Disputes; Arbitration; Small Claims Waiver" below.**

This Sony Product also includes the certain network feature which provides access to selected content services ("Services") from third party content providers including Sony entities other than Sony Electronics Inc. ("Third Party Providers") as a courtesy to you. The network feature also provides you access to selected Sony content services ("Sony Content Services"), which services and related content ("Sony Content") shall both be considered Sony Software under this EULA. Such network feature requires an Internet connection. Your ability to access the Services, and the quality of the Services

presented, are subject to your Internet provider's service and terms as well as the broadband Internet connection speed you use. Your ability to access the Services, and the quality of the Services presented, are subject to your Internet provider's service and terms. Video quality and picture size varies and is dependent upon the speed of your broadband service from your Internet provider and delivery by the
Third Party Providers. The content, including but not limited to data, music, sound, audio, photographs, images, graphics, likenesses, software, text, video, messages, tags, or other materials, provided by Third Party Providers ("Content") and the availability of
the Services are at the sole discretion and under the control of the Third Party Providers. The Content and Services of each Third Party Provider are provided pursuant to the terms and conditions of that Third Party Provider. Premium Content may require additional fees and/or registration with the Third Party Provider through a computer. The Services and the Content may only be used for your own personal, private viewing, and shall not be used for non- theatrical exhibition, or any viewing or exhibition for which (or in a venue in which) an admission, access, or viewing fee is charged, or for any public exhibition or viewing. The Services may be changed at any time and may be unavailable from time to time.
You understand, acknowledge and agree that access to certain Sony Product features, including but not limited to your ability to access the Sony Content & Services, requires an Internet connection for which you are solely responsible. You are solely responsible for payment of any third party fees associated with your Internet connection, including but not limited
to Internet service provider or airtime charges. The quality of the Sony Content & Services presented is subject to your Internet provider's service and terms, and is also dependent upon the speed of your Internet service.

Operation of the Sony Product and Sony Software, and access to the Sony Content & Services, may be limited or restricted depending on the capabilities, bandwidth or technical limitations of your
Internet connection and service. You understand, acknowledge and agree that Internet connectivity is provided by third parties over which Sony has no control. The provision, quality, availability and the software, network services, or other products other than the Sony Software upon which the Sony Software's performance may depend might be interrupted or discontinued at the discretion of the

suppliers (software suppliers, service providers, Third Party Providers, etc.) or Sony.

### EXCLUDED SOFTWARE

Notwithstanding the foregoing limited license grant, you acknowledge that the Sony Product includes software subject to other terms and conditions governing the use of such software other than this EULA ("Excluded Software"). Certain Excluded Software may be covered by open source software licenses ("Open Source Components"), which means any software licenses approved as open source licenses by the Open Source Initiative or any
substantially similar licenses, including but not limited to any license that, as a condition of distribution of the software licensed under such license, requires that the distributor make the software available in source code format. Terms and conditions applicable to Open Source Components are provided to you together with this EULA and/or stored in your Device which may include but are not limited to the "Help" or "About" menus. Please visit http://oss.sony.
net/ Products/Linux for a list of applicable Excluded Software included in this Sony Product from time to time, and the applicable terms and conditions governing its use. Such terms and conditions may be changed by the applicable third party at any time without liability to you. To the extent required by the licenses covering Open Source Components, the terms of such licenses will apply in lieu of the terms of this EULA. To the extent the terms of the licenses applicable to Open Source Components prohibit any of the restrictions in this EULA with respect to such

Open Source Components, such restrictions will not apply to such Open Source Component. To the extent the terms of the licenses applicable to Open Source Components require Sony to make an offer to provide source code in connection with the Software, such offer is hereby made.

**USER ACCOUNT**

As part of the agreement to allow you to access, browse, or use the Services and the Content, Third Party Providers and/or other third parties may require that you establish a user account ("Account") for which you must provide them with true, accurate, current, and complete information about yourself and maintain/promptly update such information. You are responsible for maintaining the confidentiality of any and all of your passwords associated with any such Account.

**DATA COLLECTION**

Any Services provided by Third Party Providers that you access may also allow Third Party Providers to collect data about you and/or about the use of that Service. Sony Corporation does not control and is not in any way liable for such data collection and you

should consult the relevant privacy policy for each such Service before using it.

**SONY'S RIGHTS TO USER'S MATERIAL**

If you send any communications or materials to Sony by electronic mail or otherwise, including any selections, comments, data, questions, suggestions, or the like ("Materials"), all such Materials are,
and will be treated as, non-confidential and non- proprietary (except as expressly provided for in the applicable privacy policy). Thus, you give up any claim that use of such Materials violates any of your rights including moral rights, privacy rights, proprietary or other property rights, rights of publicity, rights to credit for material or ideas, or any other right, including the right to approve the way Sony uses such Materials. Any Material may
be adapted, broadcast, changed, copied, disclosed, licensed, performed, posted, published, sold, transmitted, or used by Sony anywhere in the world, in any medium, forever and without attribution or compensation to you. Furthermore, you hereby assign all right, title, and interest in, and Sony is free to use, without any compensation to you, any ideas, know-how, concepts, techniques, or other intellectual property rights contained in the Materials, whether or not patentable, for any purpose whatsoever, including but not limited to developing, manufacturing, having manufactured, licensing, marketing, and selling products using such Materials. However, you agree and understand that Sony is not obligated to use any such ideas, know-how, concepts, or techniques or Materials, and you have no right to compel such use.

**TRANSMITTED MATERIAL**

Internet transmissions are never completely private or secure. You understand that any message or information you send to Sony may be read or intercepted by others, unless there is a special notice that a particular message (for example, credit card information) is encrypted (sent in code). Sending a message to Sony does not cause Sony to have any special responsibility to you.

**DIGITAL RIGHTS MANAGEMENT**

Content owners use Microsoft PlayReady™ content access technology ("PlayReady") to protect their intellectual property, including copyrighted content.
This Sony Product uses PlayReady technology to access PlayReady-protected Content and/or WMDRM-protected Content ("WMDRM" means
Microsoft Windows Media digital rights management technology). If this Sony Product fails to properly enforce restrictions on the Content usage, Content owners may require Microsoft Corporation ("Microsoft") to revoke this Sony Product's ability to consume PlayReady-protected Content. Revocation should not affect unprotected Content or Content

protected by other content access technologies. Content owners may require you to upgrade PlayReady to access their Content. If you decline an upgrade, you will not be able to access Content that requires the upgrade.

**ADVERTISEMENTS, SERVICE COMMUNICATIONS**

Inclusion of the Service of a Third Party Provider does not mean that Sony approves of, or endorses, or recommends that Third Party Provider or
its Content. You understand and agree that the Services and/or Content may include advertisements ("Advertisements"), and that these Advertisements are necessary in order for the Services to be provided. You understand and agree that use of the Services (and other services available through it) may result
in you receiving or being shown recommendations and/or advertisements, service announcements, administrative messages, news updates and the like which Sony Corporation is not responsible nor liable for. SONY, ITS AFFILIATES, AND ITS THIRD PARTY PROVIDERS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, AS TO THE ACCURACY, LEGALITY, RELIABILITY, OR VALIDITY OF ANY ADVERTISEMENT, SERVICE COMMUNICATIONS, OR CONTENT, AS WELL AS ANY LIABILITY ARISING UNDER ANY THEORY OF LAW FOR THE ADVERTISEMENTS, SERVICE COMMUNICATIONS, AND CONTENT.

**OBJECTIONABLE CONTENT AND RULES FOR MINORS (UNDER AGE 16)**

Certain Content may not be suitable for minors or other users. Such Content may or may not be rated or identified as having explicit language, or otherwise being for a mature audience. Therefore, you security of such Internet connectivity, software and services are the sole responsibility of such third parties.

**THE SONY SOFTWARE AND THE SERVICES MAY ALLOW SONY, THE THIRD PARTY PROVIDERS, AND/OR OTHER THIRD PARTIES TO COLLECT DATA FROM, CONTROL, AND/OR MONITOR THE SONY PRODUCT AND OTHER DEVICES RUNNING OR INTERACTING WITH THE SONY SOFTWARE. SOFTWARE LICENSE**

You cannot use the Sony Software except as specified herein. The Sony Software is licensed, not sold. Sony and its Third Party Licensors grant you a limited license to use the Sony Software only on the Sony Product. The Sony Software may create data files automatically for use with the Sony Software, and you agree that any such data files are deemed to be a part of the Sony Software. The Sony Software is licensed as a single product, and you may not separate its component parts for use on more than one device unless expressly authorized by Sony. You agree not to modify, reverse engineer, decompile or disassemble

the Sony Software in whole or in part or to use the Sony Software in whole or in part for any purpose other than allowed under this EULA. In addition, you may not rent, lease, sublicense, or sell the Sony Software, but you may transfer all of your rights under this EULA only as part of a sale or transfer

of the Sony Product provided you retain no copies, transfer all of the Sony Software (including all copies, component parts, any media, printed materials, all versions and any upgrades of the Sony Software, and this EULA), and the recipient agrees to the terms of this EULA. Sony and its Third Party Licensors retain all rights that this EULA does not expressly grant

to you. You shall not (a) bypass, modify, defeat, or circumvent any of the functions or protections of the Sony Software or any mechanisms operatively linked to the Sony Software; or (b) remove, alter, cover,

or deface any trademarks or notices on the Sony Software. You understand, acknowledge, and agree that acknowledge that you are using the Services at your own risk and that Sony has no liability to you for the Content, including any Content that may be

offensive. You are responsible for supervising the use of the Sony Product, the Sony Software, Excluded Software, the Services, and the Content by any minor. If you are under the age of 16, you should ask your parent(s) or a guardian before you: (i) e-mail Sony via the Service; (ii) send in any information; (iii) enter any contest or game that requires information about you or offers a prize; (iv) join any club or group; (v) post any information on any bulletin board or enter any chatroom; or (vi) buy anything online.

## EXCLUSION OF WARRANTY

YOU UNDERSTAND, ACKNOWLEDGE, AND AGREE THAT THE CONTENT AND SERVICES ARE PROVIDED BY THIRD PARTY PROVIDERS AND/ OR SOFTWARE IS PROVIDED BY THIRD PARTIES OVER WHICH SONY HAS NO CONTROL. THE SELECTION, PROVISION, QUALITY, PICTURE SIZE, AND AVAILABILITY OF SUCH CONTENT AND/

OR SOFTWARE ARE THE SOLE RESPONSIBILITY OF SUCH THIRD PARTY PROVIDER OR OTHER THIRD PARTY. YOU AGREE TO COMPLY WITH ANY AND ALL TERMS AND CONDITIONS THAT THE THIRD PARTY PROVIDERS MAY SET FOR ITS SERVICE, CONTENT AND/OR SOFTWARE. YOU FURTHER UNDERSTAND, ACKNOWLEDGE, AND AGREE THAT ACCESS, BROWSING, AND USAGE OF THE SERVICES REQUIRES INTERNET SERVICE PROVIDED BY YOU, AND FOR WHICH YOU ARE SOLELY RESPONSIBLE, INCLUDING BUT NOT LIMITED TO THE PAYMENT OF ANY THIRD PARTY FEES (SUCH AS INTERNET SERVICE PROVIDER OR AIRTIME CHARGES) FOR SUCH ACCESS AND

FOR DISPLAY OR DELIVERY OF ADVERTISEMENTS INCLUDED WITH THE SERVICES. OPERATION OF FEATURE AND THE SERVICE MAY BE LIMITED OR RESTRICTED DEPENDING ON THE CAPABILITIES, BANDWIDTH OR TECHNICAL LIMITATIONS OF YOUR

INTERNET SERVICE. SONY, ITS AFFILIATES, AND ITS THIRD PARTY PROVIDERS SHALL HAVE NO RESPONSIBILITY FOR THE TIMELINESS, DELETION, MIS- DELIVERY, OR FAILURE TO STORE ANY USER COMMUNICATIONS OR PERSONALIZED SETTINGS. THE SONY SOFTWARE AND ACCOMPANYING DOCUMENTATION, THE SERVICES, AND THE CONTENT ARE FURNISHED TO YOU "AS IS"

AND WITHOUT WARRANTIES OR CONDITIONS, STATUTORY OR OTHERWISE, OF ANY KIND. SONY, ITS AFFILIATES, ITS THIRD PARTY LICENSORS, AND ITS THIRD PARTY PROVIDERS EXPRESSLY DISCLAIM ALL WARRANTIES AND CONDITIONS, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF NON- INFRINGEMENT, TITLE, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE. SONY, ITS AFFILIATES, ITS THIRD PARTY LICENSORS, AND ITS THIRD PARTY PROVIDERS DO NOT WARRANT THAT THE SONY SOFTWARE OR ACCOMPANYING DOCUMENTATION, THE SERVICES, OR THE CONTENT WILL MEET YOUR REQUIREMENTS OR THAT THE OPERATION OF THE SONY SOFTWARE, THE SERVICES, OR THE CONTENT WILL BE

UNINTERRUPTED OR ERROR FREE. FURTHERMORE, SONY, ITS AFFILIATES, ITS THIRD PARTY LICENSORS, AND ITS THIRD PARTY PROVIDERS DO NOT WARRANT OR MAKE ANY REPRESENTATIONS OR CONDITIONS REGARDING THE USE OR THE RESULTS OF THE USE OF THE SONY SOFTWARE, THE SERVICES OR THE CONTENT IN TERMS OF

ITS CORRECTNESS, ACCURACY, RELIABILITY OR OTHERWISE. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY SONY, ITS AFFILIATES, OR

A SONY AUTHORIZED REPRESENTATIVE SHALL CREATE A WARRANTY OR CONDITION, OR IN ANY WAY CHANGE THIS EXCLUSION OF WARRANTY AND CONDITION. SHOULD THE SONY SOFTWARE, MEDIA ON WHICH THE SONY SOFTWARE IS FURNISHED, DOCUMENTATION, THE SERVICES, OR THE CONTENT PROVE DEFECTIVE, YOU (AND NOT SONY OR A SONY AUTHORIZED REPRESENTATIVE) ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION.

## LIMITATION OF LIABILITY

IN NO EVENT WILL SONY (INCLUDING BUT NOT LIMITED TO ANY NEGLIGENCE ISSUES RELATED TO THIRD PARTY LICENSORS OR

THIRD PARTY PROVIDERS), ITS AFFILIATES, ITS THIRD PARTY LICENSORS OR ITS THIRD PARTY PROVIDERS BE LIABLE TO YOU FOR ANY SPECIAL, INDIRECT, INCIDENTAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES OF ANY KIND, INCLUDING BUT NOT LIMITED TO COMPENSATION, REIMBURSEMENT OR DAMAGES IN CONNECTION WITH, ARISING OUT OF OR RELATING TO THIS EULA, ON ACCOUNT OF THE LOSS OF USE OF THE

SONY PRODUCT, DOCUMENTATION, THE SERVICES, THE CONTENT, DOWN TIME AND YOUR TIME, LOSS

OF PRESENT OR PROSPECTIVE PROFITS, LOSS OF DATA, INFORMATION OF ANY KIND, BUSINESS PROFITS, OR OTHER COMMERCIAL LOSS, OR FOR

ANY OTHER REASON WHATSOEVER, EVEN IF SONY, ITS AFFILIATES, ITS THIRD PARTY LICENSORS,

OR ITS THIRD PARTY PROVIDERS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE SONY SOFTWARE AND ACCOMPANYING DOCUMENTATION, THE SERVICES, AND THE CONTENT ARE FURNISHED TO YOU FOR USE AT YOUR OWN RISK. SONY, ITS AFFILIATES, ITS THIRD PARTY LICENSORS, AND ITS THIRD PARTY PROVIDERS WILL NOT BE LIABLE FOR DAMAGES FOR BREACH OF ANY EXPRESS OR IMPLIED

WARRANTY OR CONDITION, BREACH OF CONTRACT, NEGLIGENCE, STRICT LIABILITY OR ANY OTHER LEGAL THEORY RELATED TO THE SONY SOFTWARE, THE SERVICES, THE CONTENT, OR THIS EULA.

Some jurisdictions may not allow exclusions or limitations of incidental or consequential damages, exclusions or limitations of implied warranties or conditions, or allow limitations on how long an implied warranty lasts, so the above limitations or exclusions may not apply to you.

**LIMITED WARRANTY ON MEDIA**

In situations where the Sony Software or any part thereof is furnished on media, Sony warrants that for a period of ninety (90) days from the date of its delivery to you, the media on which the Sony
Software is furnished to you will be free from defects in materials and workmanship under normal use. This limited warranty extends only to you as the original licensee. Sony's entire liability and your exclusive remedy will be replacement of the media not meeting Sony's limited warranty. ANY IMPLIED WARRANTIES OR CONDITIONS ON THE MEDIA, INCLUDING
THE IMPLIED WARRANTIES AND CONDITIONS OF MERCHANTABILITY, TITLE, NON-INFRINGEMENT, AND/OR FITNESS FOR A PARTICULAR PURPOSE, ARE LIMITED IN DURATION TO NINETY (90) DAYS FROM THE DATE OF DELIVERY. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY OR CONDITION LASTS, SO THESE LIMITATIONS MAY NOT APPLY
TO YOU. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM JURISDICTION TO JURISDICTION.

**FEES**

Sony and its Third Party Providers reserve the right at any time to charge fees for access to new Content or new Services or to portions of the existing Content or Services, or the Services as a whole. In addition,
Third Party Providers may charge fees for access to their Content. In no event will you be charged for
access to any portion or all of the Content and/or the Services unless Sony and/or a Third Party Provider

obtain your prior agreement to pay such charges. If you do not consent to such charges, however, you may not have access to paid Content or Services for which such charges apply.

**INTELLECTUAL PROPERTY / NOTICE FOR CLAIMS OF INTELLECTUAL PROPERTY VIOLATIONS AND AGENT FOR NOTICE**

Sony respects the intellectual property rights of others, and we ask you to do the same. It is
Sony's policy, at its discretion as appropriate, (a) to terminate and/or disable the Content of Third Party Providers or users of the Services who may
infringe or repeatedly infringe the copyrights or other intellectual property rights of Sony, its Third Party Providers or others; and/or (b) to forward reports of intellectual property rights violations to Third Party Providers and others for review and action per the terms of such Third Party Provider's procedures for protection of intellectual property rights. The Sony Software and Content are protected by copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. There may be proprietary logos, service marks, trademarks, likenesses, and trade names found in the Sony Software, the Content, or on the Services. By making the Sony Software and Content available on the Services, Sony and the Third Party Providers are not granting you any license to utilize those proprietary logos, service marks, trademarks, likenesses, or trade names. Any unauthorized use of the Sony Software, the Services, or the Content may violate copyright laws, trademark laws, the laws of privacy and publicity, and civil and criminal statutes. All
right, title, and interest in and to the Sony Software and the Content, and any and all copies or portions thereof, are owned by Sony, its licensors, Third Party Licensors, suppliers and/or Third Party Providers. All rights not specifically granted under this EULA are reserved by Sony, its licensors, Third Party Licensors, suppliers and/or Third Party Providers.
You are responsible for all your activities hereunder, including all legal liability incurred from access, browsing, or use of the Services by you or by others who use the Services via your Sony Product or Account (as defined in the User Account section).
You may use the Sony Software, the Services, and the Content for lawful purposes only. You may
not distribute, exchange, modify, sell, or transmit anything you may copy from the Sony Software, the Services, or the Content, including but not limited to any data, text, software, likenesses, photographs, images, graphics, audio, music, sound, video, messages, and tags, for any business, commercial,
or public purpose. You further agree not to interrupt/ disrupt or attempt to interrupt/disrupt the operation of the Sony Software, the Service or the Content in any way.
If you believe your work has been copied in a way that constitutes copyright infringement, or that

your intellectual property rights have otherwise been violated, please first contact the Third Party Provider for the particular Service. If you are unable

to contact such Third Party Provider, or the content at issue is Sony's, you may contact Sony's Intellectual Property Agent (listed below) with the following information in a written notice: (a) an electronic or physical signature of the person authorized to act on behalf of the copyright or other intellectual property interest; (b) a description of the copyrighted work or other intellectual property that you claim has been infringed; (c) a description of the particular Service and where the material that you claim is infringing is located on such Service, with enough detail that we may find the material; (d) your address, telephone number, and e-mail address; (e) a statement by you that you have a good faith belief that the disputed
use is not authorized by the copyright or intellectual property owner, its agent, or the law; and (f) a statement by you, made under penalty of perjury, that the above information in your notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf. Sony's agent for notice of copyright or other intellectual property right infringement is as follows: Intellectual Property Agent, c/o Sony Electronics Inc., 16530 Via Esprillo, San Diego, CA 92127; Facsimile (858) 942-1111; E-Mail IPagent@am.sony.com

**INDEMNIFICATION**

You agree to indemnify, defend, and hold harmless Sony and all of its agents, directors, officers employees, information providers, licensors and licensees, affiliates, content providers, and direct and indirect parent(s) (collectively, "Indemnified Parties") from and against any and all liability and costs (including, without limitation, attorneys' fees and costs) incurred by the Indemnified Parties in connection with any claim arising out of (i) any breach or alleged breach by you of this EULA in any manner, (ii) any information you submit to Sony hereunder, (iii) any breach or alleged breach by you of a third party's rights, (iv) any damage caused by or alleged to have been caused by you to the Sony Software, the Services, or the Content. Counsel you select for defense or settlement of a claim must be consented to by Sony and/or Indemnified Party(s) prior to counsel being engaged to represent you
and Sony and/or Indemnified Party(s). You and your counsel will cooperate as fully as reasonably required by the Indemnified Party(s) in defense or settlement of any claim. Sony and/or Indemnified Party(s) reserve the right, at its own expense, to assume the exclusive defense or settlement, and control of any matter otherwise subject to indemnification by you. You shall not in any event consent to any judgment,

settlement, attachment, or lien, or any other act adverse to the interest of Sony or any Indemnified Party without the prior written consent of Sony and/or

Indemnified Party(s).

## AUTOMATIC UPDATE FEATURE / MODIFICATION OF EULA AS TO SERVICES

From time to time, Sony or third parties may automatically update or otherwise modify the Sony Software, for example, but not limited to, for purposes of error correction, improvement of features, and enhancement of security features.

Such updates or modifications may change or delete the nature of features or other aspects of the Sony Software, including features you may rely upon.

You hereby agree that such activities may occur at Sony's sole discretion and that Sony may condition continued use of the Sony Software upon your complete installation or acceptance of such update or modifications. Sony may add to, change, or remove any part, term, or condition of the EULA as it

applies to the Sony Software, the Services, and/or the Content at any time without prior notice to you. Any such additions, changes, or removals or any terms posted in the applicable website feature shall apply as soon as they are posted. By continuing to use Sony Software or access the Services, the Sony Content Services, the Content, and/or the Sony Content

after so posted, you are indicating your acceptance thereto. SONY MAY ADD, CHANGE, DISCONTINUE, REMOVE, OR SUSPEND ANY OF THE SERVICES OR THE SONY CONTENT SERVICES, TEMPORARILY OR PERMANENTLY, AT ANY TIME, WITHOUT NOTICE AND WITHOUT LIABILITY. WITHOUT PREJUDICE TO ANY OTHER RIGHTS, SONY MAY SUSPEND OR TERMINATE THIS EULA AS TO THE SERVICES, THE SONY CONTENT SERVICES, THE CONTENT, AND/OR THE SONY CONTENT IMMEDIATELY UPON NOTICE IF YOU FAIL TO COMPLY WITH THE TERMS AND

CONDITIONS OF THIS EULA. Sony may take any legal and technical remedies to prevent violation of and/

or to enforce this EULA, including, without limitation, immediate termination of your access to the Services, if Sony believes in its discretion that you are violating this EULA

## HIGH RISK ACTIVITIES

The Sony Software is not fault-tolerant and is not designed, manufactured or intended for use or resale as on-line control equipment in hazardous

environments requiring fail-safe performance, such as in the operation of nuclear facilities, aircraft navigation or communication systems, air traffic control, direct life support machines, or weapons systems, in which the failure of the Sony Software could lead to death, personal injury, or severe physical or environmental damage ("High Risk Activities"). SONY, EACH OF THE THIRD PARTY LICENSORS, AND EACH OF THEIR RESPECTIVE AFFILIATES SPECIFICALLY DISCLAIM ANY EXPRESS OR IMPLIED WARRANTY OR CONDITION OF FITNESS FOR HIGH RISK ACTIVITIES.

## RESTRICTIONS ON EXPORT OF ENCRYPTION TECHNOLOGY

The Sony Software and the Content may contain encryption technology. You acknowledge that any export of Sony Software or the Content containing encryption technology from the United States or subsequent re-export of such software by a person located outside of the United States requires a license or other authorization from the U.S. Department

of Commerce's Bureau of Industry and Security. You further acknowledge that the Sony Software or the Content containing encryption technology and acquired from Sony is not intended for use by a foreign government end user. By accepting this

license agreement, you agree to abide by all relevant

U.S. export laws and regulations in the purchase and use of the Sony product being acquired, including but not limited to those regulations relating to the export control of cryptographic items and not to transfer,

or authorize the transfer, of the Sony Software or the Content to a prohibited country or otherwise in violation of any such restrictions or regulations.

## US GOVERNMENT RESTRICTED RIGHTS

The Sony Software is provided with RESTRICTED RIGHTS. Use, duplication or disclosure by the United States Government is subject to restrictions as set forth in subparagraphs (c)(1) and (c)(2) of the Commercial Computer Software clause at FAR

52.227 19, and subparagraph (c)(i)(ii) of the Rights in Technical Data and Computer Software clause at DOD FAR 252.227-7013 and any comparable federal, state or local law or regulation. Manufacturer is Sony Electronics Inc., 16530 Via Esprillo, San Diego, CA 92127.

## JURY TRIAL WAIVER

THE PARTIES HERETO WAIVE TRIAL BY JURY WITH RESPECT TO ANY MATTERS ARISING UNDER OR RELATING TO THIS EULA. Any cause of action you may have with respect to the Services must be commenced within one (1) year after the claim or cause of action arises.

## ENTIRE AGREEMENT, NOTICE, WAIVER, SEVERABILITY

This EULA, the limited warranty accompanying the Sony Product, Sony's then-current privacy policy, and any additional terms and conditions posted on the Services, together constitute the entire agreement between you and Sony with respect to the Sony Product, the Sony Software, the Services, and the Content. Any notice by Sony hereunder may be made by letter, e-mail, or posting on the Services. The failure of Sony to exercise or enforce any right or provision of this EULA shall not constitute a waiver

of such right or provision. If any part of this EULA is held invalid, illegal, or unenforceable, that provision

shall be enforced to the maximum extent permissible so as to maintain the intent of this EULA, and the other parts will remain in full force and effect.

## THIRD PARTY BENEFICIARIES

Each Third Party Licensor and each Third Party Provider is an express intended third-party beneficiary of, and shall have the right to enforce, each provision of this EULA with respect to the software, service, and content, as applicable, of such party.

## TERM

This EULA is effective until terminated. Sony may terminate this EULA immediately if you fail to comply with its terms by giving you notice. In such event, you must destroy the Sony Software and accompanying documentation, and all copies you have made of them. In addition, upon termination you will have no recourse against Sony, its affiliates, its Third Party Licensors, or its Third Party Providers for your inability to use the Sony Software or the accompanying documentation, the Services, or the Content.

**DE-REGISTRATION OF YOUR DEVICE**

Should you return your Sony Product to its place of purchase, transfer your Sony Product in accordance with this EULA, or if this EULA is terminated, you agree to: (i) de-register the Sony Product by deleting any and all accounts you may have established on or have accessed through the Sony Product; and (ii) reset the Sony Product to its original factory settings. YOU ARE SOLELY RESPONSIBLE FOR MAINTAINING THE CONFIDENTIALITY OF ANY ACCOUNTS YOU HAVE WITH THIRD PARTIES AND ANY USERNAMES AND PASSWORDS ASSOCIATED WITH YOUR USE OF THE SONY PRODUCT.

**RESOLVING DISPUTES; ARBITRATION; SMALL CLAIMS WAIVER**

This EULA will not be governed or interpreted in any way by referring to any law based on the Uniform Computer Information Transactions Act (UCITA) or any other act derived from or related to UCITA. Further, the United Nations Convention on Contracts for the International Sale of Goods shall not apply to this EULA.

If a Dispute arises, you agree to first give notice to us by contacting Sony Electronics Inc. at 16530 Via Esprillo, San Diego, California 92127, Attn: Legal Department, and engaging in good faith negotiations to attempt to resolve any Dispute for at least 14 days, except that you or Sony (or any of its affiliates) may skip this informal negotiation procedure for Disputes enforcing, protecting, or concerning the validity of intellectual property rights. "Dispute" is defined as any disagreement, cause of action, claim,

controversy, or proceeding between you and any Sony entity related to or arising out of the Sony Product, Sony Software, Sony Services & Content or this EULA. Dispute is to be given the broadest possible meaning that will be enforced.

█NY DISPUTE THAT IS NOT RESOLVED THROUGH THE INFORMAL NEGOTIATION PROCESS DESCRIBED ABOVE SHALL BE RESOLVED EXCLUSIVELY THROUGH BINDING ARBITRATION.

To begin arbitration, either you or we must make a written demand to the other for arbitration. The arbitration will take place before a single arbitrator. It will be administered in keeping with the Expedited Procedures of the Commercial Arbitration Rules, and the Supplementary Proceedings for Consumer- Related disputes when applicable ("Rules") of the American Arbitration Association ("AAA") in effect when the claim is filed. You may get a copy of AAA's Rules by contacting AAA at (800) 778-7879 or visiting www.adr.org. The filing fees to begin and carry out arbitration will be shared between you and us, but in no event shall your fees ever exceed the amount allowable by the special rules for Consumers Disputes provided for by AAA, at which point Sony will cover all additional administrative fees and expenses. This does not prohibit the arbitrator from giving the winning party their fees and expenses of the arbitration when appropriate pursuant to the Rules.
Unless you and we agree differently, the arbitration will take place in the county and state where you live, and applicable federal or state law shall govern the substance of any Dispute. The Federal Arbitration Act, 9 U.S.C. § 1, et seq., will govern the arbitration itself and not any state law on arbitration. The arbitrator's decision will be binding and final, except for a limited right of appeal under the Federal Arbitration Act.
The arbitrator may award declaratory or injunctive relief only in favor of the party seeking relief, and only to the extent necessary to provide relief warranted by that party's individual claim. Any court with jurisdiction over the parties may enforce the arbitrator's decision.
Despite the above, you have the right to litigate any Dispute in small claims court or other similar court of limited jurisdiction in the United States, to the extent the amount at issue does not exceed $15,000, and as long as such court has proper jurisdiction and all other requirements (including amount in controversy) are satisfied.

Despite anything to the contrary in this EULA, you may reject changes made to the binding arbitration provision if: (1) you've already begun authorized use of the Sony Product at the time the change was/ is made; and (2) you mail written notice to the address in the immediately preceding paragraph within 30 days after the particular change was/is made. Should such a situation arise, you will still be bound by the Dispute procedures you previously agreed to and

existing before the change you rejected was made. Any Dispute determined not subject to arbitration and not initiated in small claims court will be litigated by either party in a court of competent jurisdiction in either the Superior Court for the County of San Diego or in the United States District Court for the Southern District of California.

Notwithstanding the foregoing to the contrary, either party may initiate litigation immediately with respect to any matter arising out of or in connection with this Agreement for which equitable relief (or an equivalent type of urgent legal relief) is sought. You agree that any violation of or non-compliance with any term or condition this EULA by you will constitute an unlawful and unfair business practice, and will cause irreparable harm to Sony, its affiliates or third party licensors for which monetary damages would be inadequate, and you consent to Sony obtaining any injunctive or equitable relief that Sony deems necessary or appropriate in such circumstances. These remedies are in addition to any other remedies that may be available to Sony under contract, at law or in equity.

**NOTICES AND LICENSES FOR SOFTWARE USED IN THIS PRODUCT**

This product includes certain open source or other software originating from third parties that is subject to the GNU General Public License (GPL), GNU Library/Lesser General Public License(LGPL) and different and/or additional copyright licenses, disclaimers and notices. The exact terms of GPL, LGPL and some other licenses, disclaimers and notices are reproduced in the menu in this product. Source code for these executables and libraries can be obtained using the following link: http://oss.sony. net/Products/Linux/

**FEEDBACK**

Should you have any questions concerning this EULA, you may contact Sony by writing to Sony Technical Response Center, 12451 Gateway Boulevard, Fort Myers, Florida 33913, USA.

© 2014 Sony Electronics Inc. All Rights Reserved.

==========================================    **FREETYPE2 SOFTWARE**

The software is based in part of the work of the FreeType Team.

==========================================
**zlib.h -- interface of the 'zlib' general purpose compression library**

version 1.2.5, April 19th, 2010

Copyright (C) 1995-2010 Jean-loup Gailly and Mark Adler

This software is provided 'as-is', without any express or implied warranty. In no event will the authors be

held liable for any damages arising from the use of this software.

Permission is granted to anyone to use this software for any purpose, including commercial applications, and to alter it and redistribute it freely, subject to the following restrictions:

**1.** The origin of this software must not be misrepresented; you must not claim that you wrote the original software. If you use this software in a product, an acknowledgment in the product documentation would be appreciated but is not required.

**2.** Altered source versions must be plainly marked as such, and must not be misrepresented as being the original software.

**3.** This notice may not be removed or altered from any source distribution.

Jean-loup Gailly Mark Adler

==========================================
**libpng**

This copy of the libpng notices is provided for your convenience. In case of any discrepancy between this copy and the notices in the file png.h that is included in the libpng distribution, the latter shall prevail.

COPYRIGHT NOTICE, DISCLAIMER, and LICENSE:

If you modify libpng you may insert additional notices immediately following this sentence.

This code is released under the libpng license. libpng versions 1.2.6, August 15, 2004, through

1.6.14, October 23, 2014, are Copyright (c) 2004, 2006-2014 Glenn Randers-Pehrson, and are distributed according to the same disclaimer and license as libpng-1.2.5 with the following individual added to the list of Contributing Authors.

   Cosmin Truta

libpng versions 1.0.7, July 1, 2000, through 1.2.5 -
October 3, 2002, are Copyright (c) 2000-2002 Glenn Randers-Pehrson, and are distributed according to the same disclaimer and license as libpng-1.0.6 with the following individuals added to the list of Contributing Authors.

   Simon-Pierre Cadieux Eric S. Raymond Gilles Vollant

and with the following additions to the disclaimer:

   There is no warranty against interference with your enjoyment of the library or against infringement. There is no warranty that our efforts or the library will fulfill any of your particular purposes or needs. This library is provided with all faults, and the entire risk of satisfactory quality, performance, accuracy, and effort is with the user.

libpng versions 0.97, January 1998, through 1.0.6,
March 20, 2000, are Copyright (c) 1998, 1999 Glenn Randers-Pehrson, and are distributed according
to the same disclaimer and license as libpng-0.96, with the following individuals added to the list of Contributing Authors:

   Tom Lane
   Glenn Randers-Pehrson Willem van Schaik

libpng versions 0.89, June 1996, through 0.96, May
1997, are Copyright (c) 1996, 1997 Andreas Dilger Distributed according to the same disclaimer and license as libpng-0.88, with the following individuals added to the list of Contributing Authors:

   John Bowler Kevin Bracey Sam Bushell
   Magnus Holmgren Greg Roelofs
   Tom Tanner

libpng versions 0.5, May 1995, through 0.88,
January 1996, are Copyright (c) 1995, 1996 Guy Eric Schalnat, Group 42, Inc.

For the purposes of this copyright and license, "Contributing Authors" is defined as the following set of individuals:

   Andreas Dilger Dave Martindale Guy Eric Schalnat Paul Schmidt Tim Wegner

The PNG Reference Library is supplied "AS IS". The Contributing Authors and Group 42, Inc. disclaim all warranties, expressed or implied, including, without limitation, the warranties of merchantability and of fitness for any purpose. The Contributing Authors and Group 42, Inc. assume no liability for direct, indirect, incidental, special, exemplary, or consequential damages, which may result from the use of the PNG Reference Library, even if advised of the possibility of such damage.

Permission is hereby granted to use, copy, modify, and distribute this source code, or portions hereof, for any purpose, without fee, subject to the following restrictions:

**1.** The origin of this source code must not be misrepresented.

**2.** Altered versions must be plainly marked as such and must not be misrepresented as being the original source.

**3.** This Copyright notice may not be removed or altered from any source or altered source distribution.

The Contributing Authors and Group 42, Inc. specifically permit, without fee, and encourage the use of this source code as a component to supporting the PNG file format in commercial products. If you

use this source code in a product, acknowledgment is not required but would be appreciated.

A "png_get_copyright" function is available, for convenient use in "about" boxes and the like:

███    printf("%s",png_get_copyright(NULL));

Also, the PNG logo (in PNG format, of course) is supplied in the files "pngbar.png" and "pngbar.jpg" (88x31) and "pngnow.png" (98x31).

Libpng is OSI Certified Open Source Software. OSI Certified Open Source is a certification mark of the Open Source Initiative.

Glenn Randers-Pehrson

glennrp at users.sourceforge.net October 23, 2014

=======================================
**Independent JPEG Group's free JPEG software**

The authors make NO WARRANTY or representation, either express or implied, with respect to this software, its quality, accuracy, merchantability, or fitness for a particular purpose. This software is provided "AS IS", and you, its user, assume the entire risk as to its quality and accuracy.

This software is copyright (C) 1991-1998, Thomas G. Lane.

All Rights Reserved except as specified below.

Permission is hereby granted to use, copy, modify, and distribute this software (or portions thereof) for any purpose, without fee, subject to these conditions:

 (1) If any part of the source code for this software is distributed, then this README file must be included, with this copyright and no-warranty notice unaltered; and any additions, deletions, or changes to the original files must be clearly indicated in accompanying documentation.

 (2) If only executable code is distributed, then the accompanying documentation must state that "this software is based in part on the work of the Independent JPEG Group".

 (3) Permission for use of this software is granted only if the user accepts full responsibility for any undesirable consequences; the authors accept NO LIABILITY for damages of any kind.

These conditions apply to any software derived from or based on the IJG code, not just to the unmodified library. If you use our work, you ought to acknowledge us.

Permission is NOT granted for the use of any IJG author's name or company name in advertising or publicity relating to this software or products derived from it. This software may be referred to only as "the Independent JPEG Group's software".

We specifically permit and encourage the use of this software as the basis of commercial products, provided that all warranty or liability claims are

assumed by the product vendor.

ansi2knr.c is included in this distribution by permission of L. Peter Deutsch, sole proprietor of its copyright holder, Aladdin Enterprises of Menlo Park, CA. ansi2knr.c is NOT covered by the above copyright and conditions, but instead by the usual distribution terms of the Free Software Foundation; principally, that you must include source code if you redistribute it. (See the file ansi2knr.c for full details.) However, since ansi2knr.c is not needed as part of any program generated from the IJG code, this does not limit you more than the foregoing paragraphs do.

The Unix configuration script "configure" was produced with GNU Autoconf. It is copyright by the Free Software Foundation but is freely distributable. The same holds for its supporting scripts (config. guess, config.sub, ltconfig, ltmain.sh). Another support script, install-sh, is copyright by M.I.T. but is also freely distributable.

It appears that the arithmetic coding option of the JPEG spec is covered by patents owned by IBM, AT&T, and Mitsubishi. Hence arithmetic coding cannot legally be used without obtaining one or more licenses. For this reason, support for arithmetic coding has been removed from the free JPEG software. (Since arithmetic coding provides only a marginal gain over the unpatented Huffman mode,

it is unlikely that very many implementations will support it.) So far as we are aware, there are no patent restrictions on the remaining code.

The IJG distribution formerly included code to read and write GIF files. To avoid entanglement with the Unisys LZW patent, GIF reading support has been removed altogether, and the GIF writer has been simplified to produce "uncompressed GIFs". This technique does not use the LZW algorithm; the resulting GIF files are larger than usual, but are readable by all standard GIF decoders.

We are required to state that

other materials provided with the distribution.

**3.** All advertising materials mentioning features or use of this software must display the following acknowledgment: "This product includes software developed by the OpenSSL Project for use in the OpenSSL Toolkit. (http://www.openssl.org/)"

**4.** The names "OpenSSL Toolkit" and "OpenSSL Project" must not be used to endorse or promote products derived from this software without prior written permission. For written permission, please contact openssl-core@openssl.org.

**5.** Products derived from this software may not be called "OpenSSL" nor may "OpenSSL" appear in their names without prior written permission of the OpenSSL Project.

**6.** Redistributions of any form whatsoever must retain the following acknowledgment: "This product includes software developed by the OpenSSL Project for use in the OpenSSL Toolkit (http://www.openssl. org/)"

THIS SOFTWARE IS PROVIDED BY THE OpenSSL PROJECT "AS IS" AND ANY EXPRESSED OR IMPLIED WARRANTIES, INCLUDING, BUT

NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE OpenSSL PROJECT OR ITS CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY,
OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

"The Graphics Interchange Format(c) is the
Copyright property of CompuServe Incorporated. GIF(sm) is a Service Mark property of CompuServe Incorporated."

=========================================

**OpenSSL**

Copyright (c) 1998-2011 The OpenSSL Project. All rights reserved.

Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

**1.** Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

**2.** Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or

This product includes cryptographic software written by Eric Young (eay@cryptsoft.com). This product includes software written by Tim Hudson (tjh@ cryptsoft.com).

Original SSLeay License
----------------------

Copyright (C) 1995-1998 Eric Young (eay@cryptsoft. com) All rights reserved.

This package is an SSL implementation written by Eric Young (eay@cryptsoft.com). The implementation was written so as to conform with Netscapes SSL.

This library is free for commercial and non- commercial use as long as the following conditions are aheared to. The following conditions apply to all code found in this distribution, be it the RC4, RSA, lhash, DES, etc., code; not just the SSL code. The SSL documentation included with this distribution is covered by the same copyright terms except that the

holder is Tim Hudson (tjh@cryptsoft.com).

Copyright remains Eric Young's, and as such any Copyright notices in the code are not to be removed. If this package is used in a product, Eric Young should be given attribution as the author of the parts of the library used. This can be in the form of a textual message at program startup or in documentation (online or textual) provided with the package.

Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

**1.** Redistributions of source code must retain the copyright notice, this list of conditions and the following disclaimer.

**2.** Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

**3.** All advertising materials mentioning features or use of this software must display the following acknowledgement: "This product includes cryptographic software written by Eric Young (eay@ cryptsoft.com)". The word 'cryptographic' can be left out if the rouines from the library being used are not cryptographic related.

**4.** If you include any Windows specific code (or a derivative thereof) from the apps directory (application code) you must include an acknowledgement: "This product includes software written by Tim Hudson (tjh@cryptsoft.com)"

THIS SOFTWARE IS PROVIDED BY ERIC YOUNG "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE AUTHOR OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY,
OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

The licence and distribution terms for any publically available version or derivative of this code cannot be changed. i.e. this code cannot simply be copied and put under another distribution licence [including the GNU Public Licence.]

=========================================
**GPL/LGPL LICENSED SOFTWARE**

The following components that used in current

product are subject to the GPL/LGPL license Agreements:

Linux kernel glibc


u-Boot loader SAWMAN ALSA
fuse libusb
libusb-compat ntfsprogs e2fsprogs sysvinit
iconv samba Fusion SquashFS liveMedia libmtp
TeleText Font simple-mtpfs DirectFB qrencode Ffmpeg LibAV WebKit DfbVideoSink Mini-XML libcap libsecret
v4l-utils JavaScriptCore Mongoose bash
coreutils findutils gawk grep gzip inetutils iputils
module-init-tools net-tools
procps (ps, top) psmisc
sed tar

udhcpc
util-linux-ng
==========================================
### GNU GENERAL PUBLIC LICENSE
#### Version 2, June 1991

Copyright (C) 1989, 1991 Free Software Foundation, Inc. 51 Franklin Street, Fifth Floor, Boston, MA 02110- 1301, USA
Everyone is permitted to copy and distribute verbatim copies of this license document, but changing it is not allowed.

**Preamble**

The licenses for most software are designed to

take away your freedom to share and change it. By contrast, the GNU General Public License is intended to guarantee your freedom to share and change free software--to make sure the software is free for all its users. This General Public License applies to most of the Free Software Foundation's software and to any other program whose authors commit to using it. (Some other Free Software Foundation software is covered by the GNU Lesser General Public License instead.) You can apply it to your programs, too.

When we speak of free software, we are referring to freedom, not price. Our General Public Licenses are designed to make sure that you have the freedom to distribute copies of free software (and charge for this service if you wish), that you receive source code or can get it if you want it, that you can change the software or use pieces of it in new free programs; and that you know you can do these things.

To protect your rights, we need to make restrictions that forbid anyone to deny you these rights or to ask you to surrender the rights. These restrictions translate to certain responsibilities for you if you distribute copies of the software, or if you modify it.

For example, if you distribute copies of such a program, whether gratis or for a fee, you must give the recipients all the rights that you have. You must make sure that they, too, receive or can get the source code. And you must show them these terms so they know their rights.

We protect your rights with two steps: (1) copyright the software, and (2) offer you this license which gives you legal permission to copy, distribute and/or modify the software.

Also, for each author's protection and ours, we want to make certain that everyone understands that there is no warranty for this free software. If the software is modified by someone else and passed on, we want its recipients to know that what they have is not the original, so that any problems introduced by others will not reflect on the original authors' reputations.

Finally, any free program is threatened constantly by software patents. We wish to avoid the danger that redistributors of a free program will individually obtain patent licenses, in effect making the program proprietary. To prevent this, we have made it clear that any patent must be licensed for everyone's free use or not licensed at all.

The precise terms and conditions for copying, distribution and modification follow.

#### TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

**0.** This License applies to any program or other work which contains a notice placed by the copyright holder saying it may be distributed under the terms of this General Public License. The "Program", below, refers to any such program or work, and a "work

based on the Program" means either the Program or any derivative work under copyright law: that is to say, a work containing the Program or a portion of it, either verbatim or with modifications and/
or translated into another language. (Hereinafter, translation is included without limitation in the term "modification".) Each licensee is addressed as "you".

Activities other than copying, distribution and modification are not covered by this License; they are outside its scope. The act of running the Program is not restricted, and the output from the Program is covered only if its contents constitute a work based on the Program (independent of having been made by running the Program). Whether that is true depends on what the Program does.

**1.** You may copy and distribute verbatim copies of the Program's source code as you receive it, in

any medium, provided that you conspicuously and appropriately publish on each copy an appropriate copyright notice and disclaimer of warranty; keep intact all the notices that refer to this License and to the absence of any warranty; and give any other recipients of the Program a copy of this License along with the Program.

You may charge a fee for the physical act of transferring a copy, and you may at your option offer warranty protection in exchange for a fee.

**2.** You may modify your copy or copies of the Program or any portion of it, thus forming a work based on the Program, and copy and distribute such modifications or work under the terms of Section
1 above, provided that you also meet all of these conditions:

 **a)** You must cause the modified files to carry prominent notices stating that you changed the files and the date of any change.

 **b)** You must cause any work that you distribute or publish, that in whole or in part contains or is derived from the Program or any part thereof, to be licensed as a whole at no charge to all third parties under the terms of this License.

 **c)** If the modified program normally reads commands interactively when run, you must cause it, when started running for such interactive use

in the most ordinary way, to print or display an announcement including an appropriate copyright notice and a notice that there is no warranty (or else, saying that you provide a warranty) and that users may redistribute the program under these conditions, and telling the user how to view a copy of this License. (Exception: if the Program itself is interactive but does not normally print such an announcement, your work based on the Program is not required to print an announcement.)

These requirements apply to the modified work as a whole. If identifiable sections of that work are not derived from the Program, and can be reasonably considered independent and separate works in

themselves, then this License, and its terms, do not apply to those sections when you distribute them as separate works. But when you distribute the same sections as part of a whole which is a work based on the Program, the distribution of the whole must be on the terms of this License, whose permissions for

other licensees extend to the entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest your rights to work written entirely by you; rather, the intent is to exercise the right to control the distribution of derivative or collective works based on the Program.

In addition, mere aggregation of another work not based on the Program with the Program (or with a work based on the Program) on a volume of a storage or distribution medium does not bring the other work under the scope of this License.

**3.** You may copy and distribute the Program (or a work based on it, under Section 2) in object code or executable form under the terms of Sections 1 and 2 above provided that you also do one of the following:

 **a)** Accompany it with the complete corresponding machine-readable source code, which must be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or,

 **b)** Accompany it with a written offer, valid for at least three years, to give any third party, for a charge no more than your cost of physically performing source distribution, a complete machine-readable copy of the corresponding source code, to be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange; or,

 **c)** Accompany it with the information you received as to the offer to distribute corresponding source code. (This alternative is allowed only for noncommercial distribution and only if you received the program in object code or executable form with such an offer, in accord with Subsection b above.)

The source code for a work means the preferred form of the work for making modifications to it. For an executable work, complete source code means all the source code for all modules it contains, plus any associated interface definition files, plus the scripts used to control compilation and installation of the executable. However, as a special exception, the source code distributed need not include anything that is normally distributed (in either source or binary form) with the major components (compiler, kernel, and so on) of the operating system on which the executable runs, unless that component itself accompanies the executable.

If distribution of executable or object code is made by offering access to copy from a designated place, then offering equivalent access to copy the source code from the same place counts as distribution of the source code, even though third parties are not

compelled to copy the source along with the object code.

**4.** You may not copy, modify, sublicense, or distribute the Program except as expressly provided under

this License. Any attempt otherwise to copy, modify, sublicense or distribute the Program is void, and will automatically terminate your rights under this License. However, parties who have received copies, or rights, from you under this License will not have their licenses terminated so long as such parties remain in full compliance.

**5.** You are not required to accept this License, since you have not signed it. However, nothing else grants you permission to modify or distribute the Program or its derivative works. These actions are prohibited by law if you do not accept this License. Therefore, by modifying or distributing the Program (or any work based on the Program), you indicate your acceptance of this License to do so, and all its terms and conditions for copying, distributing or modifying the Program or works based on it.

**6.** Each time you redistribute the Program (or any work based on the Program), the recipient automatically receives a license from the original

licensor to copy, distribute or modify the Program subject to these terms and conditions. You may not impose any further restrictions on the recipients' exercise of the rights granted herein. You are not responsible for enforcing compliance by third parties to this License.

**7.** If, as a consequence of a court judgment or allegation of patent infringement or for any other reason (not limited to patent issues), conditions are imposed on you (whether by court order, agreement or otherwise) that contradict the conditions of this License, they do not excuse you from the conditions of this License. If you cannot distribute so as to satisfy simultaneously your obligations under this License and any other pertinent obligations, then as a consequence you may not distribute the Program at all. For example, if a patent license would not permit royalty-free redistribution of the Program by all those who receive copies directly or indirectly through you, then the only way you could satisfy both it and this License would be to refrain entirely from distribution of the Program.

If any portion of this section is held invalid or unenforceable under any particular circumstance, the balance of the section is intended to apply and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any patents or other property right claims or to contest validity of any such claims; this section has the sole purpose of protecting the integrity of the free software distribution system, which is implemented by public license practices. Many people have

made generous contributions to the wide range of

software distributed through that system in reliance on consistent application of that system; it is up to the author/donor to decide if he or she is willing to distribute software through any other system and a licensee cannot impose that choice.

This section is intended to make thoroughly clear what is believed to be a consequence of the rest of this License.

**8.** If the distribution and/or use of the Program is restricted in certain countries either by patents or by copyrighted interfaces, the original copyright holder who places the Program under this License may add an explicit geographical distribution limitation excluding those countries, so that distribution is permitted only in or among countries not thus

excluded. In such case, this License incorporates the limitation as if written in the body of this License.

**9.** The Free Software Foundation may publish revised and/or new versions of the General Public License from time to time. Such new versions will be similar in spirit to the present version, but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number. If the Program specifies a version number of this License which applies to it and "any later version", you have the option of following the terms and conditions either of that version or of any later version published by the Free Software Foundation. If the Program does not specify a version number of this License, you may choose any version ever published by the Free Software Foundation.

**10.** If you wish to incorporate parts of the Program into other free programs whose distribution conditions are different, write to the author to ask for permission. For software which is copyrighted by the Free Software Foundation, write to the Free Software Foundation; we sometimes make exceptions for

this. Our decision will be guided by the two goals of preserving the free status of all derivatives of our free software and of promoting the sharing and reuse of software generally.

**NO WARRANTY**

**11.** BECAUSE THE PROGRAM IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY FOR THE PROGRAM, TO THE EXTENT PERMITTED BY APPLICABLE LAW. EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES PROVIDE THE PROGRAM "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING,

BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE ENTIRE RISK AS
TO THE QUALITY AND PERFORMANCE OF THE PROGRAM IS WITH YOU. SHOULD THE PROGRAM PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

**12.** IN NO EVENT UNLESS REQUIRED BY

APPLICABLE LAW OR AGREED TO IN WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR REDISTRIBUTE THE PROGRAM AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE PROGRAM (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF
THE PROGRAM TO OPERATE WITH ANY OTHER PROGRAMS), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**END OF TERMS AND CONDITIONS**

==========================================
**GNU LESSER GENERAL PUBLIC LICENSE**
**Version 2.1, February 1999**

Copyright (C) 1991, 1999 Free Software Foundation, Inc. 51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA. Everyone is permitted to copy and distribute verbatim copies of this license document, but changing it is not allowed.

[This is the first released version of the Lesser GPL. It also counts as the successor of the GNU Library Public License, version 2, hence the version number 2.1.]

**Preamble**
The licenses for most software are designed to take away your freedom to share and change it. By contrast, the GNU General Public Licenses are intended to guarantee your freedom to share and
change free software--to make sure the software is free for all its users.

This license, the Lesser General Public License, applies to some specially designated software packages--typically libraries--of the Free Software Foundation and other authors who decide to use it. You can use it too, but we suggest you first think carefully about whether this license or the ordinary General Public License is the better strategy to use in any particular case, based on the explanations below.
When we speak of free software, we are referring to freedom of use, not price. Our General Public Licenses are designed to make sure that you have
the freedom to distribute copies of free software (and charge for this service if you wish); that you receive source code or can get it if you want it; that you can change the software and use pieces of it in new free programs; and that you are informed that you can do these things.

To protect your rights, we need to make restrictions that forbid distributors to deny you these rights or to ask you to surrender these rights. These restrictions translate to certain responsibilities for you if you distribute copies of the library or if you modify it.

For example, if you distribute copies of the library, whether gratis or for a fee, you must give the recipients all the rights that we gave you. You must make sure that they, too, receive or can get the source code. If you link other code with the library, you must provide complete object files to the recipients, so
that they can relink them with the library after making changes to the library and recompiling it. And you must show them these terms so they know their rights.

We protect your rights with a two-step method: (1) we copyright the library, and (2) we offer you this license, which gives you legal permission to copy, distribute and/or modify the library.

To protect each distributor, we want to make it very clear that there is no warranty for the free library. Also, if the library is modified by someone else and passed on, the recipients should know that what they have is not the original version, so that the original author's reputation will not be affected by problems that might be introduced by others.

Finally, software patents pose a constant threat to the existence of any free program. We wish to make sure that a company cannot effectively restrict the users of a free program by obtaining a restrictive license from a patent holder. Therefore, we insist that any patent license obtained for a version of the library must be consistent with the full freedom of use specified in this license.

Most GNU software, including some libraries, is covered by the ordinary GNU General Public License. This license, the GNU Lesser General Public License, applies to certain designated libraries, and is quite different from the ordinary General Public License. We use this license for certain libraries in order to permit linking those libraries into non-free programs.

When a program is linked with a library, whether statically or using a shared library, the combination of the two is legally speaking a combined work, a derivative of the original library. The ordinary General Public License therefore permits such linking only
if the entire combination fits its criteria of freedom. The Lesser General Public License permits more lax criteria for linking other code with the library.

For example, on rare occasions, there may be a special need to encourage the widest possible use of a certain library, so that it becomes a de-facto standard. To achieve this, non-free programs must
be allowed to use the library. A more frequent case is that a free library does the same job as widely used non-free libraries. In this case, there is little to gain by limiting the free library to free software only, so we use the Lesser General Public License.

In other cases, permission to use a particular library in non-free programs enables a greater number
of people to use a large body of free software. For example, permission to use the GNU C Library in non- free programs enables many more people to use the whole GNU operating system, as well as its variant,

the GNU/Linux operating system.

■

Although the Lesser General Public License is Less protective of the users' freedom, it does ensure that the user of a program that is linked with the Library has the freedom and the wherewithal to run that program using a modified version of the Library.

The precise terms and conditions for copying, distribution and modification follow. Pay close attention to the difference between a "work based on the library" and a "work that uses the library". The former contains code derived from the library,

whereas the latter must be combined with the library in order to run.

### TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

**0.** This License Agreement applies to any software library or other program which contains a notice placed by the copyright holder or other authorized party saying it may be distributed under the terms of this Lesser General Public License (also called "this License"). Each licensee is addressed as "you".

A "library" means a collection of software functions and/or data prepared so as to be conveniently linked with application programs (which use some of those functions and data) to form executables.

The "Library", below, refers to any such software library or work which has been distributed under these terms. A "work based on the Library" means either the Library or any derivative work under copyright law: that is to say, a work containing the Library or a portion of it, either verbatim or with modifications and/or translated straightforwardly into another language. (Hereinafter, translation is included without limitation in the term "modification".)

"Source code" for a work means the preferred form of the work for making modifications to it. For a library, complete source code means all the source code for all modules it contains, plus any associated interface definition files, plus the scripts used to control compilation and installation of the library.

Activities other than copying, distribution and modification are not covered by this License; they are outside its scope. The act of running a program using the Library is not restricted, and output from such a program is covered only if its contents constitute a work based on the Library (independent of the use
of the Library in a tool for writing it). Whether that is true depends on what the Library does and what the program that uses the Library does.

**1.** You may copy and distribute verbatim copies of the Library's complete source code as you receive it, in any medium, provided that you conspicuously and appropriately publish on each copy an appropriate copyright notice and disclaimer of warranty; keep intact all the notices that refer to this License and to the absence of any warranty; and distribute a copy of this License along with the Library.

You may charge a fee for the physical act of transferring a copy, and you may at your option offer warranty protection in exchange for a fee.

**2.** You may modify your copy or copies of the Library or any portion of it, thus forming a work based on the Library, and copy and distribute such modifications or work under the terms of Section 1 above, provided that you also meet all of these conditions:

 **a)** The modified work must itself be a software library.

 **b)** You must cause the files modified to carry prominent notices stating that you changed the files and the date of any change.

 **c)** You must cause the whole of the work to be licensed at no charge to all third parties under the terms of this License.

 **d)** If a facility in the modified Library refers to a function or a table of data to be supplied by an application program that uses the facility, other than as an argument passed when the facility is invoked, then you must make a good faith effort to ensure that, in the event an application does not supply such function or table, the facility still operates,
and performs whatever part of its purpose remains meaningful.

(For example, a function in a library to compute square roots has a purpose that is entirely well- defined independent of the application. Therefore, Subsection 2d requires that any application-supplied function or table used by this function must be optional: if the application does not supply it, the square root function must still compute square roots.)

These requirements apply to the modified work as a whole. If identifiable sections of that work are not derived from the Library, and can be reasonably considered independent and separate works in themselves, then this License, and its terms, do not
apply to those sections when you distribute them as separate works. But when you distribute the same sections as part of a whole which is a work based on the Library, the distribution of the whole must be on the terms of this License, whose permissions for
other licensees extend to the entire whole, and thus to each and every part regardless of who wrote it.

Thus, it is not the intent of this section to claim rights or contest your rights to work written entirely by you; rather, the intent is to exercise the right to control the distribution of derivative or collective works based on the Library.

In addition, mere aggregation of another work not based on the Library with the Library (or with a work based on the Library) on a volume of a storage or distribution medium does not bring the other work under the scope of this License.

**3.** You may opt to apply the terms of the ordinary

GNU General Public License instead of this License to a given copy of the Library. To do this, you must alter all the notices that refer to this License, so that
they refer to the ordinary GNU General Public License, version 2, instead of to this License. (If a newer version than version 2 of the ordinary GNU General Public License has appeared, then you can specify that version instead if you wish.) Do not make any other change in these notices.

Once this change is made in a given copy, it is irreversible for that copy, so the ordinary GNU General Public License applies to all subsequent copies and derivative works made from that copy.

This option is useful when you wish to copy part of the code of the Library into a program that is not a library.

**4.** You may copy and distribute the Library (or a portion or derivative of it, under Section 2) in object code or executable form under the terms of Sections 1 and 2 above provided that you accompany it with the complete corresponding machine-readable source code, which must be distributed under the terms of Sections 1 and 2 above on a medium customarily used for software interchange.

If distribution of object code is made by offering access to copy from a designated place, then offering equivalent access to copy the source code from the same place satisfies the requirement to distribute
the source code, even though third parties are not compelled to copy the source along with the object code.

**5.** A program that contains no derivative of any portion of the Library, but is designed to work with the Library by being compiled or linked with it, is called a "work that uses the Library". Such a work, in isolation, is not a derivative work of the Library, and therefore falls outside the scope of this License.

However, linking a "work that uses the Library" with the Library creates an executable that is a derivative of the Library (because it contains portions of the Library), rather than a "work that uses the library". The executable is therefore covered by this License. Section 6 states terms for distribution of such executables.

When a "work that uses the Library" uses material from a header file that is part of the Library, the object code for the work may be a derivative work of the Library even though the source code is not. Whether this is true is especially significant if the work can be linked without the Library, or if the work is itself a library. The threshold for this to be true is not precisely defined by law.

If such an object file uses only numerical parameters, data structure layouts and accessors, and small macros and small inline functions (ten lines or less in length), then the use of the object file is unrestricted, regardless of whether it is legally a derivative work.

(Executables containing this object code plus portions of the Library will still fall under Section 6.)

Otherwise, if the work is a derivative of the Library, you may distribute the object code for the work under the terms of Section 6. Any executables containing that work also fall under Section 6, whether or not they are linked directly with the Library itself.

**6.** As an exception to the Sections above, you may also combine or link a "work that uses the Library" with the Library to produce a work containing portions of the Library, and distribute that work under terms of your choice, provided that the terms permit modification of the work for the customer's own use and reverse engineering for debugging such modifications.

You must give prominent notice with each copy of the work that the Library is used in it and that the Library and its use are covered by this License. You must supply a copy of this License. If the work during execution displays copyright notices, you must include the copyright notice for the Library among them, as well as a reference directing the user to the copy of this License. Also, you must do one of these things:

 **a)** Accompany the work with the complete corresponding machine-readable source code for the Library including whatever changes were used in the work (which must be distributed under Sections 1 and 2 above); and, if the work is an executable linked with the Library, with the complete machine-readable "work that uses the Library", as object code and/or source code, so that the user can modify the Library and then relink to produce a modified executable containing the modified Library. (It is understood that the user who changes the contents of definitions files in the Library will not necessarily be able to recompile the application to use the modified definitions.)

 **b)** Use a suitable shared library mechanism for linking with the Library. A suitable mechanism is one that (1) uses at run time a copy of the library already present on the user's computer system, rather than copying library functions into the executable, and (2) will operate properly with a modified version of the library, if the user installs one, as long as the modified version is interface-compatible with the version that the work was made with.

 **c)** Accompany the work with a written offer, valid for at least three years, to give the same user the materials specified in Subsection 6a, above, for a charge no more than the cost of performing this distribution.

 **d)** If distribution of the work is made by offering access to copy from a designated place, offer equivalent access to copy the above specified materials from the same place.

 **e)** Verify that the user has already received a copy of these materials or that you have already sent this

user a copy.

■

For an executable, the required form of the "work that uses the Library" must include any data and utility programs needed for reproducing the executable from it. However, as a special exception, the materials to be distributed need not include anything that is normally distributed (in either source or binary form) with the major components (compiler, kernel, and so on) of the operating system on which the executable runs, unless that component itself accompanies the executable.

It may happen that this requirement contradicts the license restrictions of other proprietary libraries that do not normally accompany the operating system. Such a contradiction means you cannot use both them and the Library together in an executable that you distribute.

**7.** You may place library facilities that are a work based on the Library side-by-side in a single library together with other library facilities not covered by this License, and distribute such a combined library, provided that the separate distribution of the work based on the Library and of the other library facilities is otherwise permitted, and provided that you do these two things:

 **a)** Accompany the combined library with a copy of the same work based on the Library, uncombined with any other library facilities. This must be distributed under the terms of the Sections above.

 **b)** Give prominent notice with the combined library of the fact that part of it is a work based on the Library, and explaining where to find the accompanying uncombined form of the same work.

**8.** You may not copy, modify, sublicense, link with, or distribute the Library except as expressly provided under this License. Any attempt otherwise to copy, modify, sublicense, link with, or distribute the Library is void, and will automatically terminate your rights under this License. However, parties who have received copies, or rights, from you under this License will not have their licenses terminated so long as such parties remain in full compliance.

**9.** You are not required to accept this License, since you have not signed it. However, nothing else grants you permission to modify or distribute the Library or its derivative works. These actions are prohibited by law if you do not accept this License. Therefore, by modifying or distributing the Library (or any work based on the Library), you indicate your acceptance of this License to do so, and all its terms and conditions for copying, distributing or modifying the Library or works based on it.

**10.** Each time you redistribute the Library (or any work based on the Library), the recipient automatically receives a license from the original licensor to copy, distribute, link with or modify the Library subject to these terms and conditions. You may not impose any further restrictions on the

recipients' exercise of the rights granted herein. You are not responsible for enforcing compliance by third parties with this License.

**11.** If, as a consequence of a court judgment or allegation of patent infringement or for any other reason (not limited to patent issues), conditions are imposed on you (whether by court order, agreement or otherwise) that contradict the conditions of this License, they do not excuse you from the conditions of this License. If you cannot distribute so as to satisfy simultaneously your obligations under this License and any other pertinent obligations, then as a consequence you may not distribute the Library at all. For example, if a patent license would not permit royalty-free redistribution of the Library by all those who receive copies directly or indirectly through you, then the only way you could satisfy both it and this License would be to refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under any particular circumstance, the balance of the section is intended to apply, and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any patents or other property right claims or to contest validity of any such claims; this section has the sole purpose of protecting the integrity of the free software distribution system which is implemented by public license practices. Many people have

made generous contributions to the wide range of software distributed through that system in reliance on consistent application of that system; it is up to the author/donor to decide if he or she is willing to distribute software through any other system and a licensee cannot impose that choice.

This section is intended to make thoroughly clear what is believed to be a consequence of the rest of this License.

**12.** If the distribution and/or use of the Library is restricted in certain countries either by patents or by copyrighted interfaces, the original copyright holder who places the Library under this License may add an explicit geographical distribution limitation excluding those countries, so that distribution is permitted only in or among countries not thus excluded. In such case, this License incorporates the limitation as if written in the body of this License.

**13.** The Free Software Foundation may publish revised and/or new versions of the Lesser General Public License from time to time. Such new versions will be similar in spirit to the present version, but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number. If the Library specifies a version number of this License which applies to it and "any later

version", you have the option of following the terms and conditions either of that version or of any later

version published by the Free Software Foundation. If the Library does not specify a license version number, you may choose any version ever published by the Free Software Foundation.

**14.** If you wish to incorporate parts of the Library into other free programs whose distribution conditions are incompatible with these, write to the author to ask for permission. For software which is copyrighted by the Free Software Foundation, write to the Free Software Foundation; we sometimes make exceptions for

this. Our decision will be guided by the two goals of preserving the free status of all derivatives of our free software and of promoting the sharing and reuse of software generally.

**NO WARRANTY**

**15.** BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW. EXCEPT WHEN OTHERWISE

STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. THE ENTIRE RISK AS

TO THE QUALITY AND PERFORMANCE OF THE LIBRARY IS WITH YOU. SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

**16.** IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A FAILURE OF

THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

**END OF TERMS AND CONDITIONS**

==========================================
**c-ares**

Copyright 1998 by the Massachusetts Institute of Technology.

Permission to use, copy, modify, and distribute this software and its documentation for any purpose and without fee is hereby granted, provided that the above copyright notice appear in all copies and that

both that copyright notice and this permission notice appear in supporting documentation, and that the

name of M.I.T. not be used in advertising or publicity pertaining to distribution of the software without specific, written prior permission. M.I.T. makes no representations about the suitability of this software for any purpose. It is provided "as is" without express or implied warranty.

==========================================
**Expat**

Copyright (c) 1998, 1999, 2000 Thai Open Source Software Center Ltd
    and Clark Cooper
Copyright (c) 2001, 2002, 2003, 2004, 2005, 2006
Expat maintainers.

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to

whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS

BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

==========================================
**libcurl**

Copyright (c) 1996 - 2015, Daniel Stenberg, daniel@ haxx.se.

All rights reserved.

Permission to use, copy, modify, and distribute this software for any purpose with or without fee is hereby granted, provided that the above copyright notice and this permission notice appear in all copies.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT OF THIRD PARTY RIGHTS. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS

IN THE SOFTWARE.

Except as contained in this notice, the name of a copyright holder shall not be used in advertising or otherwise to promote the sale, use or other dealings in this Software without prior written authorization of the copyright holder.

==========================================
**libxml2**

Copyright (C) 1998-2003 Daniel Veillard. All Rights Reserved.

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE DANIEL VEILLARD BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

Except as contained in this notice, the name of Daniel Veillard shall not be used in advertising or otherwise to promote the sale, use or other dealings in this Software without prior written authorization from him.

==========================================
**WPA Supplicant**

Copyright (c) 2003-2015, Jouni Malinen <j@w1.fi> and contributors
All Rights Reserved. https://w1.fi/cgit/hostap/plain/wpa_supplicant/ README
Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

**1.** Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

**2.** Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

**3.** Neither the name(s) of the above-listed copyright

holder(s) nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN
NO EVENT SHALL THE COPYRIGHT OWNER OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR
PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

==========================================
**Gdlib**

Portions copyright 1994, 1995, 1996, 1997, 1998,
1999, 2000, 2001, 2002 by Cold Spring Harbor Laboratory. Funded under Grant P41-RR02188 by the National Institutes of Health.

Portions copyright 1996, 1997, 1998, 1999, 2000,
2001, 2002 by Boutell.Com, Inc.

Portions relating to GD2 format copyright 1999, 2000, 2001, 2002 Philip Warner.

Portions relating to PNG copyright 1999, 2000, 2001,
2002 Greg Roelofs.

Portions relating to gdttf.c copyright 1999, 2000, 2001, 2002 John Ellson (ellson@lucent.com).Portions relating to gdft.c copyright 2001, 2002 John Ellson (ellson@lucent.com).

Portions copyright 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007 Pierre-Alain Joye (pierre@libgd. org).

Portions relating to JPEG and to color quantization copyright 2000, 2001, 2002, Doug Becker and
copyright (c) 1994, 1995, 1996, 1997, 1998, 1999,

2000, 2001, 2002, Thomas G. Lane. This software is based in part on the work of the Independent JPEG Group. See the fi le README-JPEG.TXT for more information.

Portions relating to WBMP copyright 2000, 2001, 2002 Maurice Szmurlo and Johan Van den Brande.

Permission has been granted to copy, distribute and modify gd in any context without fee, including a commercial application, provided that this notice is present in user-accessible supporting documentation.

This does not affect your ownership of the derived work itself, and the intent is to assure proper credit for the authors of gd, not to interfere with your productive use of gd. If you have questions, ask. "Derived works" includes all programs that utilize the library. Credit must be given in user-accessible documentation.

This software is provided "AS IS". The copyright holders disclaim all warranties, either express or implied, including but not limited to implied warranties of merchantability and fi tness for a particular purpose, with respect to this code and accompanying documentation.

Although their code does not appear in gd, the authors wish to thank David Koblas, David Rowley, and Hutchison Avenue Software Corporation for their prior contributions.

============================================
**md5**

MD5 is free software: it can be used for both academic and commercial purposes at absolutely no cost. There are no royalties or GNU-like "copyleft" restrictions. MD5 qualifies as Open Source software. Its licenses are compatible with GPL. MD5 is not in the public domain and PUC-Rio keeps its copyright. The legal details are below.

The spirit of the license is that you are free to use MD5 for any purpose at no cost without having to ask us. The only requirement is that if you do use MD5, then you should give us credit by including the appropriate copyright notice somewhere in your product or its documentation.

MD5 was designed and implemented by Roberto Ierusalimschy and Marcela Ozorio Suarez. The implementation is not derived from licensed software. The DES 56 C library was implemented by Stuart Levy and uses a MIT licence too.

_____
Copyright (c) 2003 PUC-Rio. All rights reserved.

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT

SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

============================================
**libogg**

Copyright (c) 2002, Xiph.org Foundation

Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

– Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

– Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

– Neither the name of the Xiph.org Foundation nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS'' AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE FOUNDATION OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

============================================
**Tremor**

Copyright (c) 2002, Xiph.org Foundation

Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

– Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

– Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

– Neither the name of the Xiph.org Foundation nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE FOUNDATION OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

===========================================
### Font Software

The following fonts are collectively referred to as the "Font Software"
* Arial Latin 1
* Arial Bold Latin 1
* Arial Italic Latin 1
* Closed-Caption Fonts for Netflix Latin (cursive, monospaced sans-serif, monospaced-serif, proportional-sans-serif, proprotional-serif, smallcaps)

Licensed from Ascender Corporation. Netflix has limited third party distribution rights. This font is only for use with the Netflix application.
Notes: Licensee should comply with the following restrictions:

Licensee may not:

**1.** alter, remove or obscure any marking or other notice of any copyright, patent, trademark, trade secret or other intellectual property right included in the Font Software;

**2.** make any modification, enhancement, extension or other derivative of the Font Software;

**3.** enable any disabled or additional functionality in the Font Software;

**4.** reverse engineer, decompile or disassemble any Font Software; or

**5.** cause the Font Software to be distributed as part of an Excluded License.

===========================================
### libupnp

Copyright (c) 2000-2003 Intel Corporation All rights reserved.

Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

* Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.
* Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.
* Neither name of Intel Corporation nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL INTEL OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

===========================================
### Digital Rights Management

Content owners use Microsoft PlayReady™ content access technology to protect their intellectual property, including copyrighted content. This device uses PlayReady technology to access PlayReady- protected content and/or WMDRM-protected content. If the device fails to properly enforce restrictions on content usage, content owners may require Microsoft to revoke the device's ability to consume PlayReady-protected content. Revocation should not affect unprotected content or content protected by other content access technologies. Content owners may require you to upgrade PlayReady to access their content. If you decline an upgrade, you will not be able to access content that requires the upgrade.

===========================================
### Jansson

Copyright 2009-2014 Petri Lehtinen <petri@digip. org>

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify,

merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

===========================================

**jsonrpc**

Copyright 2007-2010 by the JSON-RPC Working Group

This document and translations of it may be used to implement JSON-RPC, it may be copied and furnished to others, and derivative works that comment on or otherwise explain it or assist in its implementation may be prepared, copied, published and distributed, in whole or in part, without restriction of any kind, provided that the above copyright notice and this paragraph are included on all such copies and derivative works. However, this document itself may not bemodified in any way.

The limited permissions granted above are perpetual and will not be revoked.

This document and the information contained herein is provided "AS IS" and ALL WARRANTIES, EXPRESS OR IMPLIED are DISCLAIMED, INCLUDING BUT NOT LIMITED TO ANY WARRANTY THAT THE USE OF
THE INFORMATION HEREIN WILL NOT INFRINGE ANY RIGHTS OR ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

==========================================
**thttpd**

Copyright © 2000 by Jef Poskanzer <jef@mail.acme. com>. All rights reserved.

Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

**1.** Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

**2.** Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or

other materials provided with the distribution.

THIS SOFTWARE IS PROVIDED BY THE AUTHOR AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES
OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE AUTHOR OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER
IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

==========================================
**jquery.fileDownload.js**

Copyright (c) 2014 John Culviner

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

==========================================
**jquery.animate-enhanced.min.js**

Copyright (c) 2014 Ben Barnett

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to

whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

==========================================
**masonry**

Copyright (c) 2014 David DeSandro Permission is hereby granted, free of charge, to

any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

==========================================
**jquery-1.11.1.js**

Copyright 2005, 2014 jQuery Foundation and other contributors, https://jquery.org/

This software consists of voluntary contributions made by many individuals. For exact contribution history, see the revision history available at https:// github.com/jquery/jquery

The following license applies to all parts of this software except as documented below:

====

Permission is hereby granted, free of charge, to

any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

====

All files located in the node_modules and external directories are externally maintained libraries used by this software which have their own licenses; we recommend you read them, as their terms may differ from the terms above.

==========================================
**jquery.mobile.iscrollview.js**

Copyright (c) 2008-2013 Matteo Spinelli, http://cubiq. org
Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

==========================================
**jquery.mobile-1.4.3.js**

Copyright 2010, 2014 jQuery Foundation and other contributors, https://jquery.org/

This software consists of voluntary contributions made by many individuals. For exact contribution history, see the revision history available at https:// github.com/jquery/jquery-mobile

The following license applies to all parts of this software except as documented below:

====

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

====

Copyright and related rights for sample code are waived via CC0. Sample code is defined as all source code contained within the demos directory.

CC0: http://creativecommons.org/publicdomain/ zero/1.0/

====

All files located in the node_modules and external directories are externally maintained libraries used by this software which have their own licenses; we recommend you read them, as their terms may differ from the terms above.

==========================================

**jQuery Easing**

Copyright © 2008 George McGinley Smith All rights reserved.

 Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.
Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

Neither the name of the author nor the names of contributors may be used to endorse or promote products derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN
NO EVENT SHALL THE COPYRIGHT OWNER OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR
PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

========================================
**Lazy Load - jQuery plugin for lazy loading images**

Copyright (c) 2007-2013 Mika Tuupola Licensed under the MIT license:
   http://www.opensource.org/licenses/mit-license. php

Project home: http://www.appelsiini.net/projects/lazyload

========================================
**jquery.qrcode.js**

Copyright (c) 2011 Jerome Etienne, http://jetienne. com

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT

WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS

■ LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

========================================
**HashTable.js**

Copyright (c) 2013 Tim Down

Licensed under the Apache License, Version 2.0 (the "License"); you may not use this file except in compliance with the License. You may obtain a copy of the License at

   http://www.apache.org/licenses/LICENSE-2.0

Unless required by applicable law or agreed to in writing, software distributed under the License is distributed on an "AS IS" BASIS, WITHOUT
WARRANTIES OR CONDITIONS OF ANY KIND, either
express or implied. See the License for the specific language governing permissions and limitations under the License.

Apache License

Version 2.0, January 2004 http://www.apache.org/licenses/
**TERMS AND CONDITIONS FOR USE, REPRODUCTION, AND DISTRIBUTION**

**1.** Definitions.

"License" shall mean the terms and conditions for use, reproduction, and distribution as defined by Sections 1 through 9 of this document.

"Licensor" shall mean the copyright owner or entity authorized by the copyright owner that is granting the License.

"Legal Entity" shall mean the union of the acting entity and all other entities that control, are controlled by, or are under common control with that entity. For the purposes of this definition, "control" means (i) the power, direct or indirect, to cause the direction
or management of such entity, whether by contract or otherwise, or (ii) ownership of fifty percent (50%) or more of the outstanding shares, or (iii) beneficial ownership of such entity.

"You" (or "Your") shall mean an individual or Legal Entity exercising permissions granted by this License.

"Source" form shall mean the preferred form for making modifications, including but not limited to software source code, documentation source, and configuration files.

"Object" form shall mean any form resulting from

mechanical transformation or translation of a Source form, including but not limited to compiled object code, generated documentation, and conversions to other media types.

"Work" shall mean the work of authorship, whether in Source or Object form, made available under the License, as indicated by a copyright notice that is included in or attached to the work (an example is provided in the Appendix below).

"Derivative Works" shall mean any work, whether in Source or Object form, that is based on (or derived from) the Work and for which the editorial revisions, annotations, elaborations, or other modifications represent, as a whole, an original work of authorship. For the purposes of this License, Derivative Works shall not include works that remain separable from, or merely link (or bind by name) to the interfaces of, the Work and Derivative Works thereof.

"Contribution" shall mean any work of authorship, including the original version of the Work and any modifications or additions to that Work or Derivative Works thereof, that is intentionally submitted to Licensor for inclusion in the Work by the copyright owner or by an individual or Legal Entity authorized to submit on behalf of the copyright owner. For the purposes of this definition, "submitted" means any form of electronic, verbal, or written communication sent to the Licensor or its representatives, including but not limited to communication on electronic mailing lists, source code control systems, and issue tracking systems that are managed by, or on behalf of, the Licensor for the purpose of discussing and improving the Work, but excluding communication that is conspicuously marked or otherwise designated in writing by the copyright owner as "Not a Contribution".

"Contributor" shall mean Licensor and any individual or Legal Entity on behalf of whom a Contribution has been received by Licensor and subsequently incorporated within the Work.

**2.** Grant of Copyright License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide,
non-exclusive, no-charge, royalty-free, irrevocable copyright license to reproduce, prepare Derivative Works of, publicly display, publicly perform, sublicense, and distribute the Work and such Derivative Works in Source or Object form.

**3.** Grant of Patent License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable (except as stated in this section) patent license to make, have made, use, offer to sell, sell, import, and otherwise transfer the Work, where such license applies only to those patent claims licensable by such Contributor that are necessarily infringed by their Contribution(s) alone or by combination of their Contribution(s) with the Work

to which such Contribution(s) was submitted. If You institute patent litigation against any entity (including a cross-claim or counterclaim in a lawsuit) alleging that the Work or a Contribution incorporated within the Work constitutes direct or contributory patent infringement, then any patent licenses granted to You under this License for that Work shall terminate as of the date such litigation is filed.

**4.** Redistribution. You may reproduce and distribute copies of the Work or Derivative Works thereof in any medium, with or without modifications, and in Source or Object form, provided that You meet the following conditions:

You must give any other recipients of the Work or Derivative Works a copy of this License; and
You must cause any modified files to carry prominent notices stating that You changed the files; and
You must retain, in the Source form of any Derivative Works that You distribute, all copyright, patent, trademark, and attribution notices from the Source form of the Work, excluding those notices that do not pertain to any part of the Derivative Works; and
If the Work includes a "NOTICE" text file as part of its distribution, then any Derivative Works that You distribute must include a readable copy of the
attribution notices contained within such NOTICE file, excluding those notices that do not pertain to any part of the Derivative Works, in at least one of the following places: within a NOTICE text file distributed as part of the Derivative Works; within the Source form or documentation, if provided along with the Derivative Works; or, within a display generated
by the Derivative Works, if and wherever such third-party notices normally appear. The contents of the NOTICE file are for informational purposes only and do not modify the License. You may add
Your own attribution notices within Derivative Works that You distribute, alongside or as an addendum to the NOTICE text from the Work, provided that such additional attribution notices cannot be construed as modifying the License.

You may add Your own copyright statement to Your modifications and may provide additional or different license terms and conditions for use, reproduction, or distribution of Your modifications, or for any such Derivative Works as a whole, provided Your use, reproduction, and distribution of the Work otherwise complies with the conditions stated in this License.

**5.** Submission of Contributions. Unless You explicitly state otherwise, any Contribution intentionally submitted for inclusion in the Work by You to the Licensor shall be under the terms and conditions
of this License, without any additional terms or conditions. Notwithstanding the above, nothing herein shall supersede or modify the terms of any separate license agreement you may have executed with Licensor regarding such Contributions.

**6.** Trademarks. This License does not grant permission to use the trade names, trademarks,

service marks, or product names of the Licensor, except as required for reasonable and customary use in describing the origin of the Work and reproducing the content of the NOTICE file.

**7.** Disclaimer of Warranty. Unless required by applicable law or agreed to in writing, Licensor provides the Work (and each Contributor provides its Contributions) on an "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied, including, without limitation,
any warranties or conditions of TITLE, NON- INFRINGEMENT, MERCHANTABILITY, or FITNESS
FOR A PARTICULAR PURPOSE. You are solely responsible for determining the appropriateness of using or redistributing the Work and assume any risks associated with Your exercise of permissions under this License.

**8.** Limitation of Liability. In no event and under no legal theory, whether in tort (including negligence), contract, or otherwise, unless required by applicable law (such as deliberate and grossly negligent acts) or agreed to in writing, shall any Contributor be liable to You for damages, including any direct, indirect, special, incidental, or consequential damages of any character arising as a result of this License or out of the use or inability to use the Work (including but not limited to damages for loss of goodwill, work stoppage, computer failure or malfunction, or any and all other commercial damages or losses), even if such Contributor has been advised of the possibility of such damages.

**9.** Accepting Warranty or Additional Liability. While redistributing the Work or Derivative Works thereof, You may choose to offer, and charge a fee for, acceptance of support, warranty, indemnity, or other liability obligations and/or rights consistent with this License. However, in accepting such obligations, You may act only on Your own behalf and on Your sole responsibility, not on behalf of any other Contributor, and

only if You agree to indemnify, defend, and hold each Contributor harmless for any liability incurred by, or claims asserted against, such Contributor
by reason of your accepting any such warranty or additional liability.

**END OF TERMS AND CONDITIONS**

=========================================
**iscroll.js**

Copyright (c) 2012 Matteo Spinelli, http://cubiq.org/ Permission is hereby granted, free of charge, to

any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

=========================================
**uuid.js**

Copyright (c) 2010 Robert Kieffer

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

=========================================
**qrcode.js**

Copyright (c) 2012 davidshimjs

Permission is hereby granted, free of charge,
to any person obtaining a copy of this software and associated documentation files (the "Software"),
to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit
persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

=========================================
**Zxing**

Copyright © 2008 ZXing authors

Licensed under the Apache License, Version 2.0 (the "License"); you may not use this file except in compliance with the License. You may obtain a copy of the License at

   http://www.apache.org/licenses/LICENSE-2.0

Unless required by applicable law or agreed to in writing, software distributed under the License is distributed on an "AS IS" BASIS, WITHOUT
WARRANTIES OR CONDITIONS OF ANY KIND, either
express or implied. See the License for the specific language governing permissions and limitations under the License.

Apache License

Version 2.0, January 2004 http://www.apache.org/licenses/

**TERMS AND CONDITIONS FOR USE, REPRODUCTION, AND DISTRIBUTION**

**1.** Definitions.

"License" shall mean the terms and conditions for use, reproduction, and distribution as defined by Sections 1 through 9 of this document.

"Licensor" shall mean the copyright owner or entity authorized by the copyright owner that is granting the License.

"Legal Entity" shall mean the union of the acting entity and all other entities that control, are controlled by, or are under common control with that entity. For the purposes of this definition, "control" means (i) the power, direct or indirect, to cause the direction

or management of such entity, whether by contract or otherwise, or (ii) ownership of fifty percent (50%) or more of the outstanding shares, or (iii) beneficial ownership of such entity.

"You" (or "Your") shall mean an individual or Legal Entity exercising permissions granted by this License.

"Source" form shall mean the preferred form for making modifications, including but not limited to software source code, documentation source, and configuration files.

"Object" form shall mean any form resulting from mechanical transformation or translation of a Source form, including but not limited to compiled object code, generated documentation, and conversions to other media types.

"Work" shall mean the work of authorship, whether in Source or Object form, made available under the License, as indicated by a copyright notice that is included in or attached to the work (an example is included in the Appendix below).

"Derivative Works" shall mean any work, whether in Source or Object form, that is based on (or derived from) the Work and for which the editorial revisions, annotations, elaborations, or other modifications represent, as a whole, an original work of authorship. For the purposes of this License, Derivative Works shall not include works that remain separable from, or merely link (or bind by name) to the interfaces of, the Work and Derivative Works thereof.

"Contribution" shall mean any work of authorship, including the original version of the Work and any modifications or additions to that Work or Derivative Works thereof, that is intentionally submitted to Licensor for inclusion in the Work by the copyright owner or by an individual or Legal Entity authorized to submit on behalf of the copyright owner. For the purposes of this definition, "submitted" means any form of electronic, verbal, or written communication sent to the Licensor or its representatives, including but not limited to communication on electronic mailing lists, source code control systems, and issue tracking systems that are managed by, or on behalf of, the Licensor for the purpose of discussing and improving the Work, but excluding communication that is conspicuously marked or otherwise designated in writing by the copyright owner as "Not a Contribution."

"Contributor" shall mean Licensor and any individual or Legal Entity on behalf of whom a Contribution
has been received by Licensor and subsequently incorporated within the Work.

**2.** Grant of Copyright License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide,
non-exclusive, no-charge, royalty-free, irrevocable copyright license to reproduce, prepare Derivative Works of, publicly display, publicly perform, sublicense, and distribute the Work and such Derivative Works in Source or Object form.

**3.** Grant of Patent License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable (except as stated in this section) patent license to make, have made, use, offer to sell, sell, import, and otherwise transfer the Work, where such license applies only to those patent claims licensable by such Contributor that are necessarily infringed by their Contribution(s) alone or

by combination of their Contribution(s) with the Work to which such Contribution(s) was submitted. If You institute patent litigation against any entity (including a cross-claim or counterclaim in a lawsuit) alleging that the Work or a Contribution incorporated within the Work constitutes direct or contributory patent infringement, then any patent licenses granted to You under this License for that Work shall terminate as of the date such litigation is filed.

**4.** Redistribution. You may reproduce and distribute copies of the Work or Derivative Works thereof in any medium, with or without modifications, and in Source or Object form, provided that You meet the following conditions:

You must give any other recipients of the Work or Derivative Works a copy of this License; and
You must cause any modified files to carry prominent notices stating that You changed the files; and
You must retain, in the Source form of any Derivative Works that You distribute, all copyright, patent, trademark, and attribution notices from the Source form of the Work, excluding those notices that do not pertain to any part of the Derivative Works; and
If the Work includes a "NOTICE" text file as part of its distribution, then any Derivative Works that You distribute must include a readable copy of the
attribution notices contained within such NOTICE file, excluding those notices that do not pertain to any part of the Derivative Works, in at least one of the following places: within a NOTICE text file distributed as part of the Derivative Works; within the Source form or documentation, if provided along with the Derivative Works; or, within a display generated
by the Derivative Works, if and wherever such third-party notices normally appear. The contents of the NOTICE file are for informational purposes only and do not modify the License. You may add
Your own attribution notices within Derivative Works that You distribute, alongside or as an addendum to the NOTICE text from the Work, provided that such additional attribution notices cannot be construed as modifying the License.

You may add Your own copyright statement to Your modifications and may provide additional or different license terms and conditions for use, reproduction, or distribution of Your modifications, or for any such Derivative Works as a whole, provided Your use, reproduction, and distribution of the Work otherwise complies with the conditions stated in this License.

**5.** Submission of Contributions. Unless You explicitly state otherwise, any Contribution intentionally submitted for inclusion in the Work by You to the Licensor shall be under the terms and conditions
of this License, without any additional terms or conditions. Notwithstanding the above, nothing herein shall supersede or modify the terms of any separate license agreement you may have executed with Licensor regarding such Contributions.

**6.** Trademarks. This License does not grant

permission to use the trade names, trademarks, service marks, or product names of the Licensor, except as required for reasonable and customary use in describing the origin of the Work and reproducing the content of the NOTICE file.

**7.** Disclaimer of Warranty. Unless required by applicable law or agreed to in writing, Licensor provides the Work (and each Contributor provides its Contributions) on an "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied, including, without limitation,
any warranties or conditions of TITLE, NON- INFRINGEMENT, MERCHANTABILITY, or FITNESS
FOR A PARTICULAR PURPOSE. You are solely responsible for determining the appropriateness of using or redistributing the Work and assume any risks associated with Your exercise of permissions under this License.

**8.** Limitation of Liability. In no event and under no legal theory, whether in tort (including negligence), contract, or otherwise, unless required by applicable law (such as deliberate and grossly negligent acts) or agreed to in writing, shall any Contributor be liable to You for damages, including any direct, indirect, special, incidental, or consequential damages of any character arising as a result of this License or out of the use or inability to use the Work (including but not limited to damages for loss of goodwill, work stoppage, computer failure or malfunction, or any and all other commercial damages or losses), even if such Contributor has been advised of the possibility of such damages.

**9.** Accepting Warranty or Additional Liability. While redistributing the Work or Derivative Works thereof, You may choose to offer, and charge a fee for, acceptance of support, warranty, indemnity, or other liability obligations and/or rights consistent with this License. However, in accepting such obligations, You may act only on Your own behalf and on Your sole responsibility, not on behalf of any other Contributor, and only if You agree to indemnify, defend, and hold each Contributor harmless for any liability incurred by, or claims asserted against, such Contributor

by reason of your accepting any such warranty or additional liability.

**END OF TERMS AND CONDITIONS**

=========================================
**Commons FileUpload**

Copyright © 2002-2013 The Apache Software Foundation

Licensed under the Apache License, Version 2.0 (the "License");
you may not use this file except in compliance with the License.
You may obtain a copy of the License at http://www.apache.org/licenses/LICENSE-2.0

Unless required by applicable law or agreed to in writing, software distributed under the License is distributed on an "AS IS" BASIS, WITHOUT
WARRANTIES OR CONDITIONS OF ANY KIND, either
express or implied.
See the License for the specific language governing permissions and limitations under the License.

Apache License

Version 2.0, January 2004 http://www.apache.org/licenses/
**TERMS AND CONDITIONS FOR USE, REPRODUCTION, AND DISTRIBUTION**

**1.** Definitions.

"License" shall mean the terms and conditions for use, reproduction, and distribution as defined by Sections 1 through 9 of this document.

"Licensor" shall mean the copyright owner or entity authorized by the copyright owner that is granting the License.

"Legal Entity" shall mean the union of the acting entity and all other entities that control, are controlled by, or are under common control with that entity. For the purposes of this definition, "control" means (i) the power, direct or indirect, to cause the direction or management of such entity, whether by contract or otherwise, or (ii) ownership of fifty percent (50%) or more of the outstanding shares, or (iii) beneficial ownership of such entity.

"You" (or "Your") shall mean an individual or Legal Entity exercising permissions granted by this License.

"Source" form shall mean the preferred form for making modifications, including but not limited to software source code, documentation source, and configuration files.

"Object" form shall mean any form resulting from mechanical transformation or translation of a Source form, including but not limited to compiled object code, generated documentation, and conversions to other media types.

"Work" shall mean the work of authorship, whether in Source or Object form, made available under the License, as indicated by a copyright notice that is included in or attached to the work (an example is provided in the Appendix below).

"Derivative Works" shall mean any work, whether in Source or Object form, that is based on (or derived from) the Work and for which the editorial revisions, annotations, elaborations, or other modifications represent, as a whole, an original work of authorship. For the purposes of this License, Derivative Works shall not include works that remain separable from, or merely link (or bind by name) to the interfaces of the, the Work and Derivative Works thereof.

"Contribution" shall mean any work of authorship, including the original version of the Work and any

modifications or additions to that Work or Derivative Works thereof, that is intentionally submitted to Licensor for inclusion in the Work by the copyright owner or by an individual or Legal Entity authorized to submit on behalf of the copyright owner. For the purposes of this definition, "submitted" means any form of electronic, verbal, or written communication sent to the Licensor or its representatives, including but not limited to communication on electronic mailing lists, source code control systems, and issue tracking systems that are managed by, or on behalf of, the Licensor for the purpose of discussing and improving the Work, but excluding communication that is conspicuously marked or otherwise designated in writing by the copyright owner as "Not a Contribution."

"Contributor" shall mean Licensor and any individual or Legal Entity on behalf of whom a Contribution has been received by Licensor and subsequently incorporated within the Work.

**2.** Grant of Copyright License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide,
non-exclusive, no-charge, royalty-free, irrevocable copyright license to reproduce, prepare Derivative Works of, publicly display, publicly perform, sublicense, and distribute the Work and such Derivative Works in Source or Object form.

**3.** Grant of Patent License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable (except as stated in this section) patent license to make, have made, use, offer to sell, sell, import, and otherwise transfer the Work, where such license applies only to those patent claims licensable by such Contributor that are necessarily infringed by their Contribution(s) alone or by combination of their Contribution(s) with the Work to which such Contribution(s) was submitted. If You institute patent litigation against any entity (including a cross-claim or counterclaim in a lawsuit) alleging that the Work or a Contribution incorporated within the Work constitutes direct or contributory patent infringement, then any patent licenses granted to You under this License for that Work shall terminate as of the date such litigation is filed.

**4.** Redistribution. You may reproduce and distribute copies of the Work or Derivative Works thereof in any medium, with or without modifications, and in Source or Object form, provided that You meet the following conditions:

You must give any other recipients of the Work or Derivative Works a copy of this License; and
You must cause any modified files to carry prominent notices stating that You changed the files; and
You must retain, in the Source form of any Derivative Works that You distribute, all copyright, patent, trademark, and attribution notices from the Source form of the Work, excluding those notices that do not

pertain to any part of the Derivative Works; and If the Work includes a "NOTICE" text file as part of its distribution, then any Derivative Works that
You distribute must include a readable copy of the attribution notices contained within such NOTICE file, excluding those notices that do not pertain to any part of the Derivative Works, in at least one of the following places: within a NOTICE text file distributed as part of the Derivative Works; within the Source form or documentation, if provided along with the Derivative Works; or, within a display generated by the Derivative Works, if and wherever such third-party notices normally appear. The contents of the NOTICE file are for informational purposes only and do not modify the License. You may add
Your own attribution notices within Derivative Works that You distribute, alongside or as an addendum to the NOTICE text from the Work, provided that such additional attribution notices cannot be construed as modifying the License.

You may add Your own copyright statement to Your modifications and may provide additional or different license terms and conditions for use, reproduction, or distribution of Your modifications, or for any such Derivative Works as a whole, provided Your use, reproduction, and distribution of the Work otherwise complies with the conditions stated in this License.

**5.** Submission of Contributions. Unless You explicitly state otherwise, any Contribution intentionally submitted for inclusion in the Work by You to the Licensor shall be under the terms and conditions
of this License, without any additional terms or conditions. Notwithstanding the above, nothing herein shall supersede or modify the terms of any separate license agreement you may have executed with Licensor regarding such Contributions.

**6.** Trademarks. This License does not grant permission to use the trade names, trademarks, service marks, or product names of the Licensor, except as required for reasonable and customary use in describing the origin of the Work and reproducing the content of the NOTICE file.

**7.** Disclaimer of Warranty. Unless required by applicable law or agreed to in writing, Licensor provides the Work (and each Contributor provides its Contributions) on an "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied, including, without limitation,
any warranties or conditions of TITLE, NON- INFRINGEMENT, MERCHANTABILITY, or FITNESS
FOR A PARTICULAR PURPOSE. You are solely responsible for determining the appropriateness of using or redistributing the Work and assume any risks associated with Your exercise of permissions under this License.

**8.** Limitation of Liability. In no event and under no legal theory, whether in tort (including negligence), contract, or otherwise, unless required by applicable law (such as deliberate and grossly negligent acts)

or agreed to in writing, shall any Contributor be liable to You for damages, including any direct, indirect, special, incidental, or consequential damages of any character arising as a result of this License or out

the use or inability to use the Work (including but not limited to damages for loss of goodwill, work stoppage, computer failure or malfunction, or any and all other commercial damages or losses), even if such Contributor has been advised of the possibility of such damages.

**9.** Accepting Warranty or Additional Liability. While redistributing the Work or Derivative Works thereof, You may choose to offer, and charge a fee for, acceptance of support, warranty, indemnity, or other liability obligations and/or rights consistent with this License. However, in accepting such obligations, You may act only on Your own behalf and on Your sole responsibility, not on behalf of any other Contributor, and only if You agree to indemnify, defend, and hold each Contributor harmless for any liability incurred by, or claims asserted against, such Contributor
by reason of your accepting any such warranty or additional liability.

**END OF TERMS AND CONDITIONS**

==========================================
**Excolo-Slider**

Copyright (c) 2013 Excolo Solutions Permission is hereby granted, free of charge, to

any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

==========================================
**libwebp**

Copyright (c) 2010, Google Inc. All rights reserved.

Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

* Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

* Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

* Neither the name of Google nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN
NO EVENT SHALL THE COPYRIGHT HOLDER OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR
PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE
OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

==========================================
**libmng**

Copyright © 2000-2008 Gerard Juyn (gerard@ libmng.com)

For the purposes of this copyright and license, "Contributing Authors" is defined as the following set of individuals:

Gerard Juyn

The MNG Library is supplied "AS IS". The Contributing Authors disclaim all warranties, expressed or implied, including, without limitation, the warranties of merchantability and of fitness for any purpose. The Contributing Authors assume
no liability for direct, indirect, incidental, special, exemplary, or consequential damages, which may result from the use of the MNG Library, even if advised of the possibility of such damage.

Permission is hereby granted to use, copy, modify, and distribute this source code, or portions hereof, for any purpose, without fee, subject to the following restrictions:

**1.** The origin of this source code must not be misrepresented.

**2.** Altered versions must be plainly marked as such and must not be misrepresented as being the original

source.

**3.** This Copyright notice may not be removed or altered from any source or altered source distribution.

The Contributing Authors specifically permit, without fee, and encourage the use of this source code as
a component to supporting the MNG and JNG file format in commercial products. If you use this source code in a product, acknowledgment would be highly appreciated.

==========================================
**jQuery-2.0.2.js**

Copyright jQuery Foundation and other contributors, https://jquery.org/

This software consists of voluntary contributions made by many individuals. For exact contribution history, see the revision history available at https:// github.com/jquery/jquery

The following license applies to all parts of this software except as documented below:

====

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

====

All files located in the node_modules and external directories are externally maintained libraries used by this software which have their own licenses; we recommend you read them, as their terms may differ from the terms above

==========================================
**stats.js r6**

Copyright (c) 2009-2012 Mr.doob

Permission is hereby granted, free of charge, to

any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY,
FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER
LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM,
OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN

THE SOFTWARE.

=========================================
**Three.js r46**

Copyright © 2010-2015 three.js authors

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

=========================================
**Tween.js r2**

Copyright (c) 2010-2012 Tween.js authors.

Easing equations Copyright (c) 2001 Robert Penner http://robertpenner.com/easing/

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

=========================================
**php.js**

Copyright (c) 2013 Kevin van Zonneveld (http://kvz. io) and Contributors (http://phpjs.org/authors)

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

=========================================
**jquery-1.4.4.js**

Copyright jQuery Foundation and other contributors, https://jquery.org/

This software consists of voluntary contributions made by many individuals. For exact contribution

history, see the revision history available at https:// github.com/jquery/jquery

The following license applies to all parts of this software except as documented below:

====

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

====

All files located in the node_modules and external directories are externally maintained libraries used by this software which have their own licenses; we recommend you read them, as their terms may differ from the terms above

==========================================
**jquery.tmpl.js**

Copyright (c) 2013 Paul Burgess and other contributors,
http://codepb.com

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR

PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

==========================================
**jsonpath.js**

Copyright (c) 2007 Stefan Goessner (goessner.net)

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

==========================================
**Raphael-2.0.1.js**

Copyright © 2008 Dmitry Baranovskiy

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT,

TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE

==========================================
**PugiXML**

Copyright (c) 2006-2015 Arseny Kapoulkine

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

==========================================
**re2 - an efficient, principled regular expression library**

Copyright (c) 2009 The RE2 Authors. All rights reserved.

Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

* Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

* Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

* Neither the name of Google Inc. nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE COPYRIGHT HOLDERS AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN
NO EVENT SHALL THE COPYRIGHT OWNER OR

CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR

PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

==========================================
**OpenBox**

OpenBox is copyright (c) 2012 - 2014 Joseph Huckaby

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

==========================================
**International Components for Unicode**

Copyright (c) 1995-2015 International Business Machines Corporation and others

All rights reserved.

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, and/or sell copies of
the Software, and to permit persons to whom the Software is furnished to do so, provided that the above copyright notice(s) and this permission notice appear in all copies of the Software and that both the above copyright notice(s) and this permission notice

appear in supporting documentation.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE
WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT OF THIRD PARTY RIGHTS. IN NO EVENT SHALL THE COPYRIGHT HOLDER OR HOLDERS INCLUDED IN THIS NOTICE BE LIABLE FOR ANY CLAIM, OR ANY SPECIAL INDIRECT OR CONSEQUENTIAL DAMAGES, OR ANY DAMAGES WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF THIS SOFTWARE.

Except as contained in this notice, the name of a copyright holder shall not be used in advertising or otherwise to promote the sale, use or other dealings in this Software without prior written authorization of the copyright holder.

==========================================
**Harfbuzz**

Copyright © 2010, 2011, 2012 Google, Inc. Copyright © 2012 Mozilla Foundation Copyright © 2011 Codethink Limited
Copyright © 2008, 2010 Nokia Corporation and/or its subsidiary(-ies)
Copyright © 2009 Keith Stribley Copyright © 2009 Martin Hosken and SIL International
Copyright © 2007 Chris Wilson Copyright © 2006 Behdad Esfahbod Copyright © 2005 David Turner
Copyright © 2004, 2007, 2008, 2009, 2010
Red Hat, Inc.
Copyright © 1998-2004 David Turner and Werner Lemberg

For full copyright notices consult the individual files in the package.

Permission is hereby granted, without written agreement and without license or royalty fees, to use, copy, modify, and distribute this software and its documentation for any purpose, provided that the above copyright notice and the following two paragraphs appear in all copies of this software.

IN NO EVENT SHALL THE COPYRIGHT HOLDER BE LIABLE TO ANY PARTY FOR DIRECT, INDIRECT, SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OF THIS
SOFTWARE AND ITS DOCUMENTATION, EVEN IF THE COPYRIGHT HOLDER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

THE COPYRIGHT HOLDER SPECIFICALLY DISCLAIMS ANY WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES
OF MERCHANTABILITY AND FITNESS FOR A

PARTICULAR PURPOSE. THE SOFTWARE PROVIDED HEREUNDER IS ON AN "AS IS" BASIS, AND THE COPYRIGHT HOLDER HAS NO OBLIGATION TO PROVIDE MAINTENANCE, SUPPORT, UPDATES, ENHANCEMENTS, OR MODIFICATIONS.

==========================================
**Graphite**

Apache License Version 2.0, January 2004
http://www.apache.org/licenses/

**TERMS AND CONDITIONS FOR USE, REPRODUCTION, AND DISTRIBUTION**

**1.** Definitions.

"License" shall mean the terms and conditions for use, reproduction, and distribution as defined by Sections 1 through 9 of this document.

"Licensor" shall mean the copyright owner or entity authorized by the copyright owner that is granting the License.

"Legal Entity" shall mean the union of the acting entity and all other entities that control, are controlled by, or are under common control with that entity. For the purposes of this definition, "control" means (i) the power, direct or indirect, to cause the direction or management of such entity, whether by contract or otherwise, or (ii) ownership of fifty percent (50%) or more of the outstanding shares, or (iii) beneficial ownership of such entity.

"You" (or "Your") shall mean an individual or Legal Entity exercising permissions granted by this License.

"Source" form shall mean the preferred form for making modifications, including but not limited to software source code, documentation source, and configuration files.

"Object" form shall mean any form resulting from mechanical transformation or translation of a Source form, including but not limited to compiled object code, generated documentation, and conversions to other media types.

"Work" shall mean the work of authorship, whether in Source or Object form, made available under the License, as indicated by a copyright notice that is included in or attached to the work (an example is provided in the Appendix below).

"Derivative Works" shall mean any work, whether in Source or Object form, that is based on (or derived from) the Work and for which the editorial revisions, annotations, elaborations, or other modifications represent, as a whole, an original work of authorship. For the purposes of this License, Derivative Works shall not include works that remain separable from, or merely link (or bind by name) to the interfaces of, the Work and Derivative Works thereof.

"Contribution" shall mean any work of authorship, including the original version of the Work and any

modifications or additions to that Work or Derivative Works thereof, that is intentionally submitted to Licensor for inclusion in the Work by the copyright owner or by an individual or Legal Entity authorized to submit on behalf of the copyright owner. For the purposes of this definition, "submitted" means any form of electronic, verbal, or written communication sent to the Licensor or its representatives, including but not limited to communication on electronic mailing lists, source code control systems, and issue tracking systems that are managed by, or on behalf of, the Licensor for the purpose of discussing and improving the Work, but excluding communication that is conspicuously marked or otherwise designated in writing by the copyright owner as "Not a Contribution."

"Contributor" shall mean Licensor and any individual or Legal Entity on behalf of whom a Contribution has been received by Licensor and subsequently incorporated within the Work.

**2.** Grant of Copyright License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable copyright license to reproduce, prepare Derivative Works of, publicly display, publicly perform, sublicense, and distribute the Work and such Derivative Works in Source or Object form.

**3.** Grant of Patent License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable (except as stated in this section) patent license to make, have made, use, offer to sell, sell, import, and otherwise transfer the Work, where such license applies only to those patent claims licensable by such Contributor that are necessarily infringed by their Contribution(s) alone or by combination of their Contribution(s) with the Work to which such Contribution(s) was submitted. If You institute patent litigation against any entity (including a cross-claim or counterclaim in a lawsuit) alleging that the Work or a Contribution incorporated within the Work constitutes direct or contributory patent infringement, then any patent licenses granted to You under this License for that Work shall terminate as of the date such litigation is filed.

**4.** Redistribution. You may reproduce and distribute copies of the Work or Derivative Works thereof in any medium, with or without modifications, and in Source or Object form, provided that You meet the following conditions:

**a)** You must give any other recipients of the Work or Derivative Works a copy of this License; and

**b)** You must cause any modified files to carry prominent notices stating that You changed the files; and

**c)** You must retain, in the Source form of any

Derivative Works that You distribute, all copyright, patent, trademark, and attribution notices from the Source form of the Work, excluding those notices that do not pertain to any part of the Derivative Works; and

**d)** If the Work includes a "NOTICE" text file as part of its distribution, then any Derivative Works that You distribute must include a readable copy of the attribution notices contained within such NOTICE file, excluding those notices that do not pertain to any part of the Derivative Works, in at least one of the following places: within a NOTICE text file distributed as part of the Derivative Works; within the Source form or documentation, if provided along with the Derivative Works; or, within a display generated by the Derivative Works, if and wherever such third-party notices normally appear. The contents of the NOTICE file are for informational purposes only and do not modify the License. You may add Your own attribution notices within Derivative Works that You distribute, alongside or as an addendum to the NOTICE text from the Work, provided that such additional attribution notices cannot be construed as modifying the License.

You may add Your own copyright statement to Your modifications and may provide additional or different license terms and conditions for use, reproduction, or distribution of Your modifications, or for any such Derivative Works as a whole, provided Your use, reproduction, and distribution of the Work otherwise complies with the conditions stated in this License.

**5.** Submission of Contributions. Unless You explicitly state otherwise, any Contribution intentionally submitted for inclusion in the Work by You to the Licensor shall be under the terms and conditions

of this License, without any additional terms or conditions. Notwithstanding the above, nothing herein shall supersede or modify the terms of any separate license agreement you may have executed with Licensor regarding such Contributions.

**6.** Trademarks. This License does not grant permission to use the trade names, trademarks, service marks, or product names of the Licensor, except as required for reasonable and customary use in describing the origin of the Work and reproducing the content of the NOTICE file.

**7.** Disclaimer of Warranty. Unless required by applicable law or agreed to in writing, Licensor provides the Work (and each Contributor provides its Contributions) on an "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied, including, without limitation,

any warranties or conditions of TITLE, NON- INFRINGEMENT, MERCHANTABILITY, or FITNESS

FOR A PARTICULAR PURPOSE. You are solely responsible for determining the appropriateness of using or redistributing the Work and assume any risks associated with Your exercise of permissions under this License.

**8.** Limitation of Liability. In no event and under no legal theory, whether in tort (including negligence), contract, or otherwise, unless required by applicable law (such as deliberate and grossly negligent acts) or agreed to in writing, shall any Contributor be liable to You for damages, including any direct, indirect, special, incidental, or consequential damages of any character arising as a result of this License or out of the use or inability to use the Work (including but not limited to damages for loss of goodwill, work stoppage, computer failure or malfunction, or any and all other commercial damages or losses), even if such Contributor has been advised of the possibility of such damages.

**9.** Accepting Warranty or Additional Liability. While redistributing the Work or Derivative Works thereof, You may choose to offer, and charge a fee for, acceptance of support, warranty, indemnity, or other liability obligations and/or rights consistent with this License. However, in accepting such obligations, You may act only on Your own behalf and on Your sole responsibility, not on behalf of any other Contributor, and only if You agree to indemnify, defend, and hold each Contributor harmless for any liability incurred by, or claims asserted against, such Contributor

by reason of Your accepting any such warranty or additional liability.

**END OF TERMS AND CONDITIONS**

**APPENDIX:** How to apply the Apache License to your work.

To apply the Apache License to your work, attach the following boilerplate notice, with the fields enclosed by brackets "[]" replaced with your own identifying information. (Don't include the brackets!) The text should be enclosed in the appropriate comment syntax for the file format. We also recommend that

a file or class name and description of purpose be included on the same "printed page" as the copyright notice for easier identification within third-party archives.

Copyright 2008 Chris Davis

Licensed under the Apache License, Version 2.0 (the "License"); you may not use this file except in compliance with the License. You may obtain a copy of the License at

http://www.apache.org/licenses/LICENSE-2.0

Unless required by applicable law or agreed to in writing, software distributed under the License is distributed on an "AS IS" BASIS, WITHOUT

WARRANTIES OR CONDITIONS OF ANY KIND, either

express or implied. See the License for the specific language governing permissions and limitations under the License.

============================================
**gpertools**
Copyright (C) 2010-2013 Tarantool AUTHORS: please

see AUTHORS file in tarantool/tarantool repository.

Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

**1.** Redistributions of source code must retain the above copyright notice, this list of conditions and the following disclaimer.

**2.** Redistributions in binary form must reproduce the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.

 THIS SOFTWARE IS PROVIDED BY AUTHORS ``AS IS'' AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL AUTHORS OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY,

OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

============================================
**uriparser**

Copyright (c) 2013 Covenant Eyes

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software"), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to

whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS", WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE AUTHORS OR COPYRIGHT HOLDERS
BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

==========================================
**xerces-c++**

Apache License Version 2.0, January 2004
http://www.apache.org/licenses/

**TERMS AND CONDITIONS FOR USE, REPRODUCTION, AND DISTRIBUTION**

**1.** Definitions.

"License" shall mean the terms and conditions for use, reproduction, and distribution as defined by Sections 1 through 9 of this document.

"Licensor" shall mean the copyright owner or entity authorized by the copyright owner that is granting the License.

"Legal Entity" shall mean the union of the acting entity and all other entities that control, are controlled by, or are under common control with that entity. For the purposes of this definition, "control" means (i) the power, direct or indirect, to cause the direction
or management of such entity, whether by contract or otherwise, or (ii) ownership of fifty percent (50%) or more of the outstanding shares, or (iii) beneficial ownership of such entity.

"You" (or "Your") shall mean an individual or Legal Entity exercising permissions granted by this License.

"Source" form shall mean the preferred form for making modifications, including but not limited to software source code, documentation source, and configuration files.

"Object" form shall mean any form resulting from mechanical transformation or translation of a Source form, including but not limited to compiled object code, generated documentation, and conversions to other media types.

"Work" shall mean the work of authorship, whether in Source or Object form, made available under the License, as indicated by a copyright notice that is included in or attached to the work (an example is provided in the Appendix below).

"Derivative Works" shall mean any work, whether in Source or Object form, that is based on (or derived from) the Work and for which the editorial revisions, annotations, elaborations, or other modifications represent, as a whole, an original work of authorship. For the purposes of this License, Derivative Works shall not include works that remain separable from, or merely link (or bind by name) to the interfaces of, the Work and Derivative Works thereof.

"Contribution" shall mean any work of authorship, including the original version of the Work and any modifications or additions to that Work or Derivative Works thereof, that is intentionally submitted to Licensor for inclusion in the Work by the copyright owner or by an individual or Legal Entity authorized to submit on behalf of the copyright owner. For the purposes of this definition, "submitted" means any

form of electronic, verbal, or written communication sent to the Licensor or its representatives, including but not limited to communication on electronic mailing lists, source code control systems, and issue tracking systems that are managed by, or on behalf of, the Licensor for the purpose of discussing and improving the Work, but excluding communication that is conspicuously marked or otherwise designated in writing by the copyright owner as "Not a Contribution."

Contributor" shall mean Licensor and any individual or Legal Entity on behalf of whom a Contribution
has been received by Licensor and subsequently incorporated within the Work.

**2.** Grant of Copyright License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide,
non-exclusive, no-charge, royalty-free, irrevocable copyright license to reproduce, prepare Derivative Works of, publicly display, publicly perform, sublicense, and distribute the Work and such Derivative Works in Source or Object form.

**3.** Grant of Patent License. Subject to the terms and conditions of this License, each Contributor hereby grants to You a perpetual, worldwide, non-exclusive, no-charge, royalty-free, irrevocable (except as stated in this section) patent license to make, have made, use, offer to sell, sell, import, and otherwise transfer the Work, where such license applies only to those patent claims licensable by such Contributor that are necessarily infringed by their Contribution(s) alone or by combination of their Contribution(s) with the Work to which such Contribution(s) was submitted. If You institute patent litigation against any entity (including a cross-claim or counterclaim in a lawsuit) alleging that the Work or a Contribution incorporated within the Work constitutes direct or contributory patent infringement, then any patent licenses granted to You under this License for that Work shall terminate as of the date such litigation is filed.

**4.** Redistribution. You may reproduce and distribute copies of the Work or Derivative Works thereof in any medium, with or without modifications, and in Source or Object form, provided that You meet the following conditions:

  **a)** You must give any other recipients of the Work or Derivative Works a copy of this License; and

  **b)** You must cause any modified files to carry prominent notices stating that You changed the files; and

  **c)** You must retain, in the Source form of any Derivative Works that You distribute, all copyright, patent, trademark, and attribution notices from the Source form of the Work, excluding those notices that do not pertain to any part of the Derivative Works; and

  **d)** If the Work includes a "NOTICE" text file as part

of its distribution, then any Derivative Works that You distribute must include a readable copy of the attribution notices contained within such NOTICE file, excluding those notices that do not pertain to any part of the Derivative Works, in at least one of the following places: within a NOTICE text file distributed as part of the Derivative Works; within the Source form or documentation, if provided along with the Derivative Works; or, within a display generated
by the Derivative Works, if and wherever such third-party notices normally appear. The contents of the NOTICE file are for informational purposes only and do not modify the License. You may add
Your own attribution notices within Derivative Works that You distribute, alongside or as an addendum to the NOTICE text from the Work, provided that such additional attribution notices cannot be construed as modifying the License.

You may add Your own copyright statement to Your modifications and may provide additional or different license terms and conditions for use, reproduction, or distribution of Your modifications, or for any such Derivative Works as a whole, provided Your use, reproduction, and distribution of the Work otherwise complies with the conditions stated in this License.

**5.** Submission of Contributions. Unless You explicitly state otherwise, any Contribution intentionally submitted for inclusion in the Work by You to the Licensor shall be under the terms and conditions
of this License, without any additional terms or conditions. Notwithstanding the above, nothing herein shall supersede or modify the terms of any separate license agreement you may have executed with Licensor regarding such Contributions.

**6.** Trademarks. This License does not grant permission to use the trade names, trademarks, service marks, or product names of the Licensor, except as required for reasonable and customary use in describing the origin of the Work and reproducing the content of the NOTICE file.

**7.** Disclaimer of Warranty. Unless required by applicable law or agreed to in writing, Licensor provides the Work (and each Contributor provides its Contributions) on an "AS IS" BASIS, WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied, including, without limitation,
any warranties or conditions of TITLE, NON- INFRINGEMENT, MERCHANTABILITY, or FITNESS
FOR A PARTICULAR PURPOSE. You are solely responsible for determining the appropriateness of using or redistributing the Work and assume any risks associated with Your exercise of permissions under this License.

**8.** Limitation of Liability. In no event and under no legal theory, whether in tort (including negligence), contract, or otherwise, unless required by applicable law (such as deliberate and grossly negligent acts) or agreed to in writing, shall any Contributor be liable to You for damages, including any direct, indirect,
special, incidental, or consequential damages of any character arising as a result of this License or out
of the use or inability to use the Work (including but not limited to damages for loss of goodwill, work stoppage, computer failure or malfunction, or any and all other commercial damages or losses), even if such Contributor has been advised of the possibility of such damages.

**9.** Accepting Warranty or Additional Liability. While redistributing the Work or Derivative Works thereof, You may choose to offer, and charge a fee for, acceptance of support, warranty, indemnity, or other liability obligations and/or rights consistent with this License. However, in accepting such obligations, You may act only on Your own behalf and on Your sole responsibility, not on behalf of any other Contributor, and only if You agree to indemnify, defend, and hold each Contributor harmless for any liability incurred by, or claims asserted against, such Contributor
by reason of your accepting any such warranty or additional liability.

**END OF TERMS AND CONDITIONS**

**APPENDIX:** How to apply the Apache License to your work.

To apply the Apache License to your work, attach the following boilerplate notice, with the fields enclosed by brackets "[]" replaced with your own identifying information. (Don't include the brackets!) The text should be enclosed in the appropriate comment syntax for the file format. We also recommend that
a file or class name and description of purpose be included on the same "printed page" as the copyright notice for easier identification within third-party archives.

Copyright 2008 Chris Davis

Licensed under the Apache License, Version 2.0 (the "License"); you may not use this file except in compliance with the License. You may obtain a copy of the License at

http://www.apache.org/licenses/LICENSE-2.0

Unless required by applicable law or agreed to in writing, software distributed under the License is distributed on an "AS IS" BASIS, WITHOUT
WARRANTIES OR CONDITIONS OF ANY KIND, either
express or implied. See the License for the specific language governing permissions and limitations under the License.

==========================================
## ncurses

Copyright \(co 1985, 1986, 1987, 1988 Digital Equipment Corporation, Maynard, Massachusetts.

Permission to use, copy, modify and distribute this documentation for any purpose and without fee is hereby granted, provided that the above copyright notice appears in all copies and that both that

copyright notice and this permission notice appear in supporting documentation, and that the name of Digital not be used in in advertising or publicity pertaining to distribution of the software without specific, written prior permission. Digital makes no representations about the suitability of the software described herein for any purpose. It is provided "as is'' without express or implied warranty.
Copyright \(co 1985, 1986, 1987, 1988 X Consortium

Permission is hereby granted, free of charge, to any person obtaining a copy of this software and associated documentation files (the "Software''), to deal in the Software without restriction, including without limitation the rights to use, copy, modify, merge, publish, distribute, sublicense, and/or sell copies of the Software, and to permit persons to
whom the Software is furnished to do so, subject to the following conditions:

The above copyright notice and this permission notice shall be included in all copies or substantial portions of the Software.

THE SOFTWARE IS PROVIDED "AS IS'', WITHOUT WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NONINFRINGEMENT. IN NO EVENT SHALL THE X CONSORTIUM BE LIABLE FOR ANY CLAIM, DAMAGES OR OTHER LIABILITY, WHETHER IN AN ACTION OF CONTRACT, TORT OR OTHERWISE, ARISING FROM, OUT OF OR IN CONNECTION WITH THE SOFTWARE OR THE USE OR OTHER DEALINGS IN THE SOFTWARE.

Except as contained in this notice, the name of the X Consortium shall not be used in advertising or otherwise to promote the sale, use or other dealings in this Software without prior written authorization from the X Consortium.

==========================================

Opera Browser® acknowledges the use of the following libraries internally:

Chromium - http://www.chromium.org cJSON - http://cjson.sourceforge.net/ BigInteger - http://www.chiark.greenend.org. uk/~sgtatham/putty/ Fontconfig - http://www.fontconfig.org
ARPHIC PUBLIC LICENSE - http://www.freedesktop. org/wiki/Software/CJKUnifonts/Download
Bitstream Vera fonts - http://www.gnome.org/ fonts/#Final_Bitstream_Vera_Fonts
VL Gothic fonts - http://dicey.org/vlgothic/index.html Nanum fonts - http://hangeul.naver.com/
Boost - http://www.boost.org/ libcurl - http://curl.haxx.se/
libcurl - lib/krb5.c - http://curl.haxx.se/cvssource/lib/ krb5.c
libcurl - lib/security.c - https://github.com/bagder/ curl/blob/master/lib/security.c

David M. Gay's floating point routines - http://www. netlib.org/fp/
dynamic annotations - http://code.google.com/p/data- race-test/wiki/DynamicAnnotations


■Netscape Portable Runtime (NSPR) - http://www. mozilla.org/projects/nspr/
Paul Hsieh's SuperFastHash - http://www. azillionmonkeys.com/qed/hash.html valgrind - http://valgrind.org
Network Security Services (NSS) - http://www. mozilla.org/projects/security/pki/nss/
open-vcdiff - http://code.google.com/p/open-vcdiff Almost Native Graphics Layer Engine - http://code. google.com/p/angleproject/
Brotli - https://code.google.com/p/font-compression- reference/
dom-distiller-js - https://code.google.com/p/dom- distiller
Expat - http://sourceforge.net/projects/expat/ fontconfig - http://www.freedesktop.org/wiki/ Software/fontconfig/
FREETYPE2 SOFTWARE - https://android. googlesource.com/platform/external/freetype/ harfbuzz-ng - http://harfbuzz.org
iccjpeg - http://www.ijg.org
International Components for Unicode - http://site. icu-project.org/
Chinese and Japanese Word List - http://src. chromium.org/viewvc/chrome/trunk/deps/third_party/ icu42/source/data/brkitr/
google-jstemplate - http://code.google.com/p/google- jstemplate/
Khronos header files - http://www.khronos.org/ registry
LevelDB: A Fast Persistent Key-Value Store - http:// code.google.com/p/leveldb/
libevent - http://www.monkey.org/~provos/libevent/ libjingle - http://code.google.com/p/webrtc/ Independent JPEG Group's free JPEG software - http://www.ijg.org/
libjpeg-turbo - http://sourceforge.net/projects/libjpeg- turbo/
libpng - http://libpng.org/
libsrtp - http://srtp.sourceforge.net/srtp.html libvpx - http://www.webmproject.org
WebM container parser and writer. - http://www. webmproject.org/code/
WebP image encoder/decoder - http://developers. google.com/speed/webp
libxml - http://xmlsoft.org libxslt - http://xmlsoft.org/XSLT
libyuv - http://code.google.com/p/libyuv/
linux-syscall-support - http://code.google.com/p/ linux-syscall-support/
mesa - http://www.mesa3d.org/
modp base64 decoder - http://code.google.com/p/ stringencoders/
mt19937ar - http://www.math.sci.hiroshima-u. ac.jp/~m-mat/MT/MT2002/emt19937ar.html Netscape Plugin Application Programming Interface (NPAPI) - http://mxr.mozilla.org/mozilla-central/

source/modules/plugin/base/public/ OpenSSL - http://openssl.org/source/ opus - http://git.xiph.org/?p=opus.git
OTS (OpenType Sanitizer) - http://code.google.com/p/ ots/
PLY (Python Lex-Yacc) - http://www.dabeaz.com/ply/ ply-3.4.tar.gz
Polymer - http://www.polymer-project.org Protocol Buffers - http://protobuf.googlecode.com/ svn/trunk
Quick Color Management System - https://github. com/jrmuizel/qcms/tree/v4
re2 - an efficient, principled regular expression library
- http://code.google.com/p/re2/ skia - http://code.google.com/p/skia
SMHasher - http://code.google.com/p/smhasher/ Snappy: A fast compressor/decompressor - http:// code.google.com/p/snappy/
sqlite - http://sqlite.org/
tcmalloc - http://gperftools.googlecode.com/ WebRTC - http://www.webrtc.org
x86inc - http://git.videolan.org/?p=x264. git;a=blob;f=common/x86/x86inc.asm zlib - http://zlib.net/
url_parse - http://mxr.mozilla.org/comm-central/ source/mozilla/netwerk/base/src/nsURLParsers.cpp V8 JavaScript Engine - http://code.google.com/p/v8 Strongtalk - http://www.strongtalk.org/
boringssl - https://boringssl.googlesource.com/ boringssl
crashpad - https://crashpad.googlecode.com/
LZ4 - https://github.com/Cyan4973/lz4/blob/master/ contrib/djgpp/LICENSE
mock - https://github.com/testing-cabal/mock/blob/ master/LICENSE.txt
Mojo - https://github.com/domokit/mojo
Mojo services - https://github.com/domokit/mojo Web Animations JS - https://github.com/web- animations/web-animations-js

## Français

## NOTIFICATIONS ET LICENCES POUR LE LOGICIEL UTILISÉ DANS CE TÉLÉVISEUR

**IMPORTANT – LISEZ CE CONTRAT AVANT D'UTILISER VOTRE PRODUIT SONY. L'UTILISATION DE VOTRE PRODUIT SIGNIFIE QUE VOUS ACCEPTEZ CE CONTRAT.**

Si vous n'acceptez pas les termes de ce CLU, telle qu'amendée par Sony à sa discrétion, Sony ne pourra pas vous donner la licence du logiciel Sony (comme définie ci-dessous), et vous devrez rapidement contacter Sony avant d'utiliser le Produit Sony pour connaître les modalités de retour du produit Sony et du logiciel Sony afin d'obtenir un remboursement du prix d'achat du produit Sony. Si vous ne

consentez pas aux conditions de ce CLU ou à la politique de confidentialité applicable de Sony, telle qu'amendée de temps à autre par Sony à sa discrétion, Sony
ne vous autorisera pas l'accès aux Services et au Contenu Sony applicables (comme défini ci-dessous).

Ce Contrat de licence d'utilisation (« CLU ») est un contrat légal entre vous et Sony Electronics Inc.
(« Sony »), le donneur de licence des logiciels (autres que les logiciels qui sont gouvernés par d'autres licences comme il est indiqué ci-dessous, les
« Logiciels exclus ») compris dans ce produit Sony et documents connexes qui seront collectivement appelés les « Logiciels Sony ». Ce CLU couvre les Logiciels Sony et ceux des filiales et tiers donneurs de licence de Sony (« Tiers donneurs de licence ») ainsi que la documentation imprimée ou en ligne s'y rattachant. Les Logiciels Sony comprennent
le logiciel dans votre produit Sony, y compris des mises à jour ou des logiciels modifiés, qui vous sont fournis par Sony qu'ils soient enregistrés sur média ou téléchargés dans les produits Sony par tout moyen qui soit, mais ne comprennent pas les logiciels exclus définis ci- dessous.

**Remarque: Ce CLU contient une clause d'arbitrage individuelle et une renonciation d'entreprendre tout recours. Si vous souhaitez vous désengager de ces provisions, veuillez suivre les instructions dans la Section intitulée « Résoudre des conflits ; Arbitrage ; Cour des petites créances » ci-dessous.**

Ce produit Sony comprend aussi la fonction de certains réseaux, qui fournit l'accès à certains services de contenu (« Services ») de fournisseurs de contenu tiers, y compris des entités Sony autres que Sony Electronics Inc. (« Fournisseurs tiers ») à titre de courtoisie. La fonction réseau vous fournit aussi l'accès à certains services de contenu de Sony
(« Services de contenu Sony »), et ces services et ces contenus correspondants (« Contenu Sony ») seront tous deux considérés comme étant des logiciels
Sony en vertu de ce CLU. La fonction de ces réseaux

nécessite une connexion Internet. Votre capacité à accéder aux Services et la qualité des Services présentés dépendent du service et des conditions de votre fournisseur de service Internet ainsi que de la connexion Internet à bande large que vous
utilisez. Votre capacité à accéder aux Services et la qualité des Services présentés dépendent du service et des conditions de votre fournisseur de service Internet. La qualité vidéo et la taille de l'image varient et dépendent de la vitesse de votre service à bande large offert par votre fournisseur Internet et livré par les Fournisseurs tiers. Les contenus, y compris sans en exclure d'autres, les données, la musique, le son, les photographies, les images, les graphiques, les ressemblances, les logiciels, le texte, la vidéo,
les messages, les étiquettes ou autres documents, fournis par les Fournisseurs tiers (« Contenu ») et la disponibilité des Services dépendent entièrement et sont contrôlés par les Fournisseurs tiers. Le Contenu et les Services de chaque Fournisseur tiers sont fournis conformément aux conditions de ce

Fournisseur tiers. Le Contenu de luxe peut nécessiter des frais supplémentaires et/ou l'inscription auprès du Fournisseur tiers par l'entremise d'un ordinateur. Les Services et le Contenu ne peuvent être utilisés que pour votre visionnement personnel et privé et ne doivent pas être utilisés pour les expositions non théâtrales ou tout visionnement ou toute exposition pour lesquels (ou à tout endroit dans lequel) des frais d'admission, d'accès ou de visionnement
sont imposés ou pour des expositions ou des visionnements publics. Les Services peuvent être modifiés en tout temps et peuvent ne pas être disponibles de temps à autre.

Vous comprenez, reconnaissez et acceptez que l'accès à certaines fonctions produit Sony, y compris mais non limité à votre capacité d'accéder au Contenu et aux Services Sony, requiert une connexion à Internet pour laquelle vous êtes entièrement responsable. Vous êtes entièrement responsable du paiement des frais annexes associés à votre connexion à Internet, y compris mais non limité au fournisseur d'accès à Internet ou aux frais d'utilisation du réseau. La qualité du Contenu et des Services Sony présenté sont soumis aux termes et services de votre fournisseur d'accès à Internet, et dépend également de la vitesse de votre service Internet.

L'utilisation du produit Sony et du logiciel Sony, ainsi que l'accès au Contenu et aux Services Sony, peut être limitée ou restreinte selon les capacités, la bande passante ou les limites techniques de votre connexion à Internet ou de vos services. Vous comprenez, reconnaissez et acceptez que la connectivité Internet

est fournie par un tiers sur lequel Sony n'a aucun contrôle. Les prévisions, la qualité, la disponibilité et la sécurité de cette connectivité à Internet,
aux logiciels et aux services, sont sous l'entière responsabilité de ce tiers.

**LOGICIELS EXCLUS**

Malgré l'octroi de licence limité précité, vous reconnaissez que les Produits Sony comprennent des logiciels soumis à d'autres conditions gouvernant l'utilisation de ces logiciels, différentes de ce CLU
(« Logiciels exclus »). Certains Logiciels exclus peuvent être couverts par des licences logicielles open source (« Composants Open Source »), soit toute licence logicielle approuvée comme licence open source par l'Open Source Initiative ou autre licence similaire, y compris mais non limité à toute licence qui, sous la condition de distribution du logiciel sous cette licence, requiert que le distributeur rende le logiciel disponible dans le format du code source. Les conditions applicables aux Composants Open Source vous sont fournies avec ce CLU et / ou stockées dans votre Appareil, dans les menus
« Aide » ou « À propos » notamment. Veuillez consulter le site http://oss.sony.net/ Products/ Linux pour obtenir une liste des Logiciels exclus pour ce produit Sony, ainsi que les conditions
applicables à leur utilisation. Ces conditions peuvent être changées par le tiers concerné à tout moment, sans que votre responsabilité soit engagée. Dans les limites requises par les licences couvrant les
Composants Open Source, les termes de ces licences s'appliquent à la place des termes de ce CLU. Lorsque les termes de licence applicables aux Composants Open Source interdisent l'une des restrictions de ce CLU concernant les Composants Open Source, ces restrictions ne s'appliquent pas aux Composants Open Source. Dans la mesure où les termes des licences applicables aux Composants Open Source requièrent que Sony fasse une offre pour fournir le code source concernant le Logiciel, cette offre est faite par la présente.

**COMPTE D'UTILISATEUR**

Dans le cadre de l'accord vous permettant d'accéder, de naviguer ou d'utiliser les Services et le Contenu, les Fournisseurs tiers et/ou d'autres tiers peuvent vous demander d'établir un compte d'utilisateur

(« Compte ») pour lequel vous devrez leur fournir des renseignements véridiques, exacts, courants et complets à votre sujet et maintenir et mettre à jour dans les moindres délais de tels renseignements. Vous êtes responsable du maintien de la confidentialité de tous vos mots de passe associés à un tel Compte.

**COLLECTE DES DONNÉES**

Tous les services fournis par des Fournisseurs tiers auxquels vous accédez peuvent également permettre

aux Fournisseurs tier de collecter des données vous concernant et / ou concernant l'utilisation de ce Service. Sony Corporation ne contrôle pas et n'est en aucun cas responsable de cette collecte de données et vous devez consulter la politique de confidentialité correspondante de ce Service avant de l'utiliser.

**LES DROITS DE SONY ENVERS LA DOCUMENTATION DE L'UTILISATEUR**

Si vous envoyez des messages ou des documents à Sony par courriel ou autrement, y compris

tous les commentaires, sélections, données, questions, suggestions et autres du même genre (« Documentation »), une telle Documentation sera

considérée comme non confidentielle et non exclusive (sauf si expressément prévu dans la politique de confidentialité applicable). Par conséquent, vous abandonnez toute allégation que l'utilisation d'une telle Documentation viole vos droits, y compris des droits moraux, de confidentialité, d'exclusivité ou d'autres droits de propriété, de publicité, de crédit pour des renseignements ou des idées, ou tout autre droit, y compris le droit d'approuver la façon dont Sony utilise une telle Documentation. Toute Documentation peut être adaptée, diffusée, modifiée, copiée, divulguée, brevetée, exécutée, affichée, publiée, vendue, transmise ou utilisée par Sony partout dans le monde, par tous les moyens, à vie et sans vous devoir d'attribution ou de compensations. De plus, vous cédez par les présentes tous vos droits, titres et intérêts envers, et Sony est libre d'utiliser, sans vous remettre de compensation,

tous les concepts, idées, savoir-faire, techniques ou autres droits de propriété intellectuelle se trouvant dans la Documentation, qu'ils soient brevetables

ou non, pour quelque but que ce soit, y compris, sans en exclure d'autres, développer, fabriquer, faire fabriquer, attribuer une licence, commercialiser et vendre des produits utilisant une telle Documentation. Cependant, vous acceptez et comprenez que Sony n'est pas obligée d'utiliser de tels concepts, idées, savoir-faire ou techniques ou Documentation et vous n'avez aucun droit d'obliger une telle utilisation.

**DOCUMENTATION TRANSMISE**

Les transmissions Internet ne sont jamais entièrement privées ou sécurisées. Vous comprenez que tout message ou renseignement que vous envoyez à Sony peut être lu ou intercepté par d'autres, à moins qu'il y ait un avis spécial qu'un message précis (par exemple, renseignements sur les cartes de crédit) est encodé (envoyé par code). Envoyer un message à Sony ne signifie pas que Sony a une responsabilité spéciale envers vous.

**GESTION NUMÉRIQUE DES DROITS**

Les propriétaires de contenu utilisent la technologie Microsoft PlayReadyMD pour accéder au contenu («PlayReady ») pour protéger leur propriété intellectuelle, y compris le contenu protégé par les

droits d'auteur. Ce produit Sony utilise la technologie PlayReady pour accéder au contenu protégé par PlayReady et/ou par la WMDRM (« WMDRM

» désigne la technologie de gestion des droits numériques Microsoft Windows Media). Si ce produit de Sony échoue à faire respecter correctement les restrictions imposées sur l'utilisation du Contenu,

les propriétaires du Contenu peuvent demander à Microsoft Corporation (« Microsoft ») de révoquer la capacité de ce produit Sony à accéder au Contenu protégé par la technologie PlayReady. La révocation ne doit pas affecter le Contenu non protégé ou le contenu protégé par d'autres technologies d'accès au contenu. Les propriétaires du Contenu peuvent vous demander de mettre le logiciel de WMDRM à niveau pour accéder à leur Contenu. Si vous refusez la mise à niveau, vous ne pourrez pas accéder au Contenu qui nécessite la mise à niveau.

**ANNONCES, COMMUNICATIONS DE SERVICES**

L'inclusion des Services d'un Fournisseur tiers ne signifie pas que Sony approuve, endosse ou recommande le Fournisseur tiers ou son Contenu. Vous comprenez et acceptez que les Services et / ou le Contenu peuvent comprendre des annonces

(« Annonces ») et que ces Annonces sont nécessaires afin que les Services puissent être fournis. Vous comprenez et acceptez que l'utilisation des Services (et autres services disponibles) puisse entraîner la réception ou l'affichage de recommandations et / ou d'annonces, des annonces de service, des messages administratifs, des bulletins de nouvelles et autres

du même genre dont Sony Corporation n'est pas responsable. SONY, SES SOCIÉTÉS AFFILIÉES ET SES FOURNISSEURS TIERS RENONCENT À TOUTES LES GARANTIES, EXPRESSES OU IMPLICITES, RELATIVES À L'EXACTITUDE, LA LÉGALITÉ, LA FIABILITÉ OU LA VALIDITÉ DE TOUTE ANNONCE, COMMUNICATION DE SERVICE OU DE TOUT CONTENU, AINSI QU'À TOUTE RESPONSABILITÉ DÉCOULANT DE TOUTE THÉORIE JURIDIQUE POUR LES ANNONCES, LES COMMUNICATIONS DE SERVICE ET LE CONTENU.

**CONTENU INCONVENANT ET RÈGLEMENTS POUR LES MINEURS (MOINS DE 16 ANS)**

Certains Contenus peuvent ne pas être appropriés pour les mineurs ou d'autres utilisateurs. Un tel Contenu peut être ou ne pas être classé ou identifié comme ayant un langage explicite ou étant destiné à des adultes. Par conséquent, vous reconnaissez que vous utilisez les Services à votre propre risque et que Sony n'a aucune responsabilité envers vous pour le Contenu, y compris tout Contenu pouvant être offensant. Vous devez superviser l'utilisation du produit Sony, des Logiciels Sony, des Logiciels exclus, des Services et du Contenu par tout mineur.

Si vous avez moins de 16 ans, vous devez demander à votre(vos) parent(s) ou un gardien avant : (i) d'envoyer un courriel à Sony par l'entremise des

Services; (ii) d'envoyer tout renseignement; (iii) de participer à tout concours ou jeu qui nécessite des renseignements à votre sujet ou qui offre un prix; (iv) de joindre un club ou un groupe; (v) d'afficher tout renseignement sur tout babillard ou d'entrer dans un bavardoir; ou (vi) d'acheter quoi que ce soit en ligne.

**LES LOGICIELS SONY ET LES SERVICES SONY PEUVENT PERMETTRE À SONY, AUX FOURNISSEURS TIERS ET/OU À D'AUTRES TIERS DE RECUEILLIR DES DONNÉES DU, DE CONTRÔLER ET/OU DE SURVEILLER LE PRODUIT SONY ET LES AUTRES DISPOSITIFS QUI FONCTIONNENT OU INTERAGISSENT AVEC LES LOGICIELS SONY.**

**PERMIS D'UTILISATION DE LOGICIELS**

Vous ne pouvez pas utiliser les Logiciels Sony à l'exception de ce qui est précisé aux présentes. Les Logiciels Sony sont grevés d'une licence et non vendus. Sony et ses Tiers donneurs de licence vous octroient une licence restreinte à utiliser les Logiciels Sony seulement sur le produit Sony.

Les Logiciels Sony peuvent créer des fichiers de données automatiquement pour être utilisés avec les Logiciels Sony, et vous acceptez que de tels fichiers de données fassent partie des Logiciels Sony. Les Logiciels Sony sont offerts sous licence à titre d'un seul produit et vous ne pouvez pas séparer ses composants pour les utiliser sur plus

d'un seul appareil, à moins d'en obtenir l'autorisation expresse de Sony. Vous acceptez de ne pas modifier, désosser, décompiler ou démonter les Logiciels Sony, en tout ou en partie, ou de ne pas utiliser les Logiciels Sony, en tout ou en partie, pour tout autre but que celui permis en vertu de ce CLU. De plus, vous ne pouvez pas louer, donner à bail, octroyer une sous-licence ou vendre les Logiciels Sony, mais vous pouvez transférer tous vos droits en vertu de ce CLU seulement dans le cadre d'une vente ou d'un transfert du produit Sony à condition de ne pas garder de copies, de transférer tous les Logiciels Sony (y compris tous les exemplaires, composants, médias, documents imprimés, toutes les versions

et mises à niveau des Logiciels Sony et de ce CLU) et que le récipiendaire accepte les conditions de

ce CLU. Sony et ses Tiers donneurs de licence se réservent tous les droits que ce CLU ne vous accorde pas expressément. Vous ne pouvez pas (a) dévier, modifier, déjouer ou contourner les fonctions ou les protections des Logiciels Sony ou des mécanismes liés de façon opérationnelle aux Logiciels Sony;

ou (b) retirer, modifier, couvrir ou détériorer les marques de commerce ou les avis sur les Logiciels Sony. Vous comprenez, reconnaissez et acceptez que les logiciels, les services de réseau ou les autres produits autres que les Logiciels Sony desquels peut dépendre le rendement des Logiciels Sony puissent être interrompus ou supprimés à la discrétion des fournisseurs (fournisseurs de logiciels, fournisseurs de services, Fournisseurs tiers, etc.) ou Sony.

**EXCLUSION DE GARANTIE**

VOUS COMPRENEZ, RECONNAISSEZ ET ACCEPTEZ QUE LE CONTENU ET LES SERVICES SONT FOURNIS PAR DES FOURNISSEURS TIERS ET/

OU QUE LES LOGICIELS SONT FOURNIS PAR DES TIERS SUR LESQUELS SONY N'A AUCUN

CONTRÔLE. LES FOURNISSEURS TIERS OU AUTRE TIERS SONT ENTIÈREMENT RESPONSABLES DE LA SÉLECTION, LA PROVISION, LA QUALITÉ, LA TAILLE DES IMAGES ET LA DISPONIBILITÉ D'UN TEL CONTENU ET/OU DE TELS LOGICIELS. VOUS ACCEPTEZ DE VOUS CONFORMER À TOUTES LES CONDITIONS ET MODALITÉS QUI PEUVENT ÊTRE ÉTABLIES PAR LES FOURNISSEURS TIERS POUR LEURS SERVICES, LEUR CONTENU ET/OU LEURS

LOGICIELS. VOUS COMPRENEZ, RECONNAISSEZ ET ACCEPTEZ DE PLUS QUE L'ACCÈS, LA NAVIGATION ET L'UTILISATION DES SERVICES NÉCESSITENT UN SERVICE INTERNET FOURNI PAR VOUS ET POUR LEQUEL VOUS ÊTES ENTIÈREMENT RESPONSABLE, Y COMPRIS SANS EN EXCLURE D'AUTRES, LE PAIEMENT DE TOUS LES FRAIS À DES TIERS (COMME LE FOURNISSEUR DE SERVICE INTERNET OU LES FRAIS D'UTILISATION DU RÉSEAU) POUR UN TEL ACCÈS ET POUR AFFICHER OU FOURNIR LES ANNONCES COMPRISES AVEC LES SERVICES. LE FONCTIONNEMENT DE LA FONCTION ET DES SERVICES PEUT ÊTRE LIMITÉ OU RESTREINT SELON LES CAPACITÉS, LA LARGEUR DE BANDE OU LES LIMITES TECHNIQUES DE VOTRE SERVICE INTERNET. SONY, SES SOCIÉTÉS AFFILIÉES

ET SES FOURNISSEURS TIERS NE SERONT AUCUNEMENT RESPONSABLES DE L'OPPORTUNITÉ, LA SUPPRESSION, LA MAUVAISE LIVRAISON

OU LA DÉFAILLANCE À SAUVEGARDER LES COMMUNICATIONS AVEC L'UTILISATEUR OU LES RÉGLAGES PERSONNELS. LES LOGICIELS SONY ET LA DOCUMENTATION CONNEXE, LES SERVICES ET LE CONTENU VOUS SONT FOURNIS « TELS QUELS » ET NE

COMPORTENT AUCUNE GARANTIE OU CONDITION, STATUTAIRE OU AUTRE, DE TOUTE SORTE.

SONY, SES SOCIÉTÉS AFFILIÉES, SES TIERS DONNEURS DE LICENCE ET SES FOURNISSEURS TIERS RENONCENT EXPRESSÉMENT À TOUTES LES GARANTIES ET CONDITIONS, EXPRESSES OU IMPLICITES, Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES D'ABSENCE DE CONTREFAÇON, DE TITRE, DE VALEUR MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER. SONY, SES SOCIÉTÉS AFFILIÉES,

SES TIERS DONNEURS DE LICENCE ET SES FOURNISSEURS TIERS NE GARANTISSENT PAS LE GARANTISSENT PAS ET N'EFFECTUENT AUCUNE REPRÉSENTATION OU CONDITION CONCERNANT L'UTILISATION OU LES RÉSULTATS DE L'UTILISATION DES LOGICIELS SONY, DES SERVICES OU DU LOGICIELS SONY OU LA DOCUMENTATION CONNEXE, LES SERVICES OU LE CONTENU RÉPONDRONT À VOS EXIGENCES

OU QUE LE FONCTIONNEMENT DES LOGICIELS SONY, DES SERVICES OU DU CONTENU SERA ININTERROMPU OU LIBRE D'ERREURS. DE PLUS, SONY, SES SOCIÉTÉS AFFILIÉES, SES TIERS DONNEURS DE LICENCE ET SES FOURNISSEURS TIERS NE CONTENU RELATIVEMENT À SON BIEN- FONDÉ, SON EXACTITUDE, SA FIABILITÉ OU AUTRE. LES RENSEIGNEMENTS OU CONSEILS ORAUX

OU ÉCRITS OFFERTS PAR SONY, SES SOCIÉTÉS AFFILIÉES OU UN REPRÉSENTANT AUTORISÉ DE SONY NE REPRÉSENTERONT PAS UNE GARANTIE ET NE MODIFIERONT PAS DANS AUCUN CAS CETTE EXCLUSION DE GARANTIE ET CONDITION. SI LE MÉDIA SONY SUR LEQUEL LES LOGICIELS SONY SONT FOURNIS, LA DOCUMENTATION, LES SERVICES OU LE CONTENU S'AVÉRAIENT DÉFECTUEUX, VOUS (ET NON PAS SONY OU UN REPRÉSENTANT AUTORISÉ DE SONY) ASSUMEZ TOUS LES FRAIS REQUIS POUR L'ENTRETIEN, LA RÉPARATION OU LA CORRECTION.

**LIMITATION DE RESPONSABILITÉ**

SONY, SES SOCIÉTÉS AFFILIÉES, SES TIERS DONNEURS DE LICENCE OU SES FOURNISSEURS TIERS NE SERONT DANS AUCUN CAS (Y COMPRIS, SANS EN EXCLURE D'AUTRES, LES PROBLÈMES DE NÉGLIGENCE RELATIFS AUX

TIERS DONNEURS DE LICENCE OU FOURNISSEURS TIERS) RESPONSABLES ENVERS VOUS POUR LES DOMMAGES SPÉCIAUX, INDIRECTS, CONSÉCUTIFS, EXEMPLAIRES OU CORRÉLATIFS DE TOUTE

SORTE, Y COMPRIS SANS EN EXCLURE D'AUTRES, LA COMPENSATION, LE REMBOURSEMENT OU LES DOMMAGES CONCERNANT, DÉCOULANT

OU RELATIFS À CE CLU CONCERNANT LA PERTE D'UTILISATION DU PRODUIT SONY, LA DOCUMENTATION, LES SERVICES, LE CONTENU, LE TEMPS D'IMMOBILISATION ET VOTRE TEMPS, LA PERTE DE PROFITS ACTUELS OU ÉVENTUELS, LA PERTE DE DONNÉES, DE RENSEIGNEMENTS DE TOUTE SORTE, DE PROFITS COMMERCIAUX OU AUTRES PERTES COMMERCIALES OU POUR TOUTE AUTRE RAISON QUI SOIT, MÊME SI SONY, SES SOCIÉTÉS AFFILIÉES, SES TIERS DONNEURS DE LICENCE OU SES FOURNISSEURS TIERS ONT ÉTÉ AVISÉS DE LA POSSIBILITÉ DE TELS DOMMAGES. LES LOGICIELS SONY ET LA DOCUMENTATION CONNEXE, LES SERVICES ET LE CONTENU VOUS SONT FOURNIS POUR UTILISATION À VOS PROPRES RISQUES. SONY, SES SOCIÉTÉS AFFILIÉES, SES TIERS DONNEURS DE LICENCE ET SES FOURNISSEURS TIERS NE SERONT PAS RESPONSABLES DES DOMMAGES POUR VIOLATION DE TOUTE GARANTIE OU CONDITION EXPRESSE OU IMPLICITE, VIOLATION DE CONTRAT, NÉGLIGENCE, RESPONSABILITÉ ABSOLUE OU TOUTE AUTRE THÉORIE LÉGALE RELATIVE AUX LOGICIELS SONY, AUX SERVICES, AU CONTENU OU À CE CLU.
Certaines juridictions ne permettent pas les exclusions ou les limites aux dommages consécutifs ou indirects, les exclusions ou les limites sur les

garanties ou conditions implicites ou permettent les limites sur la durée d'une garantie implicite, et par conséquent, les limites ou les exclusions précédentes peuvent ne pas s'appliquer à votre cas.

**GARANTIE LIMITÉE SUR LES MÉDIAS**

Dans les cas où les Logiciels Sony ou toute partie de ces derniers sont fournis sur médias, Sony garantit que pendant une période de quatre-vingt-dix (90) jours à compter de la date où ils vous sont remis, les médias sur lesquels les Logiciels Sony vous sont fournis seront exempts de défauts de matériaux et de fabrication sous une utilisation normale. Cette garantie limitée ne s'applique qu'à vous le licencié original. L'entière responsabilité de Sony et votre seul remède seront le remplacement des médias ne répondant pas à la garantie limitée de Sony. TOUTES LES GARANTIES IMPLICITES OU CONDITIONS SUR LES MÉDIAS, Y COMPRIS LES GARANTIES ET LES CONDITIONS IMPLICITES DE VALEUR MARCHANDE, D'ABSENCE DE CONTREFAÇON ET/ OU D'ADAPTATION À UN USAGE PARTICULIER, SE LIMITENT EN TEMPS À QUATRE-VINGT-DIX (90) JOURS À COMPTER DE LA DATE DE LIVRAISON. CERTAINES JURIDICTIONS NE PERMETTENT PAS LES LIMITES SUR LA DURÉE D'UNE GARANTIE OU CONDITION IMPLICITES, ET PAR CONSÉQUENT, CES LIMITES PEUVENT NE PAS S'APPLIQUER À VOTRE CAS. CETTE GARANTIE VOUS DONNE DES DROITS LÉGAUX PRÉCIS ET VOUS POUVEZ AUSSI AVOIR D'AUTRES DROITS QUI VARIENT D'UNE JURIDICTION À L'AUTRE.

**FRAIS**

Sony et ses Fournisseurs tiers se réservent le droit en tout temps d'exiger des frais pour l'accès à un nouveau Contenu ou à de nouveaux Services ou à des parties du Contenu et des Services existants ou aux Service dans leur totalité. De plus, les Fournisseurs tiers peuvent imposer des frais pour accéder à leur Contenu. Vous ne devrez jamais payer des frais pour accéder au Contenu et/ou aux Services, en tout ou en partie, à moins que Sony et/ou un Fournisseur tiers n'aient obtenu votre accord préalable pour payer de tels frais. Cependant, si vous ne consentez pas à de tels frais, vous ne pourrez pas accéder au Contenu ou aux Services auxquels ces frais s'appliquent.

**PROPRIÉTÉ INTELLECTUELLE / AVIS DE REVENDICATIONS POUR LES VIOLATIONS AUX DROITS DE PROPRIÉTÉ INTELLECTUELLE ET AGENT POUR L'AVIS**

Sony respecte la propriété intellectuelle des autres et nous vous demandons de faire de même. Sony a comme politique, à sa discrétion selon le cas, de (a) terminer et/ou désactiver le Contenu de Fournisseurs tiers ou les comptes des utilisateurs des Services qui peuvent porter atteinte ou porter atteinte à maintes reprises aux droits d'auteur ou à la propriété intellectuelle de Sony, de ses Fournisseurs

tiers ou d'autres; et/ou (b) faire parvenir les rapports de violations des droits d'auteur aux Fournisseurs tiers et autres pour révision et action conformément aux conditions établies dans les procédures d'un tel Fournisseur tiers relativement à la protection des droits de propriété intellectuelle. Les Logiciels Sony et le Contenu sont protégés par les lois sur les droits d'auteur et des traités internationaux sur les droits d'auteur, ainsi que par d'autres lois et traités sur la propriété intellectuelle. Il peut y avoir des logos exclusifs, des marques de service, des marques de commerce, des ressemblances et des noms de commerce dans les Logiciels Sony, le Contenu ou sur les Services. En rendant les Logiciels Sony et le Contenu disponibles sur les Services, Sony et les Fournisseurs tiers ne vous accordent pas le droit d'utiliser ces logos exclusifs, ces marques de service, ces marques de commerce, ces ressemblances

■ es noms de commerce. Toute utilisation non autorisée des Logiciels Sony, des Services ou du Contenu peut violer les lois sur les droits d'auteur, les lois sur les marques de commerce, les lois sur la vie privée et la publicité, ainsi que des statuts criminels et civils. Tous les droits, titres et intérêts dans et envers les Logiciels Sony et le Contenu et tous les exemplaires ou parties de ces derniers, appartiennent à Sony, ses donneurs de licence, aux Tiers donneurs de licence et/ou aux Fournisseurs tiers. Tous les droits non spécifiquement accordés en vertu de ce CLU sont réservés à Sony, ses donneurs de licence, aux Tiers donneurs de licence, aux fournisseurs et/ou aux Tiers fournisseurs.
Vous êtes responsable de toutes vos activités relatives aux présentes, y compris toute responsabilité légale encourue relative à l'accès, à la navigation ou à l'utilisation des Services par vous ou par d'autres qui utilisent les Services par l'entremise de votre produit Sony ou de votre Compte (tels qu'ils sont définis dans la section Compte d'utilisateur).
Vous pouvez utiliser les Logiciels Sony, les Services et le Contenu à des fins légales seulement. Vous ne pouvez pas distribuer, échanger, modifier, vendre ou transmettre quoi que ce soit que vous pouvez copier des Logiciels Sony, des Services ou du Contenu, y compris sans en exclure d'autres, des données, des textes, des logiciels, des ressemblances, des photographies, des images, des graphiques, du son, de la musique, de l'audio, de la vidéo, des messages et des étiquettes pour tout besoin d'affaire, commercial ou public. Vous acceptez de plus de ne pas interrompre/perturber ou tenter d'interrompre/ perturber l'exploitation des Logiciels Sony, des Services ou du Contenu de toute façon qui soit.
Si vous croyez que votre travail a été copié de toute façon qui constitue une violation à un droit d'auteur ou que vos droits de propriété intellectuelle n'ont pas été respectés, veuillez d'abord communiquer avec le Fournisseur tiers pour ce Service en particulier. Si vous ne pouvez pas communiquer avec un tel Fournisseur tiers ou si le contenu en question appartient à Sony, vous pouvez communiquer avec

l'agent de propriété intellectuelle de Sony (indiqué ci-dessous) en incluant les renseignements suivants dans un avis écrit : (a) une signature électronique ou physique de la personne autorisée à agir au nom du propriétaire du droit d'auteur ou de la propriété intellectuelle; (b) une description du travail protégé par un droit d'auteur ou de la propriété intellectuelle que vous alléguez a été violée; (c) une description du Service en particulier et l'endroit où le document que vous alléguez a été violé se trouve sur un tel Service avec suffisamment de détails afin que nous puissions trouver le document; (d) votre adresse, numéro de téléphone et adresse électronique; (e) une déclaration par vous que vous croyez de bonne foi que l'utilisation contestée n'est pas autorisée par le propriétaire du droit d'auteur ou de la propriété intellectuelle, son agent ou la loi; et (f) une déclaration par vous, effectuée sous peine de parjure, que les renseignements indiqués dans votre avis sont exacts et que vous êtes le propriétaire du droit d'auteur ou de la propriété intellectuelle ou autorisé à agir au Property Agent, c/o Sony Electronics Inc., 16530 Via Esprillo, San Diego, CA 92127 É.-U.; télécopieur (858) 942-1111; Courriel : IPagent@am.sony.com.

**INDEMNISATION**

Vous acceptez d'indemniser, de défendre et de garantir Sony et tous ses agents, directeurs, dirigeants, employés, fournisseurs de renseignements et parents directs et indirects (collectivement,
les « Parties indemnisées ») contre toutes les responsabilités et tous les frais (y compris, sans en exclure d'autres, les frais et honoraires d'avocat) encourus par les Parties indemnisées relativement à toute revendication survenant de (i) toute violation ou présumée violation par vous à ce CLU quel qu'en soit le moyen, (ii) tout renseignement que vous soumettez à Sony en vertu des présentes, (iii) toute violation ou présumée violation par vous des droits d'un tiers, (iv) tout dommage causé ou présumé ayant été causé
par vous aux Logiciels Sony, aux Services ou au Contenu. L'avocat que vous choisirez pour défendre ou régler une revendication doit être approuvé par Sony et/ou la(les) Partie(s) indemnisée(s) avant que cette personne soit retenue pour vous représenter et Sony et/ou la(les) Partie(s) indemnisée(s). Vous et votre avocat collaborerez aussi raisonnablement qu'il est requis par la(les) Partie(s) indemnisée(s) pour défendre ou régler toute revendication. Sony et/ou la(les) Partie(s) indemnisée(s) se réservent
le droit, à leurs propres frais, d'assumer la défense ou le règlement exclusifs et le contrôle de tout litige assujetti à une indemnisation de votre part. Vous ne devrez dans aucun cas consentir à un jugement, règlement, saisie ou privilège ou à tout autre acte défavorable aux intérêts de Sony ou de la Partie indemnisée sans le consentement préalable écrit de Sony et/ou de la(les) Partie(s) indemnisée(s).

**FONCTION DE MISE À NIVEAU AUTOMATIQUE
/ MODIFICATION DU CLU RELATIVEMENT AUX SERVICES**

De temps à autre, Sony ou des tiers peuvent automatiquement mettre à jour ou autrement modifier les Logiciels Sony, par exemple, sans en exclure d'autres, dans le but de corriger des erreurs, d'améliorer des caractéristiques ou de rehausser
les fonctions de sécurité. De telles mises à jour ou modifications peuvent changer ou effacer la nature de caractéristiques ou d'autres aspects des Logiciels Sony, y compris des caractéristiques sur lesquelles vous pouvez compter. Vous acceptez par les présentes que de telles activités puissent se produire à l'entière discrétion de Sony et que Sony peut conditionner l'utilisation continue des Logiciels Sony sur votre installation complète ou accord à de telles mises à jour ou modifications. Sony peut ajouter, modifier ou retirer toute partie, modalité ou condition du CLU qui s'applique aux Logiciels Sony, aux Services et/ou au Contenu en tout temps sans vous donner de préavis. De telles additions, modifications ou suppressions ou de telles modalités affichées dans la fonction du site Web applicable s'appliqueront dès qu'elles seront affichées. En continuant à utiliser le logiciel Sony
ou à accéder aux Services, aux Services de contenu Sony, au Contenu et/ou au Contenu Sony après
leur affichage, vous indiquez que vous les acceptez. SONY PEUT AJOUTER, MODIFIER, SUPPRIMER, RETIRER OU SUSPENDRE L'UN OU L'AUTRE DES SERVICES OU DES SERVICES DE CONTENU SONY, DE FAÇON TEMPORAIRE OU PERMANENTE, À TOUT MOMENT, SANS VOUS AVISER PRÉALABLEMENT ET SANS RESPONSABILITÉ. SANS PORTER ATTEINTE AUX AUTRES DROITS, SONY PEUT SUSPENDRE
OU METTRE FIN À CE CLU CONCERNANT LES SERVICES, LES SERVICES DE CONTENU
SONY, LE CONTENU ET/OU LE CONTENU SONY IMMÉDIATEMENT APRÈS VOUS AVOIR AVISÉ SI VOUS NE VOUS CONFORMEZ PAS AUX CONDITIONS
DE CE CLU. Sony peut engager tout
remède légal et technique pour empêcher la violation et/ou pour faire respecter ce CLU, y compris, sans en exclure d'autres, la terminaison immédiate de votre accès aux Services si Sony croit, à sa discrétion, que vous violez ce CLU.

**ACTIVITÉS À RISQUÉ ÉLEVÉ**

Les Logiciels Sony ne sont pas insensibles aux défaillances et n'ont pas été conçus, fabriqués ou ne sont pas destinés à une utilisation ou à la revente à titre d'équipement de contrôle en ligne dans des
environnements dangereux nécessitant un rendement à sécurité intégrée comme pour le fonctionnement d'installations nucléaires, de navigation aérienne
ou de systèmes de communication, du contrôle de la circulation aérienne, d'appareils de survie ou de systèmes d'arme dans lesquels la défaillance des Logiciels Sony pourrait entraîner un décès,
une blessure ou des dommages physiques ou environnementaux graves (« Activités à risque élevé »). SONY, CHACUN DES TIERS DONNEURS DE LICENCE ET CHACUNE DE LEUR SOCIÉTÉ AFFILIÉE RENONCENT SPÉCIFIQUEMENT À TOUTE GARANTIE EXPRESSE OU IMPLICITE OU CONDITION D'ADAPTATION AUX ACTIVITÉS À RISQUE ÉLEVÉ.

**RESTRICTIONS SUR L'EXPORTATION DE LA TECHNOLOGIE DE CHIFFREMENT**

Les Logiciels Sony et le Contenu peuvent comprendre de la technologie de chiffrement. Vous reconnaissez que toute exportation des Logiciels Sony ou du Contenu comprenant de la technologie de chiffrement des États-Unis ou toute réexportation subséquente de tels logiciels par une personne située à l'extérieur des États-Unis nécessite une licence ou autre autorisation de la part du Bureau de l'industrie et de la sécurité
du Département du commerce des É.-U. Vous reconnaissez de plus que les Logiciels Sony ou le Contenu comprenant de la technologie de chiffrement et obtenus de Sony ne sont pas destinés à être utilisés par un utilisateur d'un gouvernement étranger.
En acceptant ce contrat de licence, vous acceptez de respecter toutes les lois et les règlements
applicables sur l'exportation relativement à l'achat et l'utilisation du produit Sony étant acquis, y compris sans en exclure d'autres, les règlements concernant le contrôle d'exportation d'articles cryptographiques et de ne pas transférer ou autoriser le transfert des Logiciels Sony ou du Contenu vers un pays interdit ou autrement en violation de telles restrictions ou règles.

**DROITS LIMITÉS DU GOUVERNEMENT DES É.-U.**

Les Logiciels Sony sont fournis avec des DROITS LIMITÉS. L'utilisation, la duplication ou la divulgation par le gouvernement des États-Unis sont soumises aux restrictions établies dans les sous-paragraphes (c)(1) et (c)(2) de la disposition des logiciels commerciaux à FAR 52.227 19, et le sous-paragraphe
(c) (i)(ii) des droits dans la disposition des logiciels informatiques et données techniques à DOD
FAR 252.227-7013 et toute loi ou tout règlement comparable fédéral, provincial ou local. Le fabricant est Sony Electronics Inc., 16530 Via Esprillo, San Diego, CA 92127 É.-U.

**RENONCIATION À UN PROCÈS DEVANT JURY**

LES PARTIES AUX PRÉSENTES RENONCENT AU PROCÈS PAR JURY EN CE QUI CONCERNE TOUT CONFLIT ISSU OU CONCERNANT CE CLU. Toute
cause d'action que vous pouvez avoir relativement à votre utilisation des Services doit être entamée dans un délai d'un (1) an après la survenance de la revendication ou de la cause d'action.

**CONTRAT INTÉGRAL, AVIS, RENONCIATION, DIVISIBILITÉ**

Ce CLU, la garantie limitée accompagnant le produit

Sony, la politique de confidentialité de Sony en vigueur à ce moment et toutes les conditions et modalités affichées sur les Services, ensemble représentent le contrat intégral entre vous et Sony en ce qui concerne le produit Sony, les Logiciels Sony, les Services et le Contenu. Tout avis de Sony relatif aux présentes peut être effectué par lettre, courriel ou affichage sur les Services. Toute défaillance de Sony à exercer ou à faire observer un droit ou une disposition de ce CLU ne représente pas une renonciation à un tel droit ou une telle disposition. Si une partie de ce CLU est reconnu invalide, illégale ou inexécutable, cette disposition sera observée dans la plus grande mesure permise en vue de respecter l'intention de ce CLU et les autres parties demeureront en vigueur.

**BÉNÉFICIAIRE TIERS**

Chaque Tiers donneur de licence et chaque Fournisseur tiers sont des bénéficiaires tiers exprès envisagés et auront le droit de faire observer chaque disposition de ce CLU relativement aux logiciels, services et contenu, le cas échéant, d'une telle partie.

**DURÉE**

Ce CLU est en vigueur jusqu'à ce qu'il soit résilié. Sony peut résilier ce CLU immédiatement si vous ne vous conformez pas à ses conditions en vous remettant un avis. Dans un tel cas, vous devez détruire les Logiciels Sony et la documentation connexe et toutes les copies que vous en avez
faites. De plus, dès la résiliation, vous n'aurez aucun recours contre Sony, ses sociétés affiliées, ses Tiers donneurs de licence ou ses Fournisseurs tiers pour votre incapacité à utiliser les Logiciels Sony ou la documentation connexe, les Services ou le Contenu.

**ANNULATION DE L'ENREGISTREMENT DE VOTRE APPAREIL**

Si vous retournez votre produit Sony au vendeur, envoyez votre produit Sony conformément à ce CLU, ou si ce CLU est terminé, vous acceptez :
(i) d'annuler l'enregistrement du produit Sony en supprimant tous les comptes que vous avez créé ou auxquels vous avez accédé avec le produit Sony ; et
(ii) de nom du propriétaire du droit d'auteur ou de la propriété intellectuelle. L'agent de Sony concernant les revendications de violation de droit d'auteur ou de propriété intellectuelle est le suivant : Intellectual réinitialiser le produit Sony aux paramètres d'usine. VOUS ÊTES ENTIÈREMENT RESPONSABLE DE RESPECTER LA CONFIDENTIALITÉ DES COMPTES QUE VOUS AVEZ AVEC DES TIERS ET DE TOUT NOM D'UTILISATEUR ET MOT DE PASSE ASSOCIÉ À VOTRE UTILISATION DU PRODUIT SONY.

**RÉSOUDRE DES CONFLITS ; ARBITRAGE ; COUR DES PETITES CRÉANCES**

Ce CLU ne sera en aucun cas gouverné ni interprété en référence à une loi basée sur la Loi américaine

sur l'uniformisation des transactions informatiques (UCITA) ou toute autre loi dérivée ou reliée à l'UCITA. De plus, la Convention des Nations-unies sur les contrats pour la Vente internationale de marchandises ne s'applique pas à ce CLU.
En cas de conflit, vous acceptez de nous en informer au préalable en contactant Sony Electronics Inc. à 16530 Via Esprillo, San Diego, California 92127,
Attn : Legal Department, et d'engager en toute bonne foi des négociations afin d'essayer de résoudre tout conflit pendant au moins 14 jours. Cependant, vous ou Sony (ou l'une de ses filiales) pouvez passer cette procédure de négociation informelle en cas de conflit concernant l'application, la protection ou la validité de vos droits de propriété intellectuelle. « Conflit » est défini comme un désaccord, un grief, une réclamation, une controverse ou une procédure entre vous et toute entité de Sony concernant ou survenant des produits Sony, des logiciels Sony, du Contenu et des Services. Conflit doit être entendu dans sa plus large signification.

**TOUT CONFLIT NON RÉSOLU PAR LE PROCESSUS DE NÉGOCIATION INFORMEL DÉCRIT CI-DESSUS DOIT ÊTRE RÉSOLU EXCLUSIVEMENT PAR UN ARBITRAGE EXÉCUTOIRE.**

Pour commencer un arbitrage, vous ou Sony devez en faire une demande écrite à l'autre partie.
L'arbitrage sera réalisé devant un seul arbitre. Il sera administré selon les Procédures expéditives des Règles d'arbitrage commercial, et les Procédures supplémentaires pour les conflits de consommateur si applicable (« Règles ») de l'Association américaine d'arbitrage (« AAA ») ayant effet lorsque la réclamation est déposée. Vous pouvez obtenir une copie des Règles AAA en contactant l'AAA au (800) 778-7879 ou en consultant le site www.adr. org. Les droits de dépôt pour lancer et poursuivre l'arbitrage seront partagés entre vous et nous, mais vos frais ne devront en aucun cas excéder le montant allouable par les règles spéciales pour
les Conflits de consommateurs fournies par l'AAA, et Sony couvrira alors tous les frais et dépenses administratives supplémentaires. Cela n'interdit pas l'arbitre d'incomber à la partie gagnante les frais et dépenses d'arbitrage si approprié selon
les Règles. Sauf si vous et nous nous accordons différemment, l'arbitrage aura lieu dans le comté et l'état de votre résidence, et les lois fédérales ou d'état applicables gouverneront le fond de tout conflit. La Loi américaine d'arbitrage fédéral, 9 U.S.C. § 1, et suiv., gouvernera l'arbitrage en lui-même et non une loi d'état sur l'arbitrage. La décision de l'arbitre sera exécutoire et finale, sauf en cas de droit limité d'appel selon la Loi américaine d'arbitrage fédéral. L'arbitre peut remettre une décision déclaratoire ou une injonction

uniquement en faveur de la partie en ayant fait la demande, et uniquement dans la mesure nécessaire pour obtenir réparation garantie par cette réclamation individuelle. Tout tribunal compétent

au regard des parties peut renforcer la décision de l'arbitre.

Malgré les mentions ci-dessus, vous avez le droit d'intenter une action en justice pour tout conflit auprès de la cour des petites créances ou autre cour similaire à juridiction limitée aux États-Unis, dans la mesure où le montant final ne dépasse pas 15 000 $, et tant que cette cour dispose des compétences nécessaires et que toutes les autres exigences (y compris le montant de controverse) sont respectées. Sauf mention expresse dans ce CLU, vous pouvez refuser les changements faits à la prévision d'arbitrage exécutoire si : (1) vous avez déjà commencé à utiliser le produit Sony autorisé au moment où le changement a été fait ; et (2) vous envoyez une notification écrite à l'adresse indiquée au paragraphe précédent dans les 30 jours suivant le changement. Dans ce cas, vous serez toujours lié aux procédures de conflit que vous avez préalablement acceptées et existantes avant que le changement que vous rejetez soit effectué.

Tout conflit déterminé comme non soumis à l'arbitrage et non intenté en cour des petites créances sera poursuivi en justice par l'une des parties dans un tribunal compétente, soit au Tribunal supérieur du Comté de San Diego, soit au Tribunal du district des États-Unis pour le District sud de Californie.

Sauf mention contraire pour les faits précités, chaque partie peut entamer un contentieux immédiatement concernant tout sujet survenant ou lié au présent Contrat pour lequel des mesures de redressement

en Équité (ou type équivalent de recours juridique d'urgence) sont recherchées. Vous acceptez que toute violation ou non-conformité avec les termes de ce CLU constitueront une pratique commerciale illégale et déloyale, et causera des dommages irréparables

à Sony, ses filiales ou donneurs de licence tiers, pour lesquels des dommages monétaires seraient inadaptés, et vous consentez à ce que Sony obtienne

les mesures de redressement en Équité ou injonctions que Sony estime nécessaires ou appropriées dans ces circonstances. Ces recours s'ajoutent à d'autres recours disponibles pour Sony sous contrat, en justice ou en équité.

**AVIS ET LICENCES POUR LE LOGICIEL UTILISÉ DANS CE PRODUIT**

Ce produit comporte certains logiciels source libre ou autres logiciels issus de tiers, sujets à la Licence publique générale GNU (GPL), à la Librairie GNU/ Licence générale publique limitée (LGPL) et des licences, avertissements et avis de droits d'auteur différents et/ou supplémentaires. Les termes

exacts de GPL et LGPL, parmi d'autres licences, avertissements et avis sont reproduits dans le menu de ce produit.

Les codes sources de ces logiciels et de ces composants peuvent être obtenus à partir du lien hypertexte suivant :
http://oss.sony.net/Products/Linux/

**COMMENTAIRES**

Si vous avez des questions concernant ce CLU, vous pouvez contacter Sony en écrivant à Sony Technical Response Center, 12451 Gateway Boulevard, Fort Myers, Florida 33913, États-Unis.
© 2014 Sony Electronics Inc. Tous droits réservés.

=========================================
**LOGICIEL FREETYPE2**

Ce logiciel repose en partie sur le travail de la FreeType Team.

=========================================
**zlib.h -- interface de la bibliothèque de compression à usage général « zlib »**

version 1.2.5, 19 avril 2010

Copyright (C) 1995-2010 Jean-loup Gailly et Mark Adler

Ce logiciel est fourni « tel quel », sans aucune garantie expresse ou implicite. En aucun cas les auteurs ne pourront être tenus responsables pour tous dommages découlant de l'utilisation de ce logiciel.

L'autorisation est accordée à toute personne d'utiliser ce logiciel pour quelque usage que ce soit, y compris des applications commerciales, et de le modifier et le redistribuer librement, sous réserve des restrictions suivantes :

**1.** L'origine de ce logiciel ne doit pas être dénaturée, vous ne devez pas prétendre avoir écrit le logiciel original. Si vous utilisez ce logiciel dans un produit, il n'est pas nécessaire de le mentionner dans la notice du produit mais cela serait apprécié.

**2.** Les versions sources modifiées doivent être clairement identifiées comme telles, et ne doivent pas être déclarées comme étant le logiciel original.

**3.** Le présent avis ne peut être supprimé ou modifié de toute distribution de la source.

Jean-loup Gailly Mark Adler

=========================================
**libpng**

La présente copie des avis libpng est fournie pour votre commodité. En cas de divergence entre cette copie et les avis du fichier png.h inclus dans la distribution libpng, ces derniers prévalent.

AVIS DE DROITS D'AUTEUR, AVIS DE NON- RESPONSABILITÉ et LICENCE :

Si vous modifiez libpng, vous pouvez insérer d'autres avis immédiatement après cette phrase.

Ce code est publié sous la licence libpng.

Les versions libpng 1.2.6 du 15 août 2004 à la
1.6.14 du 23 octobre 2014 portent le Copyright (c) 2004, 2006-2014 Glenn Randers-Pehrson, et sont

distribuées avec le même avis de non-responsabilité et licence que ceux de libpng-1.2.5 avec la personne suivante ajoutée à la liste des Auteurs contributeurs :

   Cosmin Truta

Les versions libpng 1.0.7 du 1er juillet 2000 à la 1.2.5 du 3 octobre 2002 portent le Copyright (c) 2000-2002 Glenn Randers-Pehrson, et sont distribuées avec le même avis de non-responsabilité et licence que ceux de libpng-1.0.6 avec les personnes suivantes ajoutées à la liste des Auteurs contributeurs :

Simon-Pierre Cadieux Eric S. Raymond Gilles Vollant

et avec les ajouts suivants à l'avis de non- responsabilité :

Il n'existe aucune garantie contre les interférences avec votre utilisation de la bibliothèque ou contre la contrefaçon. Il n'existe aucune garantie que

nos efforts ou la bibliothèque rempliront tous vos objectifs ou besoins particuliers. Cette bibliothèque est fournie avec tous ses défauts, l'utilisateur prend à sa charge la totalité des risques de qualité satisfaisante, de performances, d'exactitude et d'effort.

Les versions libpng 0.97 de janvier 1998 à la 1.0.6 du 20 mars 2000 portent le Copyright (c) 1998, 1999 Glenn Randers-Pehrson, et sont distribuées avec le même avis de non-responsabilité et licence que ceux de libpng-0.96 avec les personnes suivantes ajoutées à la liste des Auteurs contributeurs :

Tom Lane
Glenn Randers-Pehrson Willem van Schaik

Les versions libpng 0.89 de juin 1996 à la 0.96 de mai 1997 portent le Copyright (c) 1996, 1997 Andreas Dilger Distributed, et sont distribuées avec le même avis de non-responsabilité et licence que ceux de libpng-0.88 avec les personnes suivantes ajoutées à la liste des Auteurs contributeurs :

John Bowler Kevin Bracey Sam Bushell
Magnus Holmgren Greg Roelofs
Tom Tanner

Les versions libpng 0.5 de mai 1995 à la 0.88, de janvier 1996, portent le Copyright (c) 1995, 1996 Guy Eric Schalnat, Group 42, Inc.

Aux fins du présent avis de droits d'auteur et de la licence, les « Auteurs contributeurs » sont définis comme l'ensemble de personnes suivantes :

Andreas Dilger Dave Martindale Guy Eric Schalnat Paul Schmidt Tim Wegner

La bibliothèque de référence PNG est fournie « TELLE QUELLE ». Les Auteurs contributeurs et Group 42, Inc. déclinent toute garantie, expresse ou implicite,

y compris sans s'y limiter les garanties de qualité marchande et d'adaptation à tout usage. Les Auteurs contributeurs et Group 42, Inc. n'assument aucune responsabilité pour les dommages directs, indirects, accessoires, particuliers, exemplaires ou consécutifs pouvant résulter de l'utilisation de la bibliothèque

de référence PNG, même s'ils ont été informés de l'éventualité de tels dommages.

L'autorisation est donnée, par la présente, d'utiliser, de copier, de modifier et de distribuer ce code source, ou l'une de ses parties, à toutes fins, sans frais, sous réserve des restrictions suivantes :

**1.** L'origine de ce code source ne doit pas être dénaturée.

**2.** Les versions modifiées doivent être clairement identifiées comme telles, et ne doivent pas être déclarées comme étant la source originale.

**3.** Cet avis de droits d'auteur ne peut être retiré ou modifié de n'importe quelle source ou de la distribution source modifiée.

Les Auteurs contributeurs et le Group 42, Inc. autorisent en particulier, sans frais, et encouragent l'utilisation de ce code source en tant que composant pour la prise en charge du format de fichier PNG dans des produits commerciaux. Si vous utilisez ce code source dans un produit, il n'est pas nécessaire de le mentionner mais cela serait apprécié.

Une fonction « png_get_copyright » est disponible, pour une utilisation pratique dans les boîtes « à propos » et similaires:

printf("%s",png_get_copyright(NULL));

Par ailleurs, le logo PNG (au format PNG, bien entendu) est fourni dans les fichiers « pngbar.png »,
« pngbar.jpg » (88x31) et « pngnow.png » (98x31).

Libpng est OSI Certified Open Source Software. OSI Certified Open Source est une marque de certification pour l'Open Source Initiative.

Glenn Randers-Pehrson
glennrp at users.sourceforge.net 23 octobre 2014

=========================================
**Logiciel JPEG libre de l'Independent JPEG Group**

Les auteurs ne font AUCUNE GARANTIE ni déclaration, expresse ou implicite, concernant ce logiciel, sa qualité, sa fiabilité, sa valeur marchande ou son adaptation à un usage particulier. Ce logiciel est fourni « TEL QUEL » et vous, son utilisateur, assumez tous les risques quant à sa qualité et sa fiabilité.

Ce logiciel est protégé par Copyright (C) 1991-1998, Thomas G. Lane.
Tous droits réservés, saufs ceux mentionnés ci-après.

L'autorisation est donnée, par la présente, d'utiliser, de copier, de modifier et de distribuer ce logiciel, ou l'une de ses parties, à toutes fins, sans frais, sous réserve des restrictions suivantes :

 **(1)** Si l'une des parties du code source de ce logiciel est distribuée, alors le fichier README doit être inclus, avec son avis de droits d'auteur et de

non-garantie inchangé ; et tout ajout, suppression ou modification aux fichiers d'origine doit être clairement indiqué dans la documentation jointe.

 **(2)** Si seul le code exécutable est distribué, alors la documentation jointe doit mentionner que
« ce logiciel est basé en partie sur le travail de l'Independent JPEG Group ».

 **(3)** L'autorisation d'utiliser ce logiciel n'est accordée que si l'utilisateur accepte l'entière responsabilité
de toute conséquence non souhaitée ; les auteurs n'acceptent AUCUNE RESPONSABILITÉ pour tout dommage pouvant survenir.

Ces restrictions s'appliquent à tout logiciel dérivé ou basé sur le code IJG, et pas uniquement sur la bibliothèque non modifiée. Si vous utilisez notre travail, vous devez nous en informer.

AUCUNE autorisation n'est accordée pour l'utilisation du nom d'un auteur ou d'une société d'IJG dans des annonces ou publicités liées à ce logiciel ou aux produits en dérivant. Ce logiciel peut uniquement être référé comme « le logiciel de l'Independent JPEG Group ».

Nous autorisons de façon spécifique et encourageons l'utilisation de ce logiciel comme étant la base de produits commerciaux, pourvu que toute réclamation de garantie ou de responsabilité est assumée par le vendeur du produit.

ansi2knr.c est inclus dans sa distribution par autorisation de L. Peter Deutsch, unique propriétaire du titre des droits d'auteur, Aladdin Enterprises of Menlo Park, CA. ansi2knr.c n'est PAS couvert par les droits d'auteur et les conditions mentionnés ci-dessus, mais par les termes de distribution usuels de la Free Software Foundation ; ces termes mentionnent principalement que vous devez inclure le code source si vous le redistribuez. (Consulter le fichier ansi2knr.c pour plus de détails.) Cependant, puisqu'ansi2knr.c n'est pas nécessaire cimme partie d'un programme généré depuis le code IJG, il n'existe pas plus de limitations que celles mentionnées aux paragraphes ci-après.

Le script de configuration Unix « configure » a été produit par GNU Autoconf. Les droits d'auteur sont détenus par la Free Software Foundation, mais il peut être distribué librement. Elle détient également les scripts supports (config.guess, config.sub, ltconfig, ltmain.sh). Un autre script support, install-sh, est sous Copyright par M.I.T., mais peut également être distribué librement.

L'option de codage arithmétique du JPEG spec est

couverte par un brevet détenu par IBM, AT&T et Mitsubishi. Par conséquent, le codage arithmétique ne peut légalement pas être utilisé sans l'obtention d'une ou de plusieurs licences. Pour cette raison, le support du codage arithmétique a été retiré du logiciel JPEG gratuit. (Puisque le codage arithmétique n'offre qu'un gain marginal au mode Huffman non breveté, il est peu probable que de nombreuses implémentations le supportent.) Aussi, à notre connaissance, il n'existe aucune restriction de brevet sur le reste du code.

La distribution IJG incluait auparavant un code pour lire et écrire des fichiers GIF. Afin d'éviter toute confusion avec le brevet Unisys LZW, le support de lecture de GIF a été retiré et le support d'écriture de GIF a été simplifié, pour produire des « GIF non compressés ». Cette technique n'utilise pas l'algorithme LZW ; les fichiers GIF résultants sont plus grands que la normale, mais sont lisibles par tous les décodeurs GIF standards.

Nous devons mentionner que

> « Le Graphics Interchange Format(c) est la propriété Copyright du CompuServe Incorporated. GIF(sm) est une marque de service propriété de CompuServe Incorporated. »

==========================================

préalable du OpenSSL Project.

**6.** Les redistributions sous toute forme doivent indiquer la mention suivante : « Ce produit inclut un logiciel développé par OpenSSL Project, pour être utilisé dans l'OpenSSL Toolkit (http://www.openssl. org/) »

CE LOGICIEL EST FOURNI « TEL QUEL » PAR OpenSSL PROJECT ET TOUTES LES GARANTIES EXPRESSES OU IMPLICITES, Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER SONT DÉCLINÉES. OpenSSL PROJECT OU SES CONTRIBUTEURS NE SERONT AUCUNEMENT RESPONSABLES DES DOMMAGES DIRECTS, INDIRECTS, ACCESSOIRES, SPÉCIAUX, EXEMPLAIRES OU CONSÉCUTIFS (Y COMPRIS, SANS EN EXCLURE D'AUTRES, L'APPROVISIONNEMENT DE BIENS OU DE SERVICES DE REMPLACEMENT ; LA PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, OU L'INTERRUPTION D'ACTIVITÉS COMMERCIALES) QUELLES QU'EN SOIENT LA CAUSE ET LA THÉORIE DE RESPONSABILITÉ, PAR CONTRAT, RESPONSABILITÉ ABSOLUE OU CIVILE (Y COMPRIS LA NÉGLIGENCE OU AUTRE) SURVENANT DE QUELQUE FAÇON QUI SOIT DE L'UTILISATION DE CE LOGICIEL, MÊME SI AVERTIS DE LA POSSIBILITÉ DE TELS DOMMAGES.

**OpenSSL**

Copyright (c) 1998-2011 The OpenSSL Project. Tous droits réservés.

La redistribution et l'utilisation sous forme source et binaire, avec ou sans modifications, sont autorisées sous réserve que les conditions suivantes soient respectées :

**1.** Les redistributions du code source doivent conserver l'avis de copyright ci-dessus, cette liste de restrictions et l'avis de non-responsabilité ci-après.

**2.** Les redistributions sous forme binaire doivent reproduire l'avis de droits d'auteur précédents et présents, la présente liste de conditions et l'avertissement suivant dans la documentation et/ou les autres matériaux fournis dans la distribution.

**3.** Tous les supports de publicité mentionnant des caractéristiques ou l'utilisation de ce logiciel doivent afficher la mention suivante : « Ce produit inclut un logiciel développé par OpenSSL Project, pour être utilisé dans l'OpenSSL Toolkit. (http://www.openssl. org/) »

**4.** Les noms « OpenSSL Toolkit » et « OpenSSL Project » ne peuvent être utilisé pour soutenir ou promouvoir des produits dérivés de ce logiciel sans en avoir préalablement obtenu l'autorisation écrite. Pour obtenir une autorisation écrite, veuillez contacter openssl-core@openssl.org.

**5.** Les produits dérivés de ce logiciel ne peuvent être appelés « OpenSSL », et « OpenSSL » ne peut pas apparaître dans leur nom sans l'autorisation écrite

Ce produit inclut un logiciel cryptographique écrit par Eric Young (eay@cryptsoft.com). Ce produit inclut un logiciel écrit par Tim Hudson (tjh@cryptsoft.com).



Licence originale SSLeay
----------------------
Copyright (C) 1995-1998 Eric Young (eay@cryptsoft. com) Tous droits réservés.

Ce lot est une implémentation SSL écrite par Eric Young (eay@cryptsoft.com). L'implémentation a été écrite de façon à se conformer au Netscapes SSL.

Cette bibliothèque est libre d'utilisation commerciale et non-commerciale, tant que les conditions suivantes sont respectées. Les conditions suivantes s'appliquent à tout code trouvé dans cette distribution, qu'il s'agisse des codes RC4, RSA, lhash, DES, etc., et pas uniquement du code SSL. La documentation SSL incluse dans cette distribution est
couverte par les mêmes termes de droit d'auteur, sauf que le titulaire est Tim Hudson (tjh@cryptsoft.com).

Les droits d'auteur reviennent à Eric Young, et tout avis de droit d'auteur présent dans le code ne doit pas être enlevé. Si ce lot est utilisé dans un produit, Eric Young doit recevoir une attribution en tant qu'auteur des parties utilisées de la bibliothèque. Cela peut être sous la forme d'un message texte au démarrage du programme ou dans une documentation (en ligne ou sur papier) fournie avec le lot.

La redistribution et l'utilisation sous forme source et binaire, avec ou sans modifications, sont autorisées sous réserve que les conditions suivantes soient

respectées :

**1.** Les redistributions du code source doivent conserver l'avis de copyright, cette liste de restrictions et l'avis de non-responsabilité ci-après.

**2.** Les redistributions sous forme binaire doivent reproduire l'avis de droits d'auteur précédents
et présents, la présente liste de conditions et l'avertissement suivant dans la documentation et/ou les autres matériaux fournis dans la distribution.

**3.** Tous les supports de publicité mentionnant des caractéristiques ou l'utilisation de ce logiciel doivent afficher la mention suivante : « Ce produit inclut un logiciel cryptographique écrit par Eric Young (eay@ cryptsoft.com) ». Le mot « cryptographique » peut être oublié si les éléments utilisés de la bibliothèque ne sont pas cryptographiques).

**4.** Si vous incluez un code spécifique Windows (ou en dérivant) depuis le répertoire des applications (code d'application), vous devez inclure une mention : « Ce produit inclut un logiciel écrit par Tim Hudson (tjh@ cryptsoft.com) »

CE LOGICIEL EST FOURNI « TEL QUEL » PAR ERIC YOUNG ET TOUTES LES GARANTIES EXPRESSES OU IMPLICITES, Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER SONT DÉCLINÉES. L'AUTEUR OU LES CONTRIBUTEURS NE SERONT AUCUNEMENT RESPONSABLES DES
DOMMAGES DIRECTS, INDIRECTS, ACCESSOIRES, SPÉCIAUX, EXEMPLAIRES OU CONSÉCUTIFS
(Y COMPRIS, SANS EN EXCLURE D'AUTRES, L'APPROVISIONNEMENT DE BIENS OU DE SERVICES DE REMPLACEMENT ; LA PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, OU L'INTERRUPTION D'ACTIVITÉS COMMERCIALES) QUELLES QU'EN SOIENT LA CAUSE ET LA THÉORIE DE RESPONSABILITÉ, PAR CONTRAT, RESPONSABILITÉ ABSOLUE OU CIVILE (Y COMPRIS LA NÉGLIGENCE OU AUTRE) SURVENANT DE QUELQUE FAÇON QUI SOIT DE L'UTILISATION DE CE LOGICIEL, MÊME SI AVERTIS DE LA POSSIBILITÉ DE TELS DOMMAGES.

La licence et les modalités de distribution de toute version publiquement disponible ou dérivée de ce code ne peuvent être modifiées. C'est à dire que ce code ne peut pas être simplement copié et placé sous une autre licence de distribution [y compris la licence publique GNU.]

=========================================
**LOGICIEL SOUS LICENCE GPL/LGPL**

Les composants suivants, employés pour le présent produit, sont soumis aux Contrats de licence GPL/ LGPL :

Linux kernel glibc
u-Boot loader

SAWMAN ALSA
fuse libusb
libusb-compat ntfsprogs e2fsprogs sysvinit
iconv samba Fusion SquashFS liveMedia libmtp
TeleText Font simple-mtpfs DirectFB qrencode Ffmpeg LibAV WebKit DfbVideoSink Mini-XML libcap libsecret
v4l-utils JavaScriptCore Mongoose bash
coreutils findutils gawk grep gzip inetutils iputils
module-init-tools net-tools
procps (ps, top) psmisc
sed tar
udhcpc
util-linux-ng

=========================================
**LICENCE PUBLIQUE GÉNÉRALE GNU**
        **Version 2, juin 1991**
Copyright (C) 1989, 1991 Free Software Foundation, Inc. 51 Franklin Street, Fifth Floor, Boston, MA 02110- 1301, USA
Chacun est autorisé à copier et à distribuer des exemplaires non modifiés du présent document de licence, mais pas à le modifier.

**Préambule**
La plupart des licences de logiciels sont conçues pour enlever au preneur de licence la liberté de les partager et de les modifier. Au contraire, la licence publique générale GNU est conçue pour garantir votre liberté de partager et de modifier le logiciel libre, de façon à faire en sorte qu'il soit accessible à tous les utilisateurs. Cette Licence Publique Générale couvre

la plupart des logiciels de la Free Software Foundation et tout autre programme dont les auteurs s'engagent à l'employer. (Certains autres logiciels de la Free Software Foundation sont couverts par la Licence Publique Générale GNU Limitée). Vous pouvez également l'employer pour vos programmes.

Lorsqu'on parle de logiciel libre, il s'agit bien de liberté et non de gratuité. Nos Licences Publiques Générales sont conçues pour que vous ayez la liberté de distribuer des copies des logiciels libres (et de vous faire rémunérer si vous le souhaitez), que vous obteniez ou que vous puissiez obtenir le code source, que vous puissiez modifier le logiciel ou en employer des parties dans de nouveaux programmes libres et que vous sachiez que vous avez cette possibilité.

Pour protéger vos droits, nous devons empêcher à quiconque de vous en priver et de vous demander d'y renoncer. Ces restrictions se traduisent par certaines responsabilités pour vous si vous distribuez des copies du logiciel ou si vous le modifiez.
Par exemple, si vous distribuez des copies d'un tel logiciel, que ce soit gratuitement ou contre

rémunération, vous devez transférer au preneur de licence tous les droits dont vous disposez. Vous devez faire en sorte que les preneurs de licence obtiennent ou puissent obtenir le code source. Et vous devez leur présenter ces termes afin qu'ils connaissent leurs droits.

Nous protégeons vos droits par deux mesure : (1) droit d'auteur sur le logiciel et (2) distribution de la présente licence qui vous autorise à copier, distribuer et/ou modifier le logiciel.

En outre, pour la protection des auteurs et la nôtre, nous voulons nous assurer que chacun comprenne que le présent logiciel libre n'est couvert par aucune garantie. Si quelqu'un le modifie et le transmet, nous voulons que les destinataires sachent que ce qu'ils ont reçu n'est pas le logiciel original, de façon que les problèmes causés par des tiers ne se répercutent pas sur la réputation des auteurs originaux.

Enfin, tout logiciel libre est constamment menacé par les brevets. Nous voulons éviter que des distributeurs de logiciels libres puissent obtenir des brevets qui rendraient les logiciels exclusifs. À cet effet, nous avons clairement indiqué que tout brevet doit être cédé sous licence de façon que chacun puisse l'employer librement ou ne doit pas être cédé du tout.

Les conditions précises qui s'appliquent à la copie, à la distribution et à la modification des logiciels sont énoncées ci-après.

### CONDITIONS DE COPIE, DE DISTRIBUTION ET DE MODIFICATION

**0.** La présente licence couvre tout programme ou autre ouvrage contenant un avis placé par le titulaire du droit d'auteur et indiquant qu'il peut être distribué aux conditions définies dans la
présente licence publique générale. On entend par

« programme » tout logiciel ou autre ouvrage et par

« ouvrage dérivé du programme » le programme lui-même ou tout ouvrage dérivé couvert par le
droit d'auteur, soit, en d'autres termes, tout ouvrage contenant le programme ou une partie de celui-ci, avec ou sans modification ou traduit dans une autre langue. (Dans les paragraphes ci-après, la notion
de traduction est incluse sans limitation dans celle de « modification ».) Chaque preneur de licence est désigné par le pronom « vous ».

Les activités autres que la copie, la distribution et la modification ne sont pas couvertes par la présente licence ; elles n'entrent pas dans son champ d'application. L'exploitation du programme n'est pas restreinte et la production obtenue grâce au programme n'est couverte que si elle constitue un ouvrage fondé sur le programme (qu'elle ait été
obtenue ou non par exploitation du programme). Cela dépend des fonctions du programme.

**1.** Vous pouvez copier et distribuer des copies non modifiées du code source du programme sous
la forme où vous le recevez, sur tout support, à condition de faire paraître de façon visible et

■ppropriée sur chaque exemplaire un avis de droit d'auteur et une exclusion de garantie, de laisser intacts tous les avis mentionnant la présente licence et l'absence de toute garantie et de communiquer aux destinataires du programme un exemplaire de la présente licence en même temps que le programme.

Vous pouvez vous faire rémunérer pour le transfert de l'exemplaire du programme et pouvez, si vous le souhaitez, offrir une garantie en échange d'une redevance.

**2.** Vous pouvez modifier votre copie du programme ou toute partie de celui-ci, créant ainsi un ouvrage dérivé du programme, et copier et distribuer ce programme modifié ou cet ouvrage aux conditions définies à la section 1 ci-dessus, à condition de respecter également les conditions ci-après :

 **a)** Vous devez faire en sorte que les fichiers modifiés portent un avis visible indiquant que vous les avez modifiés et la date des modifications.

 **b)** Vous devez faire en sorte que tout ouvrage que vous distribuez ou publiez, contenant en totalité ou en partie le programme, soit distribué sous une
licence globale sans redevance à tous les tiers, aux conditions définies dans la présente licence.

 **c)** Si le programme modifié fonctionne normalement de façon interactive, vous devez faire en sorte
que, lorsqu'on le lance pour l'utilisation interactive ordinaire, il imprime ou affiche un avis indiquant le droit d'auteur et précisant qu'il n'y a pas de garantie (ou indiquant que vous fournissez une garantie)
et que les utilisateurs peuvent le redistribuer aux présentes conditions, et indiquant aux utilisateurs comment ils peuvent consulter une copie de la présente licence. (Exception : si le programme lui- même est interactif mais n'imprime pas normalement

un tel avis, il n'est pas nécessaire que votre ouvrage dérivé imprime cet avis.)
Ces prescriptions s'appliquent à l'ensemble de l'ouvrage modifié. Si des sections identifiables de cet ouvrage ne sont pas dérivées du programme et peuvent être raisonnablement considérées comme des ouvrages indépendants et distincts, la présente licence et ses conditions ne s'appliquent
pas à ces parties lorsque vous les distribuez en tant qu'ouvrages distincts. Toutefois, si vous distribuez ces parties en tant que parties d'un ensemble qui est un ouvrage dérivé du programme, la distribution de l'ensemble se fait aux conditions définies dans la
présente licence, dont l'autorisation de distribuer des copies à d'autres preneurs de licence s'applique à l'ensemble et, par conséquent, à chaque partie, quel que soit son auteur.

En conséquence, la présente section ne vise pas à revendiquer des droits ou à contester vos droits sur des ouvrages entièrement écrits par vous ; son but est plutôt d'exercer le droit de contrôler la distribution d'ouvrages individuels ou collectifs dérivés du programme.

En outre, le simple fait d'ajouter un autre ouvrage non dérivé du programme au programme (ou à un ouvrage dérivé du programme) sur un support ou un moyen de distribution ne fait pas entrer l'autre ouvrage dans le champ d'application de la présente licence.

**3.** Vous pouvez copier et distribuer le programme (ou un ouvrage dérivé au sens de la section 2) en code objet ou sous forme exécutable aux conditions définies aux sections 1 et 2 ci-dessus à condition de respecter également l'une des prescriptions ci-après :

 **a)** Le compléter par le code source lisible en machine complet, qui doit être distribué aux conditions définies aux sections 1 et 2 ci-dessus sur un support couramment employé pour l'échange de logiciels ; ou

 **b)** Le compléter par une offre écrite, valable au moins trois ans, de communiquer à tout tiers intéressé,
en échange d'une redevance ne dépassant pas le coût de la distribution physique, une copie complète lisible en machine du code source, aux conditions définies aux sections 1 et 2 ci-dessus, sur un support couramment employé pour l'échange de logiciels ; ou

 c) Le compléter par les renseignements que vous avez reçus en ce qui concerne l'offre de distribuer le code source correspondant. (Cette option n'est autorisée que pour la distribution non commerciale
et uniquement si vous recevez le programme en code objet ou sous forme exécutable avec une telle offre, conformément à la sous-section b) ci-dessus.)
On entend par code source la forme de l'ouvrage qui permet le plus facilement d'y apporter des
modifications. Dans le cas d'un ouvrage exécutable, le code source complet s'entend de tout le code source correspondant à tous les modules de l'ouvrage, ainsi que des fichiers de définition d'interfaces et des

programmes employés pour contrôler la compilation et l'exécution du fichier exécutable. Toutefois, à titre d'exception, il n'est pas nécessaire que le code source distribué comprenne tout ce qui est normalement distribué (sous forme de code source ou sous forme binaire) avec les principaux éléments (compilateur, noyau, etc.) du système d'exploitation employés pour faire fonctionner le fichier exécutable, à moins que ces éléments eux-mêmes accompagnent le fichier exécutable.

Si la distribution du code exécutable ou du code objet est faite en offrant une possibilité de copie à partir d'un site désigné, l'offre d'un accès équivalent à la copie du code source sur le même site est considérée comme distribution du code source, même si les tiers ne sont pas obligés de copier le code source en même temps que le code objet.

**4.** Vous n'êtes pas autorisé à copier, modifier,
sous-licencier ou distribuer le programme sauf aux conditions expressément prévues par la présente licence. Toute tentative de copier, modifier, sous- licencier ou distribuer le programme à d'autres conditions est considérée comme nulle et non avenue et entraîne la suspension automatique des droits conférés par la présente licence. Toutefois, les parties qui ont reçu de vous des copies ou des droits en vertu de la présente licence continueront
d'en jouir tant qu'elles en respectent intégralement les conditions.

**5.** Vous n'êtes pas tenu d'accepter la présente licence étant donné que vous ne l'avez pas signée. Toutefois, rien ne vous autorise à modifier ou à distribuer le programme ou les ouvrages dérivés. Cette distribution ou modification est interdite par la loi si vous n'acceptez pas la présente licence.
Par conséquent, en modifiant ou en distribuant le programme (ou tout ouvrage dérivé), vous acceptez implicitement la présente licence et toutes les conditions qu'elle définit pour la copie, la distribution ou la modification du programme ou des ouvrages dérivés.

**6.** Chaque fois que vous redistribuez le programme (ou tout ouvrage dérivé), le destinataire reçoit automatiquement une licence du donneur de licence original autorisant à copier, distribuer ou modifier le programme auquel s'appliquent les présentes conditions. Vous ne pouvez pas imposer de restrictions additionnelles limitant l'exercice des
droits conférés par la présente licence au preneur de licence. Vous n'êtes pas tenu de contraindre les tiers à respecter les conditions définies dans la présente licence.

**7.** Si, par suite d'un jugement ou d'une allégation de violation de brevet ou pour tout autre motif (ne concernant pas uniquement les brevets), vous êtes tenu de respecter des conditions (que ce soit par ordonnance d'un tribunal, par convention ou d'une autre manière) contraires aux conditions définies par la présente licence, cela ne vous dispense

pas de respecter lesdites conditions. Si vous ne pouvez pas distribuer le programme de façon à satisfaire simultanément vos obligations découlant de la présente licence et les autres obligations pertinentes, vous ne pouvez pas le distribuer du tout. Par exemple, si une licence de brevet n'autorise pas la redistribution du programme en échange d'une redevance par tous ceux qui en reçoivent
une copie directement ou indirectement de vous, la seule manière de satisfaire à la fois les conditions définies dans la licence de brevet et dans la présente licence est de s'abstenir entièrement de distribuer le programme.

Si une partie de la présente section est jugée invalide ou inapplicable dans des circonstances particulières, le reste de la présente section est applicable et l'ensemble de la section est censé s'appliquer dans toutes autres circonstances.

Le but de la présente section n'est pas de vous inciter à violer des brevets ou autres droit de propriété intellectuelle ou à contester la validité d'autres revendications, mais de protéger l'intégrité du système de distribution du logiciel libre, par le moyen d'une licence publique. De nombreuses personnes ont apporté de grandes contributions au large éventail des logiciels distribués au moyen de ce système en se fondant sur une application systématique des conditions qui y sont définies ; il incombe à l'auteur ou au donateur de décider s'il souhaite distribuer son logiciel au moyen d'un autre système et un preneur de licence ne peut pas imposer de choix à cet égard.

La présente section vise à décrire clairement ce qui résulte des autres dispositions de la licence.

**8.** Si la distribution et/ou l'emploi du programme est limité dans certains pays, soit par un brevet soit par une interface couverte par le droit d'auteur, le titulaire original du droit d'auteur qui inclut le programme dans le champ d'application de la présente
licence peut ajouter une limitation de distribution géographique explicite excluant ces pays, de façon que la distribution ne soit autorisée que dans les pays non exclus. En pareil cas, la présente licence incorpore cette restriction comme si elle était écrite dans son texte principal.

**9.** La Free Software Foundation peut publier des versions révisées et/ou nouvelles de la Licence Publique Générale de temps à autre. Ces versions nouvelles seront d'un esprit similaire à la présente version, mais peuvent en différer dans le détail pour répondre à de nouveaux problèmes ou préoccupations.

Chaque version sera distinguée par un numéro. Si le programme précise le numéro de version de la licence par laquelle il est couvert et ajoute « et
toute autre version ultérieure », vous avez le choix d'employer les conditions soit de cette version soit de toute autre version ultérieure publiée par la Free Software Foundation. Si le programme ne spécifie
pas la version, vous pouvez employer toute version publiée par la Free Software Foundation.

**10.** Si vous souhaitez incorporer des parties du programme dans d'autres programmes libres dont les conditions de distribution sont différentes, vous êtes invité à écrire à l'auteur pour demander son autorisation. Dans le cas des logiciels dont le droit d'auteur est détenu par la Free Software Foundation, vous êtes invité à écrire à celle-ci ; nous appliquons parfois des exceptions à cette disposition. Notre décision sera guidée par deux principes, préserver la liberté de toutes les versions dérivées de nos logiciels libres et promouvoir le partage et la réutilisation des logiciels de façon générale.

## EXCLUSION DE GARANTIE

**11.** LE PROGRAMME ÉTANT DISTRIBUÉ SOUS LICENCE SANS RÉMUNÉRATION, IL N'EST COUVERT PAR AUCUNE GARANTIE, DANS LA MESURE OÙ CELA EST AUTORISÉ PAR LA LOI.
EN VIGUEUR. SAUF INDICATION CONTRAIRE PAR ÉCRIT, LES TITULAIRES DU DROIT D'AUTEUR ET/OU TOUTE AUTRE PARTIE DISTRIBUENT LE PROGRAMME « TEL QUEL », SANS GARANTIE D'AUCUNE SORTE, EXPLICITE OU IMPLICITE,

Y COMPRIS LES GARANTIES IMPLICITES DE POSSIBILITE D'UTILISATION COMMERCIALE ET D'ADAPTATION A UN EMPLOI DONNÉ. VOUS
ASSUMEZ TOUS LES RISQUES LIÉS À LA QUALITÉ ET AU FONCTIONNEMENT DU PROGRAMME.

SI LE PROGRAMME SE RÉVÈLE DÉFECTUEUX, VOUS DEVEZ ASSUMER LE COÛT DE TOUTES LES OPÉRATIONS DE SERVICE APRÈS-VENTE, DE RÉPARATION OU DE CORRECTION NÉCESSAIRES.

**12.** EN AUCUN CAS, SAUF SI CELA EST EXIGÉ PAR LA LOI OU PAR CONVENTION, LE TITULAIRE DU DROIT D'AUTEUR OU TOUTE AUTRE PARTIE QUI EST AUTORISÉE À MODIFIER ET/OU À REDISTRIBUER LE PROGRAMME CONFORMÉMENT AUX CONDITIONS CI-DESSUS N'EST RESPONSABLE ENVERS VOUS POUR LES DOMMAGES, GÉNÉRAUX, PARTICULIERS, ACCIDENTELS OU CONSÉCUTIFS, RÉSULTANT DE L'UTILISATION OU DE L'IMPOSSIBILITÉ D'UTILISER LE PROGRAMME (Y COMPRIS LA PERTE OU L'ALTÉRATION DES DONNÉES OU LES DOMMAGES SUBIS PAR VOUS OU PAR DES TIERS OU LE NON-FONCTIONNEMENT D'UN PROGRAMME EN ASSOCIATION AVEC D'AUTRES PROGRAMMES), MÊME SI LE TITULAIRE DU DROIT OU L'AUTRE PARTIE A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

**FIN DES CONDITIONS**

=========================================
**LICENCE PUBLIQUE GÉNÉRALE GNU LIMITÉE**
**Version 2.1, février 1999**

Copyright (C) 1991, 1999 Free Software Foundation, Inc. 51 Franklin Street, Fifth Floor, Boston, MA 02110-1301 USA. Chacun est autorisé à copier à à distribuer des exemplaires non modifiés du présent

document de licence, mais pas à le modifier.

[Ceci est la première version de la GPL Limitée. Elle joue aussi le rôle de successeur de la Licence Publique Générale GNU pour les bibliothèques, version 2, d'où le numéro de version 2.1.]

**Préambule**
La plupart des licences de logiciels sont conçues pour enlever au preneur de licence la liberté de les partager et de les modifier. À l'inverse, les Licences Publiques Générales GNU sont destinées à vous garantir la liberté de partager et de modifier les logiciels libres, et de s'assurer que ces logiciels sont effectivement accessibles à tout utilisateur.

La présente licence, la Licence Publique Générale Limitée, s'applique à certains programmes spécialement conçus par la Free Software Foundation, typiquement les bibliothèques, dont les auteurs ont décidé de l'utiliser. Vous pouvez vous aussi l'utiliser, mais nous vous suggérons de réfléchir attentivement, en vous fondant sur les explications données ci- dessous, à la meilleure stratégie à employer dans chaque cas particulier, de la présente licence ou de la Licence Publique Générale ordinaire.

Lorsqu'on parle de logiciel libre, il s'agit bien de liberté d'utilisation et non de gratuité. Nos Licences Publiques Générales sont conçues pour que vous ayez la liberté de distribuer des copies des logiciels libres (et de vous faire rémunérer si vous le souhaitez), que vous obteniez ou que vous puissiez obtenir le code source, que vous puissiez modifier le logiciel et en employer des parties dans de nouveaux programmes libres et que vous sachiez que vous avez cette possibilité.

Pour protéger vos droits, nous devons empêcher aux distributeurs de vous en priver et de vous demander d'y renoncer. Ces restrictions se traduisent par certaines responsabilités si vous distribuez des copies de la bibliothèque ou si vous la modifiez.

Par exemple, si vous distribuez des copies d'une telle bibliothèque, que ce soit gratuitement ou contre rémunération, vous devez transférer au preneur de licence tous les droits dont vous disposez. Vous devez faire en sorte que les preneurs de licence obtiennent ou puissent obtenir le code source.

Si vous liez un autre code à la bibliothèque, vous devez fournir des fichiers objets complets aux bénéficiaires afin qu'ils puissent les lier à nouveau à la bibliothèque, après avoir effectué des modifications à la bibliothèque et l'avoir recompilée. Et vous devez leur présenter ces termes afin qu'ils connaissent leurs droits.

Nous protégeons vos droits par deux mesure : (1) soumettre la bibliothèque à des droits d'auteur, puis (2) vous proposer cette licence qui vous autorise légalement à copier, distribuer, et/ou modifier la bibliothèque.

Afin de garantir la protection de chaque distributeur, nous souhaitons nous assurer que tout le monde

comprenne qu'il n'existe aucune garantie pour cette bibliothèque libre. Si la bibliothèque est modifiée par un tiers puis transmise, nous souhaitons que les destinataires comprennent que ce dont ils disposent

ne correspond pas à la version originale, de sorte que tout problème introduit par des tiers ne puisse nuire à la réputation de l'auteur original.

Finalement, tout logiciel libre est constamment menacé par les brevets. Nous souhaitons nous assurer qu'aucune société ne puisse limiter les utilisateurs d'un programme libre en obtenant une licence restrictive d'un détenteur de brevet. Par conséquent, nous insistons sur le fait que toute licence de brevet obtenue pour une version de la bibliothèque doit être adaptée à la liberté d'utilisation complète spécifiée dans la présente licence.

La plupart des logiciels GNU, y compris certaines bibliothèques, sont couverts par la licence publique générale GNU. Cette licence, la Licence Publique Générale GNU Limitée, s'applique à certaines bibliothèques désignées et est assez différente de la Licence Publique Générale ordinaire. Nous utilisons cette licence pour certaines bibliothèques afin de permettre de lier ces bibliothèques à des logiciels non libres.

Lorsqu'un programme est lié à une bibliothèque, que ce soit de façon statique ou à l'aide d'une bibliothèque partagée, l'association des deux est un ouvrage combiné, un dérivé de la bibliothèque originale. La Licence Publique Générale Limitée autorise alors cette liaison, uniquement si la combinaison complète remplit

le critère de liberté. La Licence Publique Générale Limitée autorise un critère plus souple pour lier un autre code à une bibliothèque.

Par exemple, à de rares occasions, il peut être nécessaire d'encourager la plus large utilisation possible d'une bibliothèque, qui devient donc, de fait, standard. Afin d'obtenir ce résultat, il faut autoriser les programmes non libres à utiliser la bibliothèque concernée. Un cas plus fréquemment rencontré

est celui où une bibliothèque libre remplit la même fonction que des bibliothèques non libres largement étendues. Dans ce cas, il y a peu d'intérêt à limiter la bibliothèque libre aux logiciels libres uniquement, la Licence Publique Générale Limitée est donc utilisée.

Dans d'autres cas, autoriser des programmes non libres à utiliser une bibliothèque particulière autorise plus de monde à utiliser une grande quantité de logiciels libres. Par exemple, la permission d'utiliser la bibliothèque GNU pour le langage C dans des programmes non libres permet à beaucoup plus
de personnes d'utiliser l'ensemble du système d'exploitation GNU, ainsi que sa variante GNU/Linux.

Bien que la Licence Publique Générale Limitée limite davantage la liberté des utilisateurs, elle assure que l'utilisateur d'un programme lié à une bibliothèque ait la liberté et la possibilité d'exécuter ce programme en utilisant une version modifiée de la bibliothèque.

Les conditions précises qui s'appliquent à la copie, à la distribution et à la modification des logiciels sont énoncées ci-après. Accordez une attention particulière à la différence entre un « ouvrage dérivé de la bibliothèque » et un « ouvrage qui utilise la bibliothèque ». Le premier contient le code dérivé de la bibliothèque, tandis que le second fonctionne uniquement avec la bibliothèque.

**CONDITIONS DE COPIE, DE DISTRIBUTION ET DE MODIFICATION**

**0.** Le présent Accord de licence s'applique à toute bibliothèque logicielle ou autre programme contenant un avis, placé par le détenteur des droits d'auteur ou toute autre partie autorisée, indiquant qu'elle peut être distribuée selon les termes de la présente Licence Publique Générale Limitée (également appelée « la présente Licence »). Chaque preneur de licence est désigné par le pronom « vous ».

Une « bibliothèque » désigne un ensemble de fonctions logicielles et/ou de données préparées de façon à être liées commodément à des programmes d'application (qui utilisent certaines des fonctions et données) pour former des exécutables.

La « bibliothèque » désigne toute bibliothèque logicielle ou ouvrage qui a été distribué selon les conditions présentes. Un « ouvrage dérivé de la bibliothèque » désigne tout programme ou ouvrage dérivé selon la loi des droits d'auteur : c'est-à-dire qu'un ouvrage contenant la bibliothèque ou une partie de la bibliothèque, non modifiée ou contenant des modifications et/ou traduite dans une autre langue. (Dans les paragraphes ci-après, la notion de traduction est incluse sans limitation dans celle de
« modification ».)

On entend par « code source » la forme de l'ouvrage qui permet le plus facilement d'y apporter des modifications. Dans le cas d'une bibliothèque, le code source complet s'entend de tout le code source correspondant à tous les modules de l'ouvrage, ainsi que des fichiers de définition d'interfaces et des programmes employés pour contrôler la compilation et l'exécution de la bibliothèque.

Les activités autres que la copie, la distribution et la modification ne sont pas couvertes par la présente licence ; elles n'entrent pas dans son champ d'application. L'exploitation d'un programme en utilisant la bibliothèque n'est pas restreinte et
la production obtenue grâce au programme n'est couverte que si elle constitue un ouvrage fondé sur la bibliothèque (qu'elle ait été utilisée ou non dans un outil d'écriture). Cela dépend des fonctions de la bibliothèque et des fonctions du programme utilisant la bibliothèque.

**1.** Vous pouvez copier et distribuer des copies non modifiées du code source complet de la bibliothèque sous la forme où vous la recevez, sur tout support,
à condition de faire paraître de façon visible et appropriée sur chaque exemplaire un avis de droit

d'auteur et une exclusion de garantie, de laisser intacts tous les avis mentionnant la présente licence et l'absence de toute garantie et de distribuer un exemplaire de la présente licence en même temps que la bibliothèque.

Vous pouvez vous faire rémunérer pour le transfert de l'exemplaire du programme et pouvez, si vous le souhaitez, offrir une garantie en échange d'une redevance.

**2.** Vous pouvez modifier votre copie de la bibliothèque ou toute partie de celle-ci, créant ainsi un ouvrage dérivé du programme, et copier et distribuer cette bibliothèque modifiée ou cet ouvrage aux conditions définies à la section 1 ci-dessus, à condition de respecter également les conditions
ci-après :

 **a)** Le travail dérivé doit être lui-même une bibliothèque logicielle.

 **b)** Vous devez faire en sorte que les fichiers modifiés portent un avis visible indiquant que vous les avez modifiés et la date des modifications.

 **c)** Vous devez faire en sorte que l'ouvrage soit distribué sous licence, sans redevance, à tous les tiers, aux conditions définies dans la présente Licence.

 **d)** Si une fonctionnalité de la bibliothèque modifiée se réfère à une fonction ou à un tableau de données à fournir par un programme d'application qui
utilise la fonctionnalité en question, sans pour cela utiliser d'argument lors de l'appel de cette dernière, vous devez alors agir au mieux pour assurer que, lorsqu'une application ne fournit pas cette fonction ou ce tableau nécessaire, la fonction se comporte correctement et remplisse les buts qui ont encore un sens.

(Par exemple, si une fonction d'une bibliothèque calcule des racines carrées, elle a un but absolument bien défini, indépendamment de l'application. Par conséquent, la clause 2d exige que toute fonction ou toutes données fournies par l'application et utilisation cette fonction soient optionnelles : si l'application
ne la propose pas, la fonction de calcul de racines carrées doit encore calculer des racines carrées.)

Ces prescriptions s'appliquent à l'ensemble de l'ouvrage modifié. Si des sections identifiables de cet ouvrage ne sont pas dérivées de la bibliothèque et peuvent être raisonnablement considérées comme des ouvrages indépendants et distincts, la présente licence et ses conditions ne s'appliquent pas à ces parties lorsque vous les distribuez en tant qu'ouvrages distincts. Toutefois, si vous distribuez ces parties en tant que parties d'un ensemble qui est un ouvrage dérivé de la bibliothèque, la distribution de l'ensemble se fait aux conditions définies dans la
présente licence, dont l'autorisation de distribuer des copies à d'autres preneurs de licence s'applique à l'ensemble et, par conséquent, à chaque partie, quel

que soit son auteur.

En conséquence, la présente section ne vise pas à revendiquer des droits ou à contester vos droits sur des ouvrages entièrement écrits par vous ; son but est plutôt d'exercer le droit de contrôler la distribution d'ouvrages individuels ou collectifs dérivés de la bibliothèque.

En outre, le simple fait d'ajouter un autre ouvrage non dérivé de la bibliothèque à la bibliothèque (ou à un ouvrage dérivé de la bibliothèque) sur un support ou un moyen de distribution ne fait pas entrer l'autre ouvrage dans le champ d'application de la présente licence.

**3.** Vous pouvez opter pour la Licence Publique Générale GNU ordinaire à la présente licence pour protéger une copie donnée de la bibliothèque. Pour cela, il vous faudra modifier toutes les notes se référant à la présente licence, pour qu'elles se réfèrent plutôt à la Licence Publique Générale GNU, version 2. (Si une version plus récente que la version 2 de la Licence Publique Générale GNU ordinaire est sortie, vous pouvez alors spécifier cette version si vous le souhaitez.) N'effectuez pas d'autres changements dans ces avis.

Une fois ce changement effectué dans une copie donnée, il est irréversible pour cette copie. Par conséquent, la Licence Publique Générale GNU ordinaire s'applique à toutes les copies et ouvrages en dérivant.

Cette option est utile lorsque vous souhaitez copier une partie du code de la bibliothèque dans un programme qui n'est pas une bibliothèque.

**4.** Vous pouvez copier et distribuer la bibliothèque (ou une partie ou un dérivé de la bibliothèque, selon la section 2), sous forme de code objet ou exécutable, selon les termes des sections 1 et 2 ci-dessus, à condition de le compléter par le code source lisible en machine complet, qui doit être distribué aux conditions définies aux sections 1 et 2 ci-dessus sur un support couramment employé pour l'échange de logiciel.

Si la distribution du code objet est faite en offrant une possibilité de copie à partir d'un site désigné, l'offre d'un accès équivalent à la copie du code source sur le même site remplit les exigences de distribution du code source, même si les tiers ne sont pas obligés de copier le code source en même temps que le code objet.

**5.** Un programme qui ne contient aucun dérivé d'une partie de la bibliothèque, mais qui est désigné comme ouvrage avec la bibliothèque en y étant compilé ou lié, est appelé un « ouvrage qui utilise la bibliothèque ». Un tel ouvrage n'est isolément pas un ouvrage dérivé de la bibliothèque, et n'entre donc pas dans le champ d'application de la présente Licence.

Cependant, lier un « ouvrage qui utilise la bibliothèque » avec la bibliothèque crée un exécutable

dérivé de la bibliothèque (car il contient des parties de la bibliothèque), et non un « ouvrage qui utilise la bibliothèque ». L'exécutable est par conséquent couvert par la présente Licence. La section 6 énonce les conditions de distribution de ces exécutables.

Lorsqu'un « ouvrage qui utilise la bibliothèque » utilise du matériel d'un fichier d'en-tête faisant partie de la bibliothèque, le code objet de l'ouvrage peut être un ouvrage dérivé de la bibliothèque, même si le code source ne l'est pas. Cette précision prend toute son importance lorsque l'ouvrage peut être lié sans la bibliothèque, ou si l'ouvrage est lui-même une bibliothèque. Le seuil à partir duquel cela prend effet n'est pas exactement défini par la loi.

Si un tel fichier objet n'utilise que des paramètres numériques, les représentations des structures de données et ce par quoi elles sont lues ou modifiées, ainsi que de petites instructions macros ou fonctions embarquées (de moins de dix lignes), alors on pourra utiliser le fichier objet de la manière que l'on souhaite, qu'il soit ou non, légalement parlant, un travail dérivé (mais les exécutables renfermant ce code objet et des portions de la Bibliothèque continuent à être soumis à la section 6).

Sinon, si cet ouvrage est un dérivé de la bibliothèque, vous pouvez distribuer le code objet de l'ouvrage selon les conditions de la section 6. Tout exécutable contenant cet ouvrage est lui aussi soumis à la section 6, qu'il soit ou non directement lié à la bibliothèque à proprement parler.

**6.** Par exception aux sections ci-dessus, vous pouvez également combiner ou lier un « ouvrage qui utilise la Bibliothèque » avec la Bibliothèque pour produire un ouvrage contenant des parties de la Bibliothèque et distribuer cet ouvrage suivant les conditions de votre choix, sous réserve que les conditions permettent au client de modifier l'œuvre pour son propre usage et avoir recours à l'ingénierie inverse pour le débogage de telles modifications.

Vous devez indiquer clairement dans chaque copie de l'ouvrage que la bibliothèque y est utilisée et que la bibliothèque et son utilisation sont soumises aux conditions de la présente licence. Vous devez fournir une copie de la présente licence. Si l'ouvrage, lors de son exécution, affiche les avis de droits d'auteur, vous devez y inclure l'avis de droits d'auteur de la bibliothèque, ainsi qu'une référence expliquant à l'utilisateur où il pourra trouver une copie de la présente licence. Vous devez également vous conformer aux points suivants :

 a) Accompagner l'ouvrage du code source complet lisible en machine de la bibliothèque, incluant toutes les modifications apportées dans l'ouvrage (qui doit être distribué selon les conditions des sections 1 et 2 ci-dessus) ; et, si l'ouvrage est un exécutable lié à la bibliothèque, avec l'« ouvrage qui utilise la bibliothèque » complet lisible en machine, en tant que code objet et/ou code source, l'utilisateur peut

alors modifier la bibliothèque et la lier de nouveau afin de créer un exécutable modifié contenant la bibliothèque modifiée. (Il est entendu que l'utilisateur qui modifie le contenu des fichiers de définition dans la bibliothèque ne pourra pas nécessairement recompiler l'application pour utiliser les définitions modifiées).

 b) Utiliser un mécanisme de partage de bibliothèques convenable pour l'édition de liens avec la bibliothèque. Un mécanisme convenable est un mécanisme qui (1) utilise une copie de la bibliothèque déjà présente sur le système de l'utilisateur, plutôt que de copier des fonctions de la bibliothèque au sein de l'exécutable, et (2) fonctionnera correctement avec une version modifiée de la bibliothèque, si l'utilisateur en installe une, tant que la version modifiée sera compatible avec la version qui a servi à la réalisation du travail.

 c) Accompagnez l'ouvrage d'une offre écrite, valable pendant trois ans au moins, pour fournir au même utilisateur les éléments spécifiés à l'alinéa 6a ci- dessus, pour un montant n'excédant pas le coût de réalisation de cette distribution.

 d) Si l'ouvrage est distribué en proposant un accès à une copie située à un endroit désigné, proposer de manière équivalente, depuis ce même endroit, un accès aux objets spécifiés ci-dessus.

 e) Vérifier que l'utilisateur a déjà reçu une copie de ces objets, ou que vous le lui avez déjà envoyée.

Pour un programme exécutable, la forme requise de l'« ouvrage qui utilise la bibliothèque » doit comprendre toute donnée et tout utilitaire nécessaire pour pouvoir reconstruire l'exécutable. Toutefois, à titre d'exception, il n'est pas nécessaire que le matériel distribué comprenne tout ce qui est normalement distribué (sous forme de code source ou sous forme binaire) avec les principaux éléments (compilateur, noyau, etc.) du système d'exploitation employés pour faire fonctionner le fichier exécutable, à moins que ces éléments eux-mêmes accompagnent le fichier exécutable.

Il est possible que cette clause soit en contradiction avec les restrictions apportées par les licences d'autres bibliothèques propriétaires qui habituellement n'accompagnent pas le système d'exploitation. Une telle contradiction signifie que vous ne pouvez pas utiliser ces dernières en conjonction avec la bibliothèque au sein d'un exécutable distribué par vous.

**7.** Vous pouvez incorporer au sein d'une même bibliothèque des fonctionnalités fondées sur la Bibliothèque, qui forment un ouvrage fondé sur cette dernière, avec des fonctionnalités issues d'autres bibliothèques, non couvertes par la présente Licence, et distribuer la bibliothèque résultante, si tant est qu'il est autorisé par ailleurs de distribuer séparément l'ouvrage fondé sur la Bibliothèque et les autres fonctionnalités, et pourvu que vous vous acquittiez

des deux obligations suivantes :

 **a)** Accompagner la bibliothèque résultante d'une copie de l'ouvrage fondé sur la bibliothèque, sans le combiner aux autres fonctions de bibliothèques. Cet ensemble doit être distribué selon les conditions des sections ci-dessus.

 **b)** Ajouter à la bibliothèque mixte l'indication très claire du fait qu'une portion de la bibliothèque est un ouvrage fondé sur la bibliothèque, et en expliquant où trouver la version non combinée du même travail.

**8.** Vous n'êtes pas autorisé à copier, modifier, sous-licencier, lier ou distribuer la bibliothèque, sauf aux conditions expressément prévues par la

présente licence. Toute tentative de copier, modifier, sous-licencier, lier ou distribuer la bibliothèque à d'autres conditions est considérée comme nulle et non avenue et entraîne la suspension automatique des droits conférés par la présente licence. Toutefois, les parties qui ont reçu de vous des copies ou des droits en vertu de la présente licence continueront d'en jouir tant qu'elles en respectent intégralement les conditions.

**9.** Vous n'êtes pas tenu d'accepter la présente licence étant donné que vous ne l'avez pas signée. Toutefois, rien ne vous autorise à modifier ou à distribuer la bibliothèque ou les ouvrages dérivés. Cette distribution ou modification est interdite par la loi si vous n'acceptez pas la présente licence.

Par conséquent, en modifiant ou en distribuant la bibliothèque (ou tout ouvrage dérivé de la bibliothèque), vous acceptez implicitement la présente licence et toutes les conditions qu'elle définit pour la copie, la distribution ou la modification de la bibliothèque ou des ouvrages dérivés.

**10.** Chaque fois que vous redistribuez la bibliothèque (ou tout ouvrage dérivé), le destinataire reçoit automatiquement une licence du donneur de licence original autorisant à copier, distribuer, lier ou modifier la bibliothèque à laquelle s'appliquent les présentes conditions. Vous ne pouvez pas imposer de restrictions additionnelles limitant l'exercice des droits conférés par la présente licence au preneur de licence. Vous n'êtes pas tenu de contraindre les tiers à respecter les conditions définies dans la présente licence.

**11.** Si, par suite d'un jugement ou d'une allégation de violation de brevet ou pour tout autre motif (ne concernant pas uniquement les brevets), vous êtes tenu de respecter des conditions (que ce soit par ordonnance d'un tribunal, par convention ou d'une autre manière) contraires aux conditions définies par la présente licence, cela ne vous dispense

pas de respecter lesdites conditions. Si vous ne pouvez pas distribuer la bibliothèque de façon à satisfaire simultanément vos obligations découlant de la présente licence et les autres obligations pertinentes, vous ne pouvez pas la distribuer du tout. Par exemple, si une licence de brevet n'autorise pas la redistribution de la bibliothèque en échange

d'une redevance par tous ceux qui en reçoivent une copie directement ou indirectement de vous, la seule manière de satisfaire à la fois les conditions

définies dans la licence de brevet et dans la présente licence est de s'abstenir entièrement de distribuer la bibliothèque.

Si une partie de la présente section est jugée invalide ou inapplicable dans des circonstances particulières, le reste de la présente section est applicable et l'ensemble de la section est censé s'appliquer dans toutes autres circonstances.

Le but de la présente section n'est pas de vous inciter à violer des brevets ou autres droit de propriété intellectuelle ou à contester la validité d'autres revendications, mais de protéger l'intégrité du système de distribution du logiciel libre, par le moyen d'une licence publique. De nombreuses personnes ont apporté de grandes contributions au large éventail des logiciels distribués au moyen de ce système en se fondant sur une application systématique des conditions qui y sont définies ; il incombe à l'auteur ou au donateur de décider s'il souhaite distribuer son logiciel au moyen d'un autre système et un preneur de licence ne peut pas imposer de choix à cet égard.

La présente section vise à décrire clairement ce qui résulte des autres dispositions de la présente licence.

**12.** Si la distribution et/ou l'emploi de la bibliothèque est limité dans certains pays, soit par un brevet

soit par une interface couverte par le droit d'auteur, le titulaire original du droit d'auteur qui inclut la bibliothèque dans le champ d'application de la présente licence peut ajouter une limitation de distribution géographique explicite excluant ces pays, de façon que la distribution ne soit autorisée que dans les pays non exclus. En pareil cas, la présente licence incorpore cette restriction comme si elle était écrite dans son texte principal.

**13.** La Free Software Foundation peut publier des versions révisées et/ou nouvelles de la Licence Publique Générale Limitée de temps à autre. Ces versions nouvelles seront d'un esprit similaire à la présente version, mais peuvent en différer dans le détail pour répondre à de nouveaux problèmes ou préoccupations.

Chaque version sera distinguée par un numéro. Si la bibliothèque précise le numéro de version de la licence par laquelle elle est couverte et ajoute « et toute autre version ultérieure », vous avez le choix d'employer les conditions soit de cette version soit de toute autre version ultérieure publiée par la Free Software Foundation. Si la bibliothèque ne spécifie pas le numéro de version de la licence, vous pouvez employer toute version publiée par la Free Software Foundation.

**14.** Si vous souhaitez incorporer des parties de la bibliothèque dans d'autres programmes libres dont les conditions de distribution sont incompatibles avec les présentes, vous êtes invité à écrire à l'auteur pour

demander son autorisation. Dans le cas de logiciels dont le droit d'auteur est détenu par la Free Software Foundation, vous êtes invité à écrire à celle-ci ; nous appliquons parfois des exceptions à cette disposition. Notre décision sera guidée par deux principes, préserver la liberté de toutes les versions dérivées

de nos logiciels libres et promouvoir le partage et la réutilisation des logiciels de façon générale.

**EXCLUSION DE GARANTIE**
**15.** LA BIBLIOTHÈQUE ÉTANT DISTRIBUÉE SOUS LICENCE SANS RÉMUNÉRATION, ELLE N'EST COUVERTE PAR AUCUNE GARANTIE, DANS LA MESURE OÙ CELA EST AUTORISÉ PAR LA LOI
EN VIGUEUR. SAUF INDICATION CONTRAIRE PAR ÉCRIT, LES TITULAIRES DU DROIT D'AUTEUR ET/OU TOUTE AUTRE PARTIE DISTRIBUENT LA BIBLIOTHÈQUE « TELLE QUELLE », SANS GARANTIE D'AUCUNE SORTE, EXPLICITE OU IMPLICITE,

Y COMPRIS LES GARANTIES IMPLICITES DE POSSIBILITÉ D'UTILISATION COMMERCIALE ET D'ADAPTATION À UN EMPLOI DONNÉ. VOUS
ASSUMEZ TOUS LES RISQUES LIÉS À LA QUALITÉ ET AU FONCTIONNEMENT DE LA BIBLIOTHÈQUE. SI LA BIBLIOTHÈQUE SE RÉVÈLE DÉFECTUEUSE, VOUS DEVEZ ASSUMER LE COÛT DE TOUTES
LES OPÉRATIONS DE SERVICE APRÈS-VENTE, DE RÉPARATION OU DE CORRECTION NÉCESSAIRES.

**16.** EN AUCUN CAS, SAUF SI CELA EST EXIGÉ PAR LA LOI OU PAR CONVENTION, LE TITULAIRE DU DROIT D'AUTEUR OU TOUTE AUTRE PARTIE QUI EST AUTORISÉE À MODIFIER ET/OU À REDISTRIBUER LA BIBLIOTHÈQUE CONFORMÉMENT AUX CONDITIONS CI-DESSUS N'EST RESPONSABLE ENVERS VOUS POUR LES DOMMAGES, GÉNÉRAUX, PARTICULIERS, ACCIDENTELS OU CONSÉCUTIFS, RÉSULTANT DE L'UTILISATION OU DE L'IMPOSSIBILITÉ D'UTILISER LA BIBLIOTHÈQUE (Y COMPRIS LA PERTE OU L'ALTÉRATION DES DONNÉES OU LES DOMMAGES SUBIS PAR VOUS OU PAR DES TIERS OU LE NON-FONCTIONNEMENT D'UNE BIBLIOTHÈQUE EN ASSOCIATION AVEC D'AUTRES BIBLIOTHÈQUES), MÊME SI LE TITULAIRE DU DROIT OU L'AUTRE PARTIE A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

**FIN DES CONDITIONS**

==========================================
**c-ares**

Copyright 1998 par le Massachusetts Institute of Technology.

En vertu des présentes, les droits d'utiliser, de copier, de modifier et de distribuer ce logiciel et sa documentation sont accordés gratuitement, à condition que l'avis de droits d'auteur ci-dessus et que le présent avis d'autorisation figurent dans la documentation de soutien, et que le nom
M.I.T. ne soit pas employé dans des publicités ou des informations publicitaires afférentes à la
distribution du logiciel sans en avoir préalablement

obtenu l'autorisation écrite. Le M.I.T. ne fait aucune déclaration au sujet de la compatibilité de ce logiciel pour quelque usage que ce soit. Il est fourni « tel quel », sans garantie expresse ou implicite.

==========================================
**Expat**

Copyright (c) 1998, 1999, 2000 Thai Open Source Software Center Ltd
        et Clark Cooper
Copyright (c) 2001, 2002, 2003, 2004, 2005, 2006
Expat maintainers.

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure
d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

==========================================
**libcurl**

Copyright (c) 1996 - 2015, Daniel Stenberg, daniel@ haxx.se.

Tous droits réservés.

L'autorisation d'utiliser, de copier, de modifier et de distribuer ce logiciel pour quelque raison, avec ou sans rétribution, est accordée par la présente, tant que l'avis de droits d'auteur et cet avis d'autorisation apparaissent dans toutes les copies.

CE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE DE TOUTE SORTE, EXPRESSE OU IMPLICITE, Y COMPRIS, SANS EN EXCLURE D'AUTRES, LES GARANTIES DE VALEUR MARCHANDE, D'ADAPTATION À UN USAGE PARTICULIER ET NON-VIOLATION DES DROITS DE TIERS. EN AUCUN CAS LES AUTEURS OU LES
TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT,

DEMANDE OU DOMMAGE, Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN
DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

Sauf mention contraire dans cet avis, le nom d'un titulaire des droits d'auteur ne doit pas être utilisé dans la publicité ou dans des supports de promotion de la vente, de l'utilisation ou d'autres interactions avec ce logiciel, sans obtenir l'autorisation écrite préalable du titulaire de droits d'auteur.

==========================================
**libxml2**

Copyright (C) 1998-2003 Daniel Veillard. Tous droits réservés.

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure
d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON
CONTREFAÇON. EN AUCUN CAS DANIEL VEILLARD NE SAURAIT ÊTRE TENU RESPONSABLE POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE, Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

Sauf mention contraire dans cet avis, le nom de Daniel Veillard ne doit pas être utilisé dans la publicité ou dans des supports de promotion de la vente, de l'utilisation ou d'autres interactions avec ce logiciel, sans obtenir son autorisation écrite préalable.

==========================================
### Client WPA

Copyright (c) 2003-2015, Jouni Malinen <j@w1.fi> et les contributeurs
Tous droits réservés. https://w1.fi/cgit/hostap/plain/wpa_supplicant/ README
La redistribution et l'utilisation sous forme source et binaire, avec ou sans modifications, sont autorisées sous réserve que les conditions suivantes soient respectées :

**1.** Les redistributions du code source doivent

conserver l'avis de copyright ci-dessus, cette liste de restrictions et l'avis de non-responsabilité ci-après.

**2.** Les redistributions sous forme binaire doivent reproduire l'avis de droits d'auteur précédents
et présents, la présente liste de conditions et l'avertissement suivant dans la documentation et/ou les autres matériaux fournis dans la distribution.

**3.** Ni le(s) nom(s) du/des propriétaire(s) des droits d'auteur mentionnés ci-dessus ni ceux de ses contributeurs ne peuvent être utilisés pour soutenir ou promouvoir des produits dérivés de ce logiciel sans en avoir préalablement obtenu l'autorisation écrite.

CE LOGICIEL EST FOURNI « TEL QUEL » PAR LES TITULAIRES DES DROITS D'AUTEUR ET LES CONTRIBUTEURS ET TOUTES LES GARANTIES EXPRESSES OU IMPLICITES, Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER SONT DÉCLINÉES. LE TITULAIRE DES DROITS D'AUTEUR OU LES CONTRIBUTEURS NE SERONT AUCUNEMENT RESPONSABLES DES
DOMMAGES DIRECTS, INDIRECTS, ACCESSOIRES, SPÉCIAUX, EXEMPLAIRES OU CONSÉCUTIFS
(Y COMPRIS, SANS EN EXCLURE D'AUTRES, L'APPROVISIONNEMENT DE BIENS OU DE SERVICES DE REMPLACEMENT ; LA PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, OU L'INTERRUPTION D'ACTIVITÉS COMMERCIALES) QUELLES QU'EN SOIENT LA CAUSE ET LA THÉORIE DE RESPONSABILITÉ, PAR CONTRAT, RESPONSABILITÉ ABSOLUE OU CIVILE (Y COMPRIS LA NÉGLIGENCE OU AUTRE) SURVENANT DE QUELQUE FAÇON QUI SOIT DE L'UTILISATION DE CE LOGICIEL, MÊME SI AVERTIS DE LA POSSIBILITÉ DE TELS DOMMAGES.

==========================================
### Gdlib

Parties sous copyright 1994, 1995, 1996, 1997,
1998, 1999, 2000, 2001, 2002 par Cold Spring
Harbor Laboratory. Financé dans le cadre de Grant P41-RR02188 du National Institutes of Health.

Parties sous copyright 1996, 1997, 1998, 1999,
2000, 2001, 2002 par Boutell.Com, Inc.

Parties liées au copyright 1999, 2000, 2001, 2002 du format GD2, Philip Warner.

Parties liées au copyright 1999, 2000, 2001, 2002 PNG, Greg Roelofs.

Parties liées au copyright 1999, 2000, 2001, 2002 gdttf.c, John Ellson (ellson@lucent.com).Parties liées au copyright 2001, 2002 gdft.c, John Ellson (ellson@ lucent.com).

Parties sous copyright 2000, 2001, 2002, 2003,
2004, 2005, 2006, 2007 Pierre-Alain Joye (pierre@ libgd.org).

Parties liées au format JPEG et à la quantification de

la couleur, copyright 2000, 2001, 2002, Doug Becker
et copyright (c) 1994, 1995, 1996, 1997, 1998,
1999, 2000, 2001, 2002, Thomas G. Lane. Ce logiciel repose en partie sur le travail de l'Independent JPEG Group. Consulter le fichier README-JPEG.TXT pour plus de détails.

Parties liées au copyright WBMP 2000, 2001, 2002 Maurice Szmurlo et Johan Van den Brande.

L'autorisation a été accordée de copier, distribuer et modifier gd dans tout contexte sans frais, y compris pour les applications commerciales, à condition
que cet avis soit présent dans la documentation de support mise à disposition de l'utilisateur.

Cela n'affecte pas votre droit de propriété de l'œuvre dérivée elle-même, et l'intention est d'assurer la reconnaissance appropriée pour les auteurs de gd, et de ne pas interférer avec votre utilisation productive de gd. Si vous avez des questions, formulez-les.
Les « Œuvres dérivées » comprennent tous les programmes qui utilisent la bibliothèque. Il doit en être fait mention dans la documentation mise à disposition de l'utilisateur.

Ce logiciel est fourni « TEL QUEL ». Les titulaires de droits d'auteur déclinent toute garantie, expresse ou implicite, y compris sans s'y limiter les garanties implicites de qualité marchande et d'adaptation à un usage particulier, à l'égard de ce code et de la documentation qui l'accompagne.

Même si leur code n'apparaît pas en gd, les auteurs tiennent à remercier David Koblas, David Rowley et la Hutchison Avenue Software Corporation pour leurs contributions antérieures.

==========================================

**md5**

MD5 est un logiciel libre : il peut être utilisé à des fins académiques et commerciales sans frais. Il n'existe pas de droits d'auteur ni de restrictions « copyleft » de type GNU. MD5 se qualifie comme un logiciel Open Source. Ses licences sont compatibles avec la GPL. MD5 n'est pas dans le domaine public et PUC- Rio conserve son droit d'auteur. Les informations légales sont indiquées ci-dessous.

L'esprit de la licence est que vous êtes libre d'utiliser MD5 pour toute utilisation, sans frais et sans avoir à nous demander l'autorisation. La seule exigence est que si vous utilisez MD5, vous devez inclure l'avis de droits d'auteur correspondant dans votre produit ou sa documentation.

MD5 a été conçu et implémenté par Roberto Ierusalimschy et Marcela Ozorio Suarez.

L'implémentation n'est pas dérivée du logiciel sous licence. La bibliothèque DES 56 C a été implémentée par Stuart Levy et utilise également une licence MIT.

_____

Copyright (c) 2003 PUC-Rio. Tous droits réservés. En vertu des présentes, une permission est accordée

gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

============================================
**libogg**

Copyright (c) 2002, Xiph.org Foundation

La redistribution et l'utilisation sous forme source et binaire, avec ou sans modifications, sont autorisées sous réserve que les conditions suivantes soient respectées :

– Les redistributions du code source doivent conserver l'avis de droits d'auteur ci-dessus, cette liste de restrictions et l'avis de non-responsabilité ci-après.

– Les redistributions sous forme binaire doivent reproduire l'avis de droits d'auteur précédents et présents, la présente liste de conditions et l'avertissement suivant dans la documentation et/ou les autres matériaux fournis dans la distribution.

– Ni le nom de Xiph.org Foundation ni ceux de ses contributeurs ne peuvent être utilisés pour soutenir ou promouvoir des produits dérivés de ce logiciel sans en avoir préalablement obtenu l'autorisation écrite.

CE LOGICIEL EST FOURNI « TEL QUEL » PAR LES TITULAIRES DES DROITS D'AUTEUR ET LES CONTRIBUTEURS ET TOUTES LES GARANTIES
EXPRESSES OU IMPLICITES, Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION
À UN USAGE PARTICULIER SONT DÉCLINÉES. LA FONDATION OU LES CONTRIBUTEURS NE SERONT AUCUNEMENT RESPONSABLES DES
DOMMAGES DIRECTS, INDIRECTS, ACCESSOIRES,

SPÉCIAUX, EXEMPLAIRES OU CONSÉCUTIFS (Y COMPRIS, SANS EN EXCLURE D'AUTRES,
L'APPROVISIONNEMENT DE BIENS OU DE SERVICES DE REMPLACEMENT ; LA PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, OU L'INTERRUPTION D'ACTIVITÉS COMMERCIALES) QUELLES
QU'EN SOIENT LA CAUSE ET LA THÉORIE DE RESPONSABILITÉ, PAR CONTRAT, RESPONSABILITÉ ABSOLUE OU CIVILE (Y COMPRIS LA NÉGLIGENCE OU AUTRE) SURVENANT DE QUELQUE FAÇON QUI SOIT DE L'UTILISATION DE CE LOGICIEL, MÊME SI AVERTIS DE LA POSSIBILITÉ DE TELS DOMMAGES.

============================================
**Tremor**

Copyright (c) 2002, Xiph.org Foundation

La redistribution et l'utilisation sous forme source et binaire, avec ou sans modifications, sont autorisées sous réserve que les conditions suivantes soient respectées :

– Les redistributions du code source doivent conserver l'avis de droits d'auteur ci-dessus, cette liste de restrictions et l'avis de non-responsabilité ci-après.

– Les redistributions sous forme binaire doivent reproduire l'avis de droits d'auteur précédents et présents, la présente liste de conditions et

l'avertissement suivant dans la documentation et/ou les autres matériaux fournis dans la distribution.

– Ni le nom de Xiph.org Foundation ni ceux de ses contributeurs ne peuvent être utilisés pour soutenir ou promouvoir des produits dérivés de ce logiciel sans en avoir préalablement obtenu l'autorisation écrite.

CE LOGICIEL EST FOURNI « TEL QUEL » PAR LES TITULAIRES DES DROITS D'AUTEUR ET LES CONTRIBUTEURS ET TOUTES LES GARANTIES
EXPRESSES OU IMPLICITES, Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION

À UN USAGE PARTICULIER SONT DÉCLINÉES. LA FONDATION OU LES CONTRIBUTEURS NE SERONT AUCUNEMENT RESPONSABLES DES
DOMMAGES DIRECTS, INDIRECTS, ACCESSOIRES, SPÉCIAUX, EXEMPLAIRES OU CONSÉCUTIFS
(Y COMPRIS, SANS EN EXCLURE D'AUTRES, L'APPROVISIONNEMENT DE BIENS OU DE SERVICES DE REMPLACEMENT ; LA PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, OU L'INTERRUPTION D'ACTIVITÉS COMMERCIALES) QUELLES QU'EN SOIENT LA CAUSE ET LA THÉORIE DE RESPONSABILITÉ, PAR CONTRAT, RESPONSABILITÉ ABSOLUE OU CIVILE (Y COMPRIS LA NÉGLIGENCE OU AUTRE) SURVENANT DE QUELQUE FAÇON QUI SOIT DE L'UTILISATION DE CE LOGICIEL, MÊME SI AVERTIS DE LA POSSIBILITÉ DE TELS DOMMAGES.

===========================================
### Logiciel de fonte

Les polices suivantes sont collectivement référées comme le « Logiciel de fonte ».
* Arial Latin 1
* Arial Bold Latin 1
* Arial Italic Latin 1
* Polices Closed-Caption de Netflix Latin (cursive, espacement fixe sans-serif, espacement fixe serif, proportionnel sans-serif, proportionnel serif, minuscules)

Sous licence d'Ascender Corporation. Netflix dispose de droits de distribution de tiers limités. Cette police ne peut être utilisée qu'avec l'application Netflix.

Remarques : les preneurs de licence doivent respecter les conditions suivantes :

Le preneur de licence ne peut pas :

**1.** altérer, retirer ou cacher toute marque ou autre avis de droit d'auteur, brevet, marque commerciale, secret commercial ou autre droit de propriété intellectuelle inclus dans le Logiciel de fonte ;

**2.** apporter des modifications, améliorations, extensions ou autres dérivés du Logiciel de fonte ;

**3.** activer toute fonction désactivée ou supplémentaire dans le Logiciel de fonte ;

**4.** inverser la conception, décompiler ou désassembler tout Logiciel de fonte ; ou

**5.** faire en sorte de distribuer le Logiciel de fonte comme une partie d'une licence excluse.

===========================================
### libupnp

Copyright (c) 2000-2003 Intel Corporation Tous droits réservés.

La redistribution et l'utilisation sous forme source et binaire, avec ou sans modifications, sont autorisées sous réserve que les conditions suivantes soient respectées :

* Les redistributions du code source doivent conserver l'avis de droits d'auteur ci-dessus, cette liste de restrictions et l'avis de non-responsabilité ci-après.
* Les redistributions sous forme binaire doivent reproduire l'avis de droits d'auteur précédents et présents, la présente liste de conditions et l'avertissement suivant dans la documentation et/ou les autres matériaux fournis dans la distribution.
* Ni le nom d'Intel Corporation ni ceux de ses contributeurs ne peuvent être utilisés pour soutenir ou promouvoir des produits dérivés de ce logiciel sans en avoir préalablement obtenu l'autorisation écrite.

CE LOGICIEL EST FOURNI « TEL QUEL » PAR LES TITULAIRES DES DROITS D'AUTEUR ET LES CONTRIBUTEURS ET TOUTES LES GARANTIES EXPRESSES OU IMPLICITES, Y COMPRIS SANS

EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER SONT DÉCLINÉES. INTEL OU LES CONTRIBUTEURS NE SERONT AUCUNEMENT RESPONSABLES DES DOMMAGES DIRECTS, INDIRECTS, ACCESSOIRES, SPÉCIAUX, EXEMPLAIRES OU CONSÉCUTIFS
(Y COMPRIS, SANS EN EXCLURE D'AUTRES, L'APPROVISIONNEMENT DE BIENS OU DE SERVICES DE REMPLACEMENT ; LA PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, OU L'INTERRUPTION D'ACTIVITÉS COMMERCIALES) QUELLES QU'EN SOIENT LA CAUSE ET LA THÉORIE DE RESPONSABILITÉ, PAR CONTRAT, RESPONSABILITÉ ABSOLUE OU CIVILE (Y COMPRIS LA NÉGLIGENCE OU AUTRE) SURVENANT DE QUELQUE FAÇON QUI SOIT DE L'UTILISATION DE CE LOGICIEL, MÊME SI AVERTIS DE LA POSSIBILITÉ DE TELS DOMMAGES.

===========================================
### Gestion des droits numériques

Les propriétaires de contenu utilisent la technologie d'accès au contenu Microsoft PlayReady™ pour protéger leur propriété intellectuelle, dont les droits d'auteur. Cet appareil utilise la technologie PlayReady pour accéder au contenu protégé par PlayReady et/ ou protégé par WMDRM. Si l'appareil ne réalise
pas correctement l'application des restrictions sur l'utilisation de contenu, les propriétaires de contenu pourront demander à Microsoft de révoquer la capacité de l'appareil à consommer un contenu protégé par PlayReady. Cette révocation ne devrait pas affecter un contenu non-protégé ou un contenu protégé par d'autres technologies d'accès au contenu. Les propriétaires de contenus peuvent vous demander de mettre à niveau PlayReady pour vous laisser accéder à leur contenu. Si vous refusez une mise à niveau, vous ne pourrez pas accéder au contenu pour lequel la cette dernière est demandée.

===========================================
### Jansson

Copyright 2009-2014 Petri Lehtinen <petri@digip. org>

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS

GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES
AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT,
DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

============================================
### jsonrpc

Copyright 2007-2010 par le Groupe de travail JSON- RPC

Ce document et ses traductions peuvent être utilisés pour implémenter JSON-RPC, peuvent être copiés et remis à des tiers, et des ouvrages
dérivés qui le commentent ou l'expliquent, ou aident à son implémentation, peuvent être préparés, copiés, publiés et distribués, entièrement ou
en partie, sans aucune restriction, tant que l'avis de droits d'auteur ci-dessus et le paragraphe présent sont inclus dans toutes les copies et
ouvrages dérivés. Cependant, ce document ne peut lui-même pas être modifié, d'aucune façon.

Les autorisations limitées accordées ci-dessus sont à durée illimitée et ne peuvent être révoquées.

Ce document et les informations contenues par la présente sont fournis « TELS QUELS » et TOUTES LES GARANTIES, EXPRESSES OU
IMPLICITES,
Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION À UN
USAGE PARTICULIER SONT DÉCLINÉES.

============================================
### thttpd

Copyright © 2000 par Jef Poskanzer <jef@mail.acme. com>. Tous droits réservés.

La redistribution et l'utilisation sous forme source et binaire, avec ou sans modifications, sont autorisées sous réserve que les conditions
suivantes soient respectées :

**1.** Les redistributions du code source doivent conserver l'avis de copyright ci-dessus, cette liste de restrictions et l'avis de non-responsabilité
ci-après.

**2.** Les redistributions sous forme binaire doivent reproduire l'avis de droits d'auteur précédents
et présents, la présente liste de conditions et l'avertissement suivant dans la documentation et/ou les autres matériaux fournis dans la
distribution.

CE LOGICIEL EST FOURNI « TEL QUEL » PAR LES AUTEURS ET LES CONTRIBUTEURS ET TOUTES LES GARANTIES EXPRESSES
OU IMPLICITES,
Y COMPRIS SANS EN EXCLURE D'AUTRES, LES

GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER SONT DÉCLINÉES. L'AUTEUR
OU LES CONTRIBUTEURS NE SERONT AUCUNEMENT RESPONSABLES DES DOMMAGES DIRECTS, INDIRECTS, ACCESSOIRES,
SPÉCIAUX, EXEMPLAIRES OU CONSÉCUTIFS
(Y COMPRIS, SANS EN EXCLURE D'AUTRES, L'APPROVISIONNEMENT DE BIENS OU DE SERVICES DE REMPLACEMENT ; LA
PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, OU L'INTERRUPTION D'ACTIVITÉS COMMERCIALES) QUELLES
QU'EN SOIENT LA CAUSE ET LA THÉORIE DE RESPONSABILITÉ, PAR CONTRAT, RESPONSABILITÉ ABSOLUE OU CIVILE (Y
COMPRIS LA NÉGLIGENCE OU AUTRE) SURVENANT DE QUELQUE FAÇON QUI SOIT DE L'UTILISATION DE CE LOGICIEL, MÊME
SI AVERTIS DE LA POSSIBILITÉ DE TELS DOMMAGES.

============================================
### jquery.fileDownload.js

Copyright (c) 2014 John Culviner

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de
documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure

■tres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du
Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du
Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX
GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES
AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT,
DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

============================================
### jquery.animate-enhanced.min.js

Copyright (c) 2014 Ben Barnett

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de
documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure
d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous-

licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant
les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

=========================================
**masonry**

Copyright (c) 2014 David DeSandro

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure
d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

=========================================
**jquery-1.11.1.js**

Copyright 2005, 2014 jQuery Foundation et autres contributeurs, https://jquery.org/

Ce logiciel est une contribution volontaire faite par de nombreuses personnes. Pour connaître l'historique de contribution exact, consultez l'historique de révision disponible à https://github.com/jquery/jquery

La licence suivante s'applique à toutes les parties de ce logiciel, sauf indications ci-dessous :

====

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure
d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

====

Tous les fichiers situés dans les node_modules et répertoires externes sont des bibliothèques mises à jour en externe, utilisées par ce logiciel, qui ont leurs propres licences ; nous vous recommandons de les lire, car les conditions peuvent différer des conditions mentionnées ci-dessus.

=========================================
**jquery.mobile.iscrollview.js**

Copyright (c) 2008-2013 Matteo Spinelli, http://cubiq. org

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure
d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS,

MAIS SANS SE LIMITER AUX GARANTIES DE QUALITÉ MARCHANDE OU D'APTITUDE À
UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

=========================================
**jquery.mobile-1.4.3.js**

Copyright 2010, 2014 jQuery Foundation et autres contributeurs, https://jquery.org/

Ce logiciel est une contribution volontaire faite par de nombreuses personnes. Pour connaître l'historique de contribution exact, consultez l'historique de révision disponible à https://github.com/jquery/ jquery-mobile

La licence suivante s'applique à toutes les parties de ce logiciel, sauf indications ci-dessous :

====

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

====

Les droits d'auteur et autres droits liés à l'exemple de code sont renoncés via CC0. L'exemple de code est défini comme étant tout le code source contenu dans les répertoires de démo.

CC0 : http://creativecommons.org/publicdomain/ zero/1.0/

====

Tous les fichiers situés dans les node_modules et répertoires externes sont des bibliothèques mises à jour en externe, utilisées par ce logiciel, qui ont leurs propres licences ; nous vous recommandons de les lire, car les conditions peuvent différer des conditions mentionnées ci-dessus.

```
===========================================
```
**jQuery Easing**

Copyright © 2008 George McGinley Smith Tous droits réservés.

 La redistribution et l'utilisation sous forme source et binaire, avec ou sans modifications, sont autorisées sous réserve que les conditions suivantes soient respectées :

Les redistributions du code source doivent conserver l'avis de copyright ci-dessus, cette liste de restrictions et l'avis de non-responsabilité ci-après. Les redistributions sous forme binaire doivent reproduire l'avis de droits d'auteur précédents
et présents, la présente liste de conditions et l'avertissement suivant dans la documentation et/ou les autres matériaux fournis dans la distribution.

le nom de l'auteur ni ceux des contributeurs ne peuvent être utilisés pour soutenir ou promouvoir des produits dérivés de ce logiciel sans en avoir préalablement obtenu l'autorisation écrite.

CE LOGICIEL EST FOURNI « TEL QUEL » PAR LES TITULAIRES DES DROITS D'AUTEUR ET LES CONTRIBUTEURS ET TOUTES LES GARANTIES EXPRESSES OU IMPLICITES, Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER SONT DÉCLINÉES. LE TITULAIRE DES DROITS D'AUTEUR OU LES CONTRIBUTEURS NE SERONT AUCUNEMENT RESPONSABLES DES
DOMMAGES DIRECTS, INDIRECTS, ACCESSOIRES, SPÉCIAUX, EXEMPLAIRES OU CONSÉCUTIFS
(Y COMPRIS, SANS EN EXCLURE D'AUTRES, L'APPROVISIONNEMENT DE BIENS OU DE SERVICES DE REMPLACEMENT ; LA PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, OU L'INTERRUPTION D'ACTIVITÉS COMMERCIALES) QUELLES QU'EN SOIENT LA CAUSE ET LA THÉORIE DE RESPONSABILITÉ, PAR CONTRAT, RESPONSABILITÉ ABSOLUE OU CIVILE (Y COMPRIS LA NÉGLIGENCE OU AUTRE) SURVENANT DE QUELQUE FAÇON QUI SOIT DE L'UTILISATION DE CE LOGICIEL, MÊME SI AVERTIS DE LA POSSIBILITÉ DE TELS DOMMAGES.

```
===========================================
```
**Lazy Load - plugin jQuery pour le lazy-loading (ou chargement paresseux) d'images**

Copyright (c) 2007-2013 Mika Tuupola Sous licence du MIT :

   http://www.opensource.org/licenses/mit-license. php

Accueil projet : http://www.appelsiini.net/projects/lazyload

```
===========================================
```
**jquery.qrcode.js**

Copyright (c) 2011 Jerome Etienne, http://jetienne. com

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES

DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE, Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

=========================================
**HashTable.js**

Copyright (c) 2013 Tim Down

Sous licence Apache, Version 2.0 (la « Licence ») ; vous ne pouvez utiliser ce fichier que dans le cadre de la Licence. Vous pouvez obtenir une copie de la Licence à l'adresse

   http://www.apache.org/licenses/LICENSE-2.0

Sauf si la loi applicable l'exige, ou en cas d'accord écrit, le logiciel distribué sous la Licence est distribué « TEL QUEL », SANS GARANTIES OU CONDITIONS D'AUCUNE SORTE, expresses ou implicites. Consultez la Licence pour les limitations et autorisations en vigueur spécifiques à chaque langue sous la Licence.

Licence Apache

Version 2.0, janvier 2004 http://www.apache.org/licenses/

**CONDITIONS D'UTILISATION, DE DISTRIBUTION ET DE MODIFICATION**

**1.** Définitions.

La « licence » se réfère aux conditions d'utilisation, de reproduction et de distribution définies dans les sections 1 à 9 du présent document.

Le « donneur de licence » se réfère au propriétaire des droits d'auteur ou à l'entité autorisée par le propriétaire des droits d'auteur, qui accorde la licence.

L'« entité légale » se réfère à l'union de l'entité actrice et de toutes les autres entités qui contrôlent, sont contrôlées par ou sont sous un contrôle commun avec cette entité. Aux fins de cette définition, le terme

« contrôle » désigne (i) le pouvoir, direct ou indirect, de décision de la direction ou de la gestion de cette entité, que ce soit par l'intermédiaire d'un contrat ou par d'autres moyens, ou (ii) la propriété de cinquante pour cent (50 %) ou plus des actions en circulation, ou (iii) la propriété à titre de bénéficiaire de ladite entité.

« Vous » (ou « Votre ») se réfère à une personne ou une entité légale exerçant les autorisations accordées par cette licence.

La forme « source » signifie la forme préférée pour effectuer des modifications, y compris, sans s'y limiter, du code source logiciel, de la source de la documentation et des fichiers de configuration.

La forme « objet » signifie toute forme résultant d'une transformation mécanique ou d'une traduction d'un formulaire Source, y compris, sans s'y limiter, le code objet compilé, la documentation générée et les conversions vers d'autres types de support.

L'« ouvrage » signifie l'ouvrage de la paternité, sous forme source ou objet, mis à disposition sous licence, comme indiqué par un avis de droits d'auteur inclus ou joint à l'ouvrage (un exemple est fourni dans l'annexe ci-dessous).

Les « ouvrages dérivés » signifie tout travail, sous forme source ou objet, basé sur (ou dérivé de) l'ouvrage et pour lequel les révisions, annotations, élaborations ou autres modifications représentent, dans leur ensemble, un ouvrage original de paternité. Aux fins de la présente Licence, les ouvrages dérivés ne doivent pas inclure les ouvrages pouvant être séparés, ou simplement liés (ou attachés par nom) aux interfaces de l'ouvrage et des ouvrages dérivés.

La « contribution » signifie tout travail de paternité, y compris la version originale de l'ouvrage et toute modification ou ajout à cet ouvrage ou aux ouvrages dérivés, qui est intentionnellement soumis au donneur de licence pour l'inclure dans l'ouvrage par le titulaire des droits d'auteur ou par une personne ou entité légale autorisée à soumettre au nom du titulaire des droits d'auteur. Aux fins de cette définition, « soumis » signifie toute forme

de communication électronique, verbale ou écrite, envoyée au donneur de licence ou ses représentants, y compris, sans s'y limiter, les communications sur des listes de publipostage électronique, des systèmes de contrôle du code source et des systèmes de suivi des problèmes géré par, ou au nom du donneur de licence, aux fins de discuter et d'améliorer l'ouvrage, en excluant toute communication portant l'indication

« N'est pas une contribution », visible ou désignée par écrit par le titulaire des droits d'auteur.

Le « contributeur » est un donneur de licence et toute personne ou entité légale au nom de qui une contribution a été reçue par le donneur de licence, puis incorporée à l'ouvrage.

**2.** Octroi de la Licence de droits d'auteur. Soumis aux conditions de la présente licence, chaque contributeur vous octroie par la présente une licence de droits d'auteur à durée illimitée, internationale, non exclusive, sans rémunération, gratuite et irrévocable, pour reproduire, préparer des ouvrages dérivés, afficher publiquement, effectuer publiquement, sous-licencier et distribuer l'ouvrage et ses ouvrages dérivés sous la forme source ou objet.

**3.** Octroi de la Licence de brevet. Soumis aux conditions de la présente licence, chaque contributeur vous accorde par la présente une licence de brevet à durée illimitée, internationale, non exclusive, sans rémunération, gratuite et irrévocable (sauf mention contraire dans cette section), pour faire, faire faire, utiliser, offrir à la vente, vendre, importer et transférer l'ouvrage, dans le cas où cette licence s'applique uniquement aux demandes de brevet d'exploitation par ce contributeur, qui a nécessairement transgressé, par ses contributions seules ou par combinaison des contributions avec l'ouvrage pour lequel les contributions ont été soumises. Si vous intentez un litige de brevet contre une entité (y compris une demande entre défendeurs ou une demande reconventionnelle dans une affaire en cours), alléguant que l'ouvrage ou une contribution apportée dans l'ouvrage constitue une infraction au brevet directe ou par contribution, alors toute licence de brevet vous étant accordée sous cette licence pour cet ouvrage doit prendre fin à la date de clôture du litige.

**4.** Redistribution. Vous pouvez reproduire et distribuer des copies de l'ouvrage ou des ouvrages dérivés sur tout support, avec ou sans modifications, et sous la forme source ou objet, tant que vous respectez les conditions suivantes :

Vous devez remettre aux autres bénéficiaires de l'ouvrage ou des ouvrages dérivés une copie de cette licence ; et
Vous devez faire en sorte que les fichiers modifiés portent un avis visible indiquant que vous les avez modifiés ; et
Vous devez conserver, dans la forme source de tout ouvrage dérivé que vous distribuez, tous les avis
de droits d'auteur, de brevet, de marque déposée

et d'attribution présents dans la forme source de l'ouvrage, sauf les avis qui ne concernent aucune partie des ouvrages dérivés ; et
Si l'ouvrage inclut un fichier texte « NOTICE » lorsqu'il est distribué, alors tous les ouvrages dérivés que vous distribuez doivent inclure une copie lisible des avis d'attribution contenu dans ce fichier NOTICE, à l'exclusion des avis qui ne concernent aucune partie des ouvrages dérivés, placée à l'un des endroits suivants : dans un fichier texte NOTICE distribué
avec les ouvrages dérivés ; dans la forme source ou la documentation, si celle-ci est fournie avec les ouvrages dérivés ; ou, dans un affichage généré par les ouvrages dérivés, si et lorsque les avis de tiers apparaissent normalement. Le contenu du fichier NOTICE est à des fins informatives uniquement
et ne modifie pas la licence. Vous pouvez ajouter vos propres avis d'attribution dans les ouvrages dérivés que vous distribuez, à côté ou en addenda du texte NOTICE de l'ouvrage, tant que ces avis supplémentaires d'attribution ne peuvent être considérés comme modifiant la licence.

Vous pouvez ajouter votre propre phrase de Copyright à vos modifications et pouvez ajouter des conditions de licences supplémentaires ou différentes pour l'utilisation, la reproduction ou la distribution de vos modifications, ou pour tout autre ouvrage dérivé dans son ensemble, tant que vos conditions d'utilisation, de reproduction et de distribution de l'ouvrage respectent les conditions mentionnées dans la présente licence.

**5.** Soumission des contributions. Sauf précision explicite de votre part, toute contribution intentionnellement soumise à inclusion dans l'ouvrage par vous au donneur de licence doit être faite selon les conditions de la présente licence, sans aucune autre condition supplémentaire. Indépendamment de ce qui précède, rien n'a pour effet de remplacer ou de modifier les termes d'un contrat de licence séparé que vous pouvez avoir passé avec le donneur de licence quant à ses contributions.

**6.** Marques commerciales. La licence n'accorde par l'autorisation d'utiliser les noms commerciaux,
marques commerciales, marques de service ou noms de produit du donneur de licence, sauf si cela est requis pour une utilisation raisonnable et personnelle, en décrivant l'origine de l'ouvrage et en reproduisant le contenu du fichier NOTICE.

**7.** Clause de non-responsabilité. Sauf si requis par loi applicable ou convenu par écrit, le donneur de licence fournit l'ouvrage (et chaque contributeur fournit ses contributions) « TEL QUEL », SANS AUCUNE GARANTIE NI CONDITIONS, expresse ou implicite, y compris, sans s'y limiter, toute garantie ou condition de TITRE, NON CONTREFAÇON, QUALITÉ MARCHANDE OU APTITUDE À UNE UTILISATION
PARTICULIÈRE. Vous êtes entièrement responsable de déterminer s'il est approprié d'utiliser ou de

redistribuer l'ouvrage et assumez tous les risques associés à votre exercice des autorisations accordées par cette licence.

**8.** Limitation de responsabilité. En aucun cas et sous aucune théorie légale, que ce soit par responsabilité civile (y compris la négligence), contractuelle ou autre, sauf si requis par la loi applicable (tel que
les actes de négligence délibérée et évidente) ou convenu par écrit, un contributeur ne doit être tenu responsable envers vous des dommages, qu'ils soient directs, indirects, particuliers, accidentels ou consécutifs, résultant de cette licence ou de l'utilisation ou de l'impossibilité d'utiliser l'ouvrage (y compris, sans s'y limiter, les dommages pour perte de clientèle, interruption de travail, panne ou dysfonctionnement d'ordinateur, ou tout autre dommage ou perte commercial), même si ce contributeur a été averti de la possibilité de ces dommages.

**9.** Acceptation de la garantie ou de la responsabilité supplémentaire. Lors de la redistribution de l'ouvrage ou des ouvrages dérivés, vous pouvez choisir
d'offrir, et de vous faire rémunérer, une acceptation d'assistance, une garantie, une indemnité ou d'autres obligations de responsabilité et/ou droits cohérents avec la présente licence. Cependant, en acceptant
de telles obligations, vous devez agir uniquement en votre nom et à votre seule responsabilité, et non au nom d'un autre contributeur, et seulement si vous acceptez d'indemniser, de défendre et
de tenir chaque contributeur indemne de toute responsabilité encourue ou réclamation engagée contre ce contributeur, en acceptant cette garantie ou responsabilité supplémentaire.

**FIN DES CONDITIONS**

```
=========================================
```
**iscroll.js**

Copyright (c) 2012 Matteo Spinelli, http://cubiq.org/

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON

CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

```
=========================================
```

**uuid.js**

Copyright (c) 2010 Robert Kieffer

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure

d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES

DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,

Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

===========================================
**qrcode.js**

Copyright (c) 2012 davidshimjs

L'autorisation est par la présente accordée, gratuitement,

à toute personne obtenant une copie de ce logiciel et des fichiers de documentation supplémentaires (le

« Logiciel »),

pour utiliser le Logiciel sans aucune restriction,

y compris sans limitation des droits d'utilisation, de copie, de modification, de fusion, de publication, de distribution, d'octroi de sous-licence, et/ou de vendre des copies du Logiciel, et de permettre aux personnes à qui ce Logiciel est fourni d'en faire autant,

soumis aux conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS

GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES

DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,

Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

===========================================
**Zxing**

Copyright © 2008 auteurs ZXing

Sous licence Apache, Version 2.0 (la « Licence ») ; vous ne pouvez utiliser ce fichier que dans le cadre de la Licence. Vous pouvez obtenir une copie de la Licence à l'adresse

   http://www.apache.org/licenses/LICENSE-2.0

Sauf si la loi applicable l'exige, ou en cas d'accord écrit, le logiciel distribué sous la Licence est distribué « TEL QUEL », SANS GARANTIES OU

CONDITIONS D'AUCUNE SORTE, expresses ou implicites. Consultez la Licence pour les limitations et autorisations en vigueur spécifiques à chaque langue sous la Licence.

Licence Apache

Version 2.0, janvier 2004 http://www.apache.org/licenses/

**CONDITIONS D'UTILISATION, DE DISTRIBUTION ET DE MODIFICATION**

**1.** Définitions.

La « licence » se réfère aux conditions d'utilisation, de reproduction et de distribution définies dans les sections 1 à 9 du présent document.

Le « donneur de licence » se réfère au propriétaire des droits d'auteur ou à l'entité autorisée par le propriétaire des droits d'auteur, qui accorde la licence.

L'« entité légale » se réfère à l'union de l'entité actrice et de toutes les autres entités qui contrôlent, sont contrôlées par ou sont sous un contrôle commun avec cette entité. Aux fins de cette définition, le terme

« contrôle » désigne (i) le pouvoir, direct ou indirect, de décision de la direction ou de la gestion de cette entité, que ce soit par l'intermédiaire d'un contrat ou par d'autres moyens, ou (ii) la propriété de cinquante pour cent (50 %) ou plus des actions en circulation, ou (iii) la propriété à titre de bénéficiaire de ladite entité.

« Vous » (ou « Votre ») se réfère à une personne ou une entité légale exerçant les autorisations accordées par cette licence.

La forme « source » signifie la forme préférée pour

effectuer des modifications, y compris, sans s'y limiter, du code source logiciel, de la source de la documentation et des fichiers de configuration.

La forme « objet » signifie toute forme résultant d'une transformation mécanique ou d'une traduction d'un formulaire Source, y compris, sans s'y limiter, le

code objet compilé, la documentation générée et les conversions vers d'autres types de support.

L'« ouvrage » signifie l'ouvrage de la paternité, sous forme source ou objet, mis à disposition sous licence, comme indiqué par un avis de droits d'auteur inclus ou joint à l'ouvrage (un exemple est fourni dans l'annexe ci-dessous).

Les « ouvrages dérivés » signifie tout travail, sous forme source ou objet, basé sur (ou dérivé de) l'ouvrage et pour lequel les révisions, annotations, élaborations ou autres modifications représentent, dans leur ensemble, un ouvrage original de paternité. Aux fins de la présente Licence, les ouvrages dérivés ne doivent pas inclure les ouvrages pouvant être séparés, ou simplement liés (ou attachés par nom) aux interfaces de l'ouvrage et des ouvrages dérivés.

La « contribution » signifie tout travail de paternité, y compris la version originale de l'ouvrage et toute modification ou ajout à cet ouvrage ou aux ouvrages dérivés, qui est intentionnellement

soumis au donneur de licence pour l'inclure dans l'ouvrage par le titulaire des droits d'auteur ou par une personne ou entité légale autorisée à soumettre au nom du titulaire des droits d'auteur. Aux fins

de cette définition, « soumis » signifie toute forme de communication électronique, verbale ou écrite, envoyée au donneur de licence ou ses représentants, y compris, sans s'y limiter, les communications sur

des listes de publipostage électronique, des systèmes de contrôle du code source et des systèmes de suivi des problèmes géré par, ou au nom du donneur de licence, aux fins de discuter et d'améliorer l'ouvrage, en excluant toute communication portant l'indication « N'est pas une contribution », visible ou désignée par écrit par le titulaire des droits d'auteur.

Le « contributeur » est un donneur de licence et toute personne ou entité légale au nom de qui une contribution a été reçue par le donneur de licence, puis incorporée à l'ouvrage.

**2.** Octroi de la Licence de droits d'auteur. Soumis aux conditions de la présente licence, chaque contributeur vous octroie par la présente une licence

de droits d'auteur à durée illimitée, internationale, non exclusive, sans rémunération, gratuite et irrévocable, pour reproduire, préparer des ouvrages dérivés, afficher publiquement, effectuer publiquement,

sous-licencier et distribuer l'ouvrage et ses ouvrages dérivés sous la forme source ou objet.

**3.** Octroi de la Licence de brevet. Soumis aux conditions de la présente licence, chaque contributeur vous accorde par la présente une licence de brevet

à durée illimitée, internationale, non exclusive, sans

rémunération, gratuite et irrévocable (sauf mention contraire dans cette section), pour faire, faire faire, utiliser, offrir à la vente, vendre, importer et transférer l'ouvrage, dans le cas où cette licence s'applique uniquement aux demandes de brevet d'exploitation par ce contributeur, qui a nécessairement transgressé, par ses contributions seules ou par combinaison des contributions avec l'ouvrage pour lequel les contributions ont été soumises. Si vous intentez un litige de brevet contre une entité (y compris une demande entre défendeurs ou une demande reconventionnelle dans une affaire en cours), alléguant que l'ouvrage ou une contribution apportée dans l'ouvrage constitue une infraction au

brevet directe ou par contribution, alors toute licence de brevet vous étant accordée sous cette licence pour cet ouvrage doit prendre fin à la date de clôture du litige.

**4.** Redistribution. Vous pouvez reproduire et distribuer des copies de l'ouvrage ou des ouvrages dérivés sur tout support, avec ou sans modifications, et sous la forme source ou objet, tant que vous respectez les conditions suivantes :

Vous devez remettre aux autres bénéficiaires de l'ouvrage ou des ouvrages dérivés une copie de cette licence ; et
Vous devez faire en sorte que les fichiers modifiés portent un avis visible indiquant que vous les avez modifiés ; et
Vous devez conserver, dans la forme source de tout ouvrage dérivé que vous distribuez, tous les avis

de droits d'auteur, de brevet, de marque déposée et d'attribution présents dans la forme source de l'ouvrage, sauf les avis qui ne concernent aucune partie des ouvrages dérivés ; et

Si l'ouvrage inclut un fichier texte « NOTICE » lorsqu'il est distribué, alors tous les ouvrages dérivés que vous distribuez doivent inclure une copie lisible des avis d'attribution contenu dans ce fichier NOTICE, à l'exclusion des avis qui ne concernent aucune partie des ouvrages dérivés, placée à l'un des endroits suivants : dans un fichier texte NOTICE distribué

avec les ouvrages dérivés ; dans la forme source ou la documentation, si celle-ci est fournie avec les ouvrages dérivés ; ou, dans un affichage généré par les ouvrages dérivés, si et lorsque les avis de tiers apparaissent normalement. Le contenu du fichier NOTICE est à des fins informatives uniquement

et ne modifie pas la licence. Vous pouvez ajouter vos propres avis d'attribution dans les ouvrages dérivés que vous distribuez, à côté ou en addenda du texte NOTICE de l'ouvrage, tant que ces avis supplémentaires d'attribution ne peuvent être considérés comme modifiant la licence.

Vous pouvez ajouter votre propre phrase de Copyright à vos modifications et pouvez ajouter des conditions de licences supplémentaires ou différentes pour l'utilisation, la reproduction ou la distribution de vos

de reproduction et de distribution de l'ouvrage respectent les conditions mentionnées dans la présente licence.

**5.** Soumission des contributions. Sauf précision explicite de votre part, toute contribution intentionnellement soumise à inclusion dans l'ouvrage par vous au donneur de licence doit être faite selon les conditions de la présente licence, sans aucune autre condition supplémentaire. Indépendamment de ce qui précède, rien n'a pour effet de remplacer ou de modifier les termes d'un contrat de licence séparé que vous pouvez avoir passé avec le donneur de licence quant à ces contributions.

**6.** Marques commerciales. La licence n'accorde par l'autorisation d'utiliser les noms commerciaux, marques commerciales, marques de service ou noms de produit du donneur de licence, sauf si cela est requis pour une utilisation raisonnable et personnelle, en décrivant l'origine de l'ouvrage et en reproduisant le contenu du fichier NOTICE.

**7.** Clause de non-responsabilité. Sauf si requis par loi applicable ou convenu par écrit, le donneur de licence fournit l'ouvrage (et chaque contributeur fournit ses contributions) « TEL QUEL », SANS AUCUNE GARANTIE NI CONDITIONS, expresse ou implicite, y compris, sans s'y limiter, toute garantie ou condition de TITRE, NON CONTREFAÇON, QUALITÉ MARCHANDE OU APTITUDE À UNE UTILISATION
PARTICULIÈRE. Vous êtes entièrement responsable de déterminer s'il est approprié d'utiliser ou de redistribuer l'ouvrage et assumez tous les risques associés à votre exercice des autorisations accordées par cette licence.

**8.** Limitation de responsabilité. En aucun cas et sous aucune théorie légale, que ce soit par responsabilité civile (y compris la négligence), contractuelle ou autre, sauf si requis par la loi applicable (tel que

les actes de négligence délibérée et évidente) ou convenu par écrit, un contributeur ne doit être tenu responsable envers vous des dommages, qu'ils soient directs, indirects, particuliers, accidentels ou consécutifs, résultant de cette licence ou de l'utilisation ou de l'impossibilité d'utiliser l'ouvrage (y compris, sans s'y limiter, les dommages pour perte de clientèle, interruption de travail, panne ou dysfonctionnement d'ordinateur, ou tout autre dommage ou perte commercial), même si ce contributeur a été averti de la possibilité de ces dommages.

**9.** Acceptation de la garantie ou de la responsabilité supplémentaire. Lors de la redistribution de l'ouvrage ou des ouvrages dérivés, vous pouvez choisir

d'offrir, et de vous faire rémunérer, une acceptation d'assistance, une garantie, une indemnité ou d'autres obligations de responsabilité et/ou droits cohérents avec la présente licence. Cependant, en acceptant

non au nom d'un autre contributeur, et seulement si vous acceptez d'indemniser, de défendre et de tenir chaque contributeur indemne de toute responsabilité encourue ou réclamation engagée contre ce contributeur, en acceptant cette garantie ou responsabilité supplémentaire.

**FIN DES CONDITIONS**

=========================================
**Commons FileUpload**

Copyright © 2002-2013 The Apache Software Foundation

Sous licence de la licence Apache, version 2.0 (la
« Licence ») ;
vous ne pouvez utiliser ce fichier que dans le cadre de la Licence.
Vous pouvez obtenir une copie de la Licence à l'adresse
    http://www.apache.org/licenses/LICENSE-2.0 Sauf si la loi applicable l'exige, ou en cas d'accord

écrit, le logiciel distribué sous la Licence est distribué
« TEL QUEL », SANS GARANTIES OU CONDITIONS
D'AUCUNE SORTE, expresses ou implicites. Consultez la Licence pour les limitations et autorisations en vigueur spécifiques à chaque langue sous la Licence.

Licence Apache

Version 2.0, janvier 2004 http://www.apache.org/licenses/
**CONDITIONS D'UTILISATION, DE DISTRIBUTION ET DE MODIFICATION**

**1.** Définitions.

La « licence » se réfère aux conditions d'utilisation, de reproduction et de distribution définies dans les sections 1 à 9 du présent document.

Le « donneur de licence » se réfère au propriétaire des droits d'auteur ou à l'entité autorisée par le propriétaire des droits d'auteur, qui accorde la licence.

L'« entité légale » se réfère à l'union de l'entité actrice et de toutes les autres entités qui contrôlent, sont contrôlées par ou sont sous un contrôle commun avec cette entité. Aux fins de cette définition, le terme
« contrôle » désigne (i) le pouvoir, direct ou indirect, de décision de la direction ou de la gestion de cette entité, que ce soit par l'intermédiaire d'un contrat ou par d'autres moyens, ou (ii) la propriété de cinquante pour cent (50 %) ou plus des actions en circulation, ou (iii) la propriété à titre de bénéficiaire de ladite entité.

« Vous » (ou « Votre ») se réfère à une personne ou une entité légale exerçant les autorisations accordées par cette licence.

La forme « source » signifie la forme préférée pour

effectuer des modifications, y compris, sans s'y limiter, du code source logiciel, de la source de la documentation et des fichiers de configuration.

La forme « objet » signifie toute forme résultant d'une transformation mécanique ou d'une traduction d'un formulaire Source, y compris, sans s'y limiter, le
code objet compilé, la documentation générée et les conversions vers d'autres types de support.

L'« ouvrage » signifie l'ouvrage de la paternité, sous forme source ou objet, mis à disposition sous licence, comme indiqué par un avis de droits d'auteur inclus ou joint à l'ouvrage (un exemple est fourni dans l'annexe ci-dessous).

Les « ouvrages dérivés » signifie tout travail, sous forme source ou objet, basé sur (ou dérivé de) l'ouvrage et pour lequel les révisions, annotations, élaborations ou autres modifications représentent, dans leur ensemble, un ouvrage original de paternité. Aux fins de la présente Licence, les ouvrages dérivés ne doivent pas inclure les ouvrages pouvant être séparés, ou simplement liés (ou attachés par nom) aux interfaces de l'ouvrage et des ouvrages dérivés.

La « contribution » signifie tout travail de paternité, y compris la version originale de l'ouvrage et toute modification ou ajout à cet ouvrage ou aux ouvrages dérivés, qui est intentionnellement

soumis au donneur de licence pour l'inclure dans l'ouvrage par le titulaire des droits d'auteur ou par une personne ou entité légale autorisée à soumettre au nom du titulaire des droits d'auteur. Aux fins
de cette définition, « soumis » signifie toute forme de communication électronique, verbale ou écrite, envoyée au donneur de licence ou ses représentants, y compris, sans s'y limiter, les communications sur
des listes de publipostage électronique, des systèmes de contrôle du code source et des systèmes de suivi des problèmes géré par ou, au nom du donneur de licence, aux fins de discuter et d'améliorer l'ouvrage, en excluant toute communication portant l'indication
« N'est pas une contribution », visible ou désignée par écrit par le titulaire des droits d'auteur.

Le « contributeur » est un donneur de licence et toute personne ou entité légale au nom de qui une contribution a été reçue par le donneur de licence, puis incorporée à l'ouvrage.

**2.** Octroi de la Licence de droits d'auteur. Soumis aux conditions de la présente licence, chaque contributeur vous octroie par la présente une licence

de droits d'auteur à durée illimitée, internationale, non exclusive, sans rémunération, gratuite et irrévocable, pour reproduire, préparer des ouvrages dérivés, afficher publiquement, effectuer publiquement,

sous-licencier et distribuer l'ouvrage et ses ouvrages dérivés sous la forme source ou objet.

**3.** Octroi de la Licence de brevet. Soumis aux conditions de la présente licence, chaque contributeur vous accorde par la présente une licence de brevet

à durée illimitée, internationale, non exclusive, sans

rémunération, gratuite et irrévocable (sauf mention contraire dans cette section), pour faire, faire faire, utiliser, offrir à la vente, vendre, importer et transférer l'ouvrage, dans le cas où cette licence s'applique uniquement aux demandes de brevet d'exploitation par ce contributeur, qui a nécessairement transgressé, par ses contributions seules ou par combinaison des contributions avec l'ouvrage pour lequel les contributions ont été soumises. Si vous intentez un litige de brevet contre une entité (y compris une demande entre défendeurs ou une demande reconventionnelle dans une affaire en cours), alléguant que l'ouvrage ou une contribution apportée dans l'ouvrage constitue une infraction au

brevet directe ou par contribution, alors toute licence de brevet vous étant accordée sous cette licence pour cet ouvrage doit prendre fin à la date de clôture du litige.

**4.** Redistribution. Vous pouvez reproduire et distribuer des copies de l'ouvrage ou des ouvrages dérivés sur tout support, avec ou sans modifications, et sous la forme source ou objet, tant que vous respectez les conditions suivantes :

Vous devez remettre aux autres bénéficiaires de l'ouvrage ou des ouvrages dérivés une copie de cette licence ; et
Vous devez faire en sorte que les fichiers modifiés portent un avis visible indiquant que vous les avez modifiés ; et
Vous devez conserver, dans la forme source de tout ouvrage dérivé que vous distribuez, tous les avis
de droits d'auteur, de brevet, de marque déposée et d'attribution présents dans la forme source de l'ouvrage, sauf les avis qui ne concernent aucune partie des ouvrages dérivés ; et
Si l'ouvrage inclut un fichier texte « NOTICE » lorsqu'il est distribué, alors tous les ouvrages dérivés que vous distribuez doivent inclure une copie lisible des avis d'attribution contenu dans ce fichier NOTICE, à l'exclusion des avis qui ne concernent aucune partie des ouvrages dérivés, placée à l'un des endroits suivants : dans un fichier texte NOTICE distribué

avec les ouvrages dérivés ; dans la forme source ou la documentation, si celle-ci est fournie avec les ouvrages dérivés ; ou, dans un affichage généré par les ouvrages dérivés, si et lorsque les avis de tiers apparaissent normalement. Le contenu du fichier NOTICE est à des fins informatives uniquement

et ne modifie pas la licence. Vous pouvez ajouter vos propres avis d'attribution dans les ouvrages dérivés que vous distribuez, à côté ou en addenda du texte NOTICE de l'ouvrage, tant que ces avis supplémentaires d'attribution ne peuvent être considérés comme modifiant la licence.

Vous pouvez ajouter votre propre phrase de Copyright à vos modifications et pouvez ajouter des conditions de licences supplémentaires ou différentes pour l'utilisation, la reproduction ou la distribution de vos

de reproduction et de distribution de l'ouvrage respectent les conditions mentionnées dans la présente licence.

**5.** Soumission des contributions. Sauf précision explicite de votre part, toute contribution intentionnellement soumise à inclusion dans l'ouvrage par vous au donneur de licence doit être faite selon les conditions de la présente licence, sans aucune autre condition supplémentaire. Indépendamment de ce qui précède, rien n'a pour effet de remplacer ou de modifier les termes d'un contrat de licence séparé que vous pouvez avoir passé avec le donneur de licence quant à ces contributions.

**6.** Marques commerciales. La licence n'accorde par l'autorisation d'utiliser les noms commerciaux,
marques commerciales, marques de service ou noms de produit du donneur de licence, sauf si cela est requis pour une utilisation raisonnable et personnelle, en décrivant l'origine de l'ouvrage et en reproduisant le contenu du fichier NOTICE.

**7.** Clause de non-responsabilité. Sauf si requis par loi applicable ou convenu par écrit, le donneur de licence fournit l'ouvrage (et chaque contributeur fournit ses contributions) « TEL QUEL », SANS AUCUNE GARANTIE NI CONDITIONS, expresse ou implicite, y compris, sans s'y limiter, toute garantie ou condition de TITRE, NON CONTREFAÇON, QUALITÉ MARCHANDE OU APTITUDE À UNE UTILISATION

PARTICULIÈRE. Vous êtes entièrement responsable de déterminer s'il est approprié d'utiliser ou de redistribuer l'ouvrage et assumez tous les risques associés à votre exercice des autorisations accordées par cette licence.

**8.** Limitation de responsabilité. En aucun cas et sous aucune théorie légale, que ce soit par responsabilité civile (y compris la négligence), contractuelle ou autre, sauf si requis par la loi applicable (tel que
les actes de négligence délibérée et évidente) ou convenu par écrit, un contributeur ne doit être tenu responsable envers vous des dommages, qu'ils soient directs, indirects, particuliers, accidentels ou consécutifs, résultant de cette licence ou de l'utilisation ou de l'impossibilité d'utiliser l'ouvrage (y compris, sans s'y limiter, les dommages pour perte de clientèle, interruption de travail, panne ou dysfonctionnement d'ordinateur, ou tout autre dommage ou perte commercial), même si ce contributeur a été averti de la possibilité de ces dommages.

**9.** Acceptation de la garantie ou de la responsabilité supplémentaire. Lors de la redistribution de l'ouvrage ou des ouvrages dérivés, vous pouvez choisir
d'offrir, et de vous faire rémunérer, une acceptation d'assistance, une garantie, une indemnité ou d'autres obligations de responsabilité et/ou droits cohérents avec la présente licence. Cependant, en acceptant

non au nom d'un autre contributeur, et seulement si vous acceptez d'indemniser, de défendre et
de tenir chaque contributeur indemne de toute responsabilité encourue ou réclamation engagée contre ce contributeur, en acceptant cette garantie ou responsabilité supplémentaire.

**FIN DES CONDITIONS**

==========================================
**Excolo-Slider**

Copyright (c) 2013 Excolo Solutions

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure
d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

========================================
**libwebp**
Copyright (c) 2010, Google Inc. Tous droits réservés.

La redistribution et l'utilisation sous forme source et binaire, avec ou sans modifications, sont autorisées sous réserve que les conditions suivantes soient respectées :

* Les redistributions du code source doivent conserver l'avis de droits d'auteur ci-dessus, cette liste de restrictions et l'avis de non-responsabilité ci-après.

* Les redistributions sous forme binaire doivent reproduire l'avis de droits d'auteur précédents et présents, la présente liste de conditions et l'avertissement suivant dans la documentation et/ou les autres matériaux fournis dans la distribution.

*Ni le nom de Google, ni ceux de ses contributeurs ne peuvent être utilisés pour soutenir ou promouvoir des produits dérivés de ce logiciel sans en avoir

préalablement obtenu l'autorisation écrite.

CE LOGICIEL EST FOURNI « TEL QUEL » PAR LES TITULAIRES DES DROITS D'AUTEUR ET LES CONTRIBUTEURS ET TOUTES LES GARANTIES EXPRESSES OU IMPLICITES, Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER SONT DÉCLINÉES. LE TITULAIRE DES DROITS D'AUTEUR OU LES CONTRIBUTEURS NE SERONT AUCUNEMENT RESPONSABLES DES
DOMMAGES DIRECTS, INDIRECTS, ACCESSOIRES, SPÉCIAUX, EXEMPLAIRES OU CONSÉCUTIFS
(Y COMPRIS, SANS EN EXCLURE D'AUTRES, L'APPROVISIONNEMENT DE BIENS OU DE SERVICES DE REMPLACEMENT; LA PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, OU L'INTERRUPTION D'ACTIVITÉS COMMERCIALES) QUELLES QU'EN SOIENT LA CAUSE ET LA THÉORIE DE RESPONSABILITÉ, PAR CONTRAT, RESPONSABILITÉ ABSOLUE OU CIVILE (Y COMPRIS LA NÉGLIGENCE OU AUTRE) SURVENANT DE QUELQUE FAÇON
QUE CE SOIT DE L'UTILISATION DE CE LOGICIEL, MÊME SI AVERTIS DE LA POSSIBILITÉ DE TELS DOMMAGES.

========================================
**libmng**

Copyright © 2000-2008 Gerard Juyn (gerard@ libmng.com)

Aux fins du présent avis de droits d'auteur et de la licence, les « Auteurs contributeurs » sont définis comme l'ensemble de personnes suivantes :

Gerard Juyn

La bibliothèque MNG, est fournie « TELLE QUELLE ». Les Auteurs contributeurs déclinent toute garantie, expresse ou implicite, y compris sans s'y limiter,
les garanties de qualité marchande et d'adaptation pour quelque usage que ce soit. Les Auteurs contributeurs n'assument aucune responsabilité pour les dommages directs, indirects, accessoires, particuliers, exemplaires ou consécutifs pouvant résulter de l'utilisation de la bibliothèque MNG, même s'ils ont été informés de l'éventualité de tels dommages.

L'autorisation est donnée, par la présente, d'utiliser, de copier, de modifier et de distribuer ce code source, ou l'une de ses parties, à toutes fins, sans frais, sous réserve des restrictions suivantes :

**1.** L'origine de ce code source ne doit pas être dénaturée.

**2.** Les versions modifiées doivent être clairement identifiées comme telles, et ne doivent pas être déclarées comme étant la source originale.

**3.** Cet avis de droits d'auteur ne peut être retiré ou modifié de n'importe quelle source ou de la distribution source modifiée.

Les Auteurs contributeurs autorisent en particulier, sans frais, et encouragent l'utilisation de ce code source en tant que composant pour la prise en charge des formats de fichier MNG et JNG dans des produits commerciaux. Si vous utilisez ce code source dans un produit, vous êtes invités à le mentionner.

========================================
**jQuery-2.0.2.js**

Copyright jQuery Foundation et autres contributeurs, https://jquery.org/

Ce logiciel est une contribution volontaire faite par de nombreuses personnes. Pour connaître l'historique de contribution exact, consultez l'historique de révision disponible à https://github.com/jquery/jquery

La licence suivante s'applique à toutes les parties de ce logiciel, sauf indications ci-dessous :

====

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.
====

Tous les fichiers situés dans les node_modules et répertoires externes sont des bibliothèques mises à jour en externe, utilisées par ce logiciel, qui ont leurs propres licences ; nous vous recommandons de les lire, car les conditions peuvent différer des conditions mentionnées ci-dessus.

==========================================
**stats.js r6**

Copyright (c) 2009-2012 Mr.doob

En vertu des présentes, une permission est accordée

gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

==========================================
**Three.js r46**

Copyright © 2010-2015 auteurs de three.js

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

==========================================
**Tween.js r2**

Copyright (c) 2010-2012 auteurs de Tween.js.

Easing equations Copyright (c) 2001 Robert Penner http://robertpenner.com/easing/

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

==========================================
**php.js**

Copyright (c) 2013 Kevin van Zonneveld (http://kvz. io) et autres contributeurs (http://phpjs.org/authors)

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR

NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE, Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

===========================================
**jquery-1.4.4.js**

Copyright jQuery Foundation et autres contributeurs, https://jquery.org/

Ce logiciel est une contribution volontaire faite par de nombreuses personnes. Pour connaître l'historique de contribution exact, consultez l'historique de révision disponible à https://github.com/jquery/jquery

La licence suivante s'applique à toutes les parties de ce logiciel, sauf indications ci-dessous :

====

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure

d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

====

Tous les fichiers situés dans les node_modules et répertoires externes sont des bibliothèques mises à jour en externe, utilisées par ce logiciel, qui ont leurs propres licences ; nous vous recommandons de les lire, car les conditions peuvent différer des conditions mentionnées ci-dessus.

===========================================
**jquery.tmpl.js**

Copyright (c) 2013 Paul Burgess et autres contributeurs.
http://codepb.com

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure

d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

===========================================
**jsonpath.js**

Copyright (c) 2007 Stefan Goessner (goessner.net)

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure

d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

===========================================

**Raphael-2.0.1.js**

Copyright © 2008 Dmitry Baranovskiy

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

==========================================
**PugiXML**

Copyright (c) 2006-2015 Arseny Kapoulkine

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU

NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

==========================================
**re2 - une bibliothèque efficace des principales expressions régulières**

Copyright (c) 2009 Auteurs de RE2. Tous droits réservés.

La redistribution et l'utilisation sous forme source et binaire, avec ou sans modifications, sont autorisées sous réserve que les conditions suivantes soient respectées :

* Les redistributions du code source doivent conserver l'avis de droits d'auteur ci-dessus, cette liste de restrictions et l'avis de non-responsabilité ci-après.

* Les redistributions sous forme binaire doivent reproduire l'avis de droits d'auteur précédents et présents, la présente liste de conditions et l'avertissement suivant dans la documentation et/ou les autres matériaux fournis dans la distribution.

* Ni le nom de Google, Inc. ni ceux de ses contributeurs ne peuvent être utilisés pour soutenir ou promouvoir des produits dérivés de ce logiciel sans en avoir préalablement obtenu l'autorisation écrite.

CE LOGICIEL EST FOURNI « TEL QUEL » PAR LES TITULAIRES DES DROITS D'AUTEUR ET LES CONTRIBUTEURS ET TOUTES LES GARANTIES EXPRESSES OU IMPLICITES, Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER SONT DÉCLINÉES. LE TITULAIRE DES DROITS D'AUTEUR OU LES CONTRIBUTEURS NE SERONT AUCUNEMENT RESPONSABLES DES
DOMMAGES DIRECTS, INDIRECTS, ACCESSOIRES, SPÉCIAUX, EXEMPLAIRES OU CONSÉCUTIFS
(Y COMPRIS, SANS EN EXCLURE D'AUTRES, L'APPROVISIONNEMENT DE BIENS OU DE SERVICES DE REMPLACEMENT ; LA PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, OU L'INTERRUPTION D'ACTIVITÉS COMMERCIALES) QUELLES QU'EN SOIENT LA CAUSE ET LA THÉORIE DE RESPONSABILITÉ, PAR CONTRAT, RESPONSABILITÉ ABSOLUE OU CIVILE (Y COMPRIS LA NÉGLIGENCE OU AUTRE) SURVENANT DE QUELQUE FAÇON QUI SOIT DE L'UTILISATION DE CE LOGICIEL, MÊME SI AVERTIS DE LA POSSIBILITÉ DE TELS DOMMAGES.

==========================================
**OpenBox**

OpenBox Copyright (c) 2012-2014 Joseph Huckaby

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel

sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES

DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

=========================================
**International Components for Unicode**

Copyright (c) 1995-2015 International Business Machines Corporation et autres

Tous droits réservés.

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, à condition que l'avis ou les avis de droits d'auteur ci- dessus et que le présent avis d'autorisation figurent dans toutes les copies du Logiciel, et à condition que l'avis ou les avis de droits d'auteur ci-dessus ainsi que le présent avis d'autorisation figurent dans la documentation de soutien.

CE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE DE TOUTE SORTE, EXPRESSE OU IMPLICITE, Y COMPRIS, SANS EN EXCLURE D'AUTRES, LES GARANTIES DE VALEUR MARCHANDE, D'ADAPTATION À UN USAGE PARTICULIER ET NON-VIOLATION DES DROITS DE TIERS. LE(S) DÉTENTEUR(S) DES DROITS D'AUTEUR MENTIONNÉ(S) NE SERA/ONT EN AUCUN CAS RESPONSABLE(S) DES REVENDICATIONS, OU DES DOMMAGES SPÉCIAUX INDIRECTS OU CONSÉCUTIFS, NI DE TOUT AUTRE DOMMAGE RÉSULTANT DE LA PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, DANS LE CADRE D'UNE ACTION CONTRACTUELLE, D'UNE NÉGLIGENCE OU D'AUTRE ACTION PRÉJUDICIABLE

ENGENDRÉE PAR OU EN RAPPORT AVEC L'UTILISATION OU LES PERFORMANCES DE CE LOGICIEL.

Sauf mention contraire dans cet avis, le nom d'un titulaire des droits d'auteur ne doit pas être utilisé dans la publicité ou dans des supports de promotion de la vente, de l'utilisation ou d'autres interactions avec ce logiciel, sans obtenir l'autorisation écrite préalable du titulaire de droits d'auteur.

=========================================
**Harfbuzz**

Copyright © 2010, 2011, 2012 Google, Inc. Copyright © 2012 Mozilla Foundation Copyright © 2011 Codethink Limited
Copyright © 2008, 2010 Nokia Corporation et/ou sa (ses) filiale(s)
Copyright © 2009 Keith Stribley
Copyright © 2009 Martin Hosken et SIL International Copyright © 2007 Chris Wilson
Copyright © 2006 Behdad Esfahbod Copyright © 2005 David Turner
Copyright © 2004, 2007, 2008, 2009, 2010

Red Hat, Inc.
Copyright © 1998-2004 David Turner et Werner Lemberg

Pour les mentions de droit d'auteur complet, consulter les fichiers individuels dans le paquet.

La permission est accordée par la présente, sans l'accord écrit et sans frais de licence ou de redevance, d'utiliser, copier, modifier et distribuer ce logiciel
et sa documentation à quelque fin, à condition que la mention de droit d'auteur ci-dessus et les deux paragraphes suivants apparaissent dans toutes les copies de ce logiciel.

EN AUCUN CAS LE TITULAIRE DU DROIT D'AUTEUR NE SERA TENU RESPONSABLE DES DOMMAGES DIRECTS, INDIRECTS, SPÉCIAUX, ACCIDENTELS OU CONSÉCUTIFS DÉCOULANT DE L'UTILISATION DE CE LOGICIEL ET SA DOCUMENTATION, MÊME SI LE TITULAIRE DU DROIT D'AUTEUR A ÉTÉ AVERTI DE LA POSSIBILITÉ D'UN TEL DOMMAGE.

LE TITULAIRE DU DROIT D'AUTEUR DÉCLINE SPÉCIFIQUEMENT TOUTES LES GARANTIES EXPRESSES OU IMPLICITES, Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION À UN USAGE PARTICULIER. LE LOGICIEL CI-DESSOUS EST FOURNI « TEL QUEL », ET LE TITULAIRE DU DROIT D'AUTEUR N'A AUCUNE OBLIGATION D'EN ASSURER LA MAINTENANCE, LE SUPPORT, LES MISES À JOUR, DES AMÉLIORATIONS OU DES MODIFICATIONS.

=========================================
**Graphite**

Licence Apache Version 2.0, janvier 2004
http://www.apache.org/licenses/

**CONDITIONS D'UTILISATION, DE DISTRIBUTION ET DE MODIFICATION**

**1.** Définitions.

La « licence » se réfère aux conditions d'utilisation, de reproduction et de distribution définies dans les sections 1 à 9 du présent document.

Le « donneur de licence » se réfère au propriétaire des droits d'auteur ou à l'entité autorisée par le propriétaire des droits d'auteur, qui accorde la licence.

L'« entité légale » se réfère à l'union de l'entité actrice et de toutes les autres entités qui contrôlent, sont contrôlées par ou sont sous un contrôle commun avec cette entité. Aux fins de cette définition, le terme
« contrôle » désigne (i) le pouvoir, direct ou indirect, de décision de la direction ou de la gestion de cette entité, que ce soit par l'intermédiaire d'un contrat ou par d'autres moyens, ou (ii) la propriété de cinquante pour cent (50 %) ou plus des actions en circulation, ou (iii) la propriété à titre de bénéficiaire de ladite entité.

« Vous » (ou « Votre ») se réfère à une personne ou une entité légale exerçant les autorisations accordées par cette licence.

La forme « source » signifie la forme préférée pour effectuer des modifications, y compris, sans s'y limiter, du code source logiciel, de la source de la documentation et des fichiers de configuration.

La forme « objet » signifie toute forme résultant d'une transformation mécanique ou d'une traduction d'un formulaire Source, y compris, sans s'y limiter, le
code objet compilé, la documentation générée et les conversions vers d'autres types de support.

L'« ouvrage » signifie l'ouvrage de la paternité, sous forme source ou objet, mis à disposition sous licence, comme indiqué par un avis de droits d'auteur inclus ou joint à l'ouvrage (un exemple est fourni dans l'annexe ci-dessous).

Les « ouvrages dérivés » signifie tout travail, sous forme source ou objet, basé sur (ou dérivé de) l'ouvrage et pour lequel les révisions, annotations, élaborations ou autres modifications représentent, dans leur ensemble, un ouvrage original de paternité. Aux fins de la présente Licence, les ouvrages dérivés ne doivent pas inclure les ouvrages pouvant être séparés, ou simplement liés (ou attachés par nom) aux interfaces de l'ouvrage et des ouvrages dérivés.

La « contribution » signifie tout travail de paternité, y compris la version originale de l'ouvrage et
toute modification ou ajout à cet ouvrage ou aux ouvrages dérivés, qui est intentionnellement

soumis au donneur de licence pour l'inclure dans l'ouvrage par le titulaire des droits d'auteur ou par une personne ou entité légale autorisée à soumettre au nom du titulaire des droits d'auteur. Aux fins
de cette définition, « soumis » signifie toute forme de communication électronique, verbale ou écrite, envoyée au donneur de licence ou ses représentants, y compris, sans s'y limiter, les communications sur
des listes de publipostage électronique, des systèmes de contrôle du code source et des systèmes de suivi des problèmes géré par, ou au nom du donneur de licence, aux fins de discuter et d'améliorer l'ouvrage, en excluant toute communication portant l'indication « N'est pas une contribution », visible ou désignée par écrit par le titulaire des droits d'auteur.

Le « contributeur » est un donneur de licence et toute personne ou entité légale au nom de qui une contribution a été reçue par le donneur de licence, puis incorporée à l'ouvrage.

**2. Octroi de la Licence de droits d'auteur.** Soumis aux conditions de la présente licence, chaque contributeur vous octroie par la présente une licence
de droits d'auteur à durée illimitée, internationale, non exclusive, sans rémunération, gratuite et irrévocable, pour reproduire, préparer des ouvrages dérivés, afficher publiquement, effectuer publiquement,
sous-licencier et distribuer l'ouvrage et ses ouvrages dérivés sous la forme source ou objet.

**3. Octroi de la Licence de brevet.** Soumis aux conditions de la présente licence, chaque contributeur vous accorde par la présente une licence de brevet
à durée illimitée, internationale, non exclusive, sans rémunération, gratuite et irrévocable (sauf mention contraire dans cette section), pour faire, faire faire, utiliser, offrir à la vente, vendre, importer et transférer l'ouvrage, dans le cas où cette licence s'applique uniquement aux demandes de brevet d'exploitation par ce contributeur, qui a nécessairement transgressé, par ses contributions seules ou par combinaison des contributions avec l'ouvrage
pour lequel les contributions ont été soumises. Si vous intentez un litige de brevet contre une entité (y compris une demande entre défendeurs ou une demande reconventionnelle dans une affaire en cours), alléguant que l'ouvrage ou une contribution apportée dans l'ouvrage constitue une infraction au
brevet directe ou par contribution, alors toute licence de brevet vous étant accordée sous cette licence pour cet ouvrage doit prendre fin à la date de clôture du litige.

**4. Redistribution.** Vous pouvez reproduire et distribuer des copies de l'ouvrage ou des ouvrages dérivés sur tout support, avec ou sans modifications, et sous la forme source ou objet, tant que vous respectez les conditions suivantes :

 **a)** Vous devez remettre aux autres bénéficiaires de l'ouvrage ou des ouvrages dérivés une copie de cette licence ; et

 **b)** Vous devez faire en sorte que les fichiers modifiés portent un avis visible indiquant que vous les avez modifiés ; et

 **c)** Vous devez conserver, dans la forme source de tout ouvrage dérivé que vous distribuez, tous les avis de droits d'auteur, de brevet, de marque déposée
et d'attribution présents dans la forme source de l'ouvrage, sauf les avis qui ne concernent aucune partie des ouvrages dérivés ; et

 **d)** Si l'ouvrage inclut un fichier texte « NOTICE » lorsqu'il est distribué, alors tous les ouvrages dérivés que vous distribuez doivent inclure une copie lisible des avis d'attribution contenu dans ce fichier NOTICE, à l'exclusion des avis qui ne concernent aucune partie des ouvrages dérivés, placée à l'un des endroits suivants : dans un fichier texte NOTICE distribué
avec les ouvrages dérivés ; dans la forme source ou la documentation, si celle-ci est fournie avec les ouvrages dérivés ; ou, dans un affichage généré par les ouvrages dérivés, si et lorsque les avis de tiers apparaissent normalement. Le contenu du fichier NOTICE est à des fins informatives uniquement
et ne modifie pas la licence. Vous pouvez ajouter vos propres avis d'attribution dans les ouvrages dérivés que vous distribuez, à côté ou en addenda du texte NOTICE de l'ouvrage, tant que ces avis supplémentaires d'attribution ne peuvent être considérés comme modifiant la licence.

Vous pouvez ajouter votre propre phrase de Copyright à vos modifications et pouvez ajouter des conditions de licences supplémentaires ou différentes pour l'utilisation, la reproduction ou la distribution de vos modifications, ou pour tout autre ouvrage dérivé dans son ensemble, tant que vos conditions d'utilisation, de reproduction et de distribution de l'ouvrage respectent les conditions mentionnées dans la présente licence.

**5. Soumission des contributions.** Sauf précision explicite de votre part, toute contribution intentionnellement soumise à inclusion dans l'ouvrage par vous au donneur de licence doit être faite selon les conditions de la présente licence, sans aucune autre condition supplémentaire. Indépendamment de ce qui précède, rien n'a pour effet de remplacer ou de modifier les termes d'un contrat de licence séparé que vous pouvez avoir passé avec le donneur de licence quant à ces contributions.

**6. Marques commerciales.** La licence n'accorde par l'autorisation d'utiliser les noms commerciaux,
marques commerciales, marques de service ou noms de produit du donneur de licence, sauf si cela est requis pour une utilisation raisonnable et personnelle, en décrivant l'origine de l'ouvrage et en reproduisant le contenu du fichier NOTICE.

**7.** Clause de non-responsabilité. Sauf si requis par loi applicable ou convenu par écrit, le donneur de licence fournit l'ouvrage (et chaque contributeur

fournit ses contributions) « TEL QUEL », SANS AUCUNE GARANTIE NI CONDITIONS, expresse ou

implicite, y compris, sans s'y limiter, toute garantie ou condition de TITRE, NON CONTREFAÇON, QUALITÉ MARCHANDE OU APTITUDE À UNE UTILISATION

PARTICULIÈRE. Vous êtes entièrement responsable de déterminer s'il est approprié d'utiliser ou de redistribuer l'ouvrage et assumez tous les risques associés à votre exercice des autorisations accordées par cette licence.

**8.** Limitation de responsabilité. En aucun cas et sous aucune théorie légale, que ce soit par responsabilité civile (y compris la négligence), contractuelle ou autre, sauf si requis par la loi applicable (tel que

les actes de négligence délibérée et évidente) ou convenu par écrit, un contributeur ne doit être tenu responsable envers vous des dommages, qu'ils soient directs, indirects, particuliers, accidentels ou consécutifs, résultant de cette licence ou de l'utilisation ou de l'impossibilité d'utiliser l'ouvrage (y compris, sans s'y limiter, les dommages pour perte de clientèle, interruption de travail, panne ou dysfonctionnement d'ordinateur, ou tout autre dommage ou perte commercial), même si ce contributeur a été averti de la possibilité de ces dommages.

**9.** Acceptation de la garantie ou de la responsabilité supplémentaire. Lors de la redistribution de l'ouvrage ou des ouvrages dérivés, vous pouvez choisir

d'offrir, et de vous faire rémunérer, une acceptation d'assistance, une garantie, une indemnité ou d'autres obligations de responsabilité et/ou droits cohérents avec la présente licence. Cependant, en acceptant

de telles obligations, vous devez agir uniquement en votre nom et à votre seule responsabilité, et non au nom d'un autre contributeur, et seulement si vous acceptez d'indemniser, de défendre et

de tenir chaque contributeur indemne de toute responsabilité encourue ou réclamation engagée contre ce contributeur, en acceptant cette garantie ou responsabilité supplémentaire.

**FIN DES CONDITIONS**

**ANNEXE :** Utilisation de la licence Apache dans votre travail.

Pour appliquer la licence Apache à votre travail, joindre l'avis standard suivant, sur lequel les champs entourés de crochets « [] » doivent être remplacés par vos propres renseignements d'identification. (Ne pas inclure les crochets!) Le texte doit être rédigé en utilisant la syntaxe de commentaire appropriée au format de fichier. Nous recommandons également l'inclusion d'un nom de fichier ou de catégorie et d'une description de l'objectif sur la même « page imprimée » que l'avis de droit d'auteur pour faciliter l'identification dans les archives de tiers.

Copyright 2008 Chris Davis

Sous licence Apache, Version 2.0 (la « Licence ») ; vous ne pouvez utiliser ce fichier que dans le cadre

de la Licence. Vous pouvez obtenir une copie de la Licence à l'adresse

http://www.apache.org/licenses/LICENSE-2.0

Sauf si la loi applicable l'exige, ou en cas d'accord écrit, le logiciel distribué sous la Licence est distribué « TEL QUEL », SANS GARANTIES OU

CONDITIONS D'AUCUNE SORTE, expresses ou implicites. Consultez la Licence pour les limitations et autorisations en vigueur spécifiques à chaque langue sous la Licence.

==========================================
**gpertools**

Copyright (C) 2010-2013 AUTEURS de Tarantool : veuillez consulter le fichier AUTHORS dans tarantool/ la base de données de tarantool.

La redistribution et l'utilisation sous forme source et binaire, avec ou sans modifications, sont autorisées sous réserve que les conditions suivantes soient respectées :

**1.** Les redistributions du code source doivent conserver l'avis de copyright ci-dessus, cette liste de restrictions et l'avis de non-responsabilité ci-après.

**2.** Les redistributions sous forme binaire doivent reproduire l'avis de droits d'auteur précédents et présents, la présente liste de conditions et l'avertissement suivant dans la documentation et/ou les autres matériaux fournis dans la distribution.

 CE LOGICIEL EST FOURNI « TEL QUEL » PAR SES AUTEURS ET TOUTES LES GARANTIES EXPRESSES OU IMPLICITES, Y COMPRIS SANS EN EXCLURE D'AUTRES, LES GARANTIES IMPLICITES DE VALEUR MARCHANDE ET D'ADAPTATION
À UN USAGE PARTICULIER SONT DÉCLINÉES. LES AUTEURS OU LES CONTRIBUTEURS NE SERONT AUCUNEMENT RESPONSABLES DES
DOMMAGES DIRECTS, INDIRECTS, ACCESSOIRES, SPÉCIAUX, EXEMPLAIRES OU CONSÉCUTIFS
(Y COMPRIS, SANS EN EXCLURE D'AUTRES, L'APPROVISIONNEMENT DE BIENS OU DE SERVICES DE REMPLACEMENT; LA PERTE D'UTILISATION, DE DONNÉES OU DE BÉNÉFICES, OU L'INTERRUPTION D'ACTIVITÉS COMMERCIALES) QUELLES QU'EN SOIENT LA CAUSE ET LA THÉORIE DE RESPONSABILITÉ, PAR CONTRAT, RESPONSABILITÉ ABSOLUE OU CIVILE (Y COMPRIS LA NÉGLIGENCE OU AUTRE) SURVENANT DE QUELQUE FAÇON
QUE CE SOIT DE L'UTILISATION DE CE LOGICIEL, MÊME SI AVERTIS DE LA POSSIBILITÉ DE TELS DOMMAGES.

==========================================
**uriparser**

Copyright (c) 2013 Covenant Eyes

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation

connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES
DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON CONTREFAÇON. EN AUCUN CAS LES AUTEURS OU LES TITULAIRES DES DROITS D'AUTEUR NE SAURAIENT ÊTRE TENUS RESPONSABLES POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE,
Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

=========================================
**xerces-c++**

Licence Apache Version 2.0, janvier 2004
http://www.apache.org/licenses/

**CONDITIONS D'UTILISATION, DE DISTRIBUTION ET DE MODIFICATION**

**1.** Définitions.

La « licence » se réfère aux conditions d'utilisation, de reproduction et de distribution définies dans les sections 1 à 9 du présent document.

Le « donneur de licence » se réfère au propriétaire des droits d'auteur ou à l'entité autorisée par le propriétaire des droits d'auteur, qui accorde la licence.

L'« entité légale » se réfère à l'union de l'entité actrice et de toutes les autres entités qui contrôlent, sont contrôlées par ou sont sous un contrôle commun avec cette entité. Aux fins de cette définition, le terme
« contrôle » désigne (i) le pouvoir, direct ou indirect, de décision ou de la direction ou de la gestion de cette entité, que ce soit par l'intermédiaire d'un contrat ou par d'autres moyens, ou (ii) la propriété de cinquante pour cent (50 %) ou plus des actions en circulation, ou (iii) la propriété à titre de bénéficiaire de ladite entité.

« Vous » (ou « Votre ») se réfère à une personne ou une entité légale exerçant les autorisations accordées par cette licence.

La forme « source » signifie la forme préférée pour effectuer des modifications, y compris, sans s'y limiter, du code source logiciel, de la source de la documentation et des fichiers de configuration.

La forme « objet » signifie toute forme résultant d'une transformation mécanique ou d'une traduction d'un formulaire Source, y compris, sans s'y limiter, le
code objet compilé, la documentation générée et les conversions vers d'autres types de support.

L'« ouvrage » signifie l'ouvrage de la paternité, sous forme source ou objet, mis à disposition sous licence, comme indiqué par un avis de droits d'auteur inclus ou joint à l'ouvrage (un exemple est fourni dans l'annexe ci-dessous).

Les « ouvrages dérivés » signifie tout travail, sous forme source ou objet, basé sur (ou dérivé de) l'ouvrage et pour lequel les révisions, annotations, élaborations ou autres modifications représentent, dans leur ensemble, un ouvrage original de paternité. Aux fins de la présente Licence, les ouvrages dérivés ne doivent pas inclure les ouvrages pouvant être séparés, ou simplement liés (ou attachés par nom) aux interfaces de l'ouvrage et des ouvrages dérivés.

La « contribution » signifie tout travail de paternité, y compris la version originale de l'ouvrage et
toute modification ou ajout à cet ouvrage ou aux ouvrages dérivés, qui est intentionnellement
soumis au donneur de licence pour l'inclure dans l'ouvrage par le titulaire des droits d'auteur ou par une personne ou entité légale autorisée à soumettre au nom du titulaire des droits d'auteur. Aux fins

■cette définition, « soumis » signifie toute forme de communication électronique, verbale ou écrite, envoyée au donneur de licence ou ses représentants, y compris, sans s'y limiter, les communications sur
des listes de publipostage électronique, des systèmes de contrôle du code source et des systèmes de suivi des problèmes géré par, ou au nom du donneur de licence, aux fins de discuter et d'améliorer l'ouvrage, en excluant toute communication portant l'indication
« N'est pas une contribution », visible ou désignée par écrit par le titulaire des droits d'auteur.

Le « contributeur » est un donneur de licence et toute personne ou entité légale au nom de qui une contribution a été reçue par le donneur de licence, puis incorporée dans l'ouvrage.

**2.** Octroi de la Licence de droits d'auteur. Soumis aux conditions de la présente licence, chaque contributeur vous octroie par la présente une licence
de droits d'auteur à durée illimitée, internationale, non exclusive, sans rémunération, gratuite et irrévocable, pour reproduire, préparer des ouvrages dérivés, afficher publiquement, effectuer publiquement,
sous-licencier et distribuer l'ouvrage et ses ouvrages dérivés sous la forme source ou objet.

**3.** Octroi de la Licence de brevet. Soumis aux conditions de la présente licence, chaque contributeur vous accorde par la présente une licence de brevet
à durée illimitée, internationale, non exclusive, sans rémunération, gratuite et irrévocable (sauf mention contraire dans cette section), pour faire, faire faire, utiliser, offrir à la vente, vendre, importer et transférer
l'ouvrage, dans le cas où cette licence s'applique uniquement aux demandes de brevet d'exploitation par ce contributeur, qui a nécessairement transgressé, par ses contributions seules ou par combinaison des contributions avec l'ouvrage pour lequel les contributions ont été soumises. Si vous intentez un litige de brevet contre une entité (y compris une demande entre défendeurs ou une demande reconventionnelle dans une affaire en
cours), alléguant que l'ouvrage ou une contribution apportée dans l'ouvrage constitue une infraction au brevet directe ou par contribution, alors toute licence de brevet vous étant accordée sous cette licence pour cet ouvrage doit prendre fin à la date de clôture du litige.

**4.** Redistribution. Vous pouvez reproduire et distribuer des copies de l'ouvrage ou des ouvrages dérivés sur tout support, avec ou sans modifications, et sous la forme source ou objet, tant que vous respectez les conditions suivantes :

 **a)** Vous devez remettre aux autres bénéficiaires de l'ouvrage ou des ouvrages dérivés une copie de cette licence ; et

 **b)** Vous devez faire en sorte que les fichiers modifiés portent un avis visible indiquant que vous les avez modifiés ; et

**c)** Vous devez conserver, dans la forme source de tout ouvrage dérivé que vous distribuez, tous les avis de droits d'auteur, de brevet, de marque déposée

et d'attribution présents dans la forme source de l'ouvrage, sauf les avis qui ne concernent aucune partie des ouvrages dérivés ; et

**d)** Si l'ouvrage inclut un fichier texte « NOTICE » lorsqu'il est distribué, alors tous les ouvrages dérivés que vous distribuez doivent inclure une copie lisible des avis d'attribution contenu dans ce fichier NOTICE, à l'exclusion des avis qui ne concernent aucune partie des ouvrages dérivés, placée à l'un des endroits suivants : dans un fichier texte NOTICE distribué

avec les ouvrages dérivés ; dans la forme source ou la documentation, si celle-ci est fournie avec les ouvrages dérivés ; ou, dans un affichage généré par les ouvrages dérivés, si et lorsque les avis de tiers apparaissent normalement. Le contenu du fichier NOTICE est à des fins informatives uniquement

et ne modifie pas la licence. Vous pouvez ajouter vos propres avis d'attribution dans les ouvrages dérivés que vous distribuez, à côté ou en addenda du texte NOTICE de l'ouvrage, tant que ces avis supplémentaires d'attribution ne peuvent être considérés comme modifiant la licence.

Vous pouvez ajouter votre propre phrase de Copyright à vos modifications et pouvez ajouter des conditions de licences supplémentaires ou différentes pour l'utilisation, la reproduction ou la distribution de vos modifications, ou pour tout autre ouvrage dérivé dans son ensemble, tant que vos conditions d'utilisation, de reproduction et de distribution de l'ouvrage

respectent les conditions mentionnées dans la présente licence.

**5.** Soumission des contributions. Sauf précision explicite de votre part, toute contribution intentionnellement soumise à inclusion dans l'ouvrage par vous au donneur de licence doit être faite selon les conditions de la présente licence, sans aucune autre condition supplémentaire. Indépendamment de ce qui précède, rien n'a pour effet de remplacer ou de modifier les termes d'un contrat de licence séparé que vous pouvez avoir passé avec le donneur de licence quant à ces contributions.

**6.** Marques commerciales. La licence n'accorde par l'autorisation d'utiliser les noms commerciaux,

marques commerciales, marques de service ou noms de produit du donneur de licence, sauf si cela est requis pour une utilisation raisonnable et personnelle, en décrivant l'origine de l'ouvrage et en reproduisant le contenu du fichier NOTICE.

**7.** Clause de non-responsabilité. Sauf si requis par loi applicable ou convenu par écrit, le donneur de l'ouvrage fournit l'ouvrage (et chaque contributeur fournit ses contributions) « TEL QUEL », SANS AUCUNE GARANTIE NI CONDITIONS, expresse ou

implicite, y compris, sans s'y limiter, toute garantie ou condition de TITRE, NON CONTREFAÇON, QUALITÉ MARCHANDE OU APTITUDE À UNE UTILISATION

PARTICULIÈRE. Vous êtes entièrement responsable de déterminer s'il est approprié d'utiliser ou de redistribuer l'ouvrage et assumez tous les risques associés à votre exercice des autorisations accordées par cette licence.

**8.** Limitation de responsabilité. En aucun cas et sous aucune théorie légale, que ce soit par responsabilité civile (y compris la négligence), contractuelle ou autre, sauf si requis par la loi applicable (tel que

les actes de négligence délibérée et évidente) ou convenu par écrit, un contributeur ne doit être tenu responsable envers vous des dommages, qu'ils soient directs, indirects, particuliers, accidentels ou consécutifs, résultant de cette licence ou de l'utilisation ou de l'impossibilité d'utiliser l'ouvrage (y compris, sans s'y limiter, les dommages pour perte de clientèle, interruption de travail, panne ou dysfonctionnement d'ordinateur, ou tout autre dommage ou perte commercial), même si ce contributeur a été averti de la possibilité de ces dommages.

**9.** Acceptation de la garantie ou de la responsabilité supplémentaire. Lors de la redistribution de l'ouvrage ou des ouvrages dérivés, vous pouvez choisir

d'offrir, et de vous faire rémunérer, une acceptation d'assistance, une garantie, une indemnité ou d'autres obligations de responsabilité et/ou droits cohérents avec la présente licence. Cependant, en acceptant

de telles obligations, vous devez agir uniquement en votre nom et à votre seule responsabilité, et non au nom d'un autre contributeur, et seulement

si vous acceptez d'indemniser, de défendre et de tenir chaque contributeur indemne de toute

responsabilité encourue ou réclamation engagée contre ce contributeur, en acceptant cette garantie ou responsabilité supplémentaire.

**FIN DES CONDITIONS**

**ANNEXE :** Utilisation de la licence Apache dans votre travail.

Pour appliquer la licence Apache à votre travail, joindre l'avis standard suivant, sur lequel les champs entourés de crochets « [] » doivent être remplacés par vos propres renseignements d'identification. (Ne pas inclure les crochets!) Le texte doit être rédigé en utilisant la syntaxe de commentaire appropriée au format de fichier. Nous recommandons également l'inclusion d'un nom de fichier ou de catégorie et d'une description de l'objectif sur la même « page imprimée » que l'avis de droit d'auteur pour faciliter l'identification dans les archives de tiers.

Copyright 2008 Chris Davis

Sous licence Apache, Version 2.0 (la « Licence ») ; vous ne pouvez utiliser ce fichier que dans le cadre de la Licence. Vous pouvez obtenir une copie de la Licence à l'adresse

http://www.apache.org/licenses/LICENSE-2.0

Sauf si la loi applicable l'exige, ou en cas d'accord écrit, le logiciel distribué sous la Licence est distribué « TEL QUEL », SANS GARANTIES OU

CONDITIONS D'AUCUNE SORTE, expresses ou implicites. Consultez la Licence pour les limitations et autorisations en vigueur spécifiques à chaque langue sous la Licence.

=========================================
**ncurses**

Copyright \(co 1985, 1986, 1987, 1988 Digital Equipment Corporation, Maynard, Massachusetts.

En vertu des présentes, les droits d'utiliser, de copier, de modifier et de distribuer librement cette documentation sont accordés gratuitement, à condition que l'avis de droits d'auteur ci-dessus et que le présent avis d'autorisation figurent dans la documentation de soutien, et que le nom

Digital ne soit pas employé dans des publicités ou des informations publicitaires afférentes à la distribution du logiciel sans en avoir préalablement obtenu l'autorisation écrite. Digital ne fait aucune déclaration au sujet de la compatibilité du logiciel décrit pour quelque usage que ce soit. Il est fourni « tel quel », sans garantie expresse ou implicite.

Copyright \(co 1985, 1986, 1987, 1988 Consortium X

En vertu des présentes, une permission est accordée gratuitement, à toute personne obtenant une copie de ce logiciel et de ses fichiers de documentation connexes (le « Logiciel ») pour se servir du Logiciel sans restriction, y compris, sans en exclure

d'autres, les droits d'utiliser, de copier, de modifier, de fusionner, de publier, de distribuer, de sous- licencier et/ou de vendre des copies du Logiciel, et de permettre à des personnes auxquelles le Logiciel est fourni de le faire, en respectant les conditions suivantes :

L'avis de droits d'auteur ci-dessus et le présent avis de permission doivent être inclus dans toutes les copies ou parties importantes du Logiciel.

LE LOGICIEL EST FOURNI « TEL QUEL », SANS GARANTIE, EXPRESSE OU IMPLICITE, Y COMPRIS, MAIS SANS SE LIMITER AUX GARANTIES

DE QUALITÉ MARCHANDE OU D'APTITUDE À UNE UTILISATION PARTICULIÈRE ET DE NON

CONTREFAÇON. EN AUCUN CAS LE CONSORTIUM X NE SAURAIT ÊTRE TENU RESPONSABLE POUR TOUT DÉFAUT, DEMANDE OU DOMMAGE, Y COMPRIS DANS LE CADRE D'UN CONTRAT OU NON, OU EN LIEN DIRECT OU INDIRECT AVEC L'UTILISATION DE CE LOGICIEL.

Sauf mention contraire dans cet avis, le nom du Consortium X ne doit pas être utilisé dans la publicité ou dans des supports de promotion de la vente, de l'utilisation ou d'autres interactions avec ce logiciel, sans obtenir l'autorisation écrite préalable du Consortium X.

==========================================

Opera Browser® reconnaît l'utilisation des bibliothèques suivantes en interne :

Chromium - http://www.chromium.org cJSON - http://cjson.sourceforge.net/ BigInteger - http://www.chiark.greenend.org. uk/~sgtatham/putty/ Fontconfig - http://www.fontconfig.org LICENCE PUBLIQUE ARPHIC - http://www. freedesktop.org/wiki/Software/CJKUnifonts/Download Polices Bitstream Vera - http://www.gnome.org/ fonts/#Final_Bitstream_Vera_Fonts Polices VL Gothic - http://dicey.org/vlgothic/index. html
Polices Nanum - http://hangeul.naver.com/ Boost - http://www.boost.org/
libcurl - http://curl.haxx.se/
libcurl - lib/krb5.c - http://curl.haxx.se/cvssource/lib/ krb5.c
libcurl - lib/security.c - https://github.com/bagder/ curl/blob/master/lib/security.c
Virgules flottantes de David M. Gay - http://www. netlib.org/fp/
annotations dynamiques - http://code.google.com/p/ data-race-test/wiki/DynamicAnnotations
Netscape Portable Runtime (NSPR) - http://www. mozilla.org/projects/nspr/
SuperFastHash de Paul Hsieh - http://www. azillionmonkeys.com/qed/hash.html valgrind - http://valgrind.org/
Network Security Services (NSS) - http://www. mozilla.org/projects/security/pki/nss/

open-vcdiff - http://code.google.com/p/open-vcdiff Almost Native Graphics Layer Engine - http://code. google.com/p/angleproject/
Brotli - https://code.google.com/p/font-compression- reference/
dom-distiller-js - https://code.google.com/p/dom- distiller
Expat - http://sourceforge.net/projects/expat/ fontconfig - http://www.freedesktop.org/wiki/ Software/fontconfig/
LOGICIEL FREETYPE2 - https://android.googlesource. com/platform/external/freetype/
harfbuzz-ng - http://harfbuzz.org iccjpeg - http://www.ijg.org
International Components for Unicode - http://site. icu-project.org/
Liste de mots chinois et japonais - http://src. chromium.org/viewvc/chrome/trunk/deps/third_party/ icu42/source/data/brkitr/
google-jstemplate - http://code.google.com/p/google- jstemplate/
Fichiers d'en-tête Khronos - http://www.khronos.org/ registry
LevelDB : Un magasin de valeurs importantes à persistance rapide - http://code.google.com/p/leveldb/ libevent - http://www.monkey.org/~provos/libevent/ libjingle - http://code.google.com/p/webrtc/
Logiciel JPEG libre de l'Independent JPEG Group - http://www.ijg.org/
libjpeg-turbo - http://sourceforge.net/projects/libjpeg- turbo/
libpng - http://libpng.org/
librstp - http://srtp.sourceforge.net/srtp.html libvpx - http://www.webmproject.org
Analyseur syntaxique et éditeur d'outils de contenu WebM. - http://www.webmproject.org/code/ Encodeur/décodeur d'images WebP - http:// developers.google.com/speed/webp
libxml - http://xmlsoft.org libxslt - http://xmlsoft.org/XSLT
libyuv - http://code.google.com/p/libyuv/
linux-syscall-support - http://code.google.com/p/ linux-syscall-support/
mesa - http://www.mesa3d.org/
Décodeur modp base64 - http://code.google.com/p/ stringencoders/
mt19937ar - http://www.math.sci.hiroshima-u. ac.jp/~m-mat/MT/MT2002/emt19937ar.html Netscape Plugin Application Programming Interface (NPAPI) - http://mxr.mozilla.org/mozilla-central/ source/modules/plugin/base/public/
OpenSSL - http://openssl.org/source/ opus - http://git.xiph.org/?p=opus.git
OTS (OpenType Sanitizer) - http://code.google.com/p/ ots/
PLY (Python Lex-Yacc) - http://www.dabeaz.com/ply/ ply-3.4.tar.gz
Polymer - http://www.polymer-project.org Protocol Buffers - http://protobuf.googlecode.com/ svn/trunk

Système de gestion des couleurs rapides - https:// github.com/jrmuizel/qcms/tree/v4
re2 - une bibliothèque efficace des principales expressions régulières - http://code.google.com/p/ re2/
skia - http://code.google.com/p/skia
SMHasher - http://code.google.com/p/smhasher/ Snappy : Un compresseur/décompresseur rapide - http://code.google.com/p/snappy/
sqlite - http://sqlite.org/
tcmalloc - http://gperftools.googlecode.com/ WebRTC - http://www.webrtc.org
x86inc - http://git.videolan.org/?p=x264. git;a=blob;f=common/x86/x86inc.asm zlib - http://zlib.net/
url_parse - http://mxr.mozilla.org/comm-central/ source/mozilla/netwerk/base/src/nsURLParsers.cpp V8 JavaScript Engine - http://code.google.com/p/v8 Strongtalk - http://www.strongtalk.org/

boringssl - https://boringssl.googlesource.com/ boringssl
crashpad - https://crashpad.googlecode.com/
LZ4 - https://github.com/Cyan4973/lz4/blob/master/ contrib/djgpp/LICENSE
mock - https://github.com/testing-cabal/mock/blob/ master/LICENSE.txt
Mojo - https://github.com/domokit/mojo
Mojo services - https://github.com/domokit/mojo Web Animations JS - https://github.com/web- animations/web-animations-js

© 2016 Sony Corporation Imprimé au Mexique