## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>            Defendants. | Civil Action No. 17-1775 (MCA) (JAD)<br><br>*Document Electronically Filed*<br><br>**PROPOSED ORDER GRANTING DEFENDANT SONY ELECTRONICS INC.'S MOTION TO SEVER UNDER FEDERAL RULE CIVIL PROCEDURE 21** |

**WHEREAS**, on  May 22, 2020, Defendant Sony Electronics Inc. filed a Motion to Sever under Federal Rule Civil Procedure 21;

**IT IS THEREFORE ORDERED** all claims against Defendant Sony Electronics Inc. are severed from this cause number;

It is further **ORDERED** that any claims Plaintiff Thomas Roger White, Jr. previously brought against the Defendant Sony Electronics Inc. that Plaintiff wishes to refile shall proceed under a different case number.

SIGNED this ____ day of _____, 2020.

                                               _____

                                                 U.S.D.J.