# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Mark S. Melodia
+1 212-513-3583
Mark.Melodia@hklaw.com

May 29, 2020

*Via ECF*

Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King Building &
U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      Re:    ***White, et al. v. Samsung Electronics America, Inc., et al.*,**
                 **U.S.D.C., D.N.J., No. 2:17-cv-01775-MCA-SCM**

Dear Sir/Madam:

On behalf of Defendants Sony Electronics Inc. ("Sony"), we respectfully request that Docket 139 filed on May 22, 2020 be unsealed. The Affidavit of Paul Bond and attached Exhibits were not intended to be filed under seal.

If you have any questions, please contact Paul Bond at (212) 513-3583 or at Mark.Melodia@hklaw.com.

We thank the Clerk for their attention to this matter.

Sincerely yours,

HOLLAND & KNIGHT LLP


*/s/ Mark S. Melodia*
Mark S. Melodia