# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T  | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Mark S. Melodia
+1 212-513-3583
Mark.Melodia@hklaw.com

*Via ECF*                                                                    June 5, 2020

Honorable Joseph A. Dickson, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

        Re:   *White, et al. v. Samsung Electronics America, Inc., et al.*,
                <u>U.S.D.C., D.N.J., No. 2:17-1775-MCA-JAD</u>

Dear Judge Dickson:

        We are counsel for Defendant Sony Electronics Inc. ("Sony"), in the above-referenced matter.

        We write on behalf of all parties in this matter to inform the Court that, in light of Defendants' pending motions to compel arbitration and Sony's motion to sever and the Court's direction (ECF No. 136), the parties have agreed to a discovery plan and a briefing schedule for Defendants' pending motions, and respectfully request that the Court enter the enclosed Stipulation and Consent Order.

        The parties respectfully submit that this schedule is appropriate in light of the parties' disagreement whether Plaintiffs' claims are subject to mandatory individual arbitration, which is the subject of Defendants' pending motions to compel arbitration (ECF Nos. 138, 143). As contemplated by the parties' agreed-upon schedule, the initial phase of discovery will be limited to Plaintiffs' individual claims, discovery which may be relevant whether or not Defendants' motions to compel arbitration are granted.

        If the form of the Stipulation and Proposed Order meets with Your Honor's approval, we ask that it be So Ordered and entered on the docket in this matter.

        Thank you for your consideration of this matter.

                                                              Respectfully submitted,

                                                              <u>/s/ Mark S. Melodia</u>

                                                              Mark S. Melodia

Enclosure
cc:      All counsel of record (*via ECF*)

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach