UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (JAD)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Joseph A. Dickson, U.S.M.J.<br><br>*Document Electronically Filed*<br><br>**STIPULATION AND CONSENT ORDER** |

**WHEREAS,** this matter having come before the Court by way of joint consent application of the parties by Defendant Samsung Electronics America, Inc. ("Samsung") through its attorneys, Gibbons P.C. and Covington & Burling LLP; Defendant Sony Electronics Inc. ("Sony"), by its attorneys, Holland & Knight; and Plaintiffs Thomas White and Patricia Cauley, by their attorney, Mack Press, Esq., extending the time within which Plaintiffs may file a response to Samsung's Motion to Compel Individual Arbitration and Strike Plaintiffs' Class Claims (ECF No. 143), and Sony's Motions to Compel Individual (Non-Class) Arbitration and/or Dismiss for Lack of Jurisdiction (ECF No. 138) and to Sever Under Federal Rule of Civil Procedure 21 (ECF No. 141) (collectively, the "Pending Motions");

**WHEREAS,** Defendants filed the Pending Motions on May 22, 2020;

**WHEREAS,** Plaintiffs' Responses to the Pending Motions were due on June 2, 2020 pursuant to the Court's Local Civil Rule 7.1(d)(2);

**WHEREAS,** Plaintiffs' counsel informed Defendants on June 2, 2020 that he needed more time to respond to the multiple motions;

**WHEREAS**, the parties have agreed to an initial discovery plan in light of the Pending Motions, as directed by the Court (ECF No. 136)**;**

**WHEREAS**, the parties, by consent, now seek to extend the time within which Plaintiffs may file responses to the Pending Motions; and good cause having been shown:

**IT IS** on this _____ day of _____, 2020;

**ORDERED** that consistent with the parties' agreements, further briefing on Defendants' Pending Motions shall be due as follows:

1. Plaintiffs' Response to Sony's Motion to Sever Under Federal Rule of Civil Procedure 21 shall be filed no later than June 29, 2020.

2. Defendants' Replies in support of Sony's Motion to Sever Under Federal Rule of Civil Procedure 21 shall be filed no later than July 13, 2020.

3. Plaintiffs' Responses to Samsung's Motion to Compel Individual Arbitration and Strike Plaintiffs' Class Claims and Sony's Motions to Compel Individual (Non-Class) Arbitration and/or Dismiss for Lack of Jurisdiction shall be filed no later than July 27, 2020.

4. Defendants' Replies in support of their respective motions to compel arbitration shall be filed no later than August 24, 2020.

5. The Magistrate Judge will hold a telephonic status conference with the parties during the week of August 24, 2020, subject to the Court's convenience, to discuss the discovery plan in light of the Pending Motions.

6. Pending that telephonic status conference, the parties agree that the tentative last day for parties to exchange initial disclosures, limited to Plaintiffs' individual claims, shall be September 11, 2020.

7. Pending that telephonic status conference, the parties agree that the tentative date when parties may serve written discovery, limited to Plaintiffs' individual claims, shall be September 25, 2020.

Stipulated and agreed to by all Counsel:

By: */s/ Mack Press*
MACK PRESS
mackpress@yahoo.com
mack@mackpress.com
THE MACK FIRM
18 Watergate Lane
Patchogue, NY 11772
Telephone: (516) 330-7213

*Attorney for Plaintiffs Thomas White and Patricia Cauley*

By: */s/ Michael R. McDonald*
MICHAEL R. MCDONALD
mmcdonald@gibbonslaw.com
KATE ELIZABETH JANUKOWICZ
kjanukowicz@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

ERIC C. BOSSET (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

SIMON J. FRANKEL (*pro hac vice*)
sfrankel@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000

*Attorneys for Defendant Samsung Electronics America, Inc.*

By: */s/ Mark S. Melodia*
MARK S. MELODIA
mark.melodia@hklaw.com
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212)-513-3200

PAUL J. BOND
paul.bond@hklaw.com
HOLLAND & KNIGHT LLP
2929 Arch Street
Suite 800
Philadelphia, PA 19104
Tel: (212) 513-3200

*Attorneys for Defendant Sony Electronics Inc.*

**IT IS SO ORDERED.**

Dated: _____

_____
Magistrate Judge Joseph A. Dickson
United States Magistrate