Mack Press, Esq.  
9 Pimlico Court  
Commack, NY 11725  
516.330.7213  mack@mackpress.com

---

August 10, 2020

The Honorable Joseph A. Dickson  
United States Magistrate Judge  
King Fed. Bldg. & United States Courthouse  
50 Walnut St., P.O. Box 999  
Newark, New Jersey 07101-0999

       **Re:  White, et al. v. Samsung Electronics America, Inc., et al.,**  
           **Case No. 17-1775 (MCA)(JAD)**

---

Dear Honorable Judge Dickson:

      I write to bring to your attention significant personal issues that have arisen with my health. I am presently dealing with *two* separate medical conditions that have prevented me from engaging in my legal practice at this time.

      Please find attached a letter from my doctor, Joseph J. DeRose, Sr., M.D., which explains the conditions for which I am currently being treated and also why these medical issues do not allow me to effectively work as litigator at the present time.

      I have spoken with counsel for both Defendants in the case and -- while I am receiving treatment (consistent with the medical recommendation outlined in the attached letter) -- they have graciously agreed to extend the time for me to respond to their motions to compel arbitration.

      Since Your Honor has scheduled a video call with the parties for this Wednesday, August 12, 2020 at 9:30am, I am hoping we can discuss these matters and set a revised schedule going forward.

                                                    Respectfully,

                                                     /s/ Mack Press

                                                     _____

                                                     Mack Press  
                                                     Counsel for Plaintiffs

Cc: all parties via ECF and email