<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **THOMAS ROGER WHITE, JR., et al.**<br><br>        **Plaintiffs,**<br>**v.**<br><br>**SAMSUNG ELECTRONICS AMERICA, INC., et al.**<br><br>        **Defendants.** | **Civil Action No. 17-1775 (MCA) (JAD)**<br><br>**ORDER SEALING DOCKET ENTRY 156-1** |

<u>**JOSEPH A. DICKSON, U.S.M.J.**</u>

        This matter comes before the Court, sua sponte, concerning the attachment to Plaintiffs' August 10, 2020 letter. (ECF No. 156-1).  That attachment, which is a note from Plaintiffs' counsel's doctor, is composed entirely of counsel's confidential medical information.  Upon careful consideration of that letter, as well as the requirements of Local Civil Rule 5.3 and related case law; and for good cause shown;

        **IT IS** on this 13th day of August 2020,

        **ORDERED** Docket Entry 156-1 is hereby sealed.

                                **SO ORDERED**


                                s/ Joseph A. Dickson
                                JOSEPH A. DICKSON, U.S.M.J.


cc:        Honorable Madeline Cox Arleo, U.S.D.J.