# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Mark S. Melodia
+1 212-513-3583
Mark.Melodia@hklaw.com

August 13, 2020

*VIA ECF*

The Honorable Joseph A. Dickson
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

  Re: <u>White et al. v. Samsung Electronics America, Inc. et al.</u>, 2:17-cv-01775-MCA-JAD

Dear Judge Dickson:

  I write on behalf of and with the consent of all parties to thank the Court for its time in addressing case management concerns at the conference held August 12, 2020, as reflected in the text order issued as DE #157. All parties write to memorialize our understanding that in addition to adjournment of the deadline for Plaintiffs to oppose Defendants' arbitration motions, all deadlines on discovery are adjourned. This would include, without limitation, adjournment of the September 18, 2020 deadline for discovery on individual Plaintiffs' claims. The one exception to the deadline adjournment is that Plaintiff will serve one interrogatory to each Defendant regarding arbitration as discussed during the August 12 conference.

  To the extent the Court should otherwise so direct, or otherwise understands, we will of course follow the direction of the Court.

Sincerely yours,

*/s/* Mark S. Melodia
Mark S. Melodia

MSM:tl

cc:  All parties (*via ECF*)

**SO ORDERED**

*s/ Joseph A. Dickson*
**Joseph A. Dickson, U.S.M.J.**

**Date: August 14, 2020**

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

2844502.1 100696-94961