

Michael R. McDonald
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4827 Fax: 973-639-6295
mmcdonald@gibbonslaw.com

September 24, 2020

**VIA ECF**

Honorable Joseph A. Dickson, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *White, et al. v. Samsung Electronics America, Inc., et al.*,
              **Case No. 17-1775 (MCA)(JAD)**
              **September 23, 2020 Order ECF No. 163**

Dear Judge Dickson:

       Gibbons P.C., along with Covington & Burling LLP, represents Defendant Samsung Electronics America, Inc. ("Samsung").

       Pursuant to Your September 23, 2020 Text Order, ECF No. 163, requiring a response to Plaintiffs' counsel's letter dated August 19, 2020, ECF No. 161, this is to advise that Samsung has complied.  Plaintiffs' interrogatory was amended in accord with Plaintiffs' counsel's letter, was served, and Samsung has already provided it's response.

       Please do not hesitate to contact me in the event the Court has any questions.

                                              Respectfully submitted,

                                              <u>s/ Michael R. McDonald</u>
                                              Michael R. McDonald

cc:    All Counsel of Record (via ECF)