# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Mark S. Melodia
+1 212-513-3583
Mark.Melodia@hklaw.com

September 28, 2020

*VIA ECF*

The Honorable Joseph A. Dickson
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

      Re:   *White et al. v. Samsung Electronics America, Inc. et al.*, 2:17-cv-01775-MCA-JAD
              September 23, 2020 Order ECF No. 163

Dear Judge Dickson:

      Holland & Knight LLP represents Defendant Sony Electronics, Inc. ("SEL") in the above-captioned matter. We write to respond to the Court's Text Order of September 23, 2020, ECF No. 163. That Text Order required SEL and Samsung Electronics America, Inc. to respond to the letter from Plaintiffs' counsel dated August 19, 2020, ECF No. 161.

      In that letter, Plaintiffs asked to use the service date in their forthcoming interrogatory. Subsequently, Plaintiffs did use the service date in their interrogatory. SEL responded to that interrogatory.

      Please do not hesitate to contact me in the event the Court has any questions.

Sincerely yours,

*/s/* Mark S. Melodia
Mark S. Melodia

MSM:tl

cc:  All parties (*via ECF*)

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach