# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Mark S. Melodia
+1 212-513-3583
Mark.Melodia@hklaw.com


October 2, 2020

*VIA ECF*

The Honorable Joseph A. Dickson
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

   Re: <u>*White et al. v. Samsung Electronics America, Inc. et al.*, 2:17-cv-01775-MCA-JAD</u>

Dear Judge Dickson:

  We represent Defendant Sony Electronics Inc. ("SEL") in the above-captioned matter but write on behalf of all parties including SEL, Samsung Electronics America, Inc. and Plaintiffs.

  Your Honor's Text Order of September 28, 2020 [DE #166] stated, "The parties shall meet and confer and, on or before 10/2/20, shall submit a proposed schedule for the remaining briefing on Defendants' Arbitration Motions."

  The parties have conferred. We have agreed upon a proposed schedule to accommodate the request of Plaintiffs' counsel, who due to severe illness is unable to litigate the case at this time, as Plaintiffs' counsel told the Court during the August 12, 2020 conference and in DE #156. All parties propose the following schedule:

- Plaintiffs will have until January 8, 2020 to Oppose the Sony Arbitration Motion and the Samsung Arbitration Motion. Plaintiffs shall do so by sending their respective Oppositions to each Defendant, not by filing.
- Sony and Samsung both have until February 15, 2020 to Reply in support of their respective Arbitration Motions.
- Sony and Samsung shall both then file on the docket their respective Arbitration Motion; immediately thereafter, Plaintiffs shall file their Oppositions; and immediately thereafter, the Defendants shall file their Replies.

Anchorage | Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | Lakeland
Los Angeles | Miami | New York | Orlando | Philadelphia | Portland | San Francisco | Stamford | Tallahassee | Tampa | Tysons
Washington, D.C. | West Palm Beach

The Honorable Joseph A. Dickson
October 2, 2020
Page 2

Please do not hesitate to contact me in the event the Court has any questions.

Sincerely yours,

*/s/* Mark S. Melodia
Mark S. Melodia

MSM:tl

cc:  All parties (*via ECF*)