October 21, 2020

*VIA ECF*

The Honorable Joseph A. Dickson
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

        Re:    <u>White et al. v. Samsung Electronics America, Inc. et al.</u>, 2:17-cv-01775-MCA-JAD

Dear Judge Dickson:

    We represent Defendant Sony Electronics Inc. ("SEL") in the above-captioned matter but write on behalf of all parties including SEL, Samsung Electronics America, Inc. and Plaintiffs.

    On October 2, 2020, per Your Honor's Text Order of September 28, 2020, the parties in the above-captioned matter met and conferred and subsequently submitted a proposed schedule for the remaining briefing on Defendants' Arbitration Motions. We write to amend a clerical error with respect to the dates stated in the October 2, 2020 letter. The correction substitutes 2021 for 2020 for the due dates for the parties' briefing on Defendants' Arbitration Motions. The corrected dates are below and the changes are marked in bold:

- Plaintiffs will have until January 8, **2021** to Oppose the Sony Arbitration Motion and the Samsung Arbitration Motion. Plaintiffs shall do so by sending their respective Oppositions to each Defendant, not by filing.
- Sony and Samsung both have until February 15, **2021** to Reply in support of their respective Arbitration Motions.
- Sony and Samsung shall both then file on the docket their respective Arbitration Motion; immediately thereafter, Plaintiffs shall file their Oppositions; and immediately thereafter, the Defendants shall file their Replies.

Please do not hesitate to contact me in the event the Court has any questions.

        Sincerely yours,

        */s/* Mark S. Melodia
        Mark S. Melodia

MSM:tl

cc: All parties (*via ECF*)

**SO ORDERED**

*s/ Joseph A. Dickson*
**Joseph A. Dickson, U.S.M.J.**

**Date: October 22, 2020**