Mack Press, Esq.
9 Pimlico Court
Commack, NY 11725
516.330.7213  mack@mackpress.com

---

December 17, 2020

The Honorable Joseph A. Dickson
United States Magistrate Judge
King Fed. Bldg. & United States Courthouse
50 Walnut St., P.O. Box 999
Newark, New Jersey 07101-0999

      **Re:  White, et al. v. Samsung Electronics America, Inc., et al.,**
           **Case No. 17-1775 (MCA)(JAD)**
           ***Extension of Time Concerning Briefing Schedule***

Dear Honorable Judge Dickson:

      By way of this letter, I respectfully request from Your Honor additional time for Plaintiffs to respond to Defendants' instant motions to compel arbitration / class waiver (currently set by Your Honor for 01/06/2020).  In our previous Court conference with all the parties, you had indicated that if my medical condition required additional time for me on behalf of Plaintiffs to respond to Defendants' arbitration / class waiver motions, the Court would be amenable to such a request by me.

      Unfortunately, despite having received top medical care, my serious and extraordinarily-painful medical issues continue to prevent me from performing my duties as a practicing attorney.  And since, as the Court is aware, I am the primary attorney responding to Defendants' current arbitration / class waiver motions, I respectfully the Court ask to extend Plaintiffs' time to respond to Defendants' motions to compel arbitration / class-action waiver until *March 30, 2021*.

                                                  Respectfully,

                                                  /s/ Mack Press

                                                  _____

Cc: all parties via ECF                              Counsel for Plaintiffs