Mack Press, Esq.
9 Pimlico Court
Commack, NY 11725
516.330.7213  mack@mackpress.com

---

January 6, 2021

The Honorable Joseph A. Dickson
United States Magistrate Judge
King Fed. Bldg. & United States Courthouse
50 Walnut St., P.O. Box 999
Newark, New Jersey 07101-0999

> Re:  White, et al. v. Samsung Electronics America, Inc., et al.,
>      Case No. 17-1775 (MCA)(JAD)
>      **_Extension of Time Concerning Briefing Schedule_**

Dear Honorable Judge Dickson:

    As set forth in my previous letter to the Court dated December 7, 2020, my ongoing and extraordinarily-painful medical issues have prevented me from performing my duties as a practicing attorney. (In fact, I just finished a stay at Cornell Hospital in Manhattan in an attempt for the doctors there to diagnose my serious medical condition.)  Since, as the Court is aware, I am the primary attorney responding to Defendants' current arbitration / class waiver motions, I had respectfully requested from Your Honor additional time on behalf of Plaintiffs to respond to Defendants' motions to compel arbitration / class-action waiver until *March 30, 2021*.

    In our previous Court conference with all the parties, you had indicated that if my medical condition required additional time for me on behalf of Plaintiffs to respond to Defendants' arbitration / class waiver motions, the Court would be amenable to such a request by me.

    Respectfully, I ask the Court to order that the time for Plaintiffs to respond to Defendants' motions to compel arbitration / class-action waiver be set to *March 31, 2021*.  I also hold out to the Court that this will be the final extension-of-time request by Plaintiffs related to Defendants' motions to compel arbitration /

class-action waiver.

        Respectfully,

        /s/ Mack Press

        _____

        Counsel for Plaintiffs

Cc: all parties via ECF

        **SO ORDERED**

        *s/ Joseph A. Dickson*
        Joseph A. Dickson, U.S.M.J.

        Date: January 11, 2021