# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (JAD)<br><br>**STIPULATION & ORDER OF DISMISSAL OF DEFENDANT SONY ELECTRONICS INC.** |

**WHEREAS**, Plaintiff Thomas Roger White, Jr., ("Mr. White") initiated this action against Defendant Sony Electronics Inc. ("Sony"); and

**WHEREAS,** Plaintiff Patricia Cauley ("Ms. Cauley") has no claim against Sony; and

**WHEREAS**, by Order of the Court **[DE #148]**, Mr. White's claims against Sony were severed from Mr. White's and Ms. Cauley's respective claims against Samsung Electronics America, Inc. ("Samsung");

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the counsel of record, that Defendant Sony is dismissed with prejudice from this action, and the claims against Sony are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1); and

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation & Order is without any prejudice to Mr. White's and Ms. Cauley's respective claims against Samsung, and does not release or impair those claims; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that each party is to bear its own costs; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts, and that a facsimile copy of this Stipulation shall have the same force and effect as the original.

The Parties hereby agree to the form and entry of this Stipulation and Order:

Dated: February 1, 2021
   New York, New York

By: s/ *Mack Press*
    MACK PRESS
    mackpress@yahoo.com
    mack@mackpress.com
    THE MACK FIRM
    18 Watergate Lane
    Patchogue, NY 11772
    Telephone: (516) 330-7213
    **Attorney for Plaintiffs**

By: s/*Mark S. Melodia*
    MARK S. MELODIA
    mark.melodia@hklaw.com
    HOLLAND & KNIGHT LLP
    31 West 52nd Street
    New York, NY 10019
    Telephone: (212) 513-3200

    PAUL J. BOND
    paul.bond@hklaw.com
    HOLLAND & KNIGHT LLP
    2929 Arch Street
    Suite 800
    Philadelphia, PA 19104
    Tel: (212) 513-3200

    *Attorneys for Defendant*
    **SONY ELECTRONICS INC.**

**SO ORDERED:**

_____ 2/2/21
Hon. Madeline Cox Arleo
U.S. DISTRICT JUDGE