# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNGEL ECTRONICS AMERICA, INC.<br>　　　　　　Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>*Document Electronically Filed*<br><br>**CERTIFICATE OF SERVICE** |

**I, MACK PRESS,** hereby certify as follows:

I am an attorney at law admitted to practice before this Court and am a member of the law firm, Berman Class Law, attorneys for Plaintiffs Thomas Roger White, Jr., and Patricia Cauley.  On March 30, 2021, pursuant to Local Rule 5.2, I electronically filed the following documents upon all counsel of record:

- Memorandum of Law in Opposition to Defendant Samsung Electronics America, Inc.'s Motion to Compel Individual Arbitration and Strike Class Claims.

- Declaration of Mack Press in in Opposition to Defendant Samsung Electronics America, Inc.'s Motion to Compel Individual Arbitration and Strike Class Claims (with exhibit).

- This Certification of Service.

Dated: March 30, 2021

　　　　　　　　　　　　　　　　　　　　　　　*/s/*
　　　　　　　　　　　　　　　　　　　　　　MACK PRESS