# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and PATRICIA CAULEY on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Action No. 17-1775 (MCA) (JSA) <br><br> Hon. Madeline Cox Arleo, U.S.D.J. <br> Hon. Jessica S. Allen, U.S.M.J. <br><br> *Document Electronically Filed* |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

Please take notice that the name of the law firm of BERMAN CLASS LAW, changed to THE MACK FIRM.  The firm's address has changed to 9 Pimlico Drive, Commack, NY 11725. The firm's telephone and facsimile numbers will remain the same.

Dated: March 30, 2021

THE MACK FIRM

/s/
MACK PRESS

Mack Press
9 Pimlico Drive
Commack, NY 11725

*Attorney for Plaintiffs*