April 2, 2021

The Honorable Jessica S. Allen
United States Magistrate Judge
King Fed. Bldg. & United States Courthouse
50 Walnut St., P.O. Box 999
Newark, New Jersey 07101-0999

    Re:    *White, et al. v. Samsung Electronics America, Inc., et al.*,
             Case No. 17-1775 (MCA)(JSA)

Dear Honorable Judge Allen,

      The purpose of this letter is in connection with the above-referenced litigation and Samsung Electronics America, Inc.'s ("Samsung") motion to compel arbitration and strike class claims.

      Pursuant to an Order Magistrate Judge Dickson entered on July 7, 2020 (ECF No. 148), Samsung and Plaintiffs have served each other with moving and opposition papers, respectively.  We have also met and conferred and agree that, based on the time contemplated in the July 7, 2020 Order, Samsung's reply papers would be due May 4, 2021.  Samsung and Plaintiffs would simultaneously file on ECF all papers related to Samsung's motion.

      Finally, in addition to serving Samsung opposition papers, on Tuesday Plaintiffs inadvertently filed opposition papers in response to ECF No. 143.  *See* ECF No. 175.  The filing was inadvertent as the opposition was to have been served but not filed on ECF until Samsung's motion was fully briefed.

      We have been advised that documents filed on the docket cannot be removed.   Accordingly, and by this letter, Plaintiffs and Samsung jointly and respectfully request that the ECF No. 175 become a nullity.

                                    Respectfully,

                                    Mack Press
                                  Counsel for Plaintiffs

    Cc: all parties via ECF