<table>
<tr><td>

Michael R. McDonald, Esq.
Kate E. Janukowicz, Esq.
**GIBBONS PC**
One Gateway Center
Newark, NJ 07102
Tel: (973) 596-4500

*Attorneys for Samsung Electronics America, Inc.*

</td><td>

Eric C. Bosset*
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000
*admitted *pro hac vice*

Simon J. Frankel*
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000
*admitted *pro hac vice*

*Attorneys for Samsung Electronics America, Inc.*

</td></tr>
</table>

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

<table>
<tr><td>

THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,

        Plaintiffs,

  v.

SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,

        Defendants.

</td><td>

Civil Action No. 17-1775 (MCA) (JAD)
   Hon. Madeline Cox Arleo, U.S.D.J.
   Hon. Joseph A. Dickson, U.S.M.J.

**Return Date: TBD**

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STRIKE PLAINTIFFS' CLASS CLAIMS**

</td></tr>
</table>

**PLEASE TAKE NOTICE** that on such date and time as may be set by the Court, Defendant Samsung Electronics America, Inc. ("SEA"), by and through its

undersigned attorneys, shall move for an Order granting it's Motion To Compel Individual Arbitration And Strike Plaintiffs' Class Claims.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant will rely on the accompanying Brief In Support of SEA's Motion to Compel Individual Arbitration and Strike Plaintiffs' Class Claims, Declaration of Khaled Abuali with exhibits, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that SEA hereby requests oral argument.

Dated:  October 2, 2020   Respectfully submitted,

By: s/ Michael R. McDonald
Michael R. McDonald
mmcdonald@gibbonslaw.com
Kate E. Janukowicz
kjanukowicz@gibbonslaw.com
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

Eric C. Bosset*
ebosset@cov.com
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

Simon J. Frankel*
sfrankel@cov.com
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000
*admitted *pro hac vice*

*Attorneys for Defendant*
**SAMSUNG ELECTRONICS AMERICA, INC.**