# **Exhibit 1**

| | |
|---|---|
| **From:** | Frankel, Simon |
| **Sent:** | Tuesday, April 14, 2020 7:01 PM |
| **To:** | mack@mackpress.com |
| **Cc:** | Bosset, Eric |
| **Subject:** | White v. Samsung and Sony |

Dear Mack,

I hope this finds you doing well and staying safe in these very challenging and difficult times.

As you may recall, at our appearance with the Magistrate Judge early in the case, he ordered Plaintiffs to disclose to Defendants the serial numbers for the television sets at issue.

Our review of Plaintiffs' initial disclosures shows that, with respect to Plaintiff White, one of the serial numbers provided is incomplete or erroneous. Specifically, for White's second TV (model UN32J5500AF), Plaintiffs provided a 14-digit serial number, 03NL3CGG90593M. However, we understand that the serial number for that TV model would be 15 digits, so the number provided is missing a digit (which could be a letter or a number). Can you please immediately provide the correct, complete serial number for Plaintiff White's second TV?

In addition, Plaintiffs never provided a serial number for plaintiff Cauley's TV since the Complaint was amended to add her as a plaintiff. The current Complaint states that her TV is a model UN55KS8000FXZA, but does not give a serial number. Please provide a serial number for Plaintiff Cauley's TV right away.

Thank you in advance, and be well.

Simon

**Simon J. Frankel**

Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T +1 415 591 7052 | M +1 415 602 8228 | sfrankel@cov.com
www.cov.com

COVID-19 Checklist: Legal and Business Considerations
COVID-19 Legal and Business Toolkit

**COVINGTON**