# **Exhibit 2**

**From:** Mack Press <mack@mackpress.com>
**Sent:** Monday, April 27, 2020 2:46 PM
**To:** Frankel, Simon
**Subject:** Fwd: Patricia Cauley Samsung TV

**[EXTERNAL]**

**Subject:** Patricia Cauley Samsung TV

Model No.:   UN55KS8000F

Serial No.:   05JZ3CYHC09048B


Mack Press, Esq.

email: mack@mackpress.com

_____

Far better is it to dare mighty things, to win glorious triumphs, even though checkered by failure....than to rank with those poor spirits who neither enjoy nor suffer much, because they live in a gray twilight that knows not victory nor defeat.

Teddy Roosevelt