# **<u>Exhibit 3</u>**

**From:** Mack Press <mack@mackpress.com>
**Sent:** Monday, April 27, 2020 2:45 PM
**To:** Frankel, Simon
**Subject:** Fwd: Roger White Samsung Televisions

**[EXTERNAL]**

**Subject:** Roger White Samsung Televisions

Model: UN55KU6300F

Serial : 05HX3CAHB11790N

Model: UN32J5500AFXZA

Serial:  03NL3CGG905093M

Mack Press, Esq.

email: mack@mackpress.com

Far better is it to dare mighty things, to win glorious triumphs, even though checkered by failure....than to rank with those poor spirits who neither enjoy nor suffer much, because they live in a gray twilight that knows not victory nor defeat.

Teddy Roosevelt