# **Exhibit 5**

| | |
|---|---|
| **From:** | Frankel, Simon |
| **To:** | mack@mackpress.com |
| **Cc:** | Bosset, Eric |
| **Subject:** | Plaintiff White"s Samsung TV (Model UN32J5500AFXZA) |
| **Date:** | Monday, May 11, 2020 9:50:37 PM |
| **Attachments:** | image001.png |

Mack,

As for one of Plaintiff White's Samsung TVs, there is an additional piece of information that Plaintiff needs to disclose to identify the TV. For the Model UN32J5500AFXZA TV, it is tracked by a "Unique Device ID" (or UDID), rather than a serial number. (This model is a 2015 model, as opposed to the other two Samsung TVs at issue, which are from 2016.)

The UDID can be found on White's TV by following these simple, short steps, starting with pressing the "Menu" button on the remote control:

- **Menu > Settings > Support > "About This TV."** The "**Unique Device ID**" will be listed in the "About This TV" screen.

- You can also get to "Settings" directly by pressing the "Settings" button if his remote control has that (it would be on the bottom left of the remote control, as shown below).
  - 

Please confirm right away that Plaintiff White will provide the UDID for his UN32J5500AFXZA TV as soon as possible.

Thank you.

Simon

**Simon J. Frankel**

Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T +1 415 591 7052 | M +1 415 602 8228 | sfrankel@cov.com
www.cov.com

**COVINGTON**