# **<u>Exhibit 2</u>**

| TERM_ID | DUID | COUNTRY_CD | MODEL_ID | AGREE_FLAG | AGREE_VER | REGISTER_DT | MODIFY_DT | IP_ADDR |
|---|---|---|---|---|---|---|---|---|
| tnc | Redacted NHT | US | 16_JAZZL_UHD_BASIC | Y | 20151104 | 2016-12-26 10:01:11 | 2016-12-26 10:01:11 | Redacted |
| viewing | NHT | US | 16_JAZZL_UHD_BASIC | Y | 20151104 | 2016-12-26 10:01:11 | 2016-12-26 10:01:11 | |