# **Exhibit 4**

| TERM_ID | DUID | COUNTRY_CD | MODEL_ID | AGREE_FLAG | AGREE_VER | REGISTER_DT | MODIFY_DT | IP_ADDR |
|---|---|---|---|---|---|---|---|---|
| tnc | Redacted DG3R | US | 16_JAZZM_UHD | Y | 20151104 | 2017-01-30 10:19:26 | 2017-01-30 10:19:26 | Redacted |
| viewing | DG3R | US | 16_JAZZM_UHD | Y | 20151104 | 2017-01-30 10:19:26 | 2017-01-30 10:19:26 | |