| | |
|---|---|
| Michael R. McDonald, Esq.<br>Kate E. Janukowicz, Esq.<br>**GIBBONS PC**<br>One Gateway Center<br>Newark, NJ 07102<br>Tel: (973) 596-4500<br><br>*Attorneys for Samsung*<br>*Electronics America, Inc.* | Eric C. Bosset*<br>**COVINGTON & BURLING LLP**<br>One City Center<br>850 Tenth Street, NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>*admitted *pro hac vice*<br><br>Simon J. Frankel*<br>**COVINGTON & BURLING LLP**<br>One Front Street, 35th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 591-6000<br>*admitted *pro hac vice*<br><br>*Attorneys for Samsung*<br>*Electronics America, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>        Defendants. | Civil Action No. 17-1775 (MCA) (JAD)<br><br><br>**[PROPOSED] ORDER** |

**THIS MATTER,** having been opened to the Court by Defendant Samsung Electronics America, Inc. ("SEA"), by its attorneys, Gibbons P.C. and Covington &

Burling LLP, to compel arbitration and strike Plaintiffs' class claims; and the Court having considered the papers in support thereto; and good cause having been shown:

**IT IS** on this __ day of _____, 2020;

**ORDERED** that Defendant SEA's motion to compel individual arbitration is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiffs' class claims are stricken from the Complaint; and it is further

**ORDERED** that the case is **DISMISSED**.

_____
**Hon. Madeline Cox Arleo, U.S.D.J.**