| | |
|---|---|
| Michael R. McDonald, Esq.<br>Kate E. Janukowicz, Esq.<br>**GIBBONS PC**<br>One Gateway Center<br>Newark, NJ 07102<br>Tel: (973) 596-4500<br><br>*Attorneys for Samsung*<br>*Electronics America, Inc.* | Eric C. Bosset*<br>**COVINGTON & BURLING LLP**<br>One City Center<br>850 Tenth Street, NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>*admitted *pro hac vice*<br><br>Simon J. Frankel*<br>**COVINGTON & BURLING LLP**<br>One Front Street, 35th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 591-6000<br>*admitted *pro hac vice*<br><br>*Attorneys for Samsung*<br>*Electronics America, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>    Defendants. | Civil Action No. 17-1775 (MCA) (JAD)<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

**I, MICHAEL R. MCDONALD,** hereby certify as follows:

I am an attorney at law admitted to practice before this Court and am a member

of the firm, Gibbons P.C., attorneys for Defendant Samsung Electronics America,

Inc. ("SEA"). On October 2, 2020, we served the the following documents upon all counsel of record:

- SEA's Notice of Motion to Compel Individual Arbitration and Strike Plaintiffs' Class Claims;

- Defendant SEA's Brief In Support Of Its Motion To Compel Individual Arbitration And Strike Plaintiffs' Class Claims;

- Declaration of Simon J. Frankel, Esq. in Support of SEA's Motion to Compel Individual Arbitration and Strike Plaintiffs' Class Claims (with exhibits);

- Declaration of Khaled Abuali in Support of SEA's Motion to Compel Individual Arbitration and Strike Plaintiffs' Class Claims (with exhibits);

- Proposed Order; and

- This Certificate of Service.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 2, 2020

s/ Michael R. McDonald
Michael R. McDonald
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
mmcdonald@gibbonslaw.com

*Attorneys for Samsung Electronics America, Inc.*