## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>SAMSUNGEL ECTRONICS AMERICA, INC.<br>             Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>*Document Electronically Filed*<br><br>**CERTIFICATE OF SERVICE** |

**I, MACK PRESS,** hereby certify as follows:

I am an attorney at law admitted to practice before this Court and am a member of the law firm, Berman Class Law, attorneys for Plaintiffs Thomas Roger White, Jr., and Patricia Cauley. On March 31, 2021, I caused the following documents to be served upon all counsel of record:

- Memorandum of Law in Opposition to Defendant Samsung Electronics America, Inc.'s Motion to Compel Individual Arbitration and Strike Class Claims.

- Declaration of Mack Press in in Opposition to Defendant Samsung Electronics America, Inc.'s Motion to Compel Individual Arbitration and Strike Class Claims (with exhibit).

- This Certification of Service.

Dated: March 31, 2021

                                         */s/*
                                    MACK PRESS