UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendant. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>*Document Electronically Filed* |

**REQUEST FROM ATTORNEY TO
WITHDRAW FROM ELECTRONIC NOTIFICATION**

Request is hereby made by Paul Bond, Esq., counsel for Sony Electronics, Inc., in the above captioned matter, to withdraw from electronic notification in the within case, and it is represented that the civil complaint has been dismissed as to my client and there are no further proceedings which require notification.

Dated:  July 14, 2021
       New York, New York

                                          /s/ Paul Bond
                                          Paul Bond, Esq.
                                          Holland & Knight LLP
                                          2929 Arch Street
                                          Suite 800
                                          Philadelphia, PA  19104
                                          Email:  paul.bond@hklaw.com