UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>*Document Electronically Filed* |

## REQUEST FROM ATTORNEY TO
## WITHDRAW FROM ELECTRONIC NOTIFICATION

Request is hereby made by Mark S. Melodia, Esq., counsel for Sony Electronics, Inc., in the above captioned matter, to withdraw from electronic notification in the within case, and it is represented that the civil complaint has been dismissed as to my client and there are no further proceedings which require notification.

Dated:  July 14, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark S. Melodia
　　　　　　　　　　　　　　　　　　　　　　Mark S. Melodia, Esq.
　　　　　　　　　　　　　　　　　　　　　　Holland & Knight LLP
　　　　　　　　　　　　　　　　　　　　　　31 W. 52nd Street
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10019
　　　　　　　　　　　　　　　　　　　　　　Email:  mark.melodia@hklaw.com