

Michael R. McDonald
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4827 Fax: 973-639-6295
mmcdonald@gibbonslaw.com

August 12, 2021

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *White, et al. v. Samsung Electronics America, Inc., et al.*
      **Case No. 17-1775 (MCA)(JSA)**

Dear Judge Allen:

Gibbons P.C., along with Covington & Burling LLP, represents Defendant Samsung Electronics America, Inc. ("Samsung") in the above-referenced matter.

In accordance with Your Honor's Text Order dated July 14, 2021, ECF No. 186, the Court set a deadline of Friday August 13, 2021, for the parties to submit a joint letter advising the Court of the status of settlement discussions. Due to continuing discussions and with Plaintiffs' consent[1], Samsung hereby requests a two-week extension to August 27, 2021, for the parties to submit the joint letter.

If this letter request meets with Your Honor's approval, we ask that it be "so ordered" and entered on the docket.

Thank you for your courtesy and cooperation.

Respectfully submitted,

s/ Michael R. McDonald
Michael R. McDonald

cc:   All Counsel of Record (via ECF)

---

[1] Plaintiffs' counsel consented to the extension but efforts to reach him to review this letter were unsuccessful.