# **<u>THE MACK FIRM</u>**

Mack Press
9 Pimlico Drive
Commack, NY 11725
Tel: 516-330-7213
Email: mack@mackpress.com

September 17, 2021

The Honorable Jessica S. Allen
United States Magistrate Judge
King Fed. Bldg. & United States Courthouse
50 Walnut St., P.O. Box 999
Newark, New Jersey 07101-0999

    Re:    *White, et al. v. Samsung Electronics America, Inc., et al.*,
                Case No. 17-1775 (MCA)(JAD)

**<u>VIA ECF</u>**

Dear Honorable Judge Allen,

      The Mack Firm represents Plaintiffs Thomas Roger White, Jr., and Patricia Cauley (together, "Plaintiffs") in the above-referenced litigation.  Gibbons P.C., along with Covington & Burling LLP, represents Defendant Samsung Electronics America, Inc. ("Samsung").

      This is to advise that following our last conference with Your Honor, counsel for the parties have met and conferred on several occasions and have failed to reach a settlement.  Unfortunately, Plaintiffs do not believe that further discussions with Samsung or a further settlement conference with Your Honor would result in a settlement at this time.

      Plaintiffs thank you for your courtesy and cooperation.

                                                  Respectfully submitted,

                                                            /s/
                                                        Mack Press
                                                   On Behalf of Plaintiffs