Michael R. McDonald, Esq.
Brielle A. Basso, Esq.
**GIBBONS PC**
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

*Attorneys for Samsung*
*Electronics America, Inc.*

Eric C. Bosset, Esq.*
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000
*admitted *pro hac vice*

Simon J. Frankel, Esq.*
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000
*admitted *pro hac vice*

*Attorneys for Samsung*
*Electronics America, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>***Document Electronically Filed***<br><br>**CONSENT ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT PURSUANT TO LOCAL CIVIL RULE 6.1(a)** |

**THIS MATTER** having been brought before the Court by way of Joint Consent Application of the parties by Defendant Samsung Electronics America, Inc. ("Samsung") through its attorneys, Gibbons P.C. and Covington & Burling LLP, and Plaintiffs Thomas White and Patricia Cauley, by their attorney, The Mack Firm, in accordance with Local Civil Rule 6.1(a), extending the time within which Defendant must answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint (the "Complaint");

**WHEREAS**, on December 29, 2021, the Honorable Madeline Cox Arleo, United States District Judge, entered a Letter Order denying Defendant Samsung's Motion to Compel Individual Arbitration and Strike Plaintiffs' Class Claims, *see* ECF No. 194;

**WHEREAS**, Defendant Samsung must answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint within fourteen (14) days after entry of the Letter Order or by January 12, 2022;

**WHEREAS**, Plaintiffs have consented to a fourteen (14) day extension for Defendant Samsung to answer, move, or otherwise respond to Plaintiffs' Second Amended Complaint; and good cause having been shown:

**IT IS** on this _____ day of _____, 2022;

**ORDERED** that Defendant Samsung Electronics America, Inc.'s time within which Defendants must answer or otherwise respond to Plaintiffs' Second Amended Complaint shall be extended for a period of fourteen (14) days up to and including January 26, 2022.

Stipulated and agreed by all Counsel:


By: s/ *Mack Press*

    Mack Press, Esq.
    mackpress@yahoo.com
    mack@mackpress.com
    **THE MACK FIRM**
    18 Watergate Lane
    Patchogue, NY 11772
    Telephone: (516) 330-7213

    *Attorney for Plaintiffs*
    *Thomas White and Patricia Cauley*

By: s/ *Michael R. McDonald*

    Michael R. McDonald, Esq.
    mmcdonald@gibbonslaw.com
    Brielle A. Basso, Esq.
    bbasso@gibbonslaw.om
    **GIBBONS P.C.**
    One Gateway Center
    Newark, NJ 07102
    Telephone: (973) 596-4500

    Eric C. Bosset, Esq. (*pro hac vice*)
    ebosset@cov.com
    **COVINGTON & BURLING LLP**
    One City Center
    850 Tenth Street, NW
    Washington, D.C. 20001
    Telephone: (202) 662-6000

Simon J. Frankel, Esq. (*pro hac vice*)
sfrankel@cov.com
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

**IT IS SO ORDERED.**


Dated: _____          _____

Magistrate Judge Jessica S. Allen
United States Magistrate Judge