| | |
|---|---|
| Michael R. McDonald, Esq.<br>Brielle A. Basso, Esq.<br>**GIBBONS PC**<br>One Gateway Center<br>Newark, NJ 07102<br>Telephone: (973) 596-4500<br><br>*Attorneys for Samsung*<br>*Electronics America, Inc.* | Eric C. Bosset, Esq.*<br>**COVINGTON & BURLING LLP**<br>One City Center<br>850 Tenth Street, NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>*admitted *pro hac vice*<br><br>Simon J. Frankel, Esq.*<br>**COVINGTON & BURLING LLP**<br>One Front Street, 35th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 591-6000<br>*admitted *pro hac vice*<br><br>*Attorneys for Samsung*<br>*Electronics America, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEARANCE OF BRIELLE A. BASSO** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendant Samsung Electronics America, Inc. ("Samsung") in the above-captioned action. Please serve copies of all papers upon the undersigned attorney at the office and email address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

Dated:  January 12, 2022          By: s/ *Brielle A. Basso*
                                                       Brielle A. Basso, Esq.

                                    **GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Telephone:  973-596-4715
Facsimile:  973-639-6335
bbasso@gibbonslaw.com
*Attorneys for Samsung Electronics America, Inc.*