| | |
|---|---|
| Michael R. McDonald, Esq.<br>Brielle A. Basso, Esq.<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102<br>Tel: (973) 596-4500<br><br>*Attorneys for Samsung Electronics America, Inc.* | Eric C. Bosset*<br>**COVINGTON & BURLING LLP**<br>One City Center<br>850 Tenth Street, NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>*admitted *pro hac vice*<br><br>Simon J. Frankel*<br>**COVINGTON & BURLING LLP**<br>One Front Street, 35th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 591-6000<br>*admitted *pro hac vice*<br><br>*Attorneys for Samsung Electronics America, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>            Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT** |

      Notice is hereby given, pursuant to 9 U.S.C. § 16(a), that Defendant Samsung Electronics America, Inc. ("SEA") appeals to the United States Court of Appeals for the Third Circuit from the Letter Order of the United States District

2940779.1 101987-95509

Court, District of New Jersey, entered in this action on December 29, 2021, denying SEA's Motion to Compel Individual Arbitration and Strike Plaintiffs' Class Claims and holding that SEA has waived its right to compel arbitration. Dkt. 194.

Dated: January 25, 2022        Respectfully submitted,

By: s/ Michael R. McDonald
Michael R. McDonald
mmcdonald@gibbonslaw.com
Brielle A. Basso
bbasso@gibbonslaw.com
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

Eric C. Bosset*
ebosset@cov.com
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

Simon J. Frankel*
sfrankel@cov.com
**COVINGTON & BURLING LLP**
One Front Street, 35th Floor
San Francisco, CA 94102
Telephone: (415) 591-6000
*admitted *pro hac vice*

*Attorneys for Defendant*
**SAMSUNG ELECTRONICS AMERICA, INC.**