## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. et al., <br><br><br>       Plaintiff, <br><br>v. <br><br>SAMSUNG ELECTRONICS AMERICA, INC., et al., <br><br>       Defendants. | Civil Action No.  17-1775(MCA) <br><br><br><br><br>**ORDER ADMINISTRATIVELY TERMINATING ACTION** |

It appearing that this matter is currently stayed pending disposition of an Appeal pending in US Court of Appeal;

**IT IS** on this 2nd day of June, 2022,

**ORDERED** that the Clerk administratively terminate the action on his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown.


  s/Madeline Cox Arleo
UNITED STATES DISTRICT JUDGE