

Michael R. McDonald
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4827 Fax: 973-639-6295
mmcdonald@gibbonslaw.com

February 24, 2023

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    **Re:**    ***White, et al. v. Samsung Electronics America, Inc., et al.***
            **Case No. 17-1775 (MCA)(JSA)**

Dear Magistrate Judge Allen:

    Gibbons P.C., along with Covington & Burling LLP, represent Defendant Samsung Electronics America, Inc. ("Samsung") in the above-referenced matter.

    In accordance with Your Honor's judicial preferences for *pro hac vice* applications, we advise that Plaintiffs' counsel has consented to Samsung's application for the *pro hac vice* admission of Emily Johnson Henn from Covington & Burling LLP. Accordingly, we have submitted with this letter a proposed Consent Order granting Application for Admission *Pro Hac Vice* of Emily Johnson Henn, along with a supporting Declaration of admission and good standing from Ms. Henn and the Certification of Michael R. McDonald.

    If the form of the Proposed Order meets with Your Honor's approval, we ask that it be So Ordered and entered on the docket in this matter.

    Thank you for your kind consideration and please do not hesitate to contact me should there be any questions.

                                        Respectfully submitted,

                                        s/ Michael R. McDonald
                                        Michael R. McDonald

Enclosure

cc:    All Counsel of Record (via ECF)