Michael R. McDonald
Brielle A. Basso
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

Simon Frankel (*pro hac vice*)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

Emily Johnson Henn (*pro hac vice pending*)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700

Attorneys for Defendant
Samsung Electronics America, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>*Document electronically filed*<br><br>**DECLARATION OF EMILY JOHNSON HENN IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

**I, EMILY JOHNSON HENN,** of full age, make this application to appear as counsel *pro hac vice* in the above-captioned action, and declare as follows:

1. I am a Partner in the law firm of Covington & Burling LLP, 3000 El Camino Real, 5 Palo Alto Square, Palo Alto, California 94306-2112. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the application for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c)(3).

2. My law firm has been retained as counsel for Defendant Samsung Electronics America, Inc., ("Samsung") in this litigation. The issues raised in this litigation involve areas with which I have experience in the law.

3. Attached hereto as Exhibit A is a true and correct table that identifies, to the best of my knowledge, my bar admissions, the year in which I was admitted to each bar, and, for each bar, the name and address of the official or office maintaining the roll of its members.

4. I am not under suspension or disbarment by any court and have never been subjected to any disciplinary action by any court or governing body.

5. I am ineligible for plenary admission to the bar of this Court pursuant to Local civil Rule 101.1(b).

6. I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To ensure my familiarity with these regulations I have reviewed the local rules of this Court.

7. I have never been convicted of a felony crime, censured, suspended, disciplined, or disbarred by any court, nor are there any disciplinary or contempt proceedings involving me pending before any court, nor have I been denied admission to any court during the last five years.

8. I agree to abide by the ethical standards governing the practice of law in this Court pursuant to the New Jersey State Lawyer's Code of Professional Responsibility.

9. I agree to abide by Local Civil Rule 101.1(c).

10. Pursuant to the rules of this Court, Michael R. McDonald, Esq., or another member of the law firm Gibbons P.C., who is a member in good standing of the bars for the State of New Jersey and the United States District Court for the District of New Jersey, will review and sign all pleadings, briefs, and other papers filed with the Court on behalf of Defendant Samsung Electronics America, Inc., and will be present for all appearances before the Court unless previously excused from appearing by the Court.

11. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial or other proceedings, to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper, and to otherwise abide by all the terms and conditions of Local Civil Rule 101.1(c). I agree to be bound by the rules governing practice in the New Jersey Courts, including the disciplinary rules.

12. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay, or cause to be paid, the annual fee required by the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and as directed by the Trustees of the Fund. I further agree that, pursuant to Local Civil Rule 101.1(c)(3), I shall pay, or cause to be paid, $150.00 to the Clerk of the United States District Court for the District of New Jersey.

13. In light of the foregoing, I respectfully request on behalf of Defendant Samsung Electronics America, Inc., that I be admitted *pro hac vice* for the purpose of representing them in this matter in association with Gibbons P.C.

I declare under penalty of perjury that the foregoing is true and accurate. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 24, 2023                    By:   s/ *Emily Johnson Henn*
                                                  Emily Johnson Henn, Esq.

## Exhibit A

I, Emily Johnson Henn, state that I am currently admitted to practice in the following state jurisdictions:

|  | Attorney Identification Number | Year of Admission |
|---|---|---|
| California | 269482 | 2010 |
| District of Columbia | 471077 | 2001 |

I have been admitted to the following federal courts:

|  | Year of Admission |
|---|---|
| U.S. Supreme Court Bar<br>    One First Street, NE Washington, DC 20543 | 2005 |
| Federal Circuit Court of Appeals<br>    717 Madison Place, NW Washington, DC 20439 | 2007 |
| DC Circuit Court of Appeals<br>    U.S. Courthouse and William B. Bryant Annex<br>    333 Constitution Ave., NW Washington, DC 20001 | 2010 |
| Second Circuit Court of Appeals<br>    40 Foley Square, New York, NY 10007 | 2006 |
| Third Circuit Court of Appeals<br>    21400 U.S. Courthouse<br>    601 Market Street Philadelphia, PA 19106-1790 | 2008 |
| Fourth Circuit Court of Appeals<br>    Lewis F. Powell Jr. Courthouse & Annex<br>    1100 East Main Street, Suite 501 Richmond, VA 23219 | 2000 |
| Seventh Circuit Court of Appeals<br>    Everett McKinley Dirksen United States Courthouse<br>    219 S. Dearborn Street, Room 2722 Chicago, IL 60604 | 2009 |
| Ninth Circuit Court of Appeals<br>    95 7th St, San Francisco, CA 94103 | 2004 |
| Central District of California District Court<br>    First Street U.S. Courthouse<br>    350 W 1st Street, Suite 4311. Los Angeles, CA 90012-4565 | 2013 |
| Northern District of California District Court<br>    Phillip Burton Federal Building & United States Courthouse<br>    450 Golden Gate Avenue San Francisco, CA 94102 | 2010 |
| Southern District of California District Court<br>    333 W Broadway #420, San Diego, CA 92101 | 2011 |
| Eastern District of California District Court<br>    ROBERT T. MATSUI FEDERAL COURTHOUSE<br>    501 I Street, Room 4-200 Sacramento, CA 95814 | 2021 |
| District of Columbia District Court<br>    430 E St NW #115, Washington, DC 20001 | 2001 |