Michael R. McDonald
Brielle A. Basso
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

Simon Frankel (*pro hac vice*)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

Emily Johnson Henn (*pro hac vice pending*)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700

Attorneys for Defendant
Samsung Electronics America, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>*Document electronically filed*<br><br>**DECLARATION OF MICHAEL R. MCDONALD, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE* OF EMILY JOHNSON HENN, ESQ.** |

**I, MICHAEL R. MCDONALD,** of full age, declare, under penalty of perjury, as follows:

1. I am a Director of Gibbons P.C., and I submit this declaration to the Court in support of Defendant Samsung Electronics America, Inc. ("SEA")'s application for an Order granting Emily Johnson Henn, Esq. admission *pro hac vice* in this matter pursuant to Local Civil Rule 101.1(c). I am personally familiar with the facts set forth in this Declaration.

2. I am a member in good standing of the bars of the State of New Jersey, the Commonwealth of Pennsylvania, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

3. On or about February 23, 2023, counsel for Plaintiffs consented to the admission *pro hac vice* of Emily Johnson Henn, Esq. in this matter.

4. Emily Johnson Henn will be substituting as counsel for Simon J. Frankel, who will be departing Covington & Burling LLP on March 2, 2023.

5. If the Court grants SEA's application for the admission *pro hac vice* of Emily Johnson Henn, I or another member of Gibbons P.C. who is a member in good standing of the bars of the State of New Jersey and the United States District Court for the District of New Jersey will continue to serve as counsel of record in this matter, will review and sign all pleadings, briefs, and other papers filed with the Court, will be present for all appearances before the Court unless previously excused from appearing by the Court, will be responsible for the conduct of this action and for the conduct of Emily Johnson Henn, Esq. and will otherwise comply with all the terms and conditions of Local Civil Rule 101.1(c).

6. For the foregoing reasons and those set forth in the Declaration of Emily Johnson Henn, Esq. submitted herewith, it is respectfully requested that the Court execute and direct the entry the entry of the attached Order admitting Emily Johnson Henn, Esq. *pro hac vice* for the purpose of representing SEA in this litigation.

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  February 24, 2023  By: s/ *Michael R. McDonald*
Michael R. McDonald, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Phone:  (973) 596-4827
Facsimile:  (973) 639-6295
mmcdonald@gibbonslaw.com

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*