| | |
|---|---|
| Michael R. McDonald, Esq.<br>Brielle A. Basso, Esq.<br>**GIBBONS PC**<br>One Gateway Center<br>Newark, NJ 07102<br>Telephone: (973) 596-4500<br><br>*Attorneys for Samsung*<br>*Electronics America, Inc.* | Eric C. Bosset, Esq.*<br>**COVINGTON & BURLING LLP**<br>One City Center<br>850 Tenth Street, NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br>*admitted *pro hac vice*<br><br>Simon J. Frankel, Esq.*<br>**COVINGTON & BURLING LLP**<br>One Front Street, 35th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 591-6000<br>*admitted *pro hac vice*<br><br>*Attorneys for Samsung*<br>*Electronics America, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>             Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>*Document Electronically Filed*<br><br>**[PROPOSED] ORDER GRANTING**<br>***PRO HAC VICE* APPLICATION** |

**THIS MATTER** having been brought before the Court by Defendant Samsung Electronics America, Inc. ("Samsung") through its attorneys, Gibbons P.C., seeking the entry of an Order admitting Emily Johnson Henn of Covington & Burling LLP as counsel *pro hac vice* pursuant to Local Civil Rule 101.1; and the Court having considered the Declaration of Michael R. McDonald, Esq. and Declaration of Emily Johnson Henn; and for good cause shown;

**IT IS** on this ____ day of _____, 2023;

**ORDERED** that Samsung's Application is granted, and Emily Johnson Henn is hereby admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1, for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Emily Johnson Henn shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting her standing at the bar of any court; and it is further

**ORDERED** that Emily Johnson Henn shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) within 30 days of entry of this Order for this calendar year (if she has not already made such payment for this year) and shall continue to make such payment for each calendar year in which she continues to represent Samsung before this Court; and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that Emily Johnson Henn shall comply with the provisions of L. Civ. R. 101(c)(3) and submit payment to the Clerk of the Court for the District of New Jersey; and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney-at-law employed by the law firm of Gibbons P.C., said attorney being authorized to practice in the United States District Court for the District of New Jersey and maintaining an office within the District of New Jersey, who shall be held responsible for the conduct of Emily Johnson Henn.

**SO ORDERED.**

Dated: _____

                                                        Magistrate Judge Jessica S. Allen
                                                        United States Magistrate Judge