Michael R. McDonald
Brielle A. Basso
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

Eric C. Bosset (*pro hac vice*)
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-6000

Emily Johnson Henn (*pro hac vice pending*)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700

Attorneys for Defendant
Samsung Electronics America, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**PLEASE TAKE NOTICE** that Eric C. Bosset of Covington & Burling LLP hereby

withdraws his appearance as *pro hac vice* counsel for Defendant Samsung Electronics America, Inc.

Upon Mr. Bosset's departure, Samsung will continue to be represented by Michael R. McDonald and

Brielle A. Basso of Gibbons P.C., and Emily Johnson Henn of Covington & Burling LLP.


Dated:  February 24, 2023

By: ___s/ Eric C. Bosset_____
ERIC C. BOSSET (*pro hac vice*)
ebosset@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, D.C. 20001
Telephone: (202) 662-5606

EMILY JOHNSON HENN
ehenn@cov.com
(*pro hac vice pending*)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700

MICHAEL R. MCDONALD
mmcdonald@gibbonslaw.com
BRIELLE A. BASSO
bbasso @gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

*Attorneys for Defendant*
**SAMSUNG ELECTRONICS
AMERICA, INC.**