Michael R. McDonald
Brielle A. Basso
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500

Simon Frankel (*pro hac vice*)
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: (415) 591-6000

Emily Johnson Henn (*pro hac vice pending*)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700

Attorneys for Defendant
Samsung Electronics America, Inc.

SO ORDERED.

The Clerk of Court is directed to terminate the motion at ECF No. 203.

*s/Jessica S. Allen*
Hon. Jessica S. Allen, U.S.M.J.
Dated: February 27, 2023

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA)(SCM)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**PLEASE TAKE NOTICE** that Simon J. Frankel is departing Covington & Burling LLP and therefore hereby withdraws his appearance as *pro hac vice* counsel for Defendant Samsung Electronics America, Inc. Upon Mr. Frankel's departure, Samsung will continue to be represented

by Michael R. McDonald and Brielle A. Basso of Gibbons P.C., and by Emily Johnson Henn of Covington & Burling LLP.

| | |
|---|---|
| Dated: February 24, 2023 | By: _s/ Simon J. Frankel_____<br>SIMON J. FRANKEL (*pro hac vice*)<br>sfrankel@cov.com<br>COVINGTON & BURLING LLP<br>415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Telephone: (415) 591-6000<br><br>EMILY JOHNSON HENN<br>(*pro hac vice pending*)<br>ehenn@cov.com<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square<br>Palo Alto, California 94306-2112<br>Telephone: (650) 632-4700<br><br>MICHAEL R. MCDONALD<br>mmcdonald@gibbonslaw.com<br>BRIELLE BASSO<br>bbasso@gibbonslaw.com<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, NJ 07102<br>Telephone: (973) 596-4500<br><br>*Attorneys for Defendant*<br>**SAMSUNG ELECTRONICS AMERICA, INC.** |