**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br><br>   v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>                        Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>*Document Electronically Filed*<br><br>**[REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 204); and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

| | |
|---|---|
| Dated: March 2, 2023<br>Newark, New Jersey | s/ Michael R. McDonald<br>Michael R. McDonald, Esq.<br>mmcdonald@gibbonslaw.com<br>Brielle A. Basso, Esq.<br>bbasso@gibbonslaw.om<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102<br>Telephone: (973) 596-4500 |

*PRO HAC VICE* **ATTORNEY INFORMATION:**

  Name:     Emily Johnson Henn, Esq.

  Address:  **COVINGTON & BURLING LLP**
               3000 El Camino Real
               5 Palo Alto Square
               Palo Alto, California 94306-2112

  E-mail:     ehenn@cov.com