UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1162
_____

THOMAS ROGER WHITE, JR.; PATRICIA CAULEY,
on behalf of themselves and all others similarly situated

v.

SAMSUNG ELECTRONICS AMERICA, INC.;
SONY ELECTRONICS INC.

Samsung Electronics America, Inc.,
 Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-17-cv-01775)
District Judge: Honorable Madeline C. Arleo

_____

Argued
December 6, 2022

Before: SHWARTZ, MATEY, and FUENTES, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court

for the District of New Jersey and was argued on December 6, 2022.  On consideration

whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered December 29, 2021, is AFFIRMED.  Costs taxed against Appellant.  All of the above in accordance with the opinion of the Court.

                                                      ATTEST:

                                                     <u>s/ Patricia S. Dodszuweit</u>
                                                     Clerk

Dated: March 7, 2023