Michael R. McDonald, Esq.
**GIBBONS PC**
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

Emily Johnson Henn, Esq. (*pro hac vice*)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

*Attorneys for Defendant*
**SAMSUNG ELECTRONICS AMERICA, INC.**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>　　　　　　　Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>*Document Electronically Filed*<br><br>**CERTIFICATE OF SERVICE** |

I, **MICHAEL R. MCDONALD,** hereby certify as follows:

1.　　I am an attorney at law admitted to practice before this Court and am a member of the firm, Gibbons P.C., attorneys for Defendant Samsung Electronics

America, Inc. On April 12, 2023, pursuant to Local Civil Rule 5.2, I electronically filed the following documents upon all counsel of record:

- Defendant Samsung Electronics America, Inc.'s Answer and Affirmative and Other Defenses of Defendant Samsung Electronics America, Inc. to the Second Amended Class Action Complaint; and

- This Certificate of Service.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 12, 2023

s/ Michael R. McDonald
Michael R. McDonald
mmcdonald@gibbonslaw.com
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

*Attorneys for Samsung Electronics America, Inc.*