OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

March 29, 2023

Mr. William T. Walsh, Clerk
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & United States Courthouse
50 Walnut Street
Newark, NJ 07102

RE: Thomas White, Jr., et al v. Samsung Electronics America In, et al
Case Number: 22-1162
District Court Case Number: 2-17-cv-01775

Dear District Court Clerk:

Enclosed herewith is the certified judgment together with copy of the opinion in the above captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Kirsi
Case Manager
267-299-4911

cc: Brielle A. Basso
    Javier Bleichmar
    John A. Boeglin
    Michael R. McDonald

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-1162
_____

THOMAS ROGER WHITE, JR.; PATRICIA CAULEY,
on behalf of themselves and all others similarly situated

v.

SAMSUNG ELECTRONICS AMERICA, INC.;
SONY ELECTRONICS INC.

Samsung Electronics America, Inc.,
Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2-17-cv-01775)
District Judge: Honorable Madeline C. Arleo

_____

Argued
December 6, 2022

Before:  SHWARTZ, MATEY, and FUENTES, *Circuit Judges*

_____

JUDGMENT
_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was argued on December 6, 2022.  On consideration

whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered December 29, 2021, is AFFIRMED. Costs taxed against Appellant. All of the above in accordance with the opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: March 7, 2023

Certified as a true copy and issued in lieu of a formal mandate on March 29, 2023

Teste: *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2