## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>***Document Electronically Filed***<br><br><br>**[PROPOSED]**<br>**AMENDED SCHEDULING ORDER** |

**WHEREAS**, this matter having come before the Court in response to the April 13, 2023 Text Order of Magistrate Judge Jessica S. Allen, ECF 211, requesting that the parties submit a proposed Amended Scheduling Order, and the parties having met and conferred regarding scheduling issues and having agreed to the proposed schedule submitted to the Court, and good cause having been shown

**IT IS** on this _____ day of _____, 2023,

**ORDERED THAT:**

1.      All discovery shall proceed as set forth in Exhibit A to this Order.

2.      Fact and expert discovery initially shall be limited to the merits of Plaintiffs' individual claims concerning their Samsung SmartTVs to permit the Defendant to file a motion for summary judgment in the timeframe contemplated in the schedule set forth in Exhibit A.

3.      Any discovery dispute shall be brought to the Court's attention in the first instance by letter or by telephone conference call immediately after the parties' good faith attempt to resolve the dispute has failed. *See* L. Civ. R. 16.1(f)(1). No discovery motion or motion for sanctions for failure to provide discovery shall be made without prior leave of Court.

4.      Within 14 days of the Court's decision on Defendant's motions for summary judgment, the parties shall file on the docket a Joint Status Letter to the Magistrate

Judge, which shall include a statement of the current status of the action, whether it would be appropriate for the Court to enter an Amended Scheduling Order pertaining to class discovery and the Plaintiffs' filing of a motion for class certification, whether it would be appropriate for the Court to schedule a Settlement Conference or mediation.

5.      The Court shall conduct a telephone status conference after the motions for summary judgment have been filed to address any outstanding issues.

**6.      FAILURE TO FOLLOW THIS ORDER WILL RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and Fed. R. Civ. P. 37.**


Magistrate Judge Jessica S. Allen
United States Magistrate Judge

**EXHIBIT A TO AMENDED SCHEDULING ORDER**

| EVENT | DEADLINES |
|---|---|
| Written Discovery - - Interrogatories, Requests for Production, Requests for Admission, Requests for Inspection - - Served Upon Opposing Counsel (limited to Plaintiffs' individual claims) | MAY 30, 2023 |
| Responses to Written Discovery | Responses Shall Be Served Within The Time Periods Specified In The Federal Rules Of Civil Procedure. |
| Close of Fact Discovery (limited to Plaintiffs' individual claims) | AUGUST 30, 2023 |
| Plaintiffs' Expert Disclosures and Reports (limited to Plaintiffs' individual claims) | SEPTEMBER 29, 2023 |
| Defendant's Expert Disclosures and Reports (limited to Plaintiffs' individual claims) | OCTOBER 30, 2023 |
| Close of Expert Discovery (limited to Plaintiffs' individual claims) | NOVEMBER 17, 2023 |
| Defendant's Motion for Summary Judgment | DECEMBER 4, 2023 |