**THE MACK FIRM**

Mack Press
9 Pimlico Drive
Commack, NY 11725
Tel: 516-330-7213
Email: mack@mackpress.com

April 26, 2023

<u>VIA ECF</u>

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    ***White, et al. v. Samsung Electronics America, Inc., et al.***
               **Case No. 17-1775 (MCA)(JSA)**

Dear Magistrate Judge Allen:

       The Mack Firm, along with Bleichmar Fonti & Auld LLP, represent Plaintiffs Thomas Roger White, Jr. and Patricia Cauley ("Plaintiffs") in the above-referenced matter.

       In accordance with Your Honor's judicial preferences for *pro hac vice* applications, we advise that counsel for Defendant Samsung Electronics America, Inc. has consented to Plaintiffs' application for the *pro hac vice* admission of Javier Bleichmar, Lesley E. Weaver, Angelica M. Ornelas, and Joshua D. Samra of Bleichmar Fonti & Auld LLP.

       Accordingly, in support of this request, we enclose the following documents:

1. Declaration of Javier Bleichmar in Support of Admission *Pro Hac Vice*;

2. Declaration of Lesley E. Weaver in Support of Admission *Pro Hac Vice*;

3. Declaration of Angelica M. Ornelas in Support of Admission *Pro Hac Vice*;

4. Declaration of Joshua D. Samra in Support of Admission *Pro Hac Vice*;

5. Declaration of Mack Press in Support of Admission *Pro Hac Vice* of Javier Bleichmar, Lesley E. Weaver, Angelica M. Ornelas, and Joshua D. Samra;

6. A Proposed Order granting Application for Admission *Pro Hac Vice* of Javier Bleichmar, Lesley E. Weaver, Angelica M. Ornelas, and Joshua D. Samra.

       If the form of the Proposed Order meets with Your Honor's approval, we ask that it be So Ordered and entered on the docket in this matter.

Honorable Jessica S. Allen, U.S.M.J.
April 26, 2023
Page 2

Thank you for your kind consideration.

                                      Respectfully submitted,

                                      *s/ Mack Press*
                                      Mack Press
                                      *Counsel for Plaintiffs*

Enclosure

cc:      All Counsel of Record (via ECF)