# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and PATRICIA CAULEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>*Document Electronically Filed*<br><br>**[PROPOSED] ORDER GRANTING *PRO HAC VICE* APPLICATION** |

**THIS MATTER** having been brought before the Court by Plaintiffs Thomas Roger White, Jr. and Patricia Cauley ("Plaintiffs") through their counsel of record, The Mack Firm, seeking the entry of an Order admitting Javier Bleichmar, Lesley E. Weaver, Angelica M. Ornelas, and Joshua D. Samra of Bleichmar Fonti & Auld LLP as counsel *pro hac vice* pursuant to Local Civil Rule 101.1; and the Court having considered the Declaration of Mack Press, Esq., the Declaration of Javier Bleichmar, the Declaration of Lesley E. Weaver, the Declaration of Angelica M. Ornelas, and the Declaration of Joshua D. Samra; and for good cause shown;

**IT IS** on this ____ day of _____, 2023,

**ORDERED** that Plaintiffs' Application is granted, and Javier Bleichmar, Lesley E. Weaver, Angelica M. Ornelas, and Joshua D. Samra are hereby admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1, for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Javier Bleichmar, Lesley E. Weaver, Angelica M. Ornelas, and Joshua D. Samra shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court,

including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney-at-law employed by the law firm The Mack Firm, said attorney being authorized to practice in the United States District Court for the District of New Jersey and maintaining an office within the District of New Jersey, who shall be held responsible for the conduct of Javier Bleichmar, Lesley E. Weaver, Angelica M. Ornelas, and Joshua D. Samra; and it is further

**ORDERED** that Javier Bleichmar, Lesley E. Weaver, Angelica M. Ornelas, and Joshua D. Samra shall comply with the provisions of L. Civ. R. 101(c)(3) and submit payment to the Clerk of the Court for the District of New Jersey; and it is further

**ORDERED** that Javier Bleichmar, Lesley E. Weaver, Angelica M. Ornelas, and Joshua D. Samra shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) within thirty (30) days of entry of this Order for this calendar year and shall continue to make such payment for each calendar year in which they continue to represent Plaintiffs before this Court; and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that the Clerk of Court shall terminate the motion at ECF No. \_\_\_\_.

**SO ORDERED.**

Dated: _____        _____
                                                                    Hon. Jessica S. Allen
                                                                    United States Magistrate Judge