# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and PATRICIA CAULEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>*Document Electronically Filed*<br><br>[~~PROPOSED~~] **ORDER IMPLEMENTING JUDGMENT** |

**WHEREAS,** on March 7, 2023, the United States Court of Appeals for the Third Circuit issued Judgment wherein it was ordered and adjudged that: 1) the Order of this Court entered December 29, 2021 is affirmed; and 2) costs shall be taxed against Defendant Samsung Electronics America, Inc.; and,

**WHEREAS,** on March 29, 2023, in lieu of a formal mandate the United States Court of Appeals for the Third Circuit filed a certified copy of its March 7, 2023 Judgment:

**THEREFORE,**

**IT IS** on this 27 day of April, 2023,

**ORDERED** that the March 7, 2023 Judgment of the United States Court of Appeals for the Third Circuit be, and the same hereby is, implemented; and it is further

**ORDERED** that in light of Plaintiffs' decision to waive costs, no costs shall be taxed against Defendant Samsung Electronics America, Inc.; and it is further

**ORDERED** that this action shall be reinstated with this Court for further proceedings in accordance with the Opinion of the Third Circuit filed March 7, 2023.

Dated: April 22-23

HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE