UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and PATRICIA CAULEY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

　　　　Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. 　　An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 217); and

2. 　　The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.


Dated: April 27, 2023　　　　　　　　By: *s/ Mack Press*
　　　　　Commack, New York　　　　　　　MACK PRESS
　　　　　　　　　　　　　　　　　　　　　mack@mackpress.com
　　　　　　　　　　　　　　　　　　　　　THE MACK FIRM
　　　　　　　　　　　　　　　　　　　　　18 Watergate Lane
　　　　　　　　　　　　　　　　　　　　　Patchogue, NY 11772
　　　　　　　　　　　　　　　　　　　　　Telephone: (516) 330-7213
　　　　　　　　　　　　　　　　　　　　　***Attorney for Plaintiffs***

**<u>PRO HAC VICE</u> ATTORNEY INFORMATION:**

Name:　　　Lesley E. Weaver, Esq.

Address:　　BLEICHMAR FONTI & AULD LLP
　　　　　　555 12th Street, Suite 1600
　　　　　　Oakland, California 94607

E-mail:　　　lweaver@bfalaw.com