# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and PATRICIA CAULEY, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 217); and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: April 27, 2023  
       Commack, New York

By: *s/ Mack Press*  
MACK PRESS  
mack@mackpress.com  
THE MACK FIRM  
18 Watergate Lane  
Patchogue, NY 11772  
Telephone: (516) 330-7213  
***Attorney for Plaintiffs***

**<u>PRO HAC VICE</u> ATTORNEY INFORMATION:**

Name:      Joshua D. Samra, Esq.

Address:   BLEICHMAR FONTI & AULD LLP  
             555 12th Street, Suite 1600  
             Oakland, California 94607

E-mail:    jsamra@bfalaw.com