

**THE MACK FIRM**
Mack Press
9 Pimlico Drive
Commack, NY 11725
Tel: 516-330-7213
Email: mack@mackpress.com

June 5, 2023

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    ***White, et al. v. Samsung Electronics America, Inc., et al.***
              **Case No. 17-1775 (MCA)(JSA)**

Dear Magistrate Judge Allen:

    In accordance with Your Honor's Amended Scheduling Order of May 8, 2023, D.E. 223, the parties respectfully submit a proposed Stipulation and Order Re Electronically Stored Information, attached as Exhibit A, and a proposed Stipulation and Order Pursuant to Fed. R. Evid. 502(d), attached as Exhibit B, for the Court's consideration. The parties also submit a proposed Stipulation and Order Re Privilege Log Content and Timing, Exhibit C, and a proposed Stipulation and Order Re Expert Discovery, Exhibit D.

    Thank you for your courtesies and cooperation.

***

                        Respectfully submitted,

                        s/ *Michael R. McDonald*
                        Michael R. McDonald
                        Attorney for Defendant Samsung Electronics
                        America, Inc

                        s/ *Mack Press*
                        Mack Press
                        Attorney for Plaintiffs

Enclosures

cc:    All Counsel of Record (via ECF)