Michael R. McDonald, Esq.
**GIBBONS PC**
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

Emily Johnson Henn, Esq. (*pro hac vice*)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
Telephone: (650) 632-4700

*Attorneys for Defendant*
*Samsung Electronics America, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>*Document Electronically Filed*<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE AND ECF NOTIFICATIONS OF BRIELLE A. BASSO, ESQ.** |

**PLEASE TAKE NOTICE** that Brielle A. Basso has left the firm of Gibbons P.C. as of July 12, 2023. Therefore, please remove her as attorney of record for Defendant Samsung Electronics America, Inc. and from ECF notifications in the above-captioned action. Michael R. McDonald, Esq. of Gibbons P.C. will remain as counsel of record for Defendant Samsung Electronics America, Inc.

Dated: July 18, 2023

                                                 s/ Michael R. McDonald
                                                 Michael R. McDonald
                                                 mmcdonald@gibbonslaw.com
                                                 **GIBBONS P.C.**
                                                 One Gateway Center
                                                 Newark, NJ 07102
                                                 Telephone: (973) 596-4500

                                                 *Attorneys for Defendant*
                                                 *Samsung Electronics America, Inc.*