# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., and PATRICIA CAULEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>*Document Electronically Filed*<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Angelica M. Ornelas hereby respectfully withdraws as counsel for Plaintiffs in this matter and should no longer receive ECF notifications for the above-captioned case.

Dated: July 19, 2023
       Commack, New York

By: *s/ Mack Press*
    MACK PRESS
    mack@mackpress.com
    THE MACK FIRM
    18 Watergate Lane
    Patchogue, NY 11772
    Telephone: (516) 330-7213
    ***Attorney for Plaintiffs***

**SO ORDERED.**

Dated: July 20, 2023

s/ Jessica S. Allen
Hon. Jessica S. Allen
United States Magistrate Judge