## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WHITE, et al., <br><br>                     **Plaintiffs,**<br>     v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                     **Defendant.** | Civil Action No. 17-1775 (MCA)(JSA)<br><br>**SECOND AMENDED<br>SCHEDULING ORDER** |

      **THIS MATTER** having come before the Court for a Zoom Video Status Conference on July 24, 2023, to address the parties' joint letter of July 14, 2023, (ECF No. 229); and the Court having considered the positions of counsel during the July 24th Conference; and for the reasons set forth on the record; and for good cause shown:

      **IT IS on this 24th day of July, 2023,**

      **ORDERED THAT:**

      1.    The parties shall submit a joint letter of eight (8) double spaced pages or less on or before **August 2, 2023**, setting forth whether they have resolved the outstanding written discovery disputes, and if not, state the parties' respective positions, including the specific disputed discovery request(s) and response(s) as well as any supporting legal authority.

      2.    On or before **September 22, 2023**, the parties shall file a joint status letter, addressing the status of completing fact discovery.

      3.    There shall be a Telephone Status Conference before the Undersigned on **September 29, 2023, at 12:00 p.m.** The Court will provide the parties with the Conference Call information in advance.

      4.    All opening expert reports and disclosures shall be delivered **on or before April 29, 2024**.

      5.    Rebuttal expert reports and disclosures shall be delivered **on or before June 10, 2024**.

      6.    Expert discovery, including the depositions of any expert witnesses, shall be completed **on or before July 8, 2024**.

      7.    The parties shall serve, but not file, the moving papers for Class Certification and Motions for Summary Judgment **on or before August 22, 2024**.

      8.    The parties shall serve, but not file, their opposition papers **on or before October 4, 2024**.

      9.      The parties shall serve but not file, their reply papers **on or before November 6, 2024**.

      10.      Once the reply papers have been served, the parties shall, within three (3) days thereafter, coordinate the electronic filing of the moving papers, the opposition papers, and the reply papers simultaneously under separate docket entries.

      11.      All other deadlines and requirements ordered by this Court's prior Pretrial Scheduling Orders shall remain in effect.

      12.      **FAILURE TO FOLLOW THIS ORDER WILL RESULT IN SANCTIONS PURSUANT TO Fed. R. Civ. P. 16(f) and 37.**

*/s/ Jessica S. Allen*
**Hon. Jessica S. Allen**
**United States Magistrate Judge**

cc:     Hon. Madeline Cox Arleo, U.S.D.J.