# EXHIBIT E



September 8, 2023

**VIA EMAIL**

Emily Johnson Henn, Esq.
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: (650) 632-4700

Michael R. McDonald, Esq.
mmcdonald@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

Jordan S. Joachim, Esq.
jjoachim@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1086

Re:   *White, et al. v. Samsung Electronics America, Inc., et al.*, No. 17-1775 (MCA)(JSA)
      Re: Samsung's August 24 Letter, the Parties' August 31 Meet and Confer, and the Parties'
      Letters Regarding the Meet and Confer

Dear Counsel:

This letter follows the parties' August 31, 2023 meet and confer and the parties' correspondence following the same.

**A. Discovery Requests to Plaintiffs**

Regarding the Named Plaintiffs' Amended Interrogatories, we are endeavoring to gather the additional information that SEA has requested and are aiming to provide amended responses to you by 9/22.

Regarding the Named Plaintiffs depositions, Plaintiff Trish Cauley is available on any of the following dates: 10/23, 10/24, 10/25, 10/26, 10/27, and 10/30. We anticipate being able to provide dates for Plaintiffs Roger White by the end of next week.

Emily Johnson Henn, Esq.
Michael R. McDonald, Esq.
Jordan S. Joachim, Esq.
September 8, 2023
Page 2

  As previously discussed, Plaintiffs maintain that the depositions of the Named Plaintiffs should be conducted in the cities in which they reside and not, as SEA contended previously, in Newark. In their September 1, 2023 letter, Plaintiffs asked SEA to provide the "ample legal authority supporting [SEA's] position" that these depositions should take place in Newark, as referenced in SEA's August 31 letter. To date, SEA has not identified any such authority. Accordingly, we assume SEA is no longer insisting that these depositions take place in Newark. Please confirm.

**B. Discovery Requests to SEA**

  SEA has yet to provide the following information requested in Plaintiffs' September 1, 2023 letter: (1) the specific dates in the first two weeks of October for the depositions of Messrs. Abuali and Chung; (2) confirmation regarding whether SEA has, or does not have, documents related to topics 1-3 of Plaintiffs' 30(b)(6) deposition notice, which are the subject of several of Plaintiffs longstanding requests for production; and (3) confirmation regarding whether Samsung used any other tools, methods, or procedures other than ACR to collect consumers' data and information when a consumer is communicating with third party apps on their SmartTV.

  Please provide this information immediately and by no later than Monday, 9/11, at 10 am PT.

                Sincerely,

                */s/ Matthew S. Melamed*
                Matthew S. Melamed


                */s/ Joshua D. Samra*
                Joshua D. Samra