Michael R. McDonald
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500

Emily Johnson Henn, Esq. (*pro hac vice*)
**COVINGTON & BURLING LLP**
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: (650) 632-4700

Jordan S. Joachim, Esq. (*pro hac vice pending*)
Celin Carlo-Gonzalez, Esq. (*pro hac vice pending*)
**COVINGTON & BURLING LLP**
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841 1000

Attorneys for Defendant
Samsung Electronics America, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC., <br><br> Defendants. | Civil Action No. 17-1775 (MCA)(SCM) <br><br> *Document electronically filed* <br><br> **DECLARATION OF CELIN CARLO-GONZALEZ IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, **CELIN CARLO-GONZALEZ,** of full age, make this application to appear as counsel *pro hac vice* in the above-captioned action, and declare as follows:

1. I am an associate in the law firm of Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018-1405. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the application for my admission *pro hac vice* pursuant to Local Civil Rule 101.1(c)(3).

2. My law firm has been retained as counsel for Defendant Samsung Electronics America, Inc., ("Samsung") in this litigation. The issues raised in this litigation involve areas with which I have experience in the law.

3. Attached hereto as Exhibit A is a true and correct table that identifies, to the best of my knowledge, my bar admissions, the year in which I was admitted to each bar, and, for each bar, the name and address of the official or office maintaining the roll of its members.

4. I am not under suspension or disbarment by any court and have never been subjected to any disciplinary action by any court or governing body.

5. I am ineligible for plenary admission to the bar of this Court pursuant to Local civil Rule 101.1(b).

6. I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To ensure my familiarity with these regulations I have reviewed the local rules of this Court.

7. I have never been convicted of a felony crime, censured, suspended, disciplined, or disbarred by any court, nor are there any disciplinary or contempt proceedings involving me pending before any court, nor have I been denied admission to any court during the last five years.

8. I agree to abide by the ethical standards governing the practice of law in this Court pursuant to the New Jersey State Lawyer's Code of Professional Responsibility.

9. I agree to abide by Local Civil Rule 101.1(c).

10. Pursuant to the rules of this Court, Michael R. McDonald, Esq., or another member of the law firm Gibbons P.C., who is a member in good standing of the bars for the State of New Jersey and the United States District Court for the District of New Jersey, will review and sign all pleadings, briefs, and other papers filed with the Court on behalf of Defendant Samsung Electronics

America, Inc., and will be present for all appearances before the Court unless previously excused from appearing by the Court.

11. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial or other proceedings, to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper, and to otherwise abide by all the terms and conditions of Local Civil Rule 101.1(c). I agree to be bound by the rules governing practice in the New Jersey Courts, including the disciplinary rules.

12. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay, or cause to be paid, the annual fee required by the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and as directed by the Trustees of the Fund. I further agree that, pursuant to Local Civil Rule 101.1(c)(3), I shall pay, or cause to be paid, $150.00 to the Clerk of the United States District Court for the District of New Jersey.

13. In light of the foregoing, I respectfully request on behalf of Defendant Samsung Electronics America, Inc., that I be admitted *pro hac vice* for the purpose of representing them in this matter in association with Gibbons P.C.

I declare under penalty of perjury that the foregoing is true and accurate. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: September 14, 2023        By: _____
                                     Celin Carlo-Gonzalez, Esq.

## Exhibit A

I, Celin Carlo-Gonzalez, state that I am currently admitted to practice in the following jurisdictions:

| | Attorney Identification Number | Date of Admission |
|---|---|---|
| California | 337749 | June 2021 |
| U.S. District Court for the Northern District of California | N/A | September 2, 2022 |
| U.S. District Court for the Western District of Texas | N/A | October 12, 2022 |
| U.S. Court of Appeals for the Fifth Circuit | N/A | November 22, 2021 |
| U.S. Court of Appeals for the Ninth Circuit | N/A | February 9, 2022 |