| | |
|---|---|
| Michael R. McDonald<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone:  (973) 596-4500 | Jordan S. Joachim, Esq. (*pro hac vice pending*)<br>Celin Carlo-Gonzalez, Esq. *(pro hac vice pending)*<br>**COVINGTON & BURLING LLP**<br>Covington & Burling LLP<br>The New York Times Building<br>620 Eighth Avenue |
| Emily Johnson Henn, Esq. (*pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>3000 El Camino Real<br>5 Palo Alto Square<br>Palo Alto, California 94306-2112<br>Telephone: (650) 632-4700 | New York, NY 10018-1405<br>Telephone:  (212) 841 1000 |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>*Document Electronically Filed*<br><br>**[PROPOSED] ORDER GRANTING**<br>***PRO HAC VICE* APPLICATION** |

**THIS MATTER** having been brought before the Court by Defendant Samsung Electronics America, Inc. ("Samsung") through its attorneys, Gibbons P.C., seeking the entry of an Order admitting Jordan S. Joachim, Esq. and Celin Carlo-Gonzalez, Esq. of Covington & Burling LLP as counsel *pro hac vice* pursuant to Local Civil Rule 101.1; and the Court having considered the Declaration of Michael R. McDonald, Esq. and Declarations of Jordan S. Joachim, Esq. and Celin Carlo-Gonzalez, Esq.; and for good cause shown;

**IT IS** on this ____ day of _____, 2023;

**ORDERED** that Samsung's Application is granted, and Jordan S. Joachim, Esq. and Celin Carlo-Gonzalez, Esq. are hereby admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1, for all purposes and in all proceedings connected with this litigation; and it is further

**ORDERED** that Jordan S. Joachim, Esq. and Celin Carlo-Gonzalez, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

**ORDERED** that Jordan S. Joachim, Esq. and Celin Carlo-Gonzalez, Esq. shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28-2(a) within 30 days of entry of this Order for this calendar year (if they have not already made such payment for this year) and shall continue to make such payment for each calendar year in which they continue to represent Samsung before this Court; and it is further

**ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

**ORDERED** that Jordan S. Joachim, Esq. and Celin Carlo-Gonzalez, Esq. shall comply with the provisions of L. Civ. R. 101(c)(3) and submit payment to the Clerk of the Court for the District of New Jersey; and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by an attorney-at-law employed by the law firm of Gibbons P.C., said attorney being authorized to practice in the United States District Court for the District of New Jersey and

maintaining an office within the District of New Jersey, who shall be held responsible for the conduct of Jordan S. Joachim, Esq. and Celin Carlo-Gonzalez, Esq.

**SO ORDERED.**

Dated: _____

                                                                                     Magistrate Judge Jessica S. Allen
                                                                                     United States Magistrate Judge