UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>*Document Electronically Filed*<br><br>**[REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

　　　　Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 242); and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 22, 2023　　　　　　　　　s/ Michael R. McDonald
　　　　Newark, New Jersey　　　　　　　　　Michael R. McDonald, Esq.
　　　　　　　　　　　　　　　　　　　　　　mmcdonald@gibbonslaw.com
　　　　　　　　　　　　　　　　　　　　　　**GIBBONS P.C.**
　　　　　　　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　　　　　　Telephone: (973) 596-4500

***PRO HAC VICE* ATTORNEY INFORMATION:**
　Name:　　　Celin Carlo-Gonzalez, Esq.

　Address:　　**COVINGTON & BURLING LLP**
　　　　　　　Covington & Burling LLP
　　　　　　　The New York Times Building
　　　　　　　620 Eighth Avenue
　　　　　　　New York, NY 10018-1405

　E-mail:　　　CCarloGonzalez@cov.com