**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. and PATRICIA CAULEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SONY ELECTRONICS INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA) (JSA)<br><br>***Document Electronically Filed***<br><br>**[REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An Order of the Court granting an application to appear *pro hac vice* within this matter has been entered (ECF No. 242); and

2. The Admission Fee, in the amount of $150, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: September 22, 2023          s/ Michael R. McDonald
       Newark, New Jersey          Michael R. McDonald, Esq.
                                   mmcdonald@gibbonslaw.com
                                   **GIBBONS P.C.**
                                   One Gateway Center
                                   Newark, NJ 07102
                                   Telephone: (973) 596-4500

***PRO HAC VICE* ATTORNEY INFORMATION:**
 Name:      Jordan S. Joachim, Esq.

 Address:   **COVINGTON & BURLING LLP**
            Covington & Burling LLP
            The New York Times Building
            620 Eighth Avenue
            New York, NY 10018-1405

 E-mail:    jjoachim@cov.com