

November 20, 2023

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *White, et al. v. Samsung Electronics America, Inc., et al.*
                 **Case No. 17-1775 (MCA)(JSA)**

Dear Magistrate Judge Allen:

    Pursuant to Your Honor's November 2, 2023, Order, ECF No. 252, the parties have met and conferred and continue to do so.

    The parties respectfully request a brief extension of the Court's deadline of 7 days, until November 27, 2023, to submit the joint status letter. The parties intend to use this additional time to further discuss several matters.

                                                      Respectfully submitted,

                                                      s/ *Michael R. McDonald*
                                                      Michael R. McDonald
                                                      Attorneys for Defendant Samsung Electronics America, Inc.

                                                      s/ *Mack Press*
                                                      Mack Press
                                                      Attorney for Plaintiffs

Enclosures

cc:    All Counsel of Record (via ECF)