

**THE MACK FIRM**
Mack Press
9 Pimlico Drive
Commack, NY 11725
Tel: 516-330-7213
Email: mack@mackpress.com

November 20, 2023

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *White, et al. v. Samsung Electronics America, Inc., et al.*
                **Case No. 17-1775 (MCA)(JSA)**

Dear Magistrate Judge Allen:

    Pursuant to Your Honor's November 2, 2023, Order, ECF No. 252, the parties have met and conferred and continue to do so.

    The parties respectfully request a brief extension of the Court's deadline of 7 days, until November 27, 2023, to submit the joint status letter. The parties intend to use this additional time to further discuss several matters.\*

**\*The request is GRANTED.**

**SO ORDERED**

*/s/ Jessica S. Allen*
**Hon. Jessica S. Allen, U.S.M.J.**

**Date:** 11/21/23

Respectfully submitted,

s/ *Michael R. McDonald*
Michael R. McDonald
Attorneys for Defendant Samsung Electronics America, Inc.

s/ *Mack Press*
Mack Press
Attorney for Plaintiffs

Enclosures

cc:    All Counsel of Record (via ECF)