# **EXHIBIT B**

*White v. SEA* – Abuali/Chung Search Term Hits
*Draft 11/22/23*

| Search Term | Abuali Estimated Keyword Results | Chung Estimated Keyword Results |
|---|---|---|
| "Automatic Content Recognition" | 7 | |
| ACR | 402 | |
| "Automatic Content Software" | 0 | |
| ACS | 122 | |
| "Matching Server" | 2 | |
| "Matching Database" | | |
| SamsungACR | | |
| samsungcloudsolution | 88 | |
| samsungads | 1 | |
| samsungadhub | 0 | |
| "dark pattern*" | 0 | |
| "deceptive pattern*" | 0 | |
| "customer service" AND tnc* | 0 | |
| tnc AND arbitrat* | 315 | |
| Consent* AND flow* | 279 | |
| Consent* AND skip* | 57 | |
| Consent* AND (opt* w/2 in) | 151 (consent and opt) | |
| Consent* AND (opt* w/2 out) | 151 (consent and opt) | |
| Surveil* AND test* | 40 | |
| Surveil* AND priva* | 6 | |
| Surveil* AND personal | 7 | |
| Surveil* AND individual* | 1 | |
| Wiretap* | 2 | |
| ECPA | 0 | |
| "electronic communication*" w/5 act | 0 | |
| "electronic communication*" w/5 statute | 0 | |
| "electronic communication*" w/5 law | 0 | |
| support AND individual* | 5,599 | |
| support AND information | 60,855 | |
| updat* AND customer* | 33,557 | |
| notice* AND info | 99,035 | |