# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>**STIPULATION AND CONSENT ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

## STIPULATION AND CONSENT ORDER AMENDING PRETRIAL SCHEDULING ORDER

**WHEREAS**, this matter having come before the Court by way of joint consent application of the parties by Plaintiff and Defendant Samsung Electronics America (collectively "the Parties"), by and through their attorneys, amending the current pretrial scheduling order;

**WHEREAS**, on May 8, 2023, the Court entered an Amended Scheduling Order, ECF No. 223, providing deadlines for the completion of written discovery;

**WHEREAS**, the parties, by consent, now seek to add the following provision:

(i)    "Plaintiffs are permitted to serve an additional interrogatory consisting of the language included below, and such interrogatory shall be served within three (3) business days after the Court enters this proposed Stipulation and Consent Order. Defendant retains all rights to respond or object to the interrogatory in accordance with the Federal Rules.

>    Identify any provisions of Samsung's Policies that you contend support a finding of "prior consent" under 18 U.S.C. § 2511(2)(d), as related to Plaintiffs' claims. "Identify" for the purposes of this interrogatory will mean to: (a) set out the provision in full in response to this Interrogatory, (b) provide the Bates number of the Policy where the provision appears, as produced in response to Plaintiffs' Requests for Production Nos. 4 and 10; and (c) provide the dates and television model numbers for which you allege

the Policy to be effective. "Policy" or "Policies" for purposes of this interrogatory will mean any document that Samsung contends constitutes a contract with or effective notice to putative class members, regardless of the title given that document, such as "Terms and Conditions", "Privacy Policy", "Viewing Information Services" or "Terms of Service."

**IT IS SO STIPULATED.**

Dated: February 16, 2024         By: *s/ Mack Press*
                                      Mack Press
                                      mack@mackpress.com
                                      THE MACK FIRM
                                      18 Watergate Lane
                                      Patchogue, NY 11772
                                      Telephone: (516) 330-7213

                                      Eric Kanefsky
                                      Gregory S. Mullens
                                      CALCAGNI & KANEFSKY LLP
                                      One Newark Center
                                      1085 Raymond Blvd., 14th Fl.
                                      Newark, New Jersey 07102
                                      eric@ck-litigation.com
                                      gmullens@ck-litigation.com

                                      Lesley E. Weaver (*pro hac vice*)
                                      Joshua D. Samra (*pro hac vice*)
                                      BLEICHMAR FONTI & AULD LLP
                                      1330 Broadway, Suite 630
                                      Oakland, CA 94612
                                      Tel.: (415) 445-4003
                                      Fax: (415) 445-4020
                                      lweaver@bfalaw.com
                                      jsamra@bfalaw.com

                                      H. Melissa Mather (*pro hac vice*)
                                      BLEICHMAR FONTI & AULD LLP
                                      8911 N Capital of Texas Hwy #4200
                                      Suite 219
                                      Austin, TX 78759
                                      Tel.: (512) 298-0664
                                      mmather@bfalaw.com

                                      ***Attorneys for Plaintiff***

Dated: February 16, 2024

s/ Michael R. McDonald
Michael R. McDonald
mmcdonald@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

Emily Johnson Henn
ehenn@cov.com
COVINGTON & BURLING LLP
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 632-4715

Jordan S. Joachim, Esq.
jjoachim@cov.com
Celin Carlo-Gonzalez, Esq.
ccarlogonzalez@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1086

*Attorneys for Defendant Samsung Electronics America, Inc.*

**SO ORDERED:**

Dated: 3/12/24

_____
HONORABLE JESSICA S. ALLEN
UNITED STATES MAGISTRATE JUDGE