Eric Kanefsky
Gregory S. Mullens
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 14th Fl.
Newark, New Jersey 07102
Tel.: (862) 397-1796
eric@ck-litigation.com
gmullens@ck-litigation.com

Mack Press
THE MACK FIRM
18 Watergate Lane
Patchogue, NY 11772
Tel.: (516) 330-7213
mack@mackpress.com

*Attorneys for Plaintiffs*

Lesley E. Weaver (*pro hac vice*)
Joshua D. Samra (*pro hac vice*)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
jsamra@bfalaw.com

H. Melissa Mather (*pro hac vice*)
BLEICHMAR FONTI & AULD LLP
8911 N Capital of Texas Hwy #4200
Suite 219
Austin, TX 78759
Tel.: (512) 298-0664
mmather@bfalaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>**Return Date:** April 15, 2024<br><br>**Oral Argument Requested**<br><br>**NOTICE OF MOTION FOR ISSUANCE OF A LETTER OF REQUEST FOR PRODUCTION OF DOCUMENTS** |

**PLEASE TAKE NOTICE** that on April 15, 2024, or at such other date and time as may be set by the Court, Plaintiff Thomas Roger White, Jr., on behalf of himself and all others similarly situated (collectively, the "Plaintiffs"), by and through his undersigned attorneys, respectfully moves for issuance of a Letter of Request for International Judicial Assistance ("Letter of Request") to the Central Authority of the Republic of Korea to compel the production of documents from a company located in the Republic of Korea, Samsung Electronics Co., Ltd.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs will rely on the accompanying Brief in Support of their Motion for Issuance of a Letter of Request for Production of Documents, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Letter of Request is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, although Plaintiffs believe that a hearing on this Motion may not be required, Plaintiffs respectfully request a telephonic hearing in the event the Court has questions regarding the Motion or proposed Letter of Request.

Dated: March 15, 2024
    
By: *s/ Gregory S. Mullens*
Eric Kanefsky
Gregory S. Mullens
CALCAGNI & KANEFSKY LLP

One Newark Center
1085 Raymond Blvd., 14th Fl.
Newark, New Jersey 07102
Tel.: (862) 397-1796
eric@ck-litigation.com
gmullens@ck-litigation.com

By: *s/ Mack Press*
Mack Press
mack@mackpress.com
THE MACK FIRM
18 Watergate Lane
Patchogue, NY 11772
Tel.: (516) 330-7213

Lesley E. Weaver (*pro hac vice*)
Joshua D. Samra (*pro hac vice*)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
jsamra@bfalaw.com

H. Melissa Mather (*pro hac vice*)
BLEICHMAR FONTI & AULD LLP
8911 N Capital of Texas Hwy #4200
Suite 219
Austin, TX 78759
Tel.: (512) 298-0664
mmather@bfalaw.com

***Attorneys for Plaintiffs***