

May 1, 2024

<u>VIA ECF</u>

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *White, et al. v. Samsung Electronics America, Inc., et al.*
     **Case No. 17-1775 (MCA)(JSA)**

Dear Magistrate Judge Allen:

  We represent Defendant Samsung Electronics America, Inc. ("SEA"). Under Paragraph 4(d) of Your Honor's order dated April 18, 2024, ECF No. 301, the parties were to submit to the Court by today certified copies of the transcripts of the depositions of SEA's Rule 30(b)(6) designees. At the April 16 hearing, the Court noted that the parties should notify the Court if they would not be able to provide certified transcripts by May 1. (Apr. 16 Hr'g Tr. 155:3-7.)

  Accordingly, we write to respectfully request a brief extension of the time by which to submit these transcripts to the Court, to Monday, May 6, in order to provide the witnesses sufficient time to review their deposition transcripts and note any errata. Plaintiff declined to consent to the requested extension unless SEA agreed to provide Plaintiff a week to review the errata before submitting it to the Court, which SEA believes would unnecessarily delay submission of the certified transcripts to the Court.

# SO ORDERED

*/s/ Jessica S. Allen*
**Hon. Jessica S. Allen, U.S.M.J.**

**Date:** 5/2/24

                   Respectfully submitted,

                   s/ *Michael R. McDonald*
                   Michael R. McDonald

                   *Attorney for Defendant Samsung Electronics America, Inc.*

  cc:  All Counsel of Record (via ECF)