Eric Kanefsky
Gregory S. Mullens
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 14th Fl.
Newark, New Jersey 07102
Tel.: (862) 397-1796
eric@ck-litigation.com
gmullens@ck-litigation.com

Mack Press
THE MACK FIRM
18 Watergate Lane
Patchogue, NY 11772
Tel.: (516) 330-7213
mack@mackpress.com

*Attorneys for Plaintiffs*

Lesley E. Weaver (*pro hac vice*)
Joshua D. Samra (*pro hac vice*)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
jsamra@bfalaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>       Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>**Return Date:** June 3, 2024<br><br>**Oral Argument Requested**<br><br>**NOTICE OF APPEAL OF MAGISTRATE JUDGE'S APRIL 18, 2024 DISCOVERY ORDER DENYING REQUEST FOR REAL-TIME DATA** |

**PLEASE TAKE NOTICE** that on June 3, 2024, or at such other date and time as may be set by the Court, pursuant to Local Civil Rule 72.1(c)(1) and Federal Rule of Civil Procedure 72(a), Plaintiff Thomas Roger White, Jr., on behalf of himself and all others similarly situated (collectively, the "Plaintiffs"), by and through his undersigned attorneys, respectfully moves for an Order vacating and overturning the portions of Magistrate Judge Jessica S. Allen's April 18, 2024 Order (ECF No. 301), which denied Plaintiffs' request for Defendant Samsung Electronics America, Inc. ("SEA") to produce real-time data collected through Samsung Smart TVs for the relevant time period.

**PLEASE TAKE FURTHER NOTICE** that in support of their appeal, Plaintiffs will rely on the accompanying Brief and Declaration of Lesley E. Weaver with exhibits, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order is being submitted herewith.

Dated: May 2, 2024

By: *s/ Gregory S. Mullens*
Eric Kanefsky
Gregory S. Mullens
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 14th Fl.
Newark, New Jersey 07102
Tel.: (862) 397-1796
eric@ck-litigation.com
gmullens@ck-litigation.com

2

3

        Mack Press
        mack@mackpress.com
        THE MACK FIRM
        18 Watergate Lane
        Patchogue, NY 11772
        Tel.: (516) 330-7213

        Lesley E. Weaver (*pro hac vice*)
        Joshua D. Samra (*pro hac vice*)
        BLEICHMAR FONTI & AULD LLP
        1330 Broadway, Suite 630
        Oakland, CA 94612
        Tel.: (415) 445-4003
        Fax: (415) 445-4020
        lweaver@bfalaw.com
        jsamra@bfalaw.com

        ***Attorneys for Plaintiffs***