# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>*Document Electronically Filed*<br><br>**ORDER** |

**THIS MATTER** having come to the Court by Plaintiff Thomas Roger White, Jr., on behalf of himself and all others similarly situated (collectively, the "Plaintiffs"), by and through his undersigned attorneys, for an Order vacating and overturning the portions of the Magistrate Judge's April 18, 2024 Order (ECF No. 301 at ¶4(a)), which denied Plaintiffs' request for Defendant Samsung Electronics America, Inc. ("SEA") to produce real-time data collected through Samsung Smart TVs for the relevant time period; and the Court having considered the papers in support thereto; and good cause having been shown;

**IT IS** on this _____ day of _________________, 2024;

**ORDERED** that Plaintiffs' request for SEA to produce real-time data collected through Samsung Smart TVs for the relevant time period is hereby **GRANTED**; and it is further

**ORDERED** that SEA shall produce all responsive materials within seven (7) days of this order.

**IT IS SO ORDERED.**

Dated: ________________________

________________________________
Hon. Madeline Cox Arleo
United States District Judge