Eric Kanefsky
Gregory S. Mullens
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 14th Fl.
Newark, New Jersey 07102
Tel.: (862) 397-1796
eric@ck-litigation.com
gmullens@ck-litigation.com

Mack Press
THE MACK FIRM
18 Watergate Lane
Patchogue, NY 11772
Tel.: (516) 330-7213
mack@mackpress.com

*Attorneys for Plaintiffs*

Lesley E. Weaver (*pro hac vice*)
Joshua D. Samra (*pro hac vice*)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com
jsamra@bfalaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>**CERTIFICATE OF SERVICE** |

I, Gregory S. Mullens, hereby certify as follows:

I am an attorney at law admitted to practice before this Court and am a member of the firm, Calcagni & Kanefsky LLP, attorneys for Plaintiff Thomas Roger White, Jr. ("Plaintiff"). On May 2, 2024, I filed the following documents electronically filed the following documents with the Clerk of the United States District Court for the District of New Jersey using the CM/ECF system, which shall send electronic notification to all counsel of record.

- Notice of Appeal of Magistrate Judge's April 18, 2024 Discovery Order Denying Request for Real-Time Data;
- Plaintiffs' Brief in Support of Appeal of Magistrate Judge's April 18, 2024 Discovery Order Denying Request for Real-Time Data;
- Declaration of Lesley E. Weaver in Support of Plaintiffs' Appeal of Magistrate Judge's April 18, 2024 Discovery Order Denying Request for Real-Time Data, with Exhibits A – E;
- [proposed] Order;
- This Certificate of Service.

I hereby certify that the foregoing statement is true and correct.

Dated: May 2, 2024

By: *s/ Gregory S. Mullens*

Gregory S. Mullens
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 14th Fl.
Newark, New Jersey 07102
Tel.: (862) 397-1796
gmullens@ck-litigation.com

***Attorney for Plaintiffs***