**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR. on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Civil Action No. 17-1775 (MCA)(JSA) |

**DECLARATION OF MICHAEL R. MCDONALD IN SUPPORT OF SAMSUNG ELECTRONICS AMERICA, INC.'S BRIEF IN OPPOSITION TO PLAINTIFF'S RENEWED MOTION FOR ISSUANCE OF A LETTER OF REQUEST FOR PRODUCTION OF DOCUMENTS**

I, Michael R. McDonald, hereby declare:

1. I am a Director in the law firm of Gibbons P.C., counsel for Samsung Electronics America, Inc. ("SEA") in this action. I am admitted to practice before this Court. Unless otherwise stated, the facts set forth below are based on my own personal knowledge, and if so called upon to testify, I could and would testify competently thereto.

2. On September 15, 2023, the parties appeared before the Court for a status conference. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of that status conference.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the April 8, 2024 deposition of Stewart Farr.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the April 10, 2024 deposition of Justin Evans.

5. On April 16, 2024, the parties appeared before the Court for a status conference. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of that status conference.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the April 11, 2024 deposition of Khaled Abuali.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 1 from Mr. Khaled Abuali's deposition.

8. Attached hereto as **Exhibit 7** is a true and correct copy of SEA's First Amended Objections and Responses to Plaintiff's First Set of Interrogatories, served on April 5, 2024.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a record associated with Plaintiff White's UN55KU6300F Samsung Smart TV.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a record associated with Plaintiff White's QN75Q8FNB Samsung Smart TV.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the transcript of the April 15, 2024 deposition of Thomas Roger White, Jr.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the subpoena Plaintiff served on Gracenote, dated May 14, 2024.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the subpoena Plaintiff served on Roku, dated May 15, 2024.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a letter SEA sent to Plaintiff on May 15, 2024, objecting to Plaintiff's Notice of Subpoena to Gracenote, Inc.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a letter SEA sent to Plaintiff on May 17, 2024, objecting to Plaintiff's Notice of Subpoena to Roku, Inc.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated: May 30, 2024

s/ *Michael R. McDonald*
Michael R. McDonald