# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS ROGER WHITE, JR., on behalf of himself and all others similarly situated,<br><br>                 Plaintiffs,<br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>                 Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>**STIPULATION AND CONSENT ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE REPLY BRIEFS** |

**STIPULATION AND CONSENT ORDER EXTENDING PLAINTIFFS' DEADLINE TO FILE REPLY BRIEFS**

Plaintiffs and Defendant Samsung Electronics America, Inc. (collectively "the Parties"), by and through their attorneys, hereby stipulate and agree as follows:

**WHEREAS**, on April 30, 2024, Plaintiffs filed their Notice and Renewed Motion for Issuance of a Letter of Request for Production of Documents and Deposition Testimony (ECF No. 314) ("Motion for Issuance of a Letter of Request");

**WHEREAS**, on May 2, 2024, Plaintiffs filed their Notice and Appeal of the Magistrate Judge's April 18, 2024 Discovery Order Denying Request for Real-Time Data (ECF No. 321) ("Appeal");

**WHEREAS**, on May 8, 2024, Plaintiffs and Intervenor Demetrius Mondaine Jr. filed their Notice and Renewed Motion to Intervene for the Purpose of Serving as an Additional Class Representative (ECF No. 324) ("Motion to Intervene");

**WHEREAS**, pursuant to L. Civ. R. 7.1(d)(2) and L. Civ. R. 78.1(a), the deadline for Defendant to oppose these motions was May 20, 2024;

**WHEREAS**, on May 15, 2024, the Court granted Defendant an extension of 10 days, *i.e.*, until May 30, 2024, to file any such opposition and ordered Plaintiffs' reply papers, if any, to be filed on or before June 10, 2024;

**WHEREAS**, on May 30, 2024, Defendant filed oppositions to the pending Motion for Issuance of a Letter of Request (ECF No. 338), Motion to Intervene (ECF No. 334), and Appeal (ECF No. 336), which together, with supporting attachments, total more than 279 pages;

**WHEREAS**, the parties agree to an extension of 10 days, *i.e.*, until June 20, 2024, for Plaintiffs to file their reply papers;

**NOW, THEREFORE**, Plaintiffs and Defendant hereby stipulate, through their respective counsel, subject to Court approval: that Plaintiffs will file their replies in support of their Motion for Issuance of a Letter of Request, Motion to Intervene, and Appeal by no later than June 20, 2024.

**IT IS SO STIPULATED.**

Dated: June 3, 2024

By: *s/ Gregory S. Mullens*
Eric Kanefsky
Gregory S. Mullens
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 14th Fl.
Newark, New Jersey 07102
eric@ck-litigation.com
gmullens@ck-litigation.com

Mack Press
mack@mackpress.com
THE MACK FIRM
18 Watergate Lane
Patchogue, NY 11772
Telephone: (516) 330-7213

Lesley E. Weaver (*pro hac vice*)
Joshua D. Samra (*pro hac vice*)

2

                                        BLEICHMAR FONTI & AULD LLP
                                        1330 Broadway, Suite 630
                                        Oakland, CA 94612
                                        Tel.: (415) 445-4003
                                        Fax: (415) 445-4020
                                        lweaver@bfalaw.com
                                        jsamra@bfalaw.com

                                        ***Attorneys for Plaintiffs***

Dated:  June 3, 2024                         *s/ Michael R. McDonald*
                                        Michael R. McDonald
                                        mmcdonald@gibbonslaw.com
                                        GIBBONS P.C.
                                        One Gateway Center
                                        Newark, NJ 07102
                                        Telephone: (973) 596-4500

                                        Emily Johnson Henn
                                        ehenn@cov.com
                                        COVINGTON & BURLING LLP
                                        3000 El Camino Real
                                        Palo Alto, CA 94306
                                        Telephone: (650) 632-4715

                                        Jonathan M. Sperling, Esq.
                                        jsperling@cov.com
                                        Jordan S. Joachim, Esq.
                                        jjoachim@cov.com
                                        Celin Carlo-Gonzalez, Esq.
                                        ccarlogonzalez@cov.com
                                        COVINGTON & BURLING LLP
                                        The New York Times Building
                                        620 Eighth Avenue
                                        New York, NY 10018-1405
                                        Telephone: (212) 841-1086

                                        ***Attorneys for Defendant Samsung Electronics America, Inc.***

**SO ORDERED:**

Dated: __June 4, 2024__          */s/ Jessica S. Allen*
                                 HONORABLE JESSICA S. ALLEN
                                 UNITED STATES MAGISTRATE JUDGE