

July 19, 2024

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *White, et al. v. Samsung Electronics America, Inc., et al.*
            **Case No. 17-1775 (MCA)(JSA)**

Dear Magistrate Judge Allen:

    In accordance with Your Honor's order on July 8, 2024, ECF No. 352, the parties write to update the Court on their discussions following the Mediation session held on June 25, 2024 with Judge Jose L. Linares (Ret.). The parties are continuing to discuss with Judge Linares potential avenues to resolve this matter. On June 28, 2024, Plaintiffs submitted a settlement proposal that SEA is in the process of evaluating. SEA expects to provide a response to Plaintiffs' proposal by July 26, 2024. The parties will provide a further update to the Court by August 2, 2024.

    Mindful of the current deadline to move for class certification by August 22, 2024 (ECF No. 233), the parties request that the Court vacate that and other case deadlines. The parties further propose that the Court set a case management conference for the week of August 19, 2024 or at the Court's convenience thereafter.

**\*In response to the parties' request, the Court will hold in abeyance the current scheduling deadlines, including those operative deadlines set forth in the Court's 7/25/23 Amended Scheduling Order (ECF No. 233).  Further, a joint status letter is due by 8/2/24.  A Telephone Status Conference is scheduled for 8/21/24 at 10:30 a.m. and the Court will circulate the connection information in advance.**

**SO ORDERED**

**/s/ Jessica S. Allen**
**Hon. Jessica S. Allen, U.S.M.J.**

    cc:    All Counsel of Record (via ECF)

**Date:** 7/22/24

Respectfully submitted,

s/ *Eric Kanefsky*
Eric Kanefsky
CALCAGNI & KANEFSKY LLP

*Attorney for Plaintiffs*


s/ *Michael R. McDonald*
Michael R. McDonald

*Attorney for Defendant Samsung Electronics America, Inc.*