


December 5, 2024

<u>**VIA ECF**</u>

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>*White, et al. v. Samsung Electronics America, Inc., et al.*
             Case No. 17-1775 (MCA)(JSA)</u>

Dear Magistrate Judge Allen:

    In accordance with the Court's October 21, 2024 order, ECF No. 362, the parties write to update the Court on the status of the parties' ongoing mediation efforts with Judge Jose L. Linares (Ret.). With the Judge's assistance, the parties have made progress and reached agreement on many but not all terms. The parties are currently discussing the exchange of additional information that may help them move closer to finalizing an agreement.

    The parties will provide an update to the Court at or before the status conference scheduled for December 11, 2024 and Plaintiffs ask that the hearing date stay on calendar for that purpose.

                                                 Respectfully submitted,

                                               s/ *Gregory S. Mullens*
                                               Gregory S. Mullens
                                               BLEICHMAR FONTI & AULD LLP

                                               *Attorney for Plaintiffs*

                                             s/ *Michael R. McDonald*
                                               Michael R. McDonald

                                               *Attorney for Defendant Samsung Electronics America, Inc.*

cc:    All Counsel of Record (via ECF)