GIBBONS

BFA
BLEICHMAR
FONTI & AULD LLP

February 5, 2026

**VIA ECF**

Honorable Jessica S. Allen, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***White, et al. v. Samsung Electronics America, Inc., et al.***
**Case No. 17-1775 (MCA)(JSA)**

Dear Magistrate Judge Allen:

The parties write to update the Court on the status of the parties' settlement negotiation efforts. On February 2, 2026, the parties executed a Confidential Stipulation and Agreement of Settlement. Pursuant to that agreement, the parties expect to be able to file a stipulation of dismissal of this action under Federal Rule of Civil Procedure 41 by April 1, 2026. Accordingly, the parties respectfully request the Court enter a stay of all proceedings in this action until April 1, 2026.

Respectfully submitted,

s/ *Eric Kanefsky*
Eric Kanefsky
CALCAGNI & KANEFSKY LLP

*Attorney for Plaintiffs*

s/ *Michael R. McDonald*
Michael R. McDonald
GIBBONS P.C.

*Attorney for Defendant Samsung Electronics America, Inc.*

cc: All Counsel of Record (via ECF)