**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THOMAS ROGER WHITE, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | Civil Action No. 17-01775 (MCA) (JSA)<br><br>Hon. Madeline Cox Arleo, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Thomas Roger White, Jr. and Defendant Samsung Electronics America, Inc. (collectively "the Parties"), by and through their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby submit notice to the Court of the Parties' stipulation to dismiss this action with prejudice as to Plaintiff and without prejudice as to putative class members.

Dated: March 30, 2026

By: *s/ Eric T. Kanefsky*

Eric T. Kanefsky
CALCAGNI & KANEFSKY LLP
One Newark Center
1085 Raymond Blvd., 18th Fl.
Newark, New Jersey 07102
eric@ck-litigation.com

Javier Bleichmar (*pro hac vice*)
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, CA 94612
Tel.: (415) 445-4003
Fax: (415) 445-4020
jbleichmar@bfalaw.com

Mack Press
mack@mackpress.com
THE MACK FIRM
18 Watergate Lane
Patchogue, NY 11772
Telephone: (516) 330-7213

***Attorneys for Plaintiffs***

Dated: March 30, 2026

*s/ Michael R. McDonald*

Michael R. McDonald
mmcdonald@gibbonslaw.com
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Telephone: (973) 596-4500

Jonathan M. Sperling, Esq.
jsperling@cov.com
Jordan S. Joachim, Esq.
jjoachim@cov.com
Celin Carlo-Gonzalez, Esq.
ccarlogonzalez@cov.com
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1086

***Attorneys for Defendant Samsung Electronics America, Inc.***

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 4/2/26